| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  7 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Infinity Capital Management, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

DBA  Infinity Health Connections

**3. Debtor's federal Employer Identification Number (EIN)**
86-0861638

**4. Debtor's address**

**Principal place of business**

1700 W Horizon Ridge Pkwy #206
Henderson, NV 89012
Number, Street, City, State & ZIP Code

Clark
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  www.infinityhealth.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   Infinity Capital Management, Inc.                                  Case number (*if known*)
             *Name*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  Infinity Capital Management, Inc.  Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor  Infinity Capital Management, Inc.                                          Case number (*if known*)
        _____                                            _____
                Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Infinity Capital Management, Inc.  
     Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/14/2021  
              MM / DD / YYYY

X _/s/ Oliver Hemmers_  
Signature of authorized representative of debtor

Oliver Hemmers  
Printed name

Title  Treasurer & Secretary

**18. Signature of attorney**

X _/s/ Matthew C. Zirzow_  
Signature of attorney for debtor

Date  9/14/21  
     MM / DD / YYYY

Matthew C. Zirzow 7222  
Printed name

Larson & Zirzow, LLC  
Firm name

850 E. Bonneville Ave.  
Las Vegas, NV 89101  
Number, Street, City, State & ZIP Code

Contact phone  702-382-1170    Email address  mzirzow@lzlawnv.com

7222 NV  
Bar number and State

## UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS
## OF INFINITY CAPITAL MANAGAEMENT, INC., a Nevada corporation

The undersigned, being the Board of Directors of INFINITY CAPITAL MANAGEMENT, INC., a Nevada corporation (the "Company"), hereby approves and adopts the following resolutions effective as of September 14, 2021:

RESOLVED that in the judgment of the directors of the Company, and upon the advice of counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby.

RESOLVED that OLIVER HEMMERS (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the law firm of LARSON & ZIRZOW, LLC is engaged as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned, hereby approves this Written Consent as of the date first above written.

INFINITY CAPITAL MANAGEMENT, INC.
a Nevada corporation,

By: _____        By: _____
    Anne Pantelas, Director                    Oliver Hemmers, Director

## United States Bankruptcy Court
### District of Nevada

In re: Infinity Capital Management, Inc.  
Debtor(s)

Case No. _____  
Chapter 7

# VERIFICATION OF CREDITOR MATRIX

I, the Treasurer & Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 09/14/2021

_____  
Oliver Hemmers/Treasurer & Secretary  
Signer/Title

Infinity Capital Management, Inc.
1700 W Horizon Ridge Pkwy #206
Henderson, NV 89012

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Century Link
Attn: Managing Member
100 CenturyLink Drive
P.O. Box 4065, Monroe, LA

Claus Nissen
Hugo-Distler Strasse 64
D-90411 Nuernberg, Germany

Coastal Investments PLC
Attn: Managing Member
P.O. Box 11, ANZ House
Avarua, Rarotonga, Cook Islands

Cox Internet
Attn: Managing Member
1700 Vegas Drive
Las Vegas, NV 89106

Daniel P. Nicholas
3842 N. Southport Ave. Apt. M
Chicago, IL 60613-6226

Dynamic Legal Recovery
Attn: Managing Member
25600 Rye Canyon Road #209
Valencia, CA 91355

FTM Ltd
Attn: Managing Member
PO Box 316, Port Vila
First Floor, Law Partners House-Lini Hig
Efate, Vanuatu

Gregory M Cash
Tyringa Road
Port Kenney, SA 5671, Australia

HASelect-FTM Medical Receivables
Litigation Finance Fund SP
c/o HedgeACT Int'l SPC, Ltd.
403 South La Grange Rd.
La Grange, IL 60525

HealthPlus Imaging of Texas, LLC
Attn: Managing Member
9000 Southwest Freeway, Suite 250
Houston, TX 77074

Imtisal Khuri

Infinity Centers United
Attn: Managing Member
3310 Edloe Street
Houston, TX 77027

Infinity Diagnostics, LLC dba Prestige M
Attn: Managing Member
3310 Edloe Street
Houston, TX 77027

Jennifer de Bono
89 Southfork Drive
Glenning Valley, NSW 2261, Australia

John & Karen Laub
9501 Royal Windsor Avenue
Las Vegas, NV 89149

Judy L. Trent
9724 Camden Hills Ave
Las Vegas, NV 89145

Kabbage
Attn: Managing Member
730 Peachtree Street NE, Suite 110
Atlanta, GA 30308

Luke de Bono
89 Southfork Drive
Glenning Valley, NSW 2261, Australia

Matt Valenti
1651 S. Victoria Ave.
Los Angeles, CA 90019

Max Oram
1840 Ulan Road
Mudgee, NSM 2850, Australia

NV Energy
Attn: Managing Member
P.O. Box 98910
Las Vegas, NV 89151-0001

Rent-MDL Group
Attn: Managing Member
5960 South Jones Boulevard
Las Vegas, NV 89118

Robin W. Smith
12 Estuary Court
Twin Waters, QLD 4564, Australia

Tecumseh Alternatives, LLC
Attn: Managing Member
5668 Morris Hunt Drive
Fort Mill, SC 29708

The Injury Specialists, LLC
Attn: Managing Member
270 Carpenter Drive, Suite 300
Sandy Springs, GA 30328

Griffin Asset Management LLC
Attn: Michael E. Griffin
230 Park Ave.
10th Floor, Suite 61
New York, NY 10169

HASelect-FTM Medical Receivables
Litigation Finance Fund SP
c/o Thomas C. Cronin
120 N. LaSalle St., 20th Floor
Chicago, IL 60602

HASelect-FTM Medical Receivables
Litigation Finance Fund, SP
c/o John N. Hourihane, Jr.
120 N. LaSalle St., 20th Floor
Chicago, IL 60602