**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9 - 2 8 - 2021    x _____
                                    Signature of individual signing on behalf of debtor

Oliver Hemmers
Printed name

Treasurer & Secretary
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................    $    0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................    $    5,872,767.98

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................    $    5,872,767.98

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    14,126,860.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    1,791,007.85

4. **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b    $    15,917,867.85

Official Form 206Sum        **Summary of Assets and Liabilities for Non-Individuals**        page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | First Savings Bank | Checking | 2420 | $25,371.92 |
| 3.2. | Nevada State Bank | Checking | 1315 | $294.46 |
| 3.3. | Nevada State Bank | Checking | 6375 | $42,547.48 |
| 3.4. | Nevada State Bank | Checking | 8480 | $375.44 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

    $68,589.30

## Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Official Form 206A/B                 Schedule A/B Assets - Real and Personal Property                 page 1

Debtor    Infinity Capital Management, Inc.                          Case number *(If known)*  21-14486-abl
          Name

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | |
|---|---|---|---|
| 11b. Over 90 days old: | 5,781,238.68 | - | 0.00 =.... | $5,781,238.68 |
| | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**                                                            $5,781,238.68
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Misc. office furnishings.  See Exhibit A/B. | $0.00 | Liquidation | $6,155.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Misc. desk top computers; printers, scanners, and fax machine.  See Exhibit A/B. | $0.00 | Liquidation | $3,450.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card | | | |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor     Infinity Capital Management, Inc.                          Case number *(If known)* 21-14486-abl
           Name

collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                  $9,605.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☐ No
     ■ Yes

## Part 8:     Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2016 Honda Odyssey; 72,233 miles; Kelley Blue Book $19,570.00 (Debtor only owns 50% interest) | $0.00 | | $9,785.00 |
| 47.2.  2011 Honda Pilot; 131,636 miles, Kelley Blue Book $7,100 (Debtor only owns 50% interest) | $0.00 | | $3,550.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                                                  $13,335.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

## Part 9:     Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | Infinity Capital Management, Inc. | Case number *(If known)* 21-14486-abl |
|---|---|---|
| | Name | |

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites**<br>www.infinityhealth.com | $0.00 | | $0.00 |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

| | |
|---|---|
| **66.   Total of Part 10.** | $0.00 |
| Add lines 60 through 65. Copy the total to line 89. | |

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☐ No

■ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.   Notes receivable**<br>Description (include name of obligor) | |
| **72.   Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| **73.   Interests in insurance policies or annuities**<br>State Farm Fire & Caualty Co. Insurance policy for personal property | $0.00 |

**74.   Causes of action against third parties (whether or not a lawsuit**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor    Infinity Capital Management, Inc.    Case number *(If known)* 21-14486-abl
          Name

has been filed)

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                        | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Infinity Capital Management, Inc.                    Case number *(If known)* 21-14486-abl
       Name

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $68,589.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,781,238.68 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,605.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,335.00 | |
| 88. **Real property.** *Copy line 56, Part 9.................................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,872,767.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,872,767.98 |

---

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1**   HASelect-FTM Medical Receivables<br>Creditor's Name<br><br>Litigation Finance Fund SP<br>c/o HedgeACT Int'l SPC, Ltd.<br>403 South La Grange Rd.<br>La Grange, IL 60525<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>12/18/2019<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All assets.<br><br><br>**Describe the lien**<br>BUSINESS LOAN<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $14,126,860.00 | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $14,126,860.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Griffin Asset Management LLC<br>Attn: Michael E. Griffin<br>230 Park Ave.<br>10th Floor, Suite 61<br>New York, NY 10169 | Line 2.1 | |

Official Form 206D      Schedule D: Creditors Who Have Claims Secured by Property      page 1 of 2

Debtor   <u>Infinity Capital Management, Inc.</u>            Case number (if known)    <u>21-14486-abl</u>
        Name

| | |
|---|---|
| HASelect-FTM Medical Receivables<br>Litigation Finance Fund SP<br>c/o Thomas C. Cronin<br>120 N. LaSalle St., 20th Floor<br>Chicago, IL 60602 | Line  <u>2.1</u> |
| HASelect-FTM Medical Receivables<br>Litigation Finance Fund, SP<br>c/o John N. Hourihane, Jr.<br>120 N. LaSalle St., 20th Floor<br>Chicago, IL 60602 | Line  <u>2.1</u> |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Artiano Shinoff<br>Attn: Bankruptcy Dept/Managing Agent<br>3636 4th Avenue<br>San Diego, CA 92103<br><br>Date(s) debt was incurred 8/2021<br>Last 4 digits of account number 4791 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,326.85** |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Century Link<br>Attn: Managing Member<br>100 CenturyLink Drive<br>P.O. Box 4065, Monroe, LA<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Claus Nissen<br>Hugo-Distler Strasse 64<br>D-90411 Nuernberg, Germany<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Individual Investor<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Coastal Investments PLC<br>Attn: Managing Member<br>P.O. Box 11, ANZ House<br>Avarua, Rarotonga, Cook Islands<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Promissory Note<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    31449                    Best Case Bankruptcy

Debtor  __Infinity Capital Management, Inc.__          Case number (if known)  __21-14486-abl__
          Name

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     Unknown |

**3.5**   **Nonpriority creditor's name and mailing address**
Cox Internet
Attn: Managing Member
1700 Vegas Drive
Las Vegas, NV 89106

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6**   **Nonpriority creditor's name and mailing address**
Daniel P. Nicholas
3842 N. Southport Ave. Apt. M
Chicago, IL 60613-6226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Individual Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**   **Nonpriority creditor's name and mailing address**
Dynamic Legal Recovery
Attn: Managing Member
25600 Rye Canyon Road #209
Valencia, CA 91355

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Collection account__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**
FTM Ltd
Attn: Managing Member
PO Box 316, Port Vila
First Floor, Law Partners House-Lini Hig
Efate, Vanuatu

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**
Gregory M Cash
Tyringa Road
Port Kenney, SA 5671, Australia

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    Unknown
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Individual Investor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**
HealthPlus Imaging of Texas, LLC
Attn: Managing Member
9000 Southwest Freeway, Suite 250
Houston, TX 77074

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $919,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pending litigation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**
Imtisal Khuri
1148 Broken Hills Dr.
Henderson, NV 89011

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*    $200,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Infinity Capital Management, Inc. | Case number (if known) | 21-14486-abl |
|---|---|---|---|
| | Name | | |

**3.12** Nonpriority creditor's name and mailing address
Infinity Centers United
Attn: Managing Member
3310 Edloe Street
Houston, TX 77027

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Provider__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.13** Nonpriority creditor's name and mailing address
Infinity Diagnostics, LLC dba Prestige M
Attn: Managing Member
3310 Edloe Street
Houston, TX 77027

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Individual investor__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.14** Nonpriority creditor's name and mailing address
Jennifer de Bono
89 Southfork Drive
Glenning Valley, NSW 2261, Australia

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Individual Investor__

Is the claim subject to offset? ■ No ☐ Yes

$350,000.00

---

**3.15** Nonpriority creditor's name and mailing address
John & Karen Laub
9501 Royal Windsor Avenue
Las Vegas, NV 89149

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Individual Investor__

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.16** Nonpriority creditor's name and mailing address
Judy L. Trent
9724 Camden Hills Ave
Las Vegas, NV 89145

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Individual Investor__

Is the claim subject to offset? ■ No ☐ Yes

$20,000.00

---

**3.17** Nonpriority creditor's name and mailing address
Kabbage
Attn: Managing Member
730 Peachtree Street NE, Suite 1100
Atlanta, GA 30308

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loan__

Is the claim subject to offset? ■ No ☐ Yes

$60,000.00

---

**3.18** Nonpriority creditor's name and mailing address
Luke de Bono
89 Southfork Drive
Glenning Valley, NSW 2261, Australia

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Individual Investor__

Is the claim subject to offset? ■ No ☐ Yes

$140,681.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    Infinity Capital Management, Inc. _____    Case number (if known)    21-14486-abl
_____
Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.19** | **Nonpriority creditor's name and mailing address**
Matt Valenti
1651 S. Victoria Ave.
Los Angeles, CA 90019

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Individual Investor

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
Max Oram
1840 Ulan Road
Mudgee, NSM 2850, Australia

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Individual Investor

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**
NV Energy
Attn: Managing Member
P.O. Box 98910
Las Vegas, NV 89151-0001

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**
Rent-MDL Group
Attn: Managing Member
5960 South Jones Boulevard
Las Vegas, NV 89118

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial Lease

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**
Robin W. Smith
12 Estuary Court
Twin Waters, QLD 4564, Australia

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Individual Investor

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
Tecumseh Alternatives, LLC
Attn: Managing Member
5668 Morris Hunt Drive
Fort Mill, SC 29708

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
The Injury Specialists, LLC
Attn: Managing Member
270 Carpenter Drive, Suite 300
Sandy Springs, GA 30328

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Former business partner

Is the claim subject to offset?  ■ No   ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Infinity Capital Management, Inc.                           Case number (if known)    21-14486-abl
        Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 1,791,007.85 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c.  $ | 1,791,007.85 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   21-14486-abl

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for premises located at 1700 West Horizon Ridge, Henderson, Nevada | |
| | State the term remaining | | First Savings Bank<br>Attn: Managing Member<br>5960 S. Jones Blvd.<br>Las Vegas, NV 89118 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Item to be supplemented, as there are hundreds of these ageements. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Micellaneous Provider Agreements |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Insurance policy for business personal property effective 1/28/2021-1/28/2022 | |
| | State the term remaining | | State Farm Fire & Casualty Co.<br>Attn: Bankruptcy Dept/Managing Agent<br>3 Ravinia Drive<br>Atlanta, GA 30346-2117 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Sub-Advisory Agreement dated June 18, 2020, and Addendum Modification thereto | |
| | State the term remaining | | Tecumseh-Infinity Med. Receiv. Fund LP<br>Attn: Tecumseh Alternatives, LLC<br>5668 Morris Hunt Dr.<br>Fort Mill, SC 29708 |
| | List the contract number of any government contract | | |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br> City   State   Zip Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name    Infinity Capital Management, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   21-14486-abl

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 1/01/2021 to Filing Date | ■ Operating a business<br>☐ Other | $1,662,108.49 |
   | For prior year:<br>From 1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other | $5,758,336.00 |
   | For year before that:<br>From 1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other | $2,663,825.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Infinity Capital Management, Inc. | Case number *(if known)* | 21-14486-abl |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Exhibit SOFA -3 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. GPMicro, Inc.<br>1700 W. Horizon Ridge Pkwy., #206<br>Henderson, NV 89012<br>Member's affiliate | See Exhibit SOFA-4 | $26,334.00 | Services |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. HASELECT-FTM MEDICAL RECEIVABLES LITIGATION FINANCE FUND SP v. INFINITY CAPITAL MANAGEMENET, INC.<br>1:21-cv-03906 | Breach of Contract | U.S. District Court N.D. Illinois Dirksen U.S. Courthouse 219 S. Dearborn St. Chicago, IL 60604 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Infinity Capital Management, Inc. | Case number (if known) | 21-14486-abl |
|---|---|---|---|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | Original retainer paid on 8/4/21, and then remainder converted to bankrupcy retainer paid day prior to the petition date. | |
| | Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 | Total of $10,000 paid, including pre-petition atteempted negotiations with HAS as secured lender, which was billed hourly, with the remainder of $3,505 for the bankruptcy filing. | | $3,505.00 |

**Email or website address**
mzirzow@lzlawnv.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| | | |
|---|---|---|
| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 3 |

Debtor  Infinity Capital Management, Inc.                    Case number (if known) 21-14486-abl

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Infinity Capital Management, Inc.                                    Case number (if known) 21-14486-abl

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First Savings Bank 5800 S. Western Ave. Sioux Falls, SD 57108 | XXXX-1531 | ■ Checking □ Savings □ Money Market □ Brokerage □ Other___ | 3/11/2021 | $1,553.13 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
□  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page 5

Debtor    Infinity Capital Management, Inc.                                         Case number (if known)  21-14486-abl

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Blue Chip Accounting<br>Att: Raymond G. Chan CPA<br>8475 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123 | 2020 to current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | Philip Zhang, CPA, Ltd.<br>The Accounting Experts<br>8275 S. Eastern Ave., Ste. 200-49<br>Las Vegas, NV 89123 | 2019 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

---

Official Form 207                        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                        page **6**

Debtor    Infinity Capital Management, Inc.                              Case number *(if known)*  21-14486-abl

**Name and address**

| | |
|---|---|
| 26d.1. | Debra Griffin<br>HedgeAct Client Services |

| | |
|---|---|
| 26d.2. | HASelect Auditors<br>Michael Bennett<br>750 Third Ave.<br>New York, NY 10017 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Oliver Hemmers | 1700 Horizon Ridge Parkway, Ste. 206 Henderson, NV 89012 | Secretary/Treasurer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anne Pantelas | 1700 Horizon Ridge Parkway, Ste. 206 Henderson, NV 89012 | President | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Oliver Hemmers<br>1700 Horizon Ridge Parkway, Ste. 206<br>Henderson, NV 89012 | $144,230.74 | Period of 9/14/2020 thru 9/14/2021  See Exhibit SOFA 30. | Salary |

| | |
|---|---|
| **Relationship to debtor**<br>Member | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Infinity Capital Management, Inc.                                     Case number *(if known)*  21-14486-abl

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Anne Pantelas<br>1700 Horizon Ridge Parkway, Ste. 206<br>Henderson, NV 89012 | $156,485.74 | Period of 9/14/2020 thru 9/14/2021. See Exhibit SOFA 30. | Salary |
| | **Relationship to debtor**<br>Member | | | |
| 30.3. | Jonathan N. Pantelas-Hemmers<br>1700 Horizon Ridge Parkway, Ste. 206<br>Henderson, NV 89012 | $2,342.45 | Periodically from 2/2021 thru 9/10/2021. See Exhibit SOFA 30. | Wages |
| | **Relationship to debtor**<br>Nephew of Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■  No
   ☐  Yes. Identify below.

**Name of the parent corporation**                                     **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■  No
   ☐  Yes. Identify below.

**Name of the pension fund**                                           **Employer Identification number of the parent corporation**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     Infinity Capital Management, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    21-14486-abl

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     09-28-2021

_____          Oliver Hemmers
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     Treasurer & Secretary

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    Infinity Capital Management, Inc.                                     Case No.    21-14486-abl
                                                  Debtor(s)         Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,505.00 |
| Prior to the filing of this statement I have received | $ | 3,505.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

■ Debtor          ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor          ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

September 28, 2021
*Date*

Matthew C. Zirzow 7222
*Signature of Attorney*
Larson & Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170  Fax: 702-382-1169
mzirzow@lzlawnv.com
*Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

In re    Infinity Capital Management, Inc.                         Case No.    21-14486-abl
                                             Debtor(s)            Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the Treasurer & Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     September 28, 2021                 /s/ Oliver Hemmers
                                            Oliver Hemmers/Treasurer & Secretary
                                            Signer/Title

Infinity Capital Management, Inc.
1700 W Horizon Ridge Pkwy #206
Henderson, NV 89012

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Artiano Shinoff
Attn: Bankruptcy Dept/Managing Agent
3636 4th Avenue
San Diego, CA 92103

Century Link
Attn: Managing Member
100 CenturyLink Drive
P.O. Box 4065, Monroe, LA

Claus Nissen
Hugo-Distler Strasse 64
D-90411 Nuernberg, Germany

Coastal Investments PLC
Attn: Managing Member
P.O. Box 11, ANZ House
Avarua, Rarotonga, Cook Islands

Cox Internet
Attn: Managing Member
1700 Vegas Drive
Las Vegas, NV 89106

Daniel P. Nicholas
3842 N. Southport Ave. Apt. M
Chicago, IL 60613-6226

Dynamic Legal Recovery
Attn: Managing Member
25600 Rye Canyon Road #209
Valencia, CA 91355

First Savings Bank
Attn: Managing Member
5960 S. Jones Blvd.
Las Vegas, NV 89118

FTM Ltd
Attn: Managing Member
PO Box 316, Port Vila
First Floor, Law Partners House-Lini Hig
Efate, Vanuatu

Gregory M Cash
Tyringa Road
Port Kenney, SA 5671, Australia

HASelect-FTM Medical Receivables
Litigation Finance Fund SP
c/o HedgeACT Int'l SPC, Ltd.
403 South La Grange Rd.
La Grange, IL 60525

HealthPlus Imaging of Texas, LLC
Attn: Managing Member
9000 Southwest Freeway, Suite 250
Houston, TX 77074

Imtisal Khuri
1148 Broken Hills Dr.
Henderson, NV 89011

Infinity Centers United
Attn: Managing Member
3310 Edloe Street
Houston, TX 77027

Infinity Diagnostics, LLC dba Prestige M
Attn: Managing Member
3310 Edloe Street
Houston, TX 77027

Jennifer de Bono
89 Southfork Drive
Glenning Valley, NSW 2261, Australia

John & Karen Laub
9501 Royal Windsor Avenue
Las Vegas, NV 89149

Judy L. Trent
9724 Camden Hills Ave
Las Vegas, NV 89145

Kabbage
Attn: Managing Member
730 Peachtree Street NE, Suite 1100
Atlanta, GA 30308

Luke de Bono
89 Southfork Drive
Glenning Valley, NSW 2261, Australia

Matt Valenti
1651 S. Victoria Ave.
Los Angeles, CA 90019

Max Oram
1840 Ulan Road
Mudgee, NSM 2850, Australia

Micellaneous Provider Agreements

NV Energy
Attn: Managing Member
P.O. Box 98910
Las Vegas, NV 89151-0001

Rent-MDL Group
Attn: Managing Member
5960 South Jones Boulevard
Las Vegas, NV 89118

Robin W. Smith
12 Estuary Court
Twin Waters, QLD 4564, Australia

State Farm Fire & Casualty Co.
Attn: Bankruptcy Dept/Managing Agent
3 Ravinia Drive
Atlanta, GA 30346-2117

Tecumseh Alternatives, LLC
Attn: Managing Member
5668 Morris Hunt Drive
Fort Mill, SC 29708

Tecumseh-Infinity Med. Receiv.   FuL
Attn:  Tecumseh Alternatives, LLC
5668 Morris Hunt Dr.
Fort Mill, SC 29708

The Injury Specialists, LLC
Attn: Managing Member
270 Carpenter Drive, Suite 300
Sandy Springs, GA 30328

Griffin Asset Management LLC
Attn:  Michael E. Griffin
230 Park Ave.
10th Floor, Suite 61
New York, NY 10169

HASelect-FTM Medical Receivables
Litigation Finance Fund SP
c/o Thomas C. Cronin
120 N. LaSalle St., 20th Floor
Chicago, IL 60602

HASelect-FTM Medical Receivables
Litigation Finance Fund, SP
c/o John N. Hourihane, Jr.
120 N. LaSalle St., 20th Floor
Chicago, IL 60602

# United States Bankruptcy Court
## District of Nevada

In re    Infinity Capital Management, Inc.                      Case No.    21-14486-abl

                                    Debtor(s)         Chapter     7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Infinity Capital Management, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


September 28, 2021

Date

Matthew C. Zirzow 7222

Signature of Attorney or Litigant

Counsel for    Infinity Capital Management, Inc.

Larson & Zirzow, LLC

850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
mzirzow@lzlawnv.com

# EXHIBIT A/B

**SCHEDULE A/B 39-OFFICE FURNITURE**

| | |
|---|---|
| 1. (2) SINGLE PEDESTAL DESKS | $120.00 |
| 2. (2) EXECUTIVE  CHAIRS | $80.00 |
| 3, (2) DESK TO P COMPUTERS | $220.00 |
| 4. 5-DRAWER LATERAL FILE CABINET | $100.00 |
| 5. (2) SINGLE PEDESTAL DESKS | $120.00 |
| 6. (2) EXECUTIVE  CHAIRS | $80.00 |
| 7. BLACK SIDE CHAIRS | $30.00 |
| 10. BLUE SOFA | $120.00 |
| 11. END TABLE | $25.00 |
| 12. (3) 2-DOOR  CABINETS | $120.00 |
| 15. (5) BLACK SIDE CHAIRS | $150.00 |
| 16. (2) SINGLE PEDESTAL DESKS | $120.00 |
| 18. (2) EXECUTIVE  CHAIRS | $80.00 |
| 19. (2) 5-DRAWERLATERALFILE CABINETS | $200.00 |
| 20. 3-DRAWER LATERAL FILE CABINET | $50.00 |
| 21. SINGLE PEDESTAL DESK | $60.00 |
| 22. DESK TOP COMPUTER | $100.00 |
| 23. EXECUTIVE  CHAIR | $40.00 |
| 24. 2-DRAWER LATERAL FILE CABINET | $35.00 |
| 25. FRAMED  PRINT | $10.00 |
| 26. (2) 8' FOLDING TABLES | $600.00 |
| 27. UTILITY CART | $25.00 |
| 28. (3)  WIRE SHELF UNITS | $135.00 |
| 29. 3-DRAWE R LATERAL FILE CABINET | $50.00 |
| 30. (4) BAR STOOLS | $120.00 |
| 31. TABLE | $35.00 |
| 32. KENMORE REFRIGERATOR | $90.00 |
| 33. MICROWAVE OVEN | $20.00 |
| 34. COFFEEMAKER | $25.00 |
| 35. WATER DISPENSER | $50.00 |
| 36. TOASTER OVEN | $10.00 |
| 37. STAINLESS STEEL TRASH CAN | $20.00 |
| 39. (2) SINGLE PEDESTAL DESKS | $120.00 |
| 40. (2) EXECUTIVE  CHAIRS | $80.00 |
| 42. SYSRACKS COMPUTER  SERVER CABINET | $175.00 |
| 46. ROUND TABLE | $40.00 |
| 47. (4) BLACK SIDE CHAIRS | $120.00 |
| 49. (2) SINGLE PEDESTAL DESKS | $120.00 |
| 50. 2-DRAWER FILE CABINET | $10.00 |
| 51. UTILITY  CART | $25.00 |
| 52. (2) EXECUTIVE  CHAIRS | $80.00 |
| 53. (2) SINGLE PEDESTAL DESKS | $120.00 |
| 54. (2) EXECUTIVE CHAIRS | $80.00 |
| 55. (2) BLACK SIDE CHAIRS | $60.00 |
| 56. (2) DESK TOP COMPUTERS | $220.00 |
| 57. (3) 48" BOOKCASES | $105.00 |
| 58. RECEPTION  DESK | $75.00 |

| | |
|---|---:|
| 61. OAK CREDENZA | $50.00 |
| 62. END TABLE | $5.00 |
| 63. EXECUTIVE  CHAIR | $40.00 |
| 64. SECRETARY  CHAIR | $30.00 |
| 65. BLUE SIDE CHAIR | $35.00 |
| 66. FRAMED MIRROR | $20.00 |
| 67. 2-DRAWER FILE CABINET | $10.00 |
| 68. (2) 4-DRAWER FILE CABINETS | $60.00 |
| 69. (2) EXECUTIVE  CHAIRS | $80.00 |
| 70. CONFERENCE TABLE | $75.00 |
| 73. SINGLE PEDESTAL DESK | $35.00 |
| 74. (2) 4-DRAWER LATERAL FILE CABINETS | $150.00 |
| 75. 4-DRAWER LATERAL FILE CABINET | $70.00 |
| 76. 2-DOORMETAL  STORAGE CABINET | $50.00 |
| 77. 2-DOOR WOOD STORAGE  CABINET | $35.00 |
| 78. ROUND TABLE | $35.00 |
| 79. STAINLESS STEEL TRASH CAN | $20.00 |
| 80. STEP STOOL | $10.00 |
| 81. MAGIC CHEF REFRIGERATOR | $75.00 |
| 82. MICROWAVE  OVEN | $15.00 |
| 83. COFFEEMAKER | $15.00 |
| 88. OAK DESK | $65.00 |
| 89. (3) BLUE SIDE CHAIRS | $90.00 |
| 91. DOUBLE PEDESTAL DESK | $70.00 |
| 92. MUSIC CABINET | $25.00 |
| 93. 3-DRAWER LATERAL  FILE CABINET | $50.00 |
| 94. ROUND END TABLE | $10.00 |
| 95. UTILITY STAND | $10.00 |
| 96. PAPER SHREDDER | $25.00 |
| 97. SECRETARY CHAIR | $30.00 |
| 98. OAK DESK  W/ RETURN | $90.00 |
| 99. COMPUTER DESK | $20.00 |
| 100. SINGLE PEDESTAL DESK | $60.00 |
| 101. (3) EXECUTIVE  CHAIRS | $120.00 |
| 103. (2) 2-DRAWER FILE CABINET | $20.00 |
| 104. 4-DRAWERLATERAL FILE CABINET | $75.00 |
| 105. TYPEWRITER  STAND | $10.00 |
| | **$6,155.00** |

**SCHEDULE A/B 41-OFFICE EQUIPMENT AND COMPUTERS**

| | |
|---|---:|
| 8. (2) DESK  TOP COMPUTERS | $220.00 |
| 9. HP LASER PRINTER M553 | $275.00 |
| 13. BROTHER SCANNER | $75.00 |
| 14. HP 281FDW LASER ALL IN ONE PRINTER | $75.00 |
| 17. (2) DESK TOP COMPUTERS | $200.00 |
| 38. EPSON PRECISION CORE PRINTER | $90.00 |
| 41. (2) DESK TOP COMPUTERS | $220.00 |
| 43. UPS BATTERY BACKUP | $75.00 |
| 45. COMPUTER SERVER | $475.00 |
| 48. (2) DESK TOP COMPUTERS | $220.00 |
| 59. DESK TOP COMPUTER | $110.00 |
| 60. CANON ALL IN ONE PRINTER | $65.00 |
| 71. (2) DESK TOP COMPUTERS | $170.00 |
| 72. FUJITSU FT7160 SCANNER | $200.00 |
| 84. HP LASER M553 PRINTER | $275.00 |
| 85. BROTHER IMAGE CENTER ADS 2900W SCANNER | $125.00 |
| 86. BROTHER BUSINESS  CLASS FAX | $25.00 |
| 87. OLD COMPUTER  SERVER | $125.00 |
| 90. (2) DESK TOP COMPUTERS | $130.00 |
| 102. (3) DESK TOP COMPUTERS | $300.00 |
| | **$3,450.00** |

# EXHIBIT SOFA - 3

# Expenses by Contact
Infinity Capital Management, Inc.
For the period June 14, 2021 to September 14, 2021

| Contact | Type | Jun 14-Sep 14, 2021 |
|---|---|---|
| A B McCallum Superanuation | Expense | (7,132.71) |
| BLUECHIP ACCOUNTING LLC | Expense | (12,897.42) |
| FIRST SAVINGS BANK | Expense | (21,105.28) |
| GP MICRO | Expense | (12,984.00) |
| HASelect-FTM | Expense | (130,309.70) |
| Jas Bains | Expense | (10,000.00) |
| JENNIFER DEBONO | Expense | (10,994.79) |
| KABBAGE | Expense | (27,168.27) |
| Knox Group Australia | Expense | (22,280.00) |
| Larson & Zirzow, LLC | Expense | (10,000.00) |
| MCNUTT LAW FIRM, PC | Expense | (17,278.55) |
| National Payment Corp | Expense | (307,991.38) |
| Neal H Howard & Associates | Expense | (25,506.55) |
| RMWBH | Expense | (10,000.00) |
| Tecumseh-Infinity Medical Receivables Fund LP | Expense | (17,644.83) |
| THE INJURY SPECIALISTS | Expense | (60,046.42) |

**Expenses by Contact**

**AB McCallum Supernaution**

| Date | Details | Reference | Total |
|---|---|---|---|
| 13 Jul 2021 | Cash Paid | | 7,132.71 |
| **Total** | | | **7,132.71** |

**Blue Chip Accounting, LLC**

| Date | Details | Reference | Total |
|---|---|---|---|
| 22 Jun 2021 | Cash Paid | | 3,000.00 |
| 01 Jul 2021 | Invoice | Inv 7214 | 297.42 |
| 22 Jul 2021 | Cash Paid | | 3,000.00 |
| 23 Aug 2021 | Cash Paid | | 3,000.00 |
| 14 Sep 2021 | Cash Paid | | 3,000.00 |
| 14 Sep 2021 | Cash Paid | | 600.00 |
| **Total** | | | **12,897.42** |

**First Savings Bank**

| Date | Details | Reference | Total |
|---|---|---|---|
| 25 Jun 2021 | Cash Paid | | 25.00 |
| 25 Jun 2021 | Cash Paid | | 25.00 |
| 29 Jun 2021 | Invoice | First sav 206-infincap | 7,001.76 |
| 15 Jul 2021 | Cash Paid | | 25.00 |
| 15 Jul 2021 | Cash Paid | | 25.00 |
| 23 Jul 2021 | Invoice | Rent for August | 7,001.76 |
| 25 Aug 2021 | Invoice | August rent | 7,001.76 |
| **Total** | | | **21,105.28** |

**GP Micro**

| Date | Details | Reference | Total |
|---|---|---|---|
| 15 Jul 2021 | Invoice | Services fees - backup etc | 10,287.00 |
| 27 Aug 2021 | Invoice | Web and Data Portal Hosting | 2,697.00 |
| **Total** | | | **12,984.00** |

**HASelect-FTM**

| Date | Details | Reference | Total |
|---|---|---|---|
| 25 Jun 2021 | Cash Paid | | 67,746.79 |
| 25 Jun 2021 | Cash Paid | | 58,162.91 |
| 15 Jul 2021 | Cash Paid | | 3,821.29 |
| 15 Jul 2021 | Cash Paid | | 578.71 |
| **Total** | | | **130,309.70** |

**Jas Bains**

| Date | Details | Reference | Total |
|---|---|---|---|
| 22 Jul 2021 | Cash Paid | | 10,000.00 |
| **Total** | | | 10,000.00 |

**Jennifer Debono**

| Date | Details | Reference | Total |
|---|---|---|---|
| 30 Jun 2021 | Cash Paid | | 10,994.79 |

| | | | |
|---|---|---|---:|
| **Total** | | | **10,994.79** |

**Kabbage**

| Date | Details | Reference | Total |
|---|---|---|---:|
| 17 Jun 2021 | Cash Paid | | 9,056.09 |
| 19 Jul 2021 | Cash Paid | | 9,056.09 |
| 17 Aug 2021 | Cash Paid | | 9,056.09 |
| **Total** | | | **27,168.27** |

**Knox Group Austrailia**

| Date | Details | Reference | Total |
|---|---|---|---:|
| 13 Jul 2021 | Cash Paid | | 22,280.00 |
| **Total** | | | **22,280.00** |

**Larson & Zirzow, LLC**

| Date | Details | Reference | Total |
|---|---|---|---:|
| 04 Aug 2021 | Cash Paid | | 10,000.00 |
| **Total** | | | **10,000.00** |

**McNutt Law Firm**

| Date | Details | Reference | Total |
|---|---|---|---:|
| 15 Jul 2021 | Invoice | Healthplus legal fees | 14,861.42 |
| 08 Sep 2021 | Invoice | | 2,417.13 |
| **Total** | | | **17,278.55** |

**Neal H. Howard & Associates**

| Date | Details | Reference | Total |
|---|---|---|---:|
| 25 Jun 2021 | Invoice | Wiley Stinson | 25,506.55 |
| **Total** | | | **25,506.55** |

National Payment Corp

| Date | Details | Reference | Total |
|---|---|---|---:|
| 17 Jun 2021 | Cash Paid | | 33,349.74 |
| 01 Jul 2021 | Cash Paid | | 34,480.25 |
| 12 Jul 2021 | Cash Paid | | 712.04 |
| 15 Jul 2021 | Cash Paid | | 32,607.52 |
| 19 Jul 2021 | Cash Paid | | 1,587.57 |
| 29 Jul 2021 | Cash Paid | | 28,521.50 |
| 12 Aug 2021 | Cash Paid | | 33,973.08 |
| 26 Aug 2021 | Cash Paid | | 32,495.73 |
| 09 Sep 2021 | Cash Paid | | 33,074.92 |
| 13 Sep 2021 | Cash Paid | | 1,400.00 |
| 14 Sep 2021 | Cash Paid | | 75,789.03 |
| **Total** | | | **307,991.38** |

**RMWBH**

| Date | Details | Reference | Total |
|---|---|---|---:|
| 13 Jul 2021 | Invoice | Retainer | 5,000.00 |
| 21 Jul 2021 | Cash Paid | | 5,000.00 |
| **Total** | | | **10,000.00** |

**Tecumseh-Infinity Medial Receiveables**

| Date | Details | Reference | Total |
|---|---|---|---|
| 25 Jun 2021 | Cash Paid | | 2,295.59 |
| 29 Jun 2021 | Cash Paid | | 14,138.16 |
| 30 Jul 2021 | Cash Paid | | 1,211.08 |
| **Total** | | | **17,644.83** |

The Injury Specialist

| Date | Details | Reference | Total |
|---|---|---|---|
| 15 Jun 2021 | Cash Paid | | 7,033.47 |
| 29 Jun 2021 | Invoice | May 2021 Commissions | 8,265.68 |
| 06 Sep 2021 | Invoice | | 17,357.88 |
| 14 Sep 2021 | Cash Paid | | 27,389.39 |
| **Total** | | | **60,046.42** |

# EXHIBIT SOFA - 4

**Expenses by Contact**

**GPMicro**

| Date | Details | Reference | Total |
|---|---|---|---|
| 06 Oct 2020 | Invoice | INV# 202010INF | 5.850.00 |
| 16 Dec 2020 | Invoice | INV# 202010INF-1 | 7.500.00 |
| 15 Jul 2021 | Invoice | Services fees - backup etc | 10.287.00 |
| 27 Aug 2021 | Invoice | Web and Data Portal Hosting | 2.697.00 |
| **Total** | | | **26.334.00** |

# EXHIBIT SOFA - 30

| Employee ID | Employee Name | Pay Code | Pay Description | Amount Paid | Pay Rate | Hours |
|---|---|---|---|---|---|---|
| P31721 | HEMMERS OLIVER A | REG | REGULAR PAY | 144,230.74 | 69.34 | 2,080.00 |
| | Totals for Employee: P31721 | | | 144,230.74 | | 2,080.00 |
| L02196 | PANTELAS ANNE | OTHER | OTHER EARN | 62,585.74 | 2,607.74 | 24.00 |
| | | REG | REGULAR PAY | 93,750.00 | 45.07 | 2,080.00 |
| | | SCORP | PRINCIPAL MED | 150.00 | 0.00 | 0.00 |
| | Totals for Employee: L02196 | | | 156,485.74 | | 2,104.00 |
| J68172 | PANTELAS−HEMMERS JONATHAN N | REG | REGULAR PAY | 2,190.00 | 11.38 | 192.50 |
| | | REIM | REIMBURSEMENT | 152.45 | 0.00 | 0.00 |
| | Totals for Employee: J68172 | | | 2,342.45 | | 192.50 |
| | Report Totals: | | | 303,058.93 | | 4,376.50 |

Case 21-14486-abl   Doc 47   Entered 09/29/21 16:23:54   Page 44 of 49



| Pay Code | Pay Description | Employee ID | Employee Name | Pay Date | Check# | Voucher# | Amount Paid | Hours |
|---|---|---|---|---|---|---|---|---|
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 09/25/2020 | 1344448 | 006381 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 10/09/2020 | 1350423 | 006402 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 10/23/2020 | 1356453 | 006422 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 11/06/2020 | 1362942 | 006442 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 11/20/2020 | 1368356 | 006482 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 12/04/2020 | 1375023 | 006502 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 12/18/2020 | 1381859 | 006521 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 12/31/2020 | 1389486 | 006555 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 01/15/2021 | 1394927 | 006574 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 01/29/2021 | 1401819 | 006594 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 02/12/2021 | 1407842 | 006613 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 02/26/2021 | 1414533 | 006632 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 03/12/2021 | 1418472 | 006653 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 03/26/2021 | 1425298 | 006680 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 04/09/2021 | 1432211 | 006697 | 1,251.71 | 0.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 04/23/2021 | 1440260 | 006714 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 05/07/2021 | 1446720 | 006728 | 1,251.71 | 0.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 05/21/2021 | 1454077 | 006774 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 06/04/2021 | 1460245 | 006804 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 06/18/2021 | 1467393 | 006821 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 07/02/2021 | 1474705 | 006836 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 07/16/2021 | 1484131 | 006853 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 07/30/2021 | 1489538 | 006868 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 08/13/2021 | 1497527 | 006880 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 08/27/2021 | 1504985 | 006892 | 2,503.43 | 1.00 |
| OTHER | OTHER EARNINGS | L02196 | ANNE PANTELAS | 09/10/2021 | 1512502 | 006916 | 2,503.43 | 1.00 |
| Totals For: | ANNE PANTELAS | | | | | | 62,585.74 | 24.00 |
| Totals For Pay Code: | OTHER | | | | | | 62,585.74 | 24.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 09/25/2020 | 1344448 | 006381 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 10/09/2020 | 1350423 | 006402 | 3,750.00 | 80.00 |

Case 21-14486-abl   Doc 47   Entered 09/29/21 16:23:54   Page 45 of 49



| Pay Code | Pay Description | Employee ID | Employee Name | Pay Date | Check# | Voucher# | Amount Paid | Hours |
|---|---|---|---|---|---|---|---|---|
| REG | REGULAR | L02196 | ANNE PANTELAS | 10/23/2020 | 1356453 | 006422 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 11/06/2020 | 1362942 | 006442 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 11/20/2020 | 1368356 | 006482 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 12/04/2020 | 1375023 | 006502 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 12/18/2020 | 1381859 | 006521 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 12/31/2020 | 1389486 | 006555 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 01/15/2021 | 1394927 | 006574 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 01/29/2021 | 1401819 | 006594 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 02/12/2021 | 1407842 | 006613 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 02/26/2021 | 1414533 | 006632 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 03/12/2021 | 1418472 | 006653 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 03/26/2021 | 1425298 | 006680 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 04/09/2021 | 1432211 | 006697 | 1,875.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 04/23/2021 | 1440260 | 006714 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 05/07/2021 | 1446720 | 006728 | 1,875.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 05/21/2021 | 1454077 | 006774 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 06/04/2021 | 1460245 | 006804 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 06/18/2021 | 1467393 | 006821 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 07/02/2021 | 1474705 | 006836 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 07/16/2021 | 1484131 | 006853 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 07/30/2021 | 1489538 | 006868 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 08/13/2021 | 1497527 | 006880 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 08/27/2021 | 1504985 | 006892 | 3,750.00 | 80.00 |
| REG | REGULAR | L02196 | ANNE PANTELAS | 09/10/2021 | 1512502 | 006916 | 3,750.00 | 80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals For: | ANNE PANTELAS | | | | | | 93,750.00 | 2,080.00 |
| | | | | | | | | |
| Totals For Pay Code: | REG | | | | | | 93,750.00 | 2,080.00 |
| | | | | | | | | |
| SCORP | SCORP PRINCIPAL MEDICAL | L02196 | ANNE PANTELAS | 12/31/2020 | | 006589 | 150.00 | 0.00 |
| | | | | | | | | |
| Totals For: | ANNE PANTELAS | | | | | | 150.00 | 0.00 |

Case 21-14486-abl    Doc 47    Entered 09/29/21 16:23:54    Page 46 of 49

28 Sep 2021 – 10:49

| Pay Code | Pay Description | Employee ID | Employee Name | Pay Date | Check# | Voucher# | Amount Paid | Hours |
|---|---|---|---|---|---|---|---|---|
| Totals For Pay Code: | SCORP | | | | | | 150.00 | 0.00 |
| Report Totals: | | | | | | | 156,485.74 | 2,104.00 |

Total Number of Employees: 1

Case 21-14486-abl   Doc 47   Entered 09/29/21 16:23:54   Page 47 of 49

| Pay Date | Period Start Date | Period End Date | Reg Hours | Premium Hours | Gross Pay | Reimburse Amt | Gross Earned | Federal Tax | FICA | State Tax | Other Taxes | Payroll Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/26/2021 | 02/07/2021 | 02/20/2021 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/12/2021 | 02/21/2021 | 03/06/2021 | 18.25 | 0.00 | 182.50 | 0.00 | $182.50 | 0.00 | 13.97 | 0.00 | 0.00 | 0.00 | 168.53 |
| 03/26/2021 | 03/07/2021 | 03/20/2021 | 15.75 | 0.00 | 157.50 | 0.00 | $157.50 | 0.00 | 12.04 | 0.00 | 0.00 | 0.00 | 145.46 |
| 04/09/2021 | 03/21/2021 | 04/03/2021 | 11.25 | 0.00 | 112.50 | 0.00 | $112.50 | 0.00 | 8.61 | 0.00 | 0.00 | 0.00 | 103.89 |
| 04/23/2021 | 04/04/2021 | 04/17/2021 | 5.00 | 0.00 | 50.00 | 0.00 | $50.00 | 0.00 | 3.83 | 0.00 | 0.00 | 0.00 | 46.17 |
| 05/07/2021 | 04/18/2021 | 05/01/2021 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/21/2021 | 05/02/2021 | 05/15/2021 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/04/2021 | 05/16/2021 | 05/29/2021 | 0.00 | 0.00 | 0.00 | 0.00 | $0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/18/2021 | 05/30/2021 | 06/12/2021 | 30.25 | 0.00 | 302.50 | 0.00 | $302.50 | 0.00 | 23.13 | 0.00 | 0.00 | 0.00 | 279.37 |
| 07/02/2021 | 06/13/2021 | 06/26/2021 | 39.50 | 0.00 | 395.00 | 0.00 | $395.00 | 0.00 | 30.22 | 0.00 | 0.00 | 0.00 | 364.78 |
| 07/16/2021 | 06/27/2021 | 07/10/2021 | 4.75 | 0.00 | 47.50 | 0.00 | $47.50 | 0.00 | 3.64 | 0.00 | 0.00 | 0.00 | 43.86 |
| 07/30/2021 | 07/11/2021 | 07/24/2021 | 14.75 | 0.00 | 147.50 | 0.00 | $147.50 | 0.00 | 11.28 | 0.00 | 0.00 | 0.00 | 136.22 |
| 08/13/2021 | 07/25/2021 | 08/07/2021 | 35.25 | 0.00 | 681.20 | 152.45 | $528.75 | 4.61 | 40.44 | 0.00 | 0.00 | 0.00 | 636.15 |
| 08/27/2021 | 08/08/2021 | 08/21/2021 | 3.75 | 0.00 | 56.25 | 0.00 | $56.25 | 0.00 | 4.31 | 0.00 | 0.00 | 0.00 | 51.94 |
| 09/10/2021 | 08/22/2021 | 09/04/2021 | 14.00 | 0.00 | 210.00 | 0.00 | $210.00 | 0.00 | 16.07 | 0.00 | 0.00 | 0.00 | 193.93 |
| Totals For: PANTELAS–HEMMERS JON/ | | | 192.50 | 0.00 | 2,342.45 | 152.45 | $2,190.00 | 4.61 | 167.54 | 0.00 | 0.00 | 0.00 | 2,170.30 |
| Report Totals: | | | 192.50 | 0.00 | 2,342.45 | 152.45 | $2,190.00 | 4.61 | 167.54 | 0.00 | 0.00 | 0.00 | 2,170.30 |

Total Number of Employees:     1

28 Sep 2021 – 10:47

Case 21-14486-abl   Doc 47   Entered 09/29/21 16:23:54   Page 48 of 49



| Pay Code | Pay Description | Employee ID | Employee Name | Pay Date | Check# | Voucher# | Amount Paid | Hours |
|----------|----------------|-------------|---------------|----------|--------|----------|-------------|-------|
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 09/25/2020 | 1344440 | 006383 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 10/09/2020 | 1350415 | 006404 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 10/23/2020 | 1356445 | 006424 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 11/06/2020 | 1362934 | 006444 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 11/20/2020 | 1368348 | 006484 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 12/04/2020 | 1375015 | 006504 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 12/18/2020 | 1381851 | 006523 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 12/31/2020 | 1389478 | 006557 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 01/15/2021 | 1394919 | 006576 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 01/29/2021 | 1401811 | 006596 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 02/12/2021 | 1407834 | 006615 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 02/26/2021 | 1414525 | 006634 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 03/12/2021 | 1418464 | 006655 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 03/26/2021 | 1425291 | 006682 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 04/09/2021 | 1432204 | 006699 | 2,884.61 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 04/23/2021 | 1440253 | 006716 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 05/07/2021 | 1446715 | 006730 | 2,884.61 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 05/21/2021 | 1454072 | 006776 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 06/04/2021 | 1460240 | 006806 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 06/18/2021 | 1467387 | 006823 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 07/02/2021 | 1474699 | 006838 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 07/16/2021 | 1484125 | 006855 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 07/30/2021 | 1489533 | 006870 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 08/13/2021 | 1497522 | 006882 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 08/27/2021 | 1504980 | 006894 | 5,769.23 | 80.00 |
| REG | REGULAR | P31721 | OLIVER A HEMMERS | 09/10/2021 | 1512497 | 006918 | 5,769.23 | 80.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals For: | OLIVER A HEMMERS | | | | | | 144,230.74 | 2,080.00 |
| Totals For Pay Code: | REG | | | | | | 144,230.74 | 2,080.00 |

Case 21-14486-abl   Doc 47   Entered 09/29/21 16:23:54   Page 49 of 49