_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 06, 2021

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-8116

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.:    21-14486-abl<br>Chapter       7 |

**ORDER**
**MOTION OF PARTY IN INTEREST TECUMSEH – INFINITY MEDICAL RECEIVABLES FUND, LP TO (1)ABANDON PROPERTY AND (2)LIFT THE AUTOMATIC STAY**

This Court, having considered the *Motion of Party In interest Tecumseh – Infinity Medical Receivables Fund, LP  to (1)Abandon Property and (2) Lift the Automatic Stay*, pursuant to 11 U.S.C. 554 and 11 U.S.C. 362, and good cause appearing:

…

60254006;1

1

IT IS HEREBY ORDERED, that the Application is GRANTED.

IT IS FURTHER ORDERED, that Tecumseh – Infinity Medical Receivables Fund, LP, ("Tecumseh") is the owner of the receivables identified on **Exhibits A and B** attached hereto.

IT IS FURTHER ORDERED, the Trustee is authorized to abandon, release, and transfer, all receivables owned by Tecumseh – Infinity Medical Receivables Fund, LP, ("Tecumseh"), as outlined in **Exhibits A and B**, including all documents related to such receivables and checks received by or payable to Debtor in relation to the same. Tecumseh is entitled to endorse any check made payable to the Debtor relating to receivables identified on **Exhibits A and B.**

IT IS FURTHER ORDERED, the automatic stay under §362 of the Bankruptcy Code shall not apply to prevent or otherwise delay enforcement of any rights relating to Tecumseh Receivables as outlined in **Exhibits A and B**.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

**AKERMAN LLP**

*/s/ Michael Napoli, Esq.*
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*