_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 06, 2021

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-8116

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7 |

**ORDER**
**JOINT MOTION OF CHAPTER 7 TRUSTEE AND PARTY IN INTEREST TO REJECT SUB-ADVISORY AGREEMENT TECUMSEH – INFINITY MEDICAL RECEIVABLES FUND, LP**

This Court, having considered the *Joint Motion of Chapter 7 Trustee and Party In interest Tecumseh – Infinity Medical Receivables Fund, LP to Reject Sub-Advisory Agreement Tecumseh-Infinity Medical Receivables Fund, LP*, with all annexed exhibits and declarations, and having found that the Sub-Advisory Agreement between Tecumseh – Infinity Medical Receivable Fund, LP

1

60254603;1

("Tecumseh") and the Debtor, entered on June 18, 2020, may not be assumed or assigned under Section 365.

IT IS HEREBY ORDERED, that the Application is GRANTED.

IT IS FURTHER ORDERED, that effective immediately the Sub-Advisory Agreement is hereby rejected pursuant to 11 U.S.C. 365.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

**AKERMAN LLP**

*/s/ Michael Napoli, Esq*
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

2

60254603;1