

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 08, 2021

NVB 5075–3 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  

INFINITY CAPITAL MANAGEMENT, INC.
 dba INFINITY HEALTH CONNECTIONS

Debtor(s)

BK–21–14486–abl
CHAPTER 7

ORDER VACATING
ORDER ENTERED IN ERROR

It having been determined that, due to clerical error, an order was entered in this matter. (Dkt. # 65).

**IT IS ORDERED** that the
Order Motion Of Party In Interest Tecumseh Infinity Medical Receivables Fund, Lp To (1) Abandon Property And (2) Lift The Automatic Stay, Processed In Error.
entered on 10/06/2021 is hereby vacated.

###