

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 08, 2021

NVB 5075−3 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−21−14486−abl |
| | CHAPTER 7 |
| INFINITY CAPITAL MANAGEMENT, INC. | |
| dba INFINITY HEALTH CONNECTIONS | |
| | ORDER VACATING |
| Debtor(s) | ORDER ENTERED IN ERROR |

It having been determined that, due to clerical error, an order was entered in this matter. (Dkt. # 66).

**IT IS ORDERED** that the
Order Joint Motion Of Chapter 7 Trustee And Party In Interest To Reject Sub−Advisory Agreement Tecumseh Infinity Medical Receivables Fund, Lp, Processed In Error.
entered on 10/06/2021 is hereby vacated.

###