ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-8116

*Attorneys for party in interest Tecumseh –
Infinity Medical Receivables Fund, L.P.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC;<br>*dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor. | Case No.:   21-14486-abl<br>Chapter      7<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

1. On October 5, 2021, I served the following document(s):

JOINT MOTION OF CHAPTER 7 TRUSTEE AND PARTY IN INTEREST TO REJECT SUB-ADVISORY AGREEMENT TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND LP [ECF No. 61]; and

DECLARATION OF CHAD MEYER IN SUPPORT OF JOINT MOTION OF CHAPTER 7 TRUSTEE AND PARTY IN INTEREST TO REJECT EXECUTORY AGREEMENT, WITH EXHIBIT A [ECF No. 62].

2. I served the above document by the following means to the persons as listed below:

☒ a.     ECF System:

 ROBERT E. ATKINSON
 Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

1

60418042;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com; carey@lzlawnv.com;  trish@lzlawnv.com; jennifer@lzlawnv.com
zirzow.matthewc.r99681@notify.bestcase.com

☐  b.    I caused to be served via the United States mail, postage fully prepaid to all persons and parties identified on the attached Creditor Matrix.

☐  c.    Personal Service:

I personally delivered the document to the persons at these addresses:

> ☐   For a party represented by an attorney, delivery was made by handing the document at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document in a conspicuous place in the office.
>
> ☐   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  d.    By direct email (as opposed to through the ECF System):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

60418042;1

*/s/ Michael D. Napoli, Esq.*
Michael D. Napoli, Esq.

3

60418042;1

Dated: October 13, 2021.

**AKERMAN LLP**

*/s/ Michael Napoli, Esq*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

4

60418042;1