| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Infinity Capital Management, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 21-14486-abl |

■ Check if this is an
amended filing

**AMENDED**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*   G
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10 - 14 - 2021   x _____
Signature of individual signing on behalf of debtor

Oliver Hemmers
Printed name

Treasurer & Secretary
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name ____Infinity Capital Management, Inc.____

United States Bankruptcy Court for the: ____DISTRICT OF NEVADA____

Case number (if known) ____21-14486-abl____

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|         State the term remaining | Advanced Imaging Centers LLC |
|         List the contract number of any government contract | Attn: Jeff Waronker<br>6050 Peachtree Pkwy  Ste 400<br>Peachtree Corners, GA 30092 |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|         State the term remaining | Advanced Orthopaedics |
|         List the contract number of any government contract | Attn: Christian Foglar<br>6140 Camino Verde Dr. Suite L.<br>San Jose, CA 95119 |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|         State the term remaining | Advanced Pain Management PC |
|         List the contract number of any government contract | Attn: Hemant Yagnick MD<br>404 Town Park Blvd. Suite 101<br>Evans, GA 30809 |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|         State the term remaining | Albuquerk DeFernandes |
|         List the contract number of any government contract | Attn: Albuquerk DeFernandes<br>120 West Plumb Lane<br>Reno, NV 89509 |

Debtor 1　Infinity Capital Management, Inc.
First Name　　　　Middle Name　　　　Last Name

Case number *(if known)*　21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Alcovy Neurology, P.C. Attn: Juan C. Lacayo MD 3535 Highway 81 Loganville, GA 30052 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Alliance Healthcare Services Attn: Managing Member 1019 East 22nd Ave. Cordele, GA 31015 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Accounts Purchase Agreement | |
|---|---|---|---|
| | State the term remaining | | Alliance Spinal Therapy & Rehabilitation Attn: Managing Member 7455 West Washington Ave Suite 140 Las Vegas, NV 89128 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | American Health Imaging Attn: Dan Balentine 6590 Powers Ferry Road Atlanta, GA 30339 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Contract for Carticel Reimbursement | |
|---|---|---|---|
| | State the term remaining | | AmerisourceBergen Specialty Group Attn: Stefani D. Forsythe 3101 Gaylord Parkway Frisco, TX 75034 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | | AmPro Orthotics & Prothetics Inc. Attn: Luis E. Choto 6877 S Eastern Ave Las Vegas, NV 89119 |
| | List the contract number of any | | |

Debtor 1  Infinity Capital Management, Inc.
   First Name          Middle Name          Last Name

Case number (*if known*)  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement |
| | State the term remaining | Anesthesiology Consultants Inc. |
| | List the contract number of any government contract | Attn: Bradford Isaacs MD<br>7220 South Cimarron Rd Suite 230<br>Las Vegas, NV 89113 |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Accounts Purchase Agreement |
| | State the term remaining | Anthony M. Odell DC |
| | List the contract number of any government contract | Attn: Anthony M. Odell DC<br>3227 Perkiomen Ave<br>Reading, PA 19606 |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Accounts Purchase Agreement |
| | State the term remaining | Associated Oral Specialties Inc. |
| | List the contract number of any government contract | Attn: Dr. Freddie J. Wakefield Jr.<br>5671 Peachtree Dunwoody Rd. Suite 420<br>Atlanta, GA 30342 |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement |
| | State the term remaining | Associated Pathologists Laboratories |
| | List the contract number of any government contract | Attn: Rick Reber<br>2075 E. Flamingo Rd.<br>Las Vegas, NV 89119 |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Athens Orthopedics Clinic |
| | List the contract number of any government contract | Attn: Kayo Elliot<br>1765 Old West Broad St. Bldg. 2 Suite 20<br>Athens, GA 30606 |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Atlanta Spine Institute<br>Attn: Dr. Plas T. James<br>5667 Peachtree Dunwoody Rd. Suite 220<br>Atlanta, GA 30342 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  Infinity Capital Management, Inc.

First Name          Middle Name          Last Name

Case number (*if known*)  21-14486-abl

---

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
|  | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Atlas Orthopaedics |
| | List the contract number of any government contract | _____ | Attn: Dr. Duncan Wells<br>970 Woodstock Pkwy Ste 310<br>Woodstock, GA 30188 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Bethea Consulting & Psychological Servic |
| | List the contract number of any government contract | _____ | Attn: Angela R. Bethea Ph.D<br>5 Concourse Parkway NE Suite 3000<br>Atlanta, GA 30328 |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Agreement | |
| | State the term remaining | | Borg Law Group |
| | List the contract number of any government contract | _____ | Attn: Brooke M. Borg Esq.<br>9555 Hillwood Dr. Suite 150<br>Las Vegas, NV 89134 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Engagement Agreement | |
| | State the term remaining | | Carbajal & McNutt LLP |
| | List the contract number of any government contract | _____ | Attn: Dan McNutt<br>625 S. Eight Street<br>Las Vegas, NV 89104 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
| | State the term remaining | | Care4Life Home Health Agency |
| | List the contract number of any government contract | _____ | Attn: Mary Levy<br>8665 W. Flamingo Rd.<br>Las Vegas, NV 89147 |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Infinity Capital Management, Inc.
<u>First Name</u>  <u>Middle Name</u>  <u>Last Name</u>

Case number (*if known*)  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Carl N. Williams MD<br>Attn: Carl N. Williams MD<br>2020 Wellness Way  501<br>Las Vegas, NV 89106 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Carrollton Orthopedic Clinic<br>Attn: J. Ben Butler<br>150 Clinic Ave Ste 101<br>Carrollton, GA 30117 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Center for Spine & Pain Medicine<br>Attn: Suleman Sohani<br>1413 Chattanooga Ave<br>Dalton, GA 30720 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Center of Special Procedures at Summerli<br>Attn: William S. Muir MD<br>653 N Town Center Dr<br>Las Vegas, NV 89144 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Cherokee Imaging Center<br>Attn: Jonna Roopas<br>2000 Village Professional Dr<br>Canton, GA 30114 |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Childrens Orthopaedics of Atlanta<br>Attn: Mark Klein<br>1200 Lake Hearn Drive Suite 400<br>Atlanta, GA 30319 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor 1  Infinity Capital Management, Inc.
First Name              Middle Name              Last Name

Case number (*if known*)  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | Chimedical Management Group Attn: Dr. Stephen Cooper P.O Box 1611 Phenix City, AL 36868 |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Partial Purchase and Sale Agreement | |
|---|---|---|---|
| | State the term remaining | | Clear Lake Imaging LLC Attn: Managing Member 202 N Texas Ave Webster, TX 77598 |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Accounts Receivable Purchase Agreement | |
|---|---|---|---|
| | State the term remaining | | ColdCo Therapies LLC Attn: Adam Lurie 1362 Rietveld Row Nw Atlanta, GA 30318 |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Collections Consultants Nevada Attn: Bonnie Barnett 5440 W. Sahara Ave Suite 300 Las Vegas, NV 89146 |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Comprehensive Spine & Pain Attn: Dr. V.K. Puppala 403 Permian Way Suite D Villa Rica, GA 30180 |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Concordia Anesthesialogy Inc. Attn: Stephan Gosch 120 Ottly Dr. NE Suite C Atlanta, GA 30324 |
|---|---|---|---|

Debtor 1  Infinity Capital Management, Inc.
         First Name          Middle Name          Last Name

Case number (*if known*)  21-14486-abl

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract _____

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Coosa Diagnostic Center |
| | List the contract number of any government contract _____ | | Attn: Eddie Rivers 16 Riverbend Dr SW Rome, GA 30161 |
| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Cornerstone Orthopedics & Sports Medicin |
| | List the contract number of any government contract _____ | | Attn: Rhett K. Rainey 299 N Broad St Winder, GA 30680 |
| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Coronado Surgery Center |
| | List the contract number of any government contract _____ | | Attn: Dr. Mike Crovetti 2779 W Horizon Ridge Pkwy Ste 140 Henderson, NV 89052 |
| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Craniospinal Institute of Georgia |
| | List the contract number of any government contract _____ | | Attn: Dr. Daniel W. Moore 790 Church St NE Marietta, GA 30060 |
| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement | |
| | State the term remaining | | Creative Funding Services Inc. |
| | List the contract number of any government contract _____ | | Attn: Brett Hansbery 1135 Bay Street Suite 10 San Francisco, CA 94123 |

Debtor 1  Infinity Capital Management, Inc.
_____
First Name          Middle Name          Last Name

Case number (if known)   21-14486-abl
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Damien A. Doute MD
Attn: Damien A. Doute MD
1462 Montreal Rd
Tucker, GA 30084 |
| | List the contract number of any government contract | _____ | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Daniel Eisenman MD
Attn: Daniel Eisenman MD
3050 Royal Blvd. Suite 100
Alpharetta, GA 30022 |
| | List the contract number of any government contract | _____ | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | David S. Owens MD
4545 Harris Trail
Atlanta, GA 30327 |
| | List the contract number of any government contract | _____ | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Douglas W. Kindall MD
Attn: Douglas W. Kindall MD
3939 J St
Sacramento, CA 95819 |
| | List the contract number of any government contract | _____ | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Abbas Haider DDS
Attn: Dr. Abbas Haider DDS
3521 Memorial Dr Ste A
Decatur, GA 30032 |
| | List the contract number of any government contract | _____ | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Asaf Yalif
Attn: Dr. Asaf Yalif
145 Towne Lake Pkwy Ste 101
Woodstock, GA 30188 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    Infinity Capital Management, Inc.                                    Case number *(if known)*    21-14486-abl
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Bobby Khan |
| | List the contract number of any government contract | | Attn: Dr. Bobby Khan<br>5673 Peachtree Dunwoody Rd Ste 440<br>Atlanta, GA 30342 |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Gary Ganahl |
| | List the contract number of any government contract | | Attn: Dr. Gary Ganahl<br>1770 Century Blvd NE<br>Atlanta, GA 30345 |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Hetesh Ranchod |
| | List the contract number of any government contract | | Attn: Dr. Hetesh Ranchod<br>2769 Chastain Meadows Parkway Suite 70<br>Marietta, GA 30066 |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Jason Reingold |
| | List the contract number of any government contract | | Attn: Dr. Jason Reingold<br>5669 Peachtree Dunwoody Rd<br>Atlanta, GA 30342 |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Dr. Tapan Daftari |
| | List the contract number of any government contract | | Attn: Dr. Tapan Daftari<br>270 Chastain Rd<br>Kennesaw, GA 30144 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Durango Outpatient Surgery Center<br>Attn: Matt Pate<br>8530 W Sunset Rd<br>Las Vegas, NV 89113 |
|---|---|---|---|

Debtor 1   Infinity Capital Management, Inc.
    First Name            Middle Name           Last Name

Case number (*if known*)   21-14486-abl

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Elite First Assisting |
| | List the contract number of any government contract | | Attn: Tyrone W. Rogers<br>1235Magnolia Park Circle<br>Cumming, GA 30040 |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Elite Radiology of Georgia LLC |
| | List the contract number of any government contract | | Attn: Kevin Johnson<br>4800 Ashford Dunwoody Rd Ste 140<br>Atlanta, GA 30338 |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Elizabeth Caughey, DDS |
| | List the contract number of any government contract | | Attn: Elizabeth Caughey, DDS<br>25-A Lenox Pointe NE<br>Atlanta, GA 30324 |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Erik T. Bendiks MD |
| | List the contract number of any government contract | | Attn: Kelly Millard<br>11650 Alpharetta Hwy Ste 100<br>Roswell, GA 30076 |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Evans Procedure Center |
| | List the contract number of any government contract | | Attn: Hemant Yagnick MD<br>404 Town Park Blvd Suite 101<br>Evans, GA 30809 |

| Debtor 1 | Infinity Capital Management, Inc. | | Case number *(if known)* | 21-14486-abl |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Agreement for Pharmacy Benefit Mgmt Admins Services | |
|---|---|---|---|
| | State the term remaining | | ExpressCHEX LLC Attn: Nicholas Athanasatos 2035 Sunset Lake Rd. Suite B-2 Newark, DE 19702 |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | |
|---|---|---|---|
| | State the term remaining | | First Coast Health Solutions Attn: Aron Stefanides 211 N Liberty St Jacksonville, FL 32202 |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for premises located at 1700 West Horizon Ridge, Henderson, Nevada | |
|---|---|---|---|
| | State the term remaining | | First Savings Bank Attn: Managing Member 5960 S. Jones Blvd. Las Vegas, NV 89118 |
| | List the contract number of any government contract | | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | FirstScanTM Omaha Attn: Daniel Cinotto 9840 S 140th St Ste 5 Omaha, NE 68138 |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | Security Rule Amendment to Business Associate Agreement | |
|---|---|---|---|
| | State the term remaining | | Flamingo Surgery Center Attn: Nick Paciello 2565 E Flamingo Rd Las Vegas, NV 89121 |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Health Imaging Attn: Maria Budhwani 4025 Lawrenceville Hwy NW Lilburn, GE 30047 |
| | List the contract number of any | | |

Debtor 1    Infinity Capital Management, Inc.                                    Case number (*if known*)    21-14486-abl
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Neurological Surgery & Comprehen Attn: Brandt Halbach 2142 W Broad St Bldg 100 Suite 200 Athens, GA 30606 |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Neuroscience Attn: Alex Bannister 335 Roselane St NW #202 Marietta, GA 30060 |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Pain & Spine Care Attn: Jay Rice 1665 Georgia Hwy 34 East  #100 Newnan, GA 30265 |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Pain & Wellness Center Attn: Amit Patel 455 Phillip Blvd Building 100 Suite 140 Lawrenceville, GA 30046 |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Pain and Spine Solutions Attn: Marcus Polk 76 Highland Pavilion Ct #133 Hiram, GA 30141 |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | | | Georgia Pain Samson 120 Stonebridge Pkwy Ste 420 Woodstock, GA 30189 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    Infinity Capital Management, Inc.
             First Name          Middle Name          Last Name

Case number (*if known*)    21-14486-abl

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
  government contract                    _____

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Georgia Spine & Orthopedics |
| | List the contract number of any government contract | _____ | Attn: Winston Jeshuran<br>6501 Peake Rd. Suite 400<br>Macon, GA 31210 |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Glendale MRI Institute |
| | List the contract number of any government contract | _____ | Attn: James Lilley<br>624 S Central Ave #2009<br>Glendale, CA 91204 |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Griffin Imaging LLC |
| | List the contract number of any government contract | _____ | Attn: Paul Cote<br>220 Rock St<br>Griffin, GA 30224 |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Gwinnett Hospital System Inc. |
| | List the contract number of any government contract | _____ | Attn: Cathy H.Daugherty<br>1000 Medical Center Blvd<br>Lawrenceville, GA 30046 |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Healing Hands Physical Therapy Centers |
| | List the contract number of any government contract | _____ | Attn: Patricia Burnley<br>1930 A Highland Ave<br>Augusta, GA 30904 |

Debtor 1   Infinity Capital Management, Inc.
     First Name        Middle Name        Last Name

Case number (*if known*)   21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.73.** State what the contract or lease is for and the nature of the debtor's interest | Provider Agreement |
| State the term remaining | Health n Home |
| List the contract number of any government contract | Attn: Paul G. Rowan<br>P.O. Box 20 Attn Corp Tax 70428<br>Boise, ID 83726 |
| **2.74.** State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement |
| State the term remaining | HealthPlus Imaging |
| List the contract number of any government contract | Attn: Stephanie Lam<br>9000 Southwest Fwy<br>Houston, TX 77074 |
| **2.75.** State what the contract or lease is for and the nature of the debtor's interest | Service Agreement |
| State the term remaining | HealthSouth Rehabilitation Hospital of L |
| List the contract number of any government contract | Attn: Mark Tarr<br>1250 South Valley View Blvd<br>Las Vegas, NV 89102 |
| **2.76.** State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| State the term remaining | Henderson Radiology Inc. |
| List the contract number of any government contract | Attn: Jade Alfasi<br>10561 Jeffreys St Ste 111<br>Las Vegas, NV 89052 |
| **2.77.** State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| State the term remaining | Hieu Ball MD |
| List the contract number of any government contract | Attn: Hieu Ball MD<br>100 Park Pl<br>San Ramon, CA 94583 |
| **2.78.** State what the contract or lease is for and the nature of the debtor's interest | Accounts Purchase Agreement |
| State the term remaining | Hilltop Radiology LLC |
| List the contract number of any | Attn: Joel Choe<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806 |

Debtor 1   Infinity Capital Management, Inc.
_____
First Name         Middle Name         Last Name

Case number (*if known*)   21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor/Consultant Agreement | |
| | State the term remaining | | Howard Golden |
| | List the contract number of any government contract | | Attn: Howard Golden<br>1140 Hammond Dr<br>Atlanta, GA 30328 |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Imagelink LLC |
| | List the contract number of any government contract | | Attn: Kurt Taylor<br>1350 Scenic Hwy N. Suite 268<br>Snellville, GA 30078 |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | James Scheller MD |
| | List the contract number of any government contract | | Attn: James Scheller MD<br>2288 Auburn Blvd Ste 201<br>Sacramento, CA 95821 |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor/Consultant Agreement | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Jeff Bartholomew |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Jeffrey Goldberg MD |
| | List the contract number of any government contract | | Attn: Jeffrey Goldberg MD<br>210 E Derenne Ave<br>Savannah, GA 31405 |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Joint Active Systems Inc.<br>Attn: Boris Bonutti<br>2600 S Raney St<br>Effingham, IL 62401 |

Debtor 1　Infinity Capital Management, Inc.
First Name　　Middle Name　　Last Name

Case number *(if known)*　21-14486-abl

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract　_____

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Jordanica Inc. |
| | List the contract number of any government contract　_____ | | Attn: Mark A. Premselaar 780 Coronodo Cneter Dr. Suite 110A Henderson, NV 89052 |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Katia Cabayan |
| | List the contract number of any government contract　_____ | | Attn: Katia Cabayan 2970 Hilltop Mall Rd Richmond, CA 94806 |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | Factoring Agreement | |
|---|---|---|---|
| | State the term remaining | | Las Vegas Pharmacy Inc. |
| | List the contract number of any government contract　_____ | | Attn: Douglas L. Copsey 2600 W Sahara Ave Ste 120 Las Vegas, NV 89102 |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Las Vegas Sleep Center PLLC |
| | List the contract number of any government contract　_____ | | Attn: Mohamed Shimaya 2400 S Cimarron Rd Las Vegas, NV 89117 |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Ledesma Sports Medicine |
| | List the contract number of any government contract　_____ | | Attn: Ernest Ledesma 7010 Hodgson Memorial Dr Savannah, GA 31406 |

Debtor 1    Infinity Capital Management, Inc.
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Legacy Brain & Spine<br>Attn: Dr. Said Elshihabi, Md<br>718 Cherokee St NE<br>Marietta, GA 30060 |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Macon Pain Center PC<br>Attn: Carlos J. Giron<br>3356 Vineville Ave.<br>Macon, GA 31204 |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Mariposa Medical Associates<br>Attn: Faye Vargas Morris MD<br>767 Concord Rd SE<br>Smyrna, GA 30082 |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Mark W. Howard MD<br>Attn: Mark W. Howard MD<br>576 Hartnell St<br>Monterey, CA 93940 |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | MD Pain Care<br>Attn: Roy L. Talley MD<br>5109 Highway 278 NE Ste C<br>Covington, GA 30014 |
| | List the contract number of any government contract | | |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Medica Stand Up MRI of Atlanta<br>Attn: Thomas R. Cormier<br>6590 Powers Ferry Rd<br>Atlanta, GA 30339 |
| | List the contract number of any | | |

Debtor 1  Infinity Capital Management, Inc.
    First Name         Middle Name         Last Name

Case number *(if known)*   21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | Medical Record Retrieval Financing Agreement | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Medical Records Funding Inc. |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | Item to be supplemented, as there are hundreds of these ageements. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Micellaneous Provider Agreements |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Michael S. Champney MD, F.A.C.S. Attn: Michael S. Champney MD, F.A.C.S. 2665 N Decatur Rd Decatur, GA 30033 |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | MMR Holdings Inc. Attn: John Platusic 630 South Rancho Dr. Suite G Las Vegas, NV 89106 |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Monitoring and Neuromonitoring Associate Attn: Teresa L. Carter 9811 West Charleston Suite 2-641 Las Vegas, NV 89117 |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Neurological Associates of Nevada Attn: Managing Member 2831 Business Park Ct Ste B Las Vegas, NV 89128 |

Debtor 1   Infinity Capital Management, Inc.

First Name          Middle Name          Last Name

Case number (*if known*)   21-14486-abl

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | _____ |

| | | |
|---|---|---|
| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Nick DeFillips MD |
| | List the contract number of any government contract | Attn: Nick DeFillips MD 990 Hammond Dr # 730 Atlanta, GA 30328 |
| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Non-Surgical Orthopaedics P.C. |
| | List the contract number of any government contract | Attn: Arnold J. Well MD 335 Roselane St NW Marietta, GA 30060 |
| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | North Atlanta Surgical Associates |
| | List the contract number of any government contract | Attn: Managing Member 5673 Peachtree Dunwoody Rd Ste 3 Atlanta, GA 30342 |
| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | North DeKalb Orthopedics PC |
| | List the contract number of any government contract | Attn: Sylvia Brumelow 505 Irvin Ct Ste 200 Decatur, GA 30030 |
| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | North Fulton Anesthesia Inc. |
| | List the contract number of any government contract | Attn: James G. Velimesis 3000 Hospital Blvd Roswell, GA 30076 |

Debtor 1  Infinity Capital Management, Inc.
    First Name         Middle Name         Last Name

Case number (*if known*)  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.107.** State what the contract or lease is for and the nature of the debtor's interest — Institutional Provider Agreement

    State the term remaining

    List the contract number of any government contract

North Fulton Medical Center Inc.
Attn: Deborah C. Keel
3000 Hospital Blvd
Roswell, GA 30076

**2.108.** State what the contract or lease is for and the nature of the debtor's interest — Purchase and Sale Agreement

    State the term remaining

    List the contract number of any government contract

North Houston Injury and Rehabilitation
Attn: Managing Member
523 N Sam Houston Pkwy E
Houston, TX 77060

**2.109.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

    State the term remaining

    List the contract number of any government contract

Northern California Orthopedic Centers
Attn: Paul Susaura MD
6403 Coyle Ave  Ste 170
Carmichael, CA 95608

**2.110.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

    State the term remaining

    List the contract number of any government contract

Northwest Neurology
Attn: Robert Bashuk MD
4460 Austell Rd
Austell, GA 30106

**2.111.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

    State the term remaining

    List the contract number of any government contract

Open MRI of Macon
Attn: Lisa Waldrop
1504 Hardeman Ave Ste B
Macon, GA 31201

**2.112.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

    State the term remaining

    List the contract number of any

Open MRI Of Savannah
Attn: Toni S. Cowan
4815 Waters Ave
Savannah, GA 31404

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   Infinity Capital Management, Inc.                          Case number (*if known*)   21-14486-abl
          First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Ortho Now PLLC |
| | List the contract number of any government contract | | Attn: Bret Sokoloff, MD<br>4901 Raleigh Common Dr. Suite 200<br>Memphis, TN 38128 |
| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Orthopaedic Solutions |
| | List the contract number of any government contract | | Attn: Dr. Antenor Velazco, MD<br>670 S. 8th Street<br>Griffin, GA 30224 |
| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Orthopedic Foot and Ankle Institute |
| | List the contract number of any government contract | | Attn: Roman Sibel, MD<br>3175 Saint Rose Pkwy Ste 320<br>Henderson, NV 89052 |
| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Outpatient Imaging |
| | List the contract number of any government contract | | Attn: John F Howard MD<br>3280 Howell Mill Rd NW Ste 345<br>Atlanta, GA 30327 |
| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Pain Care Center of Georgia |
| | List the contract number of any government contract | | Attn: Crystal Marcum<br>1365 Rock Quarry Rd Ste 202<br>Stockbridge, GA 30281 |
| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Pain Consultants of Atlanta<br>Attn: Ashley Bernal<br>1800 Peachtree St NW Ste 750<br>Atlanta, GA 30309 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   Infinity Capital Management, Inc.
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*   21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining<br><br>List the contract number of any government contract _____ | |
| 2.119. State what the contract or lease is for and the nature of the debtor's interest　Service Agreement/Contract | |
| State the term remaining<br><br>List the contract number of any government contract _____ | Pain Institute of Georgia<br>Attn: Carlos J. Giron<br>3356 Vineville Ave<br>Macon, GA 31204 |
| 2.120. State what the contract or lease is for and the nature of the debtor's interest　Service Agreement/Contract | |
| State the term remaining<br><br>List the contract number of any government contract _____ | Pain Management Specialists of Atlanta P<br>Attn: Randall Berinhout<br>440 Prime Point<br>Peachtree, GA 30269 |
| 2.121. State what the contract or lease is for and the nature of the debtor's interest　Service Agreement/Contract | |
| State the term remaining<br><br>List the contract number of any government contract _____ | Parkaire Consultants<br>Attn: Randall Sheffield<br>4939 Lower Roswell Rd Ste 201C<br>Marietta, GA 30068 |
| 2.122. State what the contract or lease is for and the nature of the debtor's interest　Service Agreement/Contract | |
| State the term remaining<br><br>List the contract number of any government contract _____ | Peachtree Neurosurgery<br>Attn: Joy Taylor<br>1938 Peachtree Rd NW<br>Atlanta, GA 30309 |
| 2.123. State what the contract or lease is for and the nature of the debtor's interest　Assignment and Funding Agreement | |
| State the term remaining<br><br>List the contract number of any government contract _____ | Peachtree Orthopaedic Center P.A.<br>Attn: Managing Member<br>2001 Peachtree Rd NE Suite 700<br>Atlanta, GA 30309 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   Infinity Capital Management, Inc.                                    Case number (if known)   21-14486-abl
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Perimeter Orthopaedics PC<br>Attn: Katheryn Keller<br>5673 Peachtree Dunwoody Rd Ste 825<br>Atlanta, GA 30342 |
| | List the contract number of any government contract | | |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Perimeter Outpatient Surgical Associates<br>Attn: Katheryn Keller<br>5667 Peachtree Dunwoody Rd<br>Atlanta, GA 30342 |
| | List the contract number of any government contract | | |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Perimeter Surgical Center<br>Attn: Cindy Smith<br>6105 Peachtree Dunwoody Rd Ste 110<br>Atlanta, GA 30328 |
| | List the contract number of any government contract | | |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement | |
|---|---|---|---|
| | State the term remaining | | Phenix City Spine and Topple Diagnostics<br>Attn: Brent Jones<br>10800 Alpharetta Hwy #208-541<br>Roswell, GA 30076 |
| | List the contract number of any government contract | | |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Philip C. Colosimo Ph.D<br>Attn: Philip C. Colosimo Ph.D<br>501 S Rancho Dr. Suite C-14<br>Las Vegas, NV 89106 |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Pinnacle Orthopaedics Sports Medicine Sp<br>Attn: Donna L. Fisher<br>720 Transit Ave Ste 202<br>Canton, GA 30114 |
| | List the contract number of any | | |

Debtor 1    Infinity Capital Management, Inc.      Case number *(if known)*   21-14486-abl

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Pinnacle Orthopaedics Surgery Center-Woo |
| | List the contract number of any government contract | | Attn: Donna L. Fisher 1505 Stone Bridge Pkwy Ste 200 Woodstock, GA 30189 |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Plastikos Plastic and Recinstructive Sur |
| | List the contract number of any government contract | | Attn: Susan Kolb MD 4370 Georgetown Sq Atlanta, GA 30338 |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Polaris Center for Outpatient Spine Surg |
| | List the contract number of any government contract | | Attn: Joy Taylor 1150 Hammond Drive  Suite 400 Atlanta, GA 30328 |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Polaris Spine & Neurosurgery Center P.C. |
| | List the contract number of any government contract | | Attn: Joy Taylor 1150 Hammond Drive  Suite 400 Atlanta, GA 30328 |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement | |
|---|---|---|---|
| | State the term remaining | | Preva Advanced Surgicare-The Woodlands L |
| | List the contract number of any government contract | | Attn: Hugh P. Shannonhouse 26710 I-45 N Ste B-100 The Woodlands, TX 77386 |

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Pro Performance P.T. Attn: Amanda Stillings 4343 Shallowford Rd Ste G-3 & 4 Marietta, GA 30062 |
|---|---|---|---|

Debtor 1   Infinity Capital Management, Inc.
<u>First Name          Middle Name          Last Name</u>

Case number (*if known*)   21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement |
|---|---|---|
| | State the term remaining | Process Servers Inc.<br>Attn: Martin Druckman<br>1736 East Charleston Unit 333<br>Las Vegas, NV 89104 |
| | List the contract number of any government contract | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|---|---|---|
| | State the term remaining | Psychological Diagnostic Center LLC<br>Attn: Willa L. Boston PH. D<br>1820 Powers Ferry Rd. SE Building 22 Sui<br>Atlanta, GA 30339 |
| | List the contract number of any government contract | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|---|---|---|
| | State the term remaining | Pulse Imaging<br>Attn: Managing Member<br>202 N Texas Ave Ste 500<br>Webster, TX 77598 |
| | List the contract number of any government contract | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
|---|---|---|
| | State the term remaining | Regenerative Orthopaedics and Spine Inst<br>Attn: Phillip G. Ploska MD<br>203 Medical Blvd.<br>Stockbridge, GA 30281 |
| | List the contract number of any government contract | |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement |
|---|---|---|
| | State the term remaining | Rehabilitation That Works<br>Attn: Bob Bedford<br>801 S Rancho Dr Ste F4<br>Las Vegas, NV 89106 |
| | List the contract number of any government contract | |

Debtor 1  Infinity Capital Management, Inc.
    First Name        Middle Name        Last Name

Case number *(if known)*  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement | |
|---|---|---|---|
| | State the term remaining | | Restoration Counseling Services LLC<br>Attn: Faith Abraham<br>1010 Huntcliff<br>Sandy Springs, GA 30350 |
| | List the contract number of any government contract | | |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Richard Andrew Clements |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreement | |
|---|---|---|---|
| | State the term remaining | | Robert and Patty Sandler<br>3655 Decatur Blvd. Suite 14173<br>Las Vegas, NV 89103 |
| | List the contract number of any government contract | | |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Rock Bridge Institute<br>Attn: Managing Member<br>2500 Hospital Blvd<br>Roswell, GA 30076 |
| | List the contract number of any government contract | | |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Roy M. Rubin MD<br>Attn: Roy M. Rubin MD<br>3455 American River Drive  Ste. B<br>Sacramento, CA 95864 |
| | List the contract number of any government contract | | |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Sacramento Pain Clinic<br>Attn: Dr. Michael Levin, MD<br>777 Campus Commons Rd<br>Sacramento, CA 95825 |
| | List the contract number of any | | |

Debtor 1   Infinity Capital Management, Inc.                          Case number *(if known)*   21-14486-abl
     First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Safeway Driver Fitness Centers Inc. Attn: Jeff Borchardt 16230 W Mayflower Dr New Berlin, WI 53151 |
| | List the contract number of any government contract | |
| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Safeway Psychological Services Attn: Jeff Borchardt 16230 W Mayflower Dr New Berlin, WI 53151 |
| | List the contract number of any government contract | |
| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Saint Francis Memorial Hospital Attn: Alan E. Fox 900 Hyde St San Francisco, CA 94109 |
| | List the contract number of any government contract | |
| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | San Ramon Surgery Center Attn: Medina Henry 100 Park Pl Ste 110 San Ramon, CA 94583 |
| | List the contract number of any government contract | |
| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Santa Barbara Cottage Hospital Attn: Gregory Friedrich 400 W Pueblo St Santa Barbara, CA 93105 |
| | List the contract number of any government contract | |
| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract Scott Barbour MD Attn: Scott Barbour MD 3240 NE Expy NE Ste 200 Atlanta, GA 30341 |

Debtor 1  Infinity Capital Management, Inc.
First Name        Middle Name        Last Name

Case number *(if known)*   21-14486-abl

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Seven Hills Surgery Center<br>Attn: Jeanne Elam<br>876 Seven Hills Dr<br>Henderson, NV 89052 |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | Partial Purchase and Sale Agreement | |
|---|---|---|---|
| | State the term remaining | | South Atlanta MUA Center LLC<br>Attn: Stephen B. Cooper<br>541 Forest Parkway Suite 14<br>Forest Park, GA 30297 |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | South Placer Surgery Center<br>Attn: Brian Hunt<br>8723 Sierra College Blvd<br>Roseville, CA 95661 |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Southeast Open MRI<br>Attn: Toni S. Cowan<br>1103 Fountain Lake Dr<br>Brunswick, GA 31525 |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Southern Cross Surgery Center<br>Attn: R.L. Talley Jr. MD<br>1301 Sigman Rd NE<br>Conyers, GA 30012 |
| | List the contract number of any government contract | | |

Debtor 1 Infinity Capital Management, Inc.
First Name          Middle Name          Last Name

Case number *(if known)*  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.158.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract

Specialty Orthopaedics
Attn: Kevin Jarrard
1240 Jesse Jewell Pkwy SE # 300.
Gainesville, GA 30501

**2.159.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract

Specialty Surgery Center of Pecos
Attn: Craig N. Foreman
1569 E. Flamingo Rd
Las Vegas, NV 89119

**2.160.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract

Spine Center Medical Group
Attn: Jodie Faier
455 Hickey Blvd Ste 310
Daly City, CA 94015

**2.161.** State what the contract or lease is for and the nature of the debtor's interest — Accounts Receivable Single Case Agreement

State the term remaining

List the contract number of any government contract

SpinePlus Healthcare
Attn: Raymond Torres
2918 San Jacinto St Suite 150
Houston, TX 77004

**2.162.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract

Sports Concussion Institute
Attn: Jay H. Paik
3200 Downwood Cir NW
Atlanta, GA 30327

**2.163.** State what the contract or lease is for and the nature of the debtor's interest — Service Agreement

State the term remaining

List the contract number of any

St. George Surgical Center
Attn: Terrill Dick
676 S Bluff St
Saint George, UT 84770

| Debtor 1 | Infinity Capital Management, Inc. | | | Case number (*if known*) | 21-14486-abl |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Starpoint Health Inc. |
| | List the contract number of any government contract | | Attn: Eric D Friedlander<br>20360 SW Birch St Ste 110<br>Newport Beach, CA 92660 |
| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement | |
| | State the term remaining | | Stat Diagnostics Cuevas Diagnostics LLC |
| | List the contract number of any government contract | | Attn: Cesar Cuevas<br>4710 Katy Freeway<br>Houston, TX 77007 |
| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | Insurance policy for business personal property effective 1/28/2021-1/28/2022 | |
| | State the term remaining | | State Farm Fire & Casualty Co. |
| | List the contract number of any government contract | | Attn: Bankruptcy Dept/Managing Agent<br>3 Ravinia Drive<br>Atlanta, GA 30346-2117 |
| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Statesboro Neurosurgery |
| | List the contract number of any government contract | | Attn: Dr. Donald Graham<br>1211 Merchant Way Ste 411<br>Statesboro, GA 30458 |
| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
| | State the term remaining | | Stellar Ambulartory Anesthesia Consultan |
| | List the contract number of any government contract | | Attn: Timothy Griner<br>1150 Hammond Drive  Suite 600<br>Atlanta, GA 30328 |
| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | Stone Creek Surgery Center<br>Attn: Jeanne Elam<br>5915 S Rainbow Blvd<br>Las Vegas, NV 89118 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  Infinity Capital Management, Inc.
        First Name          Middle Name          Last Name

Case number *(if known)*   21-14486-abl

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

_____

| | | |
|---|---|---|
| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | Mutual Non-Disclosure Agreement |
| | State the term remaining | Stonecreek Capital Advisors |
| | List the contract number of any government contract | Attn: Robert Spertell 19710 Skyline Blvd Los Gatos, CA 95033 |
| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Streeterville Open MRI LLC |
| | List the contract number of any government contract | Attn: Edwin Sage 446 E Ontario St Ste 106 Chicago, IL 60611 |
| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | Legal Services Agreement |
| | State the term remaining | Stutz Artiano & Holtz |
| | List the contract number of any government contract | Attn: Ljubisa Kostic 1120 N Town Center Dr Las Vegas, NV 89144 |
| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Supriti Baylan DDS |
| | List the contract number of any government contract | Attn: Supriti Baylan DDS 2145 Roswell Rd Ste 120 Marietta, GA 30062 |
| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |
| | State the term remaining | Surgery Center of Athens LLC |
| | List the contract number of any government contract | Attn: Brandon O'Dell 2142 W Broad St Ste 100 Athens, GA 30606 |

Debtor 1   Infinity Capital Management, Inc.                          Case number (if known)   21-14486-abl
           First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | | Surgery Center of Southern Nevada |
| | | | Attn: Managing Member |
| | List the contract number of any government contract | | 4275 Burnham Ave |
| | | | Las Vegas, NV 89119 |

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | Company Agreement | |
|---|---|---|---|
| | State the term remaining | | Surgery Excellence Management LLC |
| | | | Attn: Lori Ramirez |
| | List the contract number of any government contract | | 2100 West Loop South Suite 1200 |
| | | | Houston, TX 77027 |

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Surgical Imaging Services Inc. |
| | | | Attn: Josephine Shameria |
| | List the contract number of any government contract | | 782 Dynasty Dr |
| | | | Fairfield, CA 94534 |

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Sutton Orthopaedics & Sports Medicine |
| | | | Attn: Michael A. Birke MD |
| | List the contract number of any government contract | | 145 Medical Blvd |
| | | | Stockbridge, GA 30281 |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Swaroop N. Nyshadham MD |
| | | | Attn: Swaroop N. Nyshadham MD |
| | List the contract number of any government contract | | 1990 Lukken Industrial Dr W |
| | | | Lagrange, GA 30240 |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | Sub-Advisory Agreement dated June 18, 2020, and Addendum Modification thereto | |
|---|---|---|---|
| | State the term remaining | | Tecumseh-Infinity Med. Receiv. Fund LP |
| | | | Attn: Tecumseh Alternatives, LLC |
| | List the contract number of any | | 5668 Morris Hunt Dr. |
| | | | Fort Mill, SC 29708 |

Debtor 1  Infinity Capital Management, Inc.
       First Name       Middle Name       Last Name

Case number (*if known*)  21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | The Hand & Upper Extremity Center of Geo |
| | List the contract number of any government contract | | Attn: Jeffrey Klugman<br>980 Johnson Ferry Rd Ste 1000<br>Atlanta, GA 30342 |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | Medical Financing Agreement | |
|---|---|---|---|
| | State the term remaining | | The Injury Specialist LLC |
| | List the contract number of any government contract | | Attn: Michael Wax<br>5464 Peachtree Blvd<br>Chamblee, GA 30341 |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | | The Pain Clinic |
| | List the contract number of any government contract | | Attn: Roper Dollarhide<br>5445 W Sahara Ave<br>Las Vegas, NV 89146 |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | The Pain Relief Center of Georgia |
| | List the contract number of any government contract | | Attn: Idi Allen MD<br>101 Yorktown Dr Ste 211<br>Fayetteville, GA 30214 |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | The Physicians Atlanta Surgery Center |
| | List the contract number of any government contract | | Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328 |

| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | | | The Physicians Lab Services<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328 |

Official Form 206G       **Schedule G: Executory Contracts and Unexpired Leases**       Page 33 of 37

Debtor 1   Infinity Capital Management, Inc.
_____
First Name          Middle Name          Last Name

Case number *(if known)*   21-14486-abl
_____

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract   _____

---

2.187.  State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract   _____

The Physicians North Atlanta Surgery Cen
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

---

2.188.  State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract   _____

The Physicians Rome Surgery Center
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

---

2.189.  State what the contract or lease is for and the nature of the debtor's interest — Purchase and Sale Agreement

State the term remaining

List the contract number of any government contract   _____

The Woodlands Specialty Hospital
Attn: Antonio Canales
25440 I-45 N
The Woodlands, TX 77386

---

2.190.  State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract   _____

Tobin Bone and Joint Surgery Inc.
Attn: Joseph Tobin
12 Lafayette Place  Suite A
Hilton Head Island, SC 29926

---

2.191.  State what the contract or lease is for and the nature of the debtor's interest — Service Agreement/Contract

State the term remaining

List the contract number of any government contract   _____

Tushar M. Goradia MD PhD
Attn: Tushar M. Goradia MD PhD
6555 Coyle Ave
Carmichael, CA 95608

---

Debtor 1   Infinity Capital Management, Inc.
      First Name           Middle Name          Last Name

Case number *(if known)*   21-14486-abl

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Tyrone Synergy Rehabilitation |
| | List the contract number of any government contract | _____ | Attn: Branton R. Queen PT<br>100 Millbrook Village Dr<br>Tyrone, GA 30290 |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Ultimate Physical Therapy LLC |
| | List the contract number of any government contract | _____ | Attn: Sayeeda Kurlawala<br>10929 Katy Fwy Ste B<br>Houston, TE 77079 |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement | |
|---|---|---|---|
| | State the term remaining | | University Medical Center |
| | List the contract number of any government contract | _____ | Attn: Lacy L. Thomas<br>1800 W Charleston Blvd<br>Las Vegas, NV 89102 |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Valley Anesthesiology |
| | List the contract number of any government contract | _____ | Attn: Garland Cowen<br>10120 South Eastern Suite 200<br>Henderson, NV 89052 |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | Letter of Agreement | |
|---|---|---|---|
| | State the term remaining | | Valley Health System |
| | List the contract number of any government contract | _____ | Attn: Managing Member<br>2075 E Flamingo Rd<br>Las Vegas, NV 89119 |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | |
|---|---|---|---|
| | State the term remaining | | Viking Pain Management |
| | List the contract number of any | | Anthony Rotando<br>1229 Creek Way Dr Ste 104<br>Sugarland, TX 77478 |

Debtor 1   Infinity Capital Management, Inc.
　　　　First Name　　　　Middle Name　　　　Last Name

Case number (*if known*)   21-14486-abl



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | Accounts Purchase Agreement |  |
|  | State the term remaining |  | Werner Institute of Balance & Dizziness |
|  | List the contract number of any government contract |  | Attn: Managing Member 9080 W Cheyenne Ave Las Vegas, NV 89129 |
| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |  |
|  | State the term remaining |  | White Oak Surgery Center |
|  | List the contract number of any government contract |  | Attn: Jay Rice 1665 Highway 34 E Ste 200 Newnan, GA 30265 |
| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor/Consultant Agreement |  |
|  | State the term remaining |  | Wilcorp LLC |
|  | List the contract number of any government contract |  | Attn: Robin Wilson 11204 S. 75th E. Ave Bixby, OK 74008 |
| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |  |
|  | State the term remaining |  | William A. Segal MD |
|  | List the contract number of any government contract |  | Attn: William A. Segal MD 3800 Pleasant Hill Rd Ste 3 Duluth, GA 30096 |
| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract |  |
|  | State the term remaining |  | XL2XS LLC |
|  | List the contract number of any government contract |  | Attn: Saira McKinley 5413 Rose Thicket St Las Vegas, NV 89130 |
| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement/Contract | Yarbro Ltd. dba Lake Mead Radiologists Attn: Donald Den Yarbro Jr. MD 2559 Wigwam Pkwy Henderson, NV 89074 |

Debtor 1  Infinity Capital Management, Inc.

First Name          Middle Name          Last Name

Case number *(if known)*   21-14486-abl

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract          _____

**Infinity Capital Management, Inc.**
**Creditors Added 10/14/2021**

Alcovy Neurology, P.C.
Attn: Juan C. Lacayo MD
3535 Highway 81
Loganville, GA 30052

Alliance Healthcare Services
Attn: Managing Member
1019 East 22nd Ave.
Cordele, GA  31015

Alliance Spinal Therapy &
Rehabilitation Group
Attn: Managing Member
7455 West Washington Ave Suite 140
Las Vegas, NV 89128

American Health Imaging
Attn: Dan Balentine
6590 Powers Ferry Road
Atlanta, GA 30339

AmerisourceBergen Specialty Group
Attn: Stefani D. Forsythe
3101 Gaylord Parkway
Frisco, TX 75034

AmPro Orthotics & Prothetics Inc.
Attn: Luis E. Choto
6877 S Eastern Ave
Las Vegas, NV 89119

Anesthesiology Consultants Inc.
Attn: Bradford Isaacs MD
7220 South Cimarron Rd Suite 230
Las Vegas, NV 89113

Anthony M. Odell DC
Attn: Anthony M. Odell DC
3227 Perkiomen Ave
Reading, PA 19606

Associated Oral Specialties Inc.
Attn: Dr. Freddie J. Wakefield Jr.
5671 Peachtree Dunwoody Rd. Suite 420
Atlanta, GA 30342

Associated Pathologists Laboratories
Attn: Rick Reber
2075 E. Flamingo Rd.
Las Vegas, NV 89119

Athens Orthopedics Clinic
Attn: Kayo Elliot
1765 Old West Broad St. Bldg. 2 # 200
Athens, GA 30606

Atlanta Spine Institute
Attn: Dr. Plas T. James
5667 Peachtree Dunwoody Rd. # 220
Atlanta, GA 30342

Atlas Orthopaedics
Attn: Dr. Duncan Wells
970 Woodstock Pkwy Ste 310
Woodstock, GA 30188

Bethea Consulting & Psychological
Services PC
Attn: Angela R. Bethea Ph.D
5 Concourse Parkway NE Suite 3000
Atlanta, GA 30328

Borg Law Group
Attn: Brooke M. Borg Esq.
9555 Hillwood Dr. Suite 150
Las Vegas, NV 89134

Carbajal & McNutt LLP
Attn: Dan McNutt
625 S. Eight Street
Las Vegas, NV 89104

Care4Life Home Health Agency
Attn: Mary Levy
8665 W. Flamingo Rd.
Las Vegas, NV 89147

Carl N. Williams MD
Attn: Carl N. Williams MD
2020 Wellness Way  501
Las Vegas, NV 89106

Carrollton Orthopedic Clinic
Attn: Dr. J. Ben Butler
150 Clinic Ave Ste 101
Carrollton, GA 30117

Center for Spine & Pain Medicine
Attn: Suleman Sohani
1413 Chattanooga Ave
Dalton, GA 30720

Center of Special Procedures at Summerlin
Attn: William S. Muir MD
653 N Town Center Dr
Las Vegas , NV 89144

Cherokee Imaging Center
Attn: Jonna Roopas
2000 Village Professional Dr
Canton, GA 30114

Childrens Orthopaedics of Atlanta
Attn: Mark Klein
1200 Lake Hearn Drive Suite 400
Atlanta, GA 30319

Chimedical Management Group
Attn: Dr. Stephen Cooper
P.O Box 1611
Phenix City, AL 36868

Clear Lake Imaging LLC
Attn: Managing Member
202 N Texas Ave
Webster, TX 77598

ColdCo Therapies LLC
Attn: AdamáLurie
1362 Rietveld Row
Nw Atlanta, GA 30318

Comprehensive Spine & Pain
Attn: Dr. V.K. Puppala
403 Permian Way Suite D
Villa Rica, GA 30180

Concordia Anesthesialogy Inc.
Attn: Stephan Gosch
120 Ottly Dr. NE Suite C
Atlanta, GA 30324

Coosa Diagnostic Center
Attn: Eddie Rivers
16 Riverbend Dr SW
Rome, GA 30161

Cornerstone Orthopedics &
Sports Medicine
Attn: Rhett K. Rainey
299 N Broad St
Winder, GA 30680

Coronado Surgery Center
Attn: Dr. Mike Crovetti
2779 W Horizon Ridge Pkwy Ste 140
Henderson, NV 89052

Craniospinal Institute of Georgia
Attn: Dr. Daniel W. Moore
790 Church St NE
Marietta, GA 30060

Creative Funding Services Inc.
Attn: Brett Hansbery
1135 Bay Street Suite 10
San Francisco, CA 94123

Damien A. Doute MD
Attn: Damien A. Doute MD
1462 Montreal Rd
Tucker, GA 30084

Daniel Eisenman MD
Attn: Daniel Eisenman MD
3050 Royal Blvd. Suite 100
Alpharetta, GA 30022

David S. Owens MD
4545 Harris Trail
Atlanta, GA 30327

Douglas W. Kindall MD
Attn: Douglas W. Kindall MD
3939 J St
Sacramento, CA 95819

Dr. Abbas Haider DDS
Attn: Dr. Abbas Haider DDS
3521 Memorial Dr Ste A
Decatur, GA 30032

Dr. Asaf Yalif
Attn: Dr. Asaf Yalif
145 Towne Lake Pkwy Ste 101
Woodstock, GA 30188

Dr. Bobby Khan
Attn: Dr. Bobby Khan
5673 Peachtree Dunwoody Rd Ste 440
Atlanta, GA 30342

Dr. Gary Ganahl
Attn: Dr. Gary Ganahl
1770 Century Blvd NE
Atlanta, GA 30345

Dr. Jason Reingold
Attn: Dr. Jason Reingold
5669 Peachtree Dunwoody Rd
Atlanta, GA 30342

Dr. Hetesh Ranchod
Attn: Dr. Hetesh Ranchod
2769 Chastain Meadows Parkway Suite 70
Marietta, GA 30066

Dr. Tapan Daftari
Attn: Dr. Tapan Daftari
270 Chastain Rd
Kennesaw, GA 30144

Durango Outpatient Surgery Center
Attn: Matt Pate
8530 W Sunset Rd
Las Vegas, NV 89113

Elite First Assisting
Attn: Tyrone W. Rogers
1235Magnolia Park Circle
Cumming, GA 30040

Elite Radiology of Georgia LLC
Attn: Kevin Johnson
4800 Ashford Dunwoody Rd Ste 140
Atlanta, GA 30338

Elizabeth Caughey, DDS
Attn: Elizabeth Caughey, DDS
25-A Lenox Pointe NE
Atlanta, GA 30324

Erik T. Bendiks MD
Attn: Kelly Millard
11650 Alpharetta Hwy Ste 100
Roswell, GA 30076

Evans Procedure Center
Attn: Hemant Yagnick MD
404 Town Park Blvd Suite 101
Evans, GA 30809

ExpressCHEX LLC
Attn: Nicholas Athanasatos
2035 Sunset Lake Rd. Suite B-2
Newark, DE 19702

First Coast Health Solutions
Attn: Aron Stefanides
211 N Liberty St
Jacksonville, FL 32202

FirstScanTM Omaha
Attn: Daniel Cinotto
9840 S 140th St Ste 5
Omaha, NE 68138

Flamingo Surgery Center
Attn: Nick Paciello
2565 E Flamingo Rd
Las Vegas, NV 89121

Georgia Health Imaging
Attn: Maria Budhwani
4025 Lawrenceville Hwy NW
Lilburn, Georgia, 30047

Georgia Neurological Surgery &
Comprehensive Spine
Attn: Brandt Halbach
2142 W Broad St Bldg 100 Suite 200
Athens, GA 30606

Georgia Neuroscience
Attn: Alex Bannister
335 Roselane St NW #202
Marietta, GA 30060

Georgia Pain & Spine Care
Attn: Jay Rice
1665 Georgia Hwy 34 East  #100
Newnan, GA 30265

Georgia Pain & Wellness Center
Attn: Amit Patel
455 Phillip Blvd Building 100 Suite 140
Lawrenceville, GA 30046

Georgia Pain and Spine Solutions
Attn: Marcus Polk
76 Highland Pavilion Ct #133
Hiram, GA 30141

Georgia Pain Samson
120 Stonebridge Pkwy Ste 420
Woodstock, GA 30189

Georgia Spine & Orthopedics
Attn: Winston Jeshuran
6501 Peake Rd. Suite 400
Macon, GA 31210

Glendale MRI Institute
Attn: James Lilley
624 S Central Ave #2009
Glendale, CA 91204

Griffin Imaging LLC
Attn: Paul Cote
220 Rock St
Griffin, GA 30224

Gwinnett Hospital System Inc.
Attn: Cathy H.Daugherty
1000 Medical Center Blvd
Lawrenceville, GA 30046

Healing Hands Physical Therapy Centers
Attn: Patricia Burnley
1930 A Highland Ave
Augusta, GA 30904

Health n Home
Attn: Paul G. Rowan
P.O. Box 20 Attn Corp Tax 70428
Boise, ID 83726

HealthPlus Imaging
Attn: Stephanie Lam
9000 Southwest Fwy
Houston, TX 77074

HealthSouth Rehabilitation Hospital of Las Vegas
Attn: Mark Tarr
1250 South Valley View Blvd
Las Vegas, NV 89102

Henderson Radiology Inc.
Attn: Jade Alfasi
10561 Jeffreys St Ste 111
Las Vegas, NV 89052

Hieu Ball MD
Attn: Hieu Ball MD
100 Park Pl
San Ramon, CA 94583

Hilltop Radiology LLC
Attn: Joel Choe
2970 Hilltop Mall Rd
Richmond, CA 94806

Howard Golden
Attn: Howard Golden
1140 Hammond Dr
Atlanta, GA 30328

Imagelink LLC
Attn: Kurt Taylor
1350 Scenic Hwy N. Suite 268
Snellville, GA 30078

James Scheller MD
Attn: James Scheller MD
2288 Auburn Blvd Ste 201
Sacramento, CA  95821

Jeffrey Goldberg MD
Attn: Jeffrey Goldberg MD
210 E Derenne Ave
Savannah, GA  31405

Joint Active Systems Inc.
Attn: Boris Bonutti
2600 S Raney St
 Effingham, IL 62401

Jordanica Inc.
Attn: Mark A. Premselaar
780 Coronodo Cneter Dr. Suite 110A
Henderson, NV 89052

Katia Cabayan
Attn: Katia Cabayan
2970 Hilltop Mall Rd
Richmond, CA 94806

Las Vegas Pharmacy Inc.
Attn: Douglas L. Copsey
2600 W Sahara Ave Ste 120
Las Vegas, NV 89102

Las Vegas Sleep Center PLLC
Attn: Mohamed Shimaya
2400 S Cimarron Rd
Las Vegas, NV 89117

Ledesma Sports Medicine
Attn: Ernest Ledesma
7010 Hodgson Memorial Dr
Savannah, GA 31406

Legacy Brain & Spine
Attn: Dr. Said Elshihabi, Md
718 Cherokee St NE
Marietta, GA 30060

Macon Pain Center PC
Attn: Carlos J. Giron
3356 Vineville Ave.
Macon, GA 31204

Mariposa Medical Associates
Attn: Faye Vargas Morris MD
767 Concord Rd SE
Smyrna, GA 30082

Mark W. Howard MD
Attn: Mark W. Howard MD
576 Hartnell St
Monterey, CA 93940

MD Pain Care
Attn: Roy L. Talley MD
5109 Highway 278 NE Ste C
Covington, GA 30014

Medica Stand Up MRI of Atlanta
Attn: Thomas R. Cormier
6590 Powers Ferry Rd
Atlanta, GA 30339

Michael S. Champney MD, F.A.C.S.
Attn: Michael S. Champney MD
2665 N Decatur Rd
Decatur, GA 30033

MMR Holdings Inc.
Attn: John Platusic
630 South Rancho Dr. Suite G
Las Vegas, NV 89106

Monitoring and Neuromonitoring
Associates Payment Letter
Attn: Teresa L. Carter
9811 West Charleston Suite 2-641
Las Vegas, NV 89117

Neurological Associates of Nevada
Attn: Managing Member
2831 Business Park Ct Ste B
Las Vegas, NV 89128

Nick DeFillips MD
Attn: Nick DeFillips MD
990 Hammond Dr # 730
Atlanta, GA 30328

Non-Surgical Orthopaedics P.C.
Attn: Arnold J. Well MD
335 Roselane St NW
Marietta, GA 30060

North Atlanta Surgical Associates
Attn: Managing Member
5673 Peachtree Dunwoody Rd Ste 3
Atlanta, GA 30342

North DeKalb Orthopedics PC
Attn: Sylvia Brumelow
505 Irvin Ct Ste 200
Decatur, GA 30030

North Fulton Anesthesia Inc.
Attn: James G. Velimesis
3000 Hospital Blvd
Roswell, GA 30076

North Fulton Medical Center Inc.
Attn: Deborah C. Keel
3000 Hospital Blvd
Roswell, GA 30076

North Houston Injury/Rehabilitation
Attn: Managing Member
523 N Sam Houston Pkwy E
Houston, TX 77060

Northern California Orthopedic Centers
Attn: Paul Susaura MD
6403 Coyle Ave  Ste 170
Carmichael, CA  95608

Northwest Neurology
Attn: Robert Bashuk MD
4460 Austell Rd
Austell, GA 30106

Open MRI of Macon
Attn: Lisa Waldrop
1504 Hardeman Ave Ste B
Macon, GA 31201

Open MRI Of Savannah
Attn: Toni S. Cowan
4815 Waters Ave
Savannah, GA 31404

Ortho Now PLLC
Attn: Bret Sokoloff, MD
4901 Raleigh Common Dr. Suite 200
Memphis, TN 38128

Orthopaedic Solutions
Attn: Dr. Antenor Velazco, MD
670 S. 8th Street
Griffin, GA 30224

Orthopedic Foot and Ankle Institute
Attn: Roman Sibel, MD
3175 Saint Rose Pkwy Ste 320
Henderson, NV 89052

Outpatient Imaging
Attn: John F Howard MD
3280 Howell Mill Rd NW Ste 345
Atlanta, GA 30327

Pain Care Center of Georgia
Attn: Crystal Marcum
1365 Rock Quarry Rd Ste 202
Stockbridge, GA 30281

Pain Consultants of Atlanta
Attn: Ashley Bernal
1800 Peachtree St NW Ste 750
Atlanta, GA 30309

Pain Institute of Georgia
Attn: Carlos J. Giron
3356 Vineville Ave
Macon, GA 31204

Pain Management Specialists of Atlanta PC
Attn: Randall Berinhout
440 Prime Point
Peachtree, GA 30269

Parkaire Consultants
Attn: Randall Sheffield
4939 Lower Roswell Rd Ste 201C
Marietta, GA 30068

Peachtree Neurosurgery
Attn: Joy Taylor
1938 Peachtree Rd NW
Atlanta, GA 30309

Peachtree Orthopaedic Center P.A.
Attn: Managing Member
2001 Peachtree Rd NE Suite 700
Atlanta, GA 30309

Perimeter Orthopaedics PC
Attn: Katheryn Keller
5673 Peachtree Dunwoody Rd Ste 825
 Atlanta, GA 30342

Perimeter Outpatient Surgical Associates
Attn: Katheryn Keller
5667 Peachtree Dunwoody Rd
Atlanta, GA 30342

Perimeter Surgical Center
Attn: Cindy Smith
6105 Peachtree Dunwoody Rd Ste 110
Atlanta, GA 30328

Philip C. Colosimo Ph.D
Attn: Philip C. Colosimo Ph.D
501 S Rancho Dr. Suite C-14
Las Vegas, NV 89106

Phenix City Spine and Topple Diagnostics
Attn: Brent Jones
10800 Alpharetta Hwy #208-541
Roswell, GA 30076

Pinnacle Orthopaedics Sports Medicine
Specialists, LLC
Attn: Donna L. Fisher
720 Transit Ave Ste 202
Canton, GA 30114

Pinnacle Orthopaedics Surgery Center-
Woodstock, LLC
Attn: Donna L. Fisher
1505 Stone Bridge Pkwy Ste 200
Woodstock, GA 30189

Plastikos Plastic and Recinstructive
Surgery & Millennium Healthcare
Attn: Susan Kolb MD
4370 Georgetown Sq
Atlanta, GA 30338

Polaris Center for Outpatient Spine Surgery
Attn: Joy Taylor
1150 Hammond Drive  Suite 400
Atlanta, GA 30328

Polaris Spine & Neurosurgery Center P.C.
Attn: Joy Taylor
1150 Hammond Drive  Suite 400
Atlanta, GA 30328

Preva Advanced Surgicare-
The Woodlands LLC
Attn: Hugh P. Shannonhouse
26710 I-45 N Ste B-100
The Woodlands, TX 77386

Pro Performance P.T.
Attn: Amanda Stillings
4343 Shallowford Rd Ste G-3 & 4
Marietta, GA 30062

Process Servers Inc.
Attn: Martin Druckman
1736 East Charleston Unit 333
Las Vegas, NV 89104

Psychological Diagnostic Center LLC
Attn: Willa L. Boston PH. D
1820 Powers Ferry Rd. SE Building 22
Suite 200
Atlanta, GA 30339

Pulse Imaging
Attn: Managing Member
202 N Texas Ave Ste 500
Webster, TX 77598

Regenerative Orthopaedics and Spine
Institute PC
Attn: Phillip G. Ploska MD
203 Medical Blvd.
Stockbridge, GA 30281

Rehabilitation That Works
Attn: Bob Bedford
801 S Rancho Dr Ste F4á
Las Vegas,áNVá89106

Restoration Counseling Services LLC
Attn: Faith Abraham
1010 Huntcliff
Sandy Springs, GA 30350

Robert and Patty Sandler
3655 Decatur Blvd. Suite 14173
Las Vegas, NV 89103

Rock Bridge Institute
Attn: Managing Member
2500 Hospital Blvd
Roswell, GA 30076

Roy M. Rubin MD
Attn: Roy M. Rubin MD
3455 American River Drive áSte.áBá
Sacramento, CA 95864

Sacramento Pain Clinic
Attn: Dr. Michael Levin, MD
777 Campus Commons Rd
Sacramento, CA 95825

Safeway Driver Fitness Centers Inc.
Attn: Jeff Borchardt
16230 W Mayflower Dr
New Berlin, Wisconsin, 53151

Safeway Psychological Services
Attn: Jeff Borchardt
16230 W Mayflower Dr
New Berlin, Wisconsin, 53151

Saint Francis Memorial Hospital
Attn: Alan E. Fox
900 Hyde St
San Francisco, CA 94109

San Ramon Surgery Center
Attn: Medina Henry
100 Park Pl Ste 110
San Ramon, CA 94583

Santa Barbara Cottage Hospital
Attn: Gregory Friedrich
400 W Pueblo St
Santa Barbara, CA 93105

Scott Barbour MD
Attn: Scott Barbour MD
3240 NE Expy NE Ste 200
 Atlanta, GA 30341

Seven Hills Surgery Center
Attn: Jeanne Elam
876 Seven Hills Dr
Henderson, NV 89052

Collections Consultants Nevada
Attn: Bonnie Barnett
5440 W. Sahara Ave Suite 300
Las Vegas, NV 89146

South Atlanta MUA Center LLC
Attn: Stephen B. Cooper
541 Forest Parkway Suite 14
Forest Park, GA 30297

South Placer Surgery Center
Attn: Brian Hunt
8723 Sierra College Blvd
Roseville, CA 95661

Southeast Open MRI
Attn: Toni S. Cowan
1103 Fountain Lake Dr
Brunswick, GA 31525

Southern Cross Surgery Center
Attn: R.L. Talley Jr. MD
1301 Sigman Rd NE
Conyers, GA 30012

Specialty Orthopaedics
Attn: Kevin Jarrard
1240 Jesse Jewell Pkwy SE # 300.
 Gainesville, GA, 30501

Specialty Surgery Center of Pecos
Attn: Craig N. Foreman
1569 E. Flamingo Rd
Las Vegas, NV 89119

Spine Center Medical Group
Attn: Jodie Faier
455 Hickey Blvd Ste 310
Daly City, CA 94015

SpinePlus Healthcare
Attn: Raymond Torres
2918 San Jacinto St Suite 150
Houston, TX 77004

Sports Concussion Institute
Attn: Jay H. Paik
3200 Downwood Cir NW
Atlanta, GA 30327

St. George Surgical Center
Attn: Terrill Dick
676 S Bluff St
Saint George, UT 84770

Starpoint Health Inc.
Attn: EricáD Friedlander
20360 SW Birch St Ste 110
Newport Beach, CA 92660

Stat Diagnostics Cuevas Diagnostics LLC
Attn: Cesar Cuevas
4710 Katy Freeway
Houston, TX 77007

Statesboro Neurosurgery
Attn: Dr.áDonald Graham
1211 Merchant Way Ste 411
Statesboro, GA 30458

Stellar Ambulartory Anesthesia
Consultants LLC
Attn: Timothy Griner
1150 Hammond Drive  Suite 600
Atlanta, GA 30328

Stone Creek Surgery Center
Attn: Jeanne Elam
5915 S Rainbow Blvd
Las Vegas, NV 89118

Stonecreek Capital Advisors
Attn: Robert Spertell
19710 Skyline Blvd
Los Gatos, CA 95033

Streeterville Open MRI LLC
Attn: Edwin Sage
446 E Ontario St Ste 106
 Chicago, IL 60611

Stutz Artiano & Holtz
Attn: Ljubisa Kostic
1120 N Town Center Dr
Las Vegas, NV 89144

Supriti Baylan DDS
Attn: Supriti Baylan DDS
2145 Roswell Rd Ste 120
Marietta, GA 30062

Surgery Center of Athens LLC
Attn: Brandon O'Dell
2142 W Broad St Ste 100
Athens, GA 30606

Surgery Center of Southern Nevada
Attn: Managing Member
4275 Burnham Ave
Las Vegas, NV 89119

Surgery Excellence Management LLC
Attn: Lori Ramirez
2100 West Loop South Suite 1200
Houston, TX 77027

Surgical Imaging Services Inc.
Attn: Josephine Shameria
782 Dynasty Dr
Fairfield, CA 94534

Sutton Orthopaedics & Sports Medicine
Attn: Michael A. Birke MD
145 Medical Blvd
Stockbridge, GA 30281

Swaroop N. Nyshadham MD
Attn: Swaroop N. Nyshadham MD
1990 Lukken Industrial Dr W
Lagrange, GA 30240

The Hand & Upper Extremity Center
of Georgia PC
Attn: Jeffrey Klugman
980 Johnson Ferry Rd Ste 1000
Atlanta, GA 30342

The Injury Specialist LLC
Attn: Michael Wax
5464 Peachtree Blvd
Chamblee, GA 30341

The Pain Clinic
Attn: Roper Dollarhide
5445 W Sahara Ave
 Las Vegas, NV 89146

The Pain Relief Center of Georgia
Attn: Idi Allen MD
101 Yorktown Dr Ste 211
Fayetteville, GA 30214

The Physicians Atlanta Surgery Center
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Physicians Lab Services
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Physicians North Atlanta Surgery Cntr
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Physicians Rome Surgery Center
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Woodlands Specialty Hospital
Attn: Antonio Canales
25440 I-45 N
The Woodlands, TX 77386

Tobin Bone and Joint Surgery Inc.
Attn: Joseph Tobin
12 Lafayette Place  Suite A
Hilton Head Island, SC 29926

Tushar M. Goradia MD PhD
Attn: Tushar M. Goradia MD PhD
6555 Coyle Ave
Carmichael, CA 95608

Tyrone Synergy Rehabilitation
Attn: Branton R. Queen PT
100 Millbrook Village Dr
Tyrone, GA 30290

Ultimate Physical Therapy LLC
Attn: Sayeeda Kurlawala
10929 Katy Fwy Ste B
Houston, Texas 77079

University Medical Center
Attn: Lacy L. Thomas
1800 W Charleston Blvd
 Las Vegas, NV 89102

Valley Anesthesiology
Attn: Garland Cowen
10120 South Eastern Suite 200
Henderson, NV 89052

Valley Health System
Attn: Managing Member
2075 E Flamingo Rd
Las Vegas, NV 89119

Viking Pain Management
Anthony Rotando
1229 Creek Way Dr Ste 104
Sugarland , TX 77478

Werner Institute of Balance & Dizziness
Attn: Managing Member
9080 W Cheyenne Ave
Las Vegas, NV 89129

White Oak Surgery Center
Attn: Jay Rice
1665 Highway 34 E Ste 200
 Newnan, GA 30265

Wilcorp LLC
Attn: Robin Wilson
11204 S. 75th E. Ave
Bixby, OK 74008

William A. Segal MD
Attn: William A. Segal MD
3800 Pleasant Hill Rd Ste 3
 Duluth, GA 30096

XL2XS LLC
Attn: Saira McKinley
5413 Rose Thicket Stá
Las Vegas, NV 89130

Yarbro Ltd. dba Lake Mead Radiologists
Attn: Donald Den Yarbro Jr. MD
2559 Wigwam Pkwy
Henderson, NV 89074