LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | |

**SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE**

1. On the 14th day of October, 2021, I served the following document:

    a.  Notice of Chapter 11 Case                                              ECF No. 2

2. I served the above-named document by the following means to the persons as listed below:

    ☐ **a**.  **ECF System:**

    ☒ **b.**  **United States mail, postage fully prepaid:**

    To the parties on the attached mailing matrix.

    ☐ **c.**  **Personal Service:**

    I personally delivered the document(s) to the persons at these addresses:

    ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.     By direct email (as opposed to through the ECF System):**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.     By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.     By messenger:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of October, 2021.

| Trish Huelsman | /s/ *Trish Huelsman* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

# Infinity Capital Management, Inc.
## Creditors Added 10/14/2021

Alcovy Neurology, P.C.
Attn: Juan C. Lacayo MD
3535 Highway 81
Loganville, GA 30052

Alliance Healthcare Services
Attn: Managing Member
1019 East 22nd Ave.
Cordele, GA 31015

Alliance Spinal Therapy &
Rehabilitation Group
Attn: Managing Member
7455 West Washington Ave Suite 140
Las Vegas, NV 89128

American Health Imaging
Attn: Dan Balentine
6590 Powers Ferry Road
Atlanta, GA 30339

AmerisourceBergen Specialty Group
Attn: Stefani D. Forsythe
3101 Gaylord Parkway
Frisco, TX 75034

AmPro Orthotics & Prothetics Inc.
Attn: Luis E. Choto
6877 S Eastern Ave
Las Vegas, NV 89119

Anesthesiology Consultants Inc.
Attn: Bradford Isaacs MD
7220 South Cimarron Rd Suite 230
Las Vegas, NV 89113

Anthony M. Odell DC
Attn: Anthony M. Odell DC
3227 Perkiomen Ave
Reading, PA 19606

Associated Oral Specialties Inc.
Attn: Dr. Freddie J. Wakefield Jr.
5671 Peachtree Dunwoody Rd. Suite 420
Atlanta, GA 30342

Associated Pathologists Laboratories
Attn: Rick Reber
2075 E. Flamingo Rd.
Las Vegas, NV 89119

Athens Orthopedics Clinic
Attn: Kayo Elliot
1765 Old West Broad St. Bldg. 2 # 200
Athens, GA 30606

Atlanta Spine Institute
Attn: Dr. Plas T. James
5667 Peachtree Dunwoody Rd. # 220
Atlanta, GA 30342

Atlas Orthopaedics
Attn: Dr. Duncan Wells
970 Woodstock Pkwy Ste 310
Woodstock, GA 30188

Bethea Consulting & Psychological
Services PC
Attn: Angela R. Bethea Ph.D
5 Concourse Parkway NE Suite 3000
Atlanta, GA 30328

Borg Law Group
Attn: Brooke M. Borg Esq.
9555 Hillwood Dr. Suite 150
Las Vegas, NV 89134

Carbajal & McNutt LLP
Attn: Dan McNutt
625 S. Eight Street
Las Vegas, NV 89104

Care4Life Home Health Agency
Attn: Mary Levy
8665 W. Flamingo Rd.
Las Vegas, NV 89147

Carl N. Williams MD
Attn: Carl N. Williams MD
2020 Wellness Way  501
Las Vegas, NV 89106

Carrollton Orthopedic Clinic
Attn: J. Ben Butler
150 Clinic Ave Ste 101
Carrollton, GA 30117

Center for Spine & Pain Medicine
Attn: Suleman Sohani
1413 Chattanooga Ave
Dalton, GA 30720

Center of Special Procedures at Summerlin
Attn: William S. Muir MD
653 N Town Center Dr
Las Vegas , NV 89144

Cherokee Imaging Center
Attn: Jonna Roopas
2000 Village Professional Dr
Canton, GA 30114

Childrens Orthopaedics of Atlanta
Attn: Mark Klein
1200 Lake Hearn Drive Suite 400
Atlanta, GA 30319

Chimedical Management Group
Attn: Dr. Stephen Cooper
P.O Box 1611
Phenix City, AL 36868

Clear Lake Imaging LLC
Attn: Managing Member
202 N Texas Ave
Webster, TX 77598

ColdCo Therapies LLC
Attn: AdamáLurie
1362 Rietveld Row
Nw Atlanta, GA 30318

Comprehensive Spine & Pain
Attn: Dr. V.K. Puppala
403 Permian Way Suite D
Villa Rica, GA 30180

| | | |
|---|---|---|
| Concordia Anesthesialogy Inc.<br>Attn: Stephan Gosch<br>120 Ottly Dr. NE Suite C<br>Atlanta, GA 30324 | Coosa Diagnostic Center<br>Attn: Eddie Rivers<br>16 Riverbend Dr SW<br>Rome, GA 30161 | Cornerstone Orthopedics &<br>Sports Medicine<br>Attn: Rhett K. Rainey<br>299 N Broad St<br>Winder, GA 30680 |
| Coronado Surgery Center<br>Attn: Dr. Mike Crovetti<br>2779 W Horizon Ridge Pkwy Ste 140<br>Henderson, NV 89052 | Craniospinal Institute of Georgia<br>Attn: Dr. Daniel W. Moore<br>790 Church St NE<br>Marietta, GA 30060 | Creative Funding Services Inc.<br>Attn: Brett Hansbery<br>1135 Bay Street Suite 10<br>San Francisco, CA 94123 |
| Damien A. Doute MD<br>Attn: Damien A. Doute MD<br>1462 Montreal Rd<br>Tucker, GA 30084 | Daniel Eisenman MD<br>Attn: Daniel Eisenman MD<br>3050 Royal Blvd. Suite 100<br>Alpharetta, GA 30022 | David S. Owens MD<br>4545 Harris Trail<br>Atlanta, GA 30327 |
| Douglas W. Kindall MD<br>Attn: Douglas W. Kindall MD<br>3939 J St<br>Sacramento, CA 95819 | Dr. Abbas Haider DDS<br>Attn: Dr. Abbas Haider DDS<br>3521 Memorial Dr Ste A<br>Decatur, GA 30032 | Dr. Asaf Yalif<br>Attn: Dr. Asaf Yalif<br>145 Towne Lake Pkwy Ste 101<br>Woodstock, GA 30188 |
| Dr. Bobby Khan<br>Attn: Dr. Bobby Khan<br>5673 Peachtree Dunwoody Rd Ste 440<br>Atlanta, GA 30342 | Dr. Gary Ganahl<br>Attn: Dr. Gary Ganahl<br>1770 Century Blvd NE<br>Atlanta, GA 30345 | Dr. Jason Reingold<br>Attn: Dr. Jason Reingold<br>5669 Peachtree Dunwoody Rd<br>Atlanta, GA 30342 |
| Dr. Hetesh Ranchod<br>Attn: Dr. Hetesh Ranchod<br>2769 Chastain Meadows Parkway Suite 70<br>Marietta, GA 30066 | Dr. Tapan Daftari<br>Attn: Dr. Tapan Daftari<br>270 Chastain Rd<br>Kennesaw, GA 30144 | Durango Outpatient Surgery Center<br>Attn: Matt Pate<br>8530 W Sunset Rd<br>Las Vegas, NV 89113 |
| Elite First Assisting<br>Attn: Tyrone W. Rogers<br>1235Magnolia Park Circle<br>Cumming, GA 30040 | Elite Radiology of Georgia LLC<br>Attn: Kevin Johnson<br>4800 Ashford Dunwoody Rd Ste 140<br>Atlanta, GA 30338 | Elizabeth Caughey, DDS<br>Attn: Elizabeth Caughey, DDS<br>25-A Lenox Pointe NE<br>Atlanta, GA 30324 |
| Erik T. Bendiks MD<br>Attn: Kelly Millard<br>11650 Alpharetta Hwy Ste 100<br>Roswell, GA 30076 | Evans Procedure Center<br>Attn: Hemant Yagnick MD<br>404 Town Park Blvd Suite 101<br>Evans, GA 30809 | ExpressCHEX LLC<br>Attn: Nicholas Athanasatos<br>2035 Sunset Lake Rd. Suite B-2<br>Newark, DE 19702 |
| First Coast Health Solutions<br>Attn: Aron Stefanides<br>211 N Liberty St<br>Jacksonville, FL 32202 | FirstScanTM Omaha<br>Attn: Daniel Cinotto<br>9840 S 140th St Ste 5<br>Omaha, NE 68138 | Flamingo Surgery Center<br>Attn: Nick Paciello<br>2565 E Flamingo Rd<br>Las Vegas, NV 89121 |
| Georgia Health Imaging<br>Attn: Maria Budhwani<br>4025 Lawrenceville Hwy NW<br>Lilburn, Georgia, 30047 | Georgia Neurological Surgery &<br>Comprehensive Spine<br>Attn: Brandt Halbach<br>2142 W Broad St Bldg 100 Suite 200<br>Athens, GA 30606 | Georgia Neuroscience<br>Attn: Alex Bannister<br>335 Roselane St NW #202<br>Marietta, GA 30060 |

| | | |
|---|---|---|
| Georgia Pain & Spine Care<br>Attn: Jay Rice<br>1665 Georgia Hwy 34 East #100<br>Newnan, GA 30265 | Georgia Pain & Wellness Center<br>Attn: Amit Patel<br>455 Phillip Blvd Building 100 Suite 140<br>Lawrenceville, GA 30046 | Georgia Pain and Spine Solutions<br>Attn: Marcus Polk<br>76 Highland Pavilion Ct #133<br>Hiram, GA 30141 |
| Georgia Pain Samson<br>120 Stonebridge Pkwy Ste 420<br>Woodstock, GA 30189 | Georgia Spine & Orthopedics<br>Attn: Winston Jeshuran<br>6501 Peake Rd. Suite 400<br>Macon, GA 31210 | Glendale MRI Institute<br>Attn: James Lilley<br>624 S Central Ave #2009<br>Glendale, CA 91204 |
| Griffin Imaging LLC<br>Attn: Paul Cote<br>220 Rock St<br>Griffin, GA 30224 | Gwinnett Hospital System Inc.<br>Attn: Cathy H.Daugherty<br>1000 Medical Center Blvd<br>Lawrenceville, GA 30046 | Healing Hands Physical Therapy Centers<br>Attn: Patricia Burnley<br>1930 A Highland Ave<br>Augusta, GA 30904 |
| Health n Home<br>Attn: Paul G. Rowan<br>P.O. Box 20 Attn Corp Tax 70428<br>Boise, ID 83726 | HealthPlus Imaging<br>Attn: Stephanie Lam<br>9000 Southwest Fwy<br>Houston, TX 77074 | HealthSouth Rehabilitation Hospital of Las Vegas<br>Attn: Mark Tarr<br>1250 South Valley View Blvd<br>Las Vegas, NV 89102 |
| Henderson Radiology Inc.<br>Attn: Jade Alfasi<br>10561 Jeffreys St Ste 111<br>Las Vegas, NV 89052 | Hieu Ball MD<br>Attn: Hieu Ball MD<br>100 Park Pl<br>San Ramon, CA 94583 | Hilltop Radiology LLC<br>Attn: Joel Choe<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806 |
| Howard Golden<br>Attn: Howard Golden<br>1140 Hammond Dr<br>Atlanta, GA 30328 | Imagelink LLC<br>Attn: Kurt Taylor<br>1350 Scenic Hwy N. Suite 268<br>Snellville, GA 30078 | James Scheller MD<br>Attn: James Scheller MD<br>2288 Auburn Blvd Ste 201<br>Sacramento, CA 95821 |
| | Jeffrey Goldberg MD<br>Attn: Jeffrey Goldberg MD<br>210 E Derenne Ave<br>Savannah, GA 31405 | Joint Active Systems Inc.<br>Attn: Boris Bonutti<br>2600 S Raney St<br>Effingham, IL 62401 |
| Jordanica Inc.<br>Attn: Mark A. Premselaar<br>780 Coronodo Cneter Dr. Suite 110A<br>Henderson, NV 89052 | Katia Cabayan<br>Attn: Katia Cabayan<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806 | Las Vegas Pharmacy Inc.<br>Attn: Douglas L. Copsey<br>2600 W Sahara Ave Ste 120<br>Las Vegas, NV 89102 |
| Las Vegas Sleep Center PLLC<br>Attn: Mohamed Shimaya<br>2400 S Cimarron Rd<br>Las Vegas, NV 89117 | Ledesma Sports Medicine<br>Attn: Ernest Ledesma<br>7010 Hodgson Memorial Dr<br>Savannah, GA 31406 | Legacy Brain & Spine<br>Attn: Dr. Said Elshihabi, Md<br>718 Cherokee St NE<br>Marietta, GA 30060 |
| Macon Pain Center PC<br>Attn: Carlos J. Giron<br>3356 Vineville Ave.<br>Macon, GA 31204 | Mariposa Medical Associates<br>Attn: Faye Vargas Morris MD<br>767 Concord Rd SE<br>Smyrna, GA 30082 | Mark W. Howard MD<br>Attn: Mark W. Howard MD<br>576 Hartnell St<br>Monterey, CA 93940 |

MD Pain Care
Attn: Roy L. Talley MD
5109 Highway 278 NE Ste C
Covington, GA 30014

Medica Stand Up MRI of Atlanta
Attn: Thomas R. Cormier
6590 Powers Ferry Rd
Atlanta, GA 30339

Michael S. Champney MD, F.A.C.S.
Attn: Michael S. Champney MD
2665 N Decatur Rd
Decatur, GA 30033

MMR Holdings Inc.
Attn: John Platusic
630 South Rancho Dr. Suite G
Las Vegas, NV 89106

Monitoring and Neuromonitoring
Associates Payment Letter
Attn: Teresa L. Carter
9811 West Charleston Suite 2-641
Las Vegas, NV 89117

Neurological Associates of Nevada
Attn: Managing Member
2831 Business Park Ct Ste B
Las Vegas, NV 89128

Nick DeFillips MD
Attn: Nick DeFillips MD
990 Hammond Dr # 730
Atlanta, GA 30328

Non-Surgical Orthopaedics P.C.
Attn: Arnold J. Well MD
335 Roselane St NW
Marietta, GA 30060

North Atlanta Surgical Associates
Attn: Managing Member
5673 Peachtree Dunwoody Rd Ste 3
Atlanta, GA 30342

North DeKalb Orthopedics PC
Attn: Sylvia Brumelow
505 Irvin Ct Ste 200
Decatur, GA 30030

North Fulton Anesthesia Inc.
Attn: James G. Velimesis
3000 Hospital Blvd
Roswell, GA 30076

North Fulton Medical Center Inc.
Attn: Deborah C. Keel
3000 Hospital Blvd
Roswell, GA 30076

North Houston Injury/Rehabilitation
Attn: Managing Member
523 N Sam Houston Pkwy E
Houston, TX 77060

Northern California Orthopedic Centers
Attn: Paul Susaura MD
6403 Coyle Ave  Ste 170
Carmichael, CA  95608

Northwest Neurology
Attn: Robert Bashuk MD
4460 Austell Rd
Austell, GA 30106

Open MRI of Macon
Attn: Lisa Waldrop
1504 Hardeman Ave Ste B
Macon, GA 31201

Open MRI Of Savannah
Attn: Toni S. Cowan
4815 Waters Ave
Savannah, GA 31404

Ortho Now PLLC
Attn: Bret Sokoloff, MD
4901 Raleigh Common Dr. Suite 200
Memphis, TN 38128

Orthopaedic Solutions
Attn: Dr. Antenor Velazco, MD
670 S. 8th Street
Griffin, GA 30224

Orthopedic Foot and Ankle Institute
Attn: Roman Sibel, MD
3175 Saint Rose Pkwy Ste 320
Henderson, NV 89052

Outpatient Imaging
Attn: John F Howard MD
3280 Howell Mill Rd NW Ste 345
Atlanta, GA 30327

Pain Care Center of Georgia
Attn: Crystal Marcum
1365 Rock Quarry Rd Ste 202
Stockbridge, GA 30281

Pain Consultants of Atlanta
Attn: Ashley Bernal
1800 Peachtree St NW Ste 750
Atlanta, GA 30309

Pain Institute of Georgia
Attn: Carlos J. Giron
3356 Vineville Ave
Macon, GA 31204

Pain Management Specialists of Atlanta PC
Attn: Randall Berinhout
440 Prime Point
Peachtree, GA 30269

Parkaire Consultants
Attn: Randall Sheffield
4939 Lower Roswell Rd Ste 201C
Marietta, GA 30068

Peachtree Neurosurgery
Attn: Joy Taylor
1938 Peachtree Rd NW
Atlanta, GA 30309

Peachtree Orthopaedic Center P.A.
Attn: Managing Member
2001 Peachtree Rd NE Suite 700
Atlanta, GA 30309

Perimeter Orthopaedics PC
Attn: Katheryn Keller
5673 Peachtree Dunwoody Rd Ste 825
 Atlanta, GA 30342

Perimeter Outpatient Surgical Associates
Attn: Katheryn Keller
5667 Peachtree Dunwoody Rd
Atlanta, GA 30342

Perimeter Surgical Center
Attn: Cindy Smith
6105 Peachtree Dunwoody Rd Ste 110
Atlanta, GA 30328

Philip C. Colosimo Ph.D
Attn: Philip C. Colosimo Ph.D
501 S Rancho Dr. Suite C-14
Las Vegas, NV 89106

Phenix City Spine and Topple Diagnostics
Attn: Brent Jones
10800 Alpharetta Hwy #208-541
Roswell, GA 30076

Pinnacle Orthopaedics Sports Medicine Speacialists, LLC
Attn: Donna L. Fisher
720 Transit Ave Ste 202
Canton, GA 30114

Pinnacle Orthopaedics Surgery Center- Woodstock, LLC
Attn: Donna L. Fisher
1505 Stone Bridge Pkwy Ste 200
Woodstock, GA 30189

Plastikos Plastic and Recinstructive Surgery & Millennium Healthcare
Attn: Susan Kolb MD
4370 Georgetown Sq
Atlanta, GA 30338

Polaris Center for Outpatient Spine Surgery
Attn: Joy Taylor
1150 Hammond Drive  Suite 400
Atlanta, GA 30328

Polaris Spine & Neurosurgery Center P.C.
Attn: Joy Taylor
1150 Hammond Drive  Suite 400
Atlanta, GA 30328

Preva Advanced Surgicare-
The Woodlands LLC
Attn: Hugh P. Shannonhouse
26710 I-45 N Ste B-100
The Woodlands, TX 77386

Pro Performance P.T.
Attn: Amanda Stillings
4343 Shallowford Rd Ste G-3 & 4
Marietta, GA 30062

Process Servers Inc.
Attn: Martin Druckman
1736 East Charleston Unit 333
Las Vegas, NV 89104

Psychological Diagnostic Center LLC
Attn: Willa L. Boston PH. D
1820 Powers Ferry Rd. SE Building 22
Suite 200
Atlanta, GA 30339

Pulse Imaging
Attn: Managing Member
202 N Texas Ave Ste 500
Webster, TX 77598

Regenerative Orthopaedics and Spine Institute PC
Attn: Phillip G. Ploska MD
203 Medical Blvd.
Stockbridge, GA 30281

Rehabilitation That Works
Attn: Bob Bedford
801 S Rancho Dr Ste F4á
Las Vegas,áNVá89106

Restoration Counseling Services LLC
Attn: Faith Abraham
1010 Huntcliff
Sandy Springs, GA 30350

Robert and Patty Sandler
3655 Decatur Blvd. Suite 14173
Las Vegas, NV 89103

Rock Bridge Institute
Attn: Managing Member
2500 Hospital Blvd
Roswell, GA 30076

Roy M. Rubin MD
Attn: Roy M. Rubin MD
3455 American River Drive áSte.áBá
Sacramento, CA 95864

Sacramento Pain Clinic
Attn: Dr. Michael Levin, MD
777 Campus Commons Rd
Sacramento, CA 95825

Safeway Driver Fitness Centers Inc.
Attn: Jeff Borchardt
16230 W Mayflower Dr
New Berlin, Wisconsin, 53151

Safeway Psychological Services
Attn: Jeff Borchardt
16230 W Mayflower Dr
New Berlin, Wisconsin, 53151

Saint Francis Memorial Hospital
Attn: Alan E. Fox
900 Hyde St
San Francisco, CA 94109

San Ramon Surgery Center
Attn: Medina Henry
100 Park Pl Ste 110
San Ramon, CA 94583

Santa Barbara Cottage Hospital
Attn: Gregory Friedrich
400 W Pueblo St
Santa Barbara, CA 93105

Scott Barbour MD
Attn: Scott Barbour MD
3240 NE Expy NE Ste 200
 Atlanta, GA 30341

Seven Hills Surgery Center
Attn: Jeanne Elam
876 Seven Hills Dr
Henderson, NV 89052

Collections Consultants Nevada
Attn: Bonnie Barnett
5440 W. Sahara Ave Suite 300
Las Vegas, NV 89146

| | | |
|---|---|---|
| South Atlanta MUA Center LLC<br>Attn: Stephen B. Cooper<br>541 Forest Parkway Suite 14<br>Forest Park, GA 30297 | South Placer Surgery Center<br>Attn: Brian Hunt<br>8723 Sierra College Blvd<br>Roseville, CA 95661 | Southeast Open MRI<br>Attn: Toni S. Cowan<br>1103 Fountain Lake Dr<br>Brunswick, GA 31525 |
| Southern Cross Surgery Center<br>Attn: R.L. Talley Jr. MD<br>1301 Sigman Rd NE<br>Conyers, GA 30012 | Specialty Orthopaedics<br>Attn: Kevin Jarrard<br>1240 Jesse Jewell Pkwy SE # 300.<br>Gainesville, GA, 30501 | Specialty Surgery Center of Pecos<br>Attn: Craig N. Foreman<br>1569 E. Flamingo Rd<br>Las Vegas, NV 89119 |
| Spine Center Medical Group<br>Attn: Jodie Faier<br>455 Hickey Blvd Ste 310<br>Daly City, CA 94015 | SpinePlus Healthcare<br>Attn: Raymond Torres<br>2918 San Jacinto St Suite 150<br>Houston, TX 77004 | Sports Concussion Institute<br>Attn: Jay H. Paik<br>3200 Downwood Cir NW<br>Atlanta, GA 30327 |
| St. George Surgical Center<br>Attn: Terrill Dick<br>676 S Bluff St<br>Saint George, UT 84770 | Starpoint Health Inc.<br>Attn: EricáD Friedlander<br>20360 SW Birch St Ste 110<br>Newport Beach, CA 92660 | Stat Diagnostics Cuevas Diagnostics LLC<br>Attn: Cesar Cuevas<br>4710 Katy Freeway<br>Houston, TX 77007 |
| Statesboro Neurosurgery<br>Attn: Dr.áDonald Graham<br>1211 Merchant Way Ste 411<br>Statesboro, GA 30458 | Stellar Ambulartory Anesthesia<br>Consultants LLC<br>Attn: Timothy Griner<br>1150 Hammond Drive  Suite 600<br>Atlanta, GA 30328 | Stone Creek Surgery Center<br>Attn: Jeanne Elam<br>5915 S Rainbow Blvd<br>Las Vegas, NV 89118 |
| Stonecreek Capital Advisors<br>Attn: Robert Spertell<br>19710 Skyline Blvd<br>Los Gatos, CA 95033 | Streeterville Open MRI LLC<br>Attn: Edwin Sage<br>446 E Ontario St Ste 106<br>Chicago, IL 60611 | Stutz Artiano & Holtz<br>Attn: Ljubisa Kostic<br>1120 N Town Center Dr<br>Las Vegas, NV 89144 |
| Supriti Baylan DDS<br>Attn: Supriti Baylan DDS<br>2145 Roswell Rd Ste 120<br>Marietta, GA 30062 | Surgery Center of Athens LLC<br>Attn: Brandon O'Dell<br>2142 W Broad St Ste 100<br>Athens, GA 30606 | Surgery Center of Southern Nevada<br>Attn: Managing Member<br>4275 Burnham Ave<br>Las Vegas, NV 89119 |
| Surgery Excellence Management LLC<br>Attn: Lori Ramirez<br>2100 West Loop South Suite 1200<br>Houston, TX 77027 | Surgical Imaging Services Inc.<br>Attn: Josephine Shameria<br>782 Dynasty Dr<br>Fairfield, CA 94534 | Sutton Orthopaedics & Sports Medicine<br>Attn: Michael A. Birke MD<br>145 Medical Blvd<br>Stockbridge, GA 30281 |
| Swaroop N. Nyshadham MD<br>Attn: Swaroop N. Nyshadham MD<br>1990 Lukken Industrial Dr W<br>Lagrange, GA 30240 | The Hand & Upper Extremity Center<br>of Georgia PC<br>Attn: Jeffrey Klugman<br>980 Johnson Ferry Rd Ste 1000<br>Atlanta, GA 30342 | The Injury Specialist LLC<br>Attn: Michael Wax<br>5464 Peachtree Blvd<br>Chamblee, GA 30341 |
| The Pain Clinic<br>Attn: Roper Dollarhide<br>5445 W Sahara Ave<br>Las Vegas, NV 89146 | The Pain Relief Center of Georgia<br>Attn: Idi Allen MD<br>101 Yorktown Dr Ste 211<br>Fayetteville, GA 30214 | The Physicians Atlanta Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328 |

The Physicians Lab Services
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Physicians North Atlanta Surgery Cntr
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Physicians Rome Surgery Center
Attn: Sharryn Seffozo
5730 Glenridge Dr Ste 110
Atlanta, GA 30328

The Woodlands Specialty Hospital
Attn: Antonio Canales
25440 I-45 N
The Woodlands, TX 77386

Tobin Bone and Joint Surgery Inc.
Attn: Joseph Tobin
12 Lafayette Place  Suite A
Hilton Head Island, SC 29926

Tushar M. Goradia MD PhD
Attn: Tushar M. Goradia MD PhD
6555 Coyle Ave
Carmichael, CA 95608

Tyrone Synergy Rehabilitation
Attn: Branton R. Queen PT
100 Millbrook Village Dr
Tyrone, GA 30290

Ultimate Physical Therapy LLC
Attn: Sayeeda Kurlawala
10929 Katy Fwy Ste B
Houston, Texas 77079

University Medical Center
Attn: Lacy L. Thomas
1800 W Charleston Blvd
 Las Vegas, NV 89102

Valley Anesthesiology
Attn: Garland Cowen
10120 South Eastern Suite 200
Henderson, NV 89052

Valley Health System
Attn: Managing Member
2075 E Flamingo Rd
Las Vegas, NV 89119

Viking Pain Management
Anthony Rotando
1229 Creek Way Dr Ste 104
Sugarland , TX 77478

Werner Institute of Balance & Dizziness
Attn: Managing Member
9080 W Cheyenne Ave
Las Vegas, NV 89129

White Oak Surgery Center
Attn: Jay Rice
1665 Highway 34 E Ste 200
 Newnan, GA 30265

Wilcorp LLC
Attn: Robin Wilson
11204 S. 75th E. Ave
Bixby, OK 74008

William A. Segal MD
Attn: William A. Segal MD
3800 Pleasant Hill Rd Ste 3
 Duluth, GA 30096

XL2XS LLC
Attn: Saira McKinley
5413 Rose Thicket Stá
Las Vegas, NV 89130

Yarbro Ltd. dba Lake Mead Radiologists
Attn: Donald Den Yarbro Jr. MD
2559 Wigwam Pkwy
Henderson, NV 89074