ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572

MICHAEL D. NAPOLI, ESQ.
PRO HAC VICE
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-8116

Attorneys for Party in Interest:
*TECUMSEH – INFINITY MEDICAL RECEIVABLES FUND, L.P.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL**<br><br>**[RE: Notice of Appearance and Request for Service and Notice [Dkt. 116]]** |
|---|---|

///

///

///

///

///

///

///

///

Page **1** of **4**

60717910;2

**PLEASE TAKE NOTICE** that Defendant Tecumseh-Infinity Medical Receivables Fund, LP hereby withdraws the Notice of Appearance and Request for Service and Notice [Dkt. 116] inadvertently filed on November 3, 2021 in the main case rather than the appropriate adversary proceeding.

Dated: November 3, 2021                              Respectfully submitted,

*/s/ Ariel E. Stern*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Party in Interest Infinity Medical Receivables Fund, L.P.*

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Page **2** of **4**
60717910;2

# CERTIFICATE OF SERVICE

1. On November 3, 2021, I served the following document:

   **NOTICE OF WITHDRAW OF ERRONEOUSLY FILED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE AND NOTICE**

2. I served the above document by the following means to the persons as listed below:

☒ a. ECF System:

   ROBERT E. ATKINSON, Chapter 7 Trustee
   Robert@ch7.vegas; TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

   CLARISSE L. CRISTOSTOMO on behalf of Trustee ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

   BRADFORD IRELAN on behalf of HEALTHPLUS IMAGING OF TEXAS LLC
   birelan@imtexaslaw.com;  jstephens@imtexaslaw.com; dhall@imtexaslaw.com; ynguyen@imtexaslaw.com

   BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

   DAVID MINCIN on behalf of HEALTHPLUS IMAGING OF TEXAS LLC
   dmincin@mincinlaw.com; cburke@mincinlaw.com

   TRENT L. RICHARDS on behalf of THE INJURY SPECIALISTS
   trichards@sagebrushlawyers.com

   U.S. TRUSTEE – LV – 7, U.S. Trustee
   USTPRegion17.LV.ECF@usdoj.gov

   MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
   mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; allison@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

☐ b. I caused to be served via the United States mail, postage fully prepaid to the persons and parties identified on the attached mailing list.

☐ c. Personal Service:
   I personally delivered the document to the persons at these addresses:

   o   For a party represented by an attorney, delivery was made by handing the document at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document in a conspicuous place in the office.

    o      For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:  November 3, 2021

| Patricia Larsen | */s/ Patricia Larsen* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |