CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

  PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

DATED: November 8, 2021    **ATKINSON LAW ASSOCIATES LTD.**

              By:  /s/ Clarisse Crisostomo
                CLARISSE L. CRISOSTOMO, ESQ.
                Nevada Bar No. 15526
                *Attorney for Robert E. Atkinson, Trustee*

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 08, 2021

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone:  (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 21-14486-abl<br>Chapter 7 |
| INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | **ORDER ON<br>APPLICATION TO EMPLOY**<br><br>Hearing Date:    November 4, 2021<br>Hearing Time:    11:00 a.m. |

The Court reviewed and considered the Trustee's Application to Employ Atkinson Law Associates Ltd. as General Counsel for Trustee [DE #37] (the "***Application***").  No opposition to the Application had been filed.

All findings of fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed. R. Bankr. P. 9014(c) and 7052.

Good cause appearing,

-1-

**IT IS HEREBY ORDERED:**

    1.  The Application is granted in full.

    2.  The Trustee is hereby authorized pursuant to 11 U.S.C. § 327(a) to employ Atkinson Law Associates Ltd. to render legal services as his general counsel in this bankruptcy case, effective as of the filing date of the Application.

    3.  The terms of such employment shall be as described in the Engagement Letter attached as Exhibit 1 to the Application.  Such terms of employment are approved as reasonable in accordance with 11 U.S.C. § 328(a).

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

**ATKINSON LAW ASSOCIATES LTD.**

  /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Trustee*

### CERTIFICATION re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No other party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###