**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 East Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF SURRENDER OF POSSESSION OF OFFICE FACILITY** |

TO: ALL PARTIES IN INTEREST and THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN by chapter 7 trustee ROBERT E. ATKINSON

("***Trustee***") of his surrender of possession of the Debtor's office facilities located at 1700 W

Horizon Ridge Pkwy, Suites #100 and #206 (and any other suite at that location that it may

lease), Henderson, NV 89012 (collectively, the "***Office***"), effective as of October 31, 2021.

Pre-petition, Debtor operated out of the Office as a lessee. The Trustee has determined

that the lease of the Office will not be assumed. All tangible assets currently located at the

Facility have been surrendered to a secured creditor pursuant to the Order Granting Motion to

Approve Abandonment of Collateral [DE #97].[1]

# # # # #

DATED: November 9, 2021         By: _____/s/ Robert Atkinson_____
                                                        ROBERT E. ATKINSON
                                                        CHAPTER 7 BANKRUPTCY TRUSTEE

---

[1] On information and belief, as of November 1, 2021 that secured creditor entered into a deal with landlord for it to pay rent for its continued use of the Office, none of which has to do with the estate.

-1-