1   ARIEL E. STERN, ESQ.
    Nevada Bar No. 8276
2   **AKERMAN LLP**
    1635 Village Center Circle, Suite 200
3   Las Vegas, Nevada 89134
    Telephone: (702) 634-5000
4   Facsimile:  (702) 380-8572
    Email: ariel.stern@akerman.com
5
    MICHAEL D. NAPOLI, ESQ.
6   *PRO HAC VICE*
    **AKERMAN LLP**
7   2001 Ross Avenue, Suite 3600
    Dallas, Texas 75201
8   Telephone: (214) 720-4360
    Facsimile:  (214) 720-8116
9
    *Attorneys for party in interest Tecumseh – Infinity*
10  *Medical Receivables Fund, L.P.*

11              **UNITED STATES BANKRUPTCY COURT**

12                    **DISTRICT OF NEVADA**

13  In re:
                                        Case No.:      21-14486-abl
14  INFINITY CAPITAL                    Chapter        7
    MANAGEMENT, INC;
15  *dba* INFINITY HEALTH CONNECTIONS

16          Debtor.

17

18          **NOTICE OF CONTINUED RULE 2004**
            **EXAMINATION OF OLIVER HEMMERS**

19  TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:

20          PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2004 and the *Order Granting*

21  *Ex-Parte Motion for an Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Oliver*

22  *Hemmers* [ECF No. 29], Tecumseh – Infinity Medical Receivables Fund, L.P. will continue the

23  examination of Oliver Hemmers on November 18, 2021 at 9:00 p.m. (PT) before a notary public or

24  other officer authorized by law to administer oaths (the "Continued 2004 Examination").

25          Unless otherwise indicated in a subsequent court filing, the Continued 2004 Examination

26  shall take place remotely via videoconference.  Additional information regarding participation in the

27  2004 Continued Examination will be provided upon request.

28

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS< NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

60949028;1

1    Notice is further given that the Continued 2004 Examination will be recorded by video

2 and/or stenographic means pursuant to Fed. R. Civ. P. 30.  In the event the examination is recorded

3 by means other than written transcription, at the time of introduction and/or filing of such recording,

4 a written transcription of the examination shall be presented to the Court.

5    DATED: November 16, 2021.

6

7           **AKERMAN LLP**

8

           */s/ Michael Napoli, Esq*

9           ARIEL E. STERN, ESQ.

           Nevada Bar No. 8276

10          1635 Village Center Circle, Suite 200

           Las Vegas, Nevada 89134

11          MICHAEL D. NAPOLI, ESQ.

           *PRO HAC VICE*

12          2001 Ross Avenue, Suite 3600

13          Dallas, Texas 75201

14          *Attorneys for party in interest Tecumseh – Infinity*

           *Medical Receivables Fund, L.P.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS< NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

60949028;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS< NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**CERTIFICATE OF SERVICE**

1. On November___, 2021, I served the following document:

   NOTICE OF CONTINUED RULE 2004 EXAMINATION OF OLIVER HEMMERS

2. I served the above document by the following means to the persons as listed below:

☒ a.    ECF System:

ROBERT E. ATKINSON, Chapter 7 Trustee
Robert@ch7.vegas; TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Trustee Robert E. Atkinson
clarisse@nv-lawfirm.com; bknotices@nv-lawfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS LLC
birelan@imtexaslaw.com;          jstephens@imtexaslaw.com;          dhall@imtexaslaw.com;
ynguyen@imtexaslaw.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com; cburke@mincinlaw.com

TRENT RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com

U.S. TRUSTEE – LV – 7, U.S. Trustee
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; allison@lzlawnv.com;
zirzow.matthewc.r99681@notify.bestcase.com

☐ b.    United States mail, postage fully prepaid:

☐ c.    Personal Service:

I personally delivered the document to the persons at these addresses:

☐          For a party represented by an attorney, delivery was made by handing the document at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document in a conspicuous place in the office.

☐          For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.    By direct email (as opposed to through the ECF System):

3

60949028;1

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.        By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.        By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

   */s/ Michael D. Napoli, Esq.*
   Michael D. Napoli, Esq.

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS< NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

4

60949028;1