CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 21-14486-abl |
| | Chapter 7 |
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | **NOTICE OF HEARING** |
| Debtor. | Hearing Date: December 16, 2021 |
| | Hearing Time: 11:00 a.m. |
| | Location: TELEPHONIC HEARING ONLY[1] |

TO: ALL PARTIES IN INTEREST and THEIR COUNSEL OF RECORD:

**NOTICE IS HEREBY GIVEN** motion entitled MOTION TO APPROVE SETTLEMENT (DE #128) (the "***Motion***") was filed on November 18, 2021 by Robert E. Atkinson ("***Trustee***"), the chapter 7 trustee of the above-captioned bankruptcy estate. The Motion seeks approval of a settlement agreement that resolves the two vehicles identified in the Debtor's schedules. The identification of the two vehicles is resolved in exchange for a payment of $10,285.00 to the Bankruptcy Estate. Other terms are as found in the proposed settlement agreement, which is attached as Exhibit 1 to the Motion.

---

[1] This hearing will be heard telephonically. Check the Bankruptcy Court's website prior to the hearing for the call-in number, at: https://www.nvb.uscourts.gov/calendars/court-calendars/. The calendar for this hearing will be posted under "Duty Judges (Chapter 7 & 13) a few days prior to the hearing. Select the pdf for the Chapter 7 calendar for the date listed above, and the call-in information for the hearing will be identified at the top of that pdf.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document. This hearing may be continued from time to time without further notice to you.

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting the Trustee's counsel Clarisse L. Crisostomo, Esq. at either (702) 614-0600 or by email at clarisse@nv-lawfirm.com.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy to the Trustee's counsel no later than 14 days preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: November 18, 2021                **ATKINSON LAW ASSOCIATES LTD.**

By:       /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*