UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

INFINITY CAPITAL MANAGEMENT, INC.

CASE NO: 21-14486-abl

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 130

On 11/18/2021, a copy of the following documents, described below,

Notice of Hearing [DE #130] ECF Docket Reference No. 130

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/18/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Clarisse Crisostomo
Atkinson Law Associates Ltd.
376 E. Warm Springs Rd Suite 130
Las Vegas, NV  89119

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09782
CASE 21-14486-ABL
DISTRICT OF NEVADA
LAS VEGAS
THU NOV 18 14-33-25 PST 2021

DEBTOR

INFINITY CAPITAL MANAGEMENT INC
1700 W HORIZON RIDGE PKWY 206
HENDERSON NV 89012-4840

THE INJURY SPECIALISTS
CO SAGEBRUSH LAWYERS LLC
112 S WATER ST STE 104
HENDERSON NV 89015-2312

~~EXCLUDE~~

~~UNITED STATES BANKRUPTCY COURT~~
~~300 LAS VEGAS BLVD SOUTH~~
~~LAS VEGAS NV 89101-5833~~

ARIEL E STERN ESQ
NEVADA BAR NO 8276
1635 VILLAGE CENTER CIRCLE SUITE 200
LAS VEGAS NEVADA 89134-6375

ALCOVY NEUROLOGY PC
ATTN JUAN C LACAYO MD
3535 HIGHWAY 81
LOGANVILLE GA 30052-4336

ALLIANCE HEALTHCARE SERVICES
ATTN MANAGING MEMBER
1019 EAST 22ND AVE
CORDELE GA 31015-1913

ALLIANCE SPINAL THERAPY
REHABILITATION GROUP
ATTN- MANAGING MEMBER
7455 WEST WASHINGTON AVE SUITE 140
LAS VEGAS NV 89128-4349

AMPRO ORTHOTICS  PROTHETICS INC
ATTN LUIS E CHOTO
6877 S EASTERN AVE
LAS VEGAS NV 89119-4626

AMERICAN HEALTH IMAGING
ATTN DAN BALENTINE
6590 POWERS FERRY ROAD
ATLANTA GA 30339-2933

AMERISOURCEBERGEN SPECIALTY GROUP
ATTN STEFANI D FORSYTHE
3101 GAYLORD PARKWAY
FRISCO TX 75034-8655

ANESTHESIOLOGY CONSULTANTS INC
ATTN BRADFORD ISAACS MD
7220 SOUTH CIMARRON RD SUITE 230
LAS VEGAS NV 89113-2173

ANTHONY M ODELL DC
ATTN ANTHONY M ODELL DC
3227 PERKIOMEN AVE
READING PA 19606-2740

ARTIANO SHINOFF
ATTN BANKRUPTCY DEPTMANAGING AGENT
3636 4TH AVENUE
SAN DIEGO CA 92103-4280

ASSOCIATED ORAL SPECIALTIES INC
ATTN DR FREDDIE J WAKEFIELD JR
5671 PEACHTREE DUNWOODY RD SUITE 420
ATLANTA GA 30342-5004

ASSOCIATED PATHOLOGISTS LABORATORIES
ATTN RICK REBER
2075 E FLAMINGO RD
LAS VEGAS NV 89119-5188

ATHENS ORTHOPEDICS CLINIC
ATTN KAYO ELLIOT
1765 OLD WEST BROAD ST BLDG 2  2
ATHENS GA 30606-2887

ATLANTA SPINE INSTITUTE
ATTN DR PLAS T JAMES
5667 PEACHTREE DUNWOODY RD  220
ATLANTA GA 30342-1725

ATLAS ORTHOPAEDICS
ATTN DR DUNCAN WELLS
970 WOODSTOCK PKWY STE 310
WOODSTOCK GA 30188-4869

BART K LARSEN ESQ
SHEA LARSEN
1731 VILLAGE CENTER CIRCLE SUITE 150
LAS VEGAS NEVADA 89134-0517

BETHEA CONSULTING  PSYCHOLOGICAL
SERVICES PC
ATTN- ANGELA R BETHEA PHD
5 CONCOURSE PARKWAY NE SUITE 3000
ATLANTA GA 30328-7106

BORG LAW GROUP
ATTN BROOKE M BORG ESQ
9555 HILLWOOD DR SUITE 150
LAS VEGAS NV 89134-0579

CLARK COUNTY ASSESSOR
CO BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS NV 89155-4502

CLARK COUNTY TREASURER
CO BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
PO BOX 551220
LAS VEGAS NV 89155-1220

INTERNATIONAL
CLAUS NISSEN
HUGODISTLER STRASSE 64
D-90411 NUERNBERG GERMANY

COX INTERNET
ATTN MANAGING MEMBER
1700 VEGAS DRIVE
LAS VEGAS NV 89106-2111

CARBAJAL  MCNUTT LLP
ATTN DAN MCNUTT
625 S EIGHT STREET
LAS VEGAS NV 89101-7004

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL

PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CARE4LIFE HOME HEALTH AGENCY
ATTN MARY LEVY
8665 W FLAMINGO RD
LAS VEGAS NV 89147-8624

CARL N WILLIAMS MD
ATTN CARL N WILLIAMS MD
2020 WELLNESS WAY 501
LAS VEGAS NV 89106-4145

CARROLLTON ORTHOPEDIC CLINIC
ATTN J BEN BUTLER
150 CLINIC AVE STE 101
CARROLLTON GA 30117-4402

CENTER FOR SPINE  PAIN MEDICINE
ATTN SULEMAN SOHANI
1413 CHATTANOOGA AVE
DALTON GA 30720-2631

CENTER OF SPECIAL PROCEDURES AT
SUMMERLIN
ATTN WILLIAM S MUIR MD
653 N TOWN CENTER DR
LAS VEGAS  NV 89144-0514

CHEROKEE IMAGING CENTER
ATTN JONNA ROOPAS
2000 VILLAGE PROFESSIONAL DR
CANTON GA 30114-8499

CHILDRENS ORTHOPAEDICS OF ATLANTA
ATTN MARK KLEIN
1200 LAKE HEARN DRIVE SUITE 400
ATLANTA GA 30319-1459

CHIMEDICAL MANAGEMENT GROUP
ATTN DR STEPHEN COOPER
PO BOX 1611
PHENIX CITY AL 36868-1611

CLEAR LAKE IMAGING LLC
ATTN MANAGING MEMBER
202 N TEXAS AVE
WEBSTER TX 77598-4967

COLDCO THERAPIES LLC
ATTN ADAMLURIE
1362 RIETVELD ROW
NW ATLANTA GA 30318-4109

COLLECTIONS CONSULTANTS NEVADA
ATTN BONNIE BARNETT
5440 W SAHARA AVE SUITE 300
LAS VEGAS NV 89146-0361

COMPREHENSIVE SPINE  PAIN
ATTN DR VK PUPPALA
403 PERMIAN WAY SUITE D
VILLA RICA GA 30180-3226

CONCORDIA ANESTHESIALOGY INC
ATTN STEPHAN GOSCH
120 OTTLY DR NE SUITE C
ATLANTA GA 30324-3978

COOSA DIAGNOSTIC CENTER
ATTN EDDIE RIVERS
16 RIVERBEND DR SW
ROME GA 30161-6066

CORNERSTONE ORTHOPEDICS
SPORTS MEDICINE
ATTN- RHETT K RAINEY
299 N BROAD ST
WINDER GA 30680-2155

CORONADO SURGERY CENTER
ATTN DR MIKE CROVETTI
2779 W HORIZON RIDGE PKWY STE 140
HENDERSON NV 89052-4186

CRANIOSPINAL INSTITUTE OF GEORGIA
ATTN DR DANIEL W MOORE
790 CHURCH ST NE
MARIETTA GA 30060-8957

CREATIVE FUNDING SERVICES INC
ATTN BRETT HANSBERY
1135 BAY STREET SUITE 10
SAN FRANCISCO CA 94123-2315

DANIEL P NICHOLAS
3842 N SOUTHPORT AVE APT M
CHICAGO IL 60613-6226

DEPT OF EMPL TRAINING  REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY NV 89713-0002

DYNAMIC LEGAL RECOVERY
ATTN MANAGING MEMBER
25600 RYE CANYON ROAD 209
VALENCIA CA 91355-1172

DAMIEN A DOUTE MD
ATTN DAMIEN A DOUTE MD
1462 MONTREAL RD
TUCKER GA 30084-6929

DANIEL EISENMAN MD
ATTN DANIEL EISENMAN MD
3050 ROYAL BLVD SUITE 100
ALPHARETTA GA 30022-4484

DAVID S OWENS MD
4545 HARRIS TRAIL
ATLANTA GA 30327-3813

DOUGLAS W KINDALL MD
ATTN DOUGLAS W KINDALL MD
3939 J ST
SACRAMENTO CA 95819-3636

DR ABBAS HAIDER DDS
ATTN DR ABBAS HAIDER DDS
3521 MEMORIAL DR STE A
DECATUR GA 30032-2731

DR ASAF YALIF
ATTN DR ASAF YALIF
145 TOWNE LAKE PKWY STE 101
WOODSTOCK GA 30188-4849

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED (SEE USERS MANUAL.PDF FOR MORE INFORMATION).
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DR BOBBY KHAN
ATTN DR BOBBY KHAN
5673 PEACHTREE DUNWOODY RD STE 440
ATLANTA GA 30342-1797

DR GARY GANAHL
ATTN DR GARY GANAHL
1770 CENTURY BLVD NE
ATLANTA GA 30345-3395

DR HETESH RANCHOD
ATTN DR HETESH RANCHOD
2769 CHASTAIN MEADOWS PARKWAY SUITE 70
MARIETTA GA 30066-3368

DR JASON REINGOLD
ATTN DR JASON REINGOLD
5669 PEACHTREE DUNWOODY RD
ATLANTA GA 30342-1786

DR TAPAN DAFTARI
ATTN DR TAPAN DAFTARI
270 CHASTAIN RD
KENNESAW GA 30144-3012

DURANGO OUTPATIENT SURGERY CENTER
ATTN MATT PATE
8530 W SUNSET RD
LAS VEGAS NV 89113-2244

ELITE FIRST ASSISTING
ATTN TYRONE W ROGERS
1235MAGNOLIA PARK CIRCLE
CUMMING GA 30040-8338

ELITE RADIOLOGY OF GEORGIA LLC
ATTN KEVIN JOHNSON
4800 ASHFORD DUNWOODY RD STE 140
ATLANTA GA 30338-5554

ELIZABETH CAUGHEY DDS
ATTN ELIZABETH CAUGHEY DDS
25-A LENOX POINTE NE
ATLANTA GA 30324-7420

ERIK T BENDIKS MD
ATTN KELLY MILLARD
11650 ALPHARETTA HWY STE 100
ROSWELL GA 30076-3805

EVANS PROCEDURE CENTER
ATTN HEMANT YAGNICK MD
404 TOWN PARK BLVD SUITE 101
EVANS GA 30809-3491

EXPRESSCHEX LLC
ATTN NICHOLAS ATHANASATOS
2035 SUNSET LAKE RD SUITE B-2
NEWARK DE 19702-2600

FIRST SAVINGS BANK
ATTN MANAGING MEMBER
5960 S JONES BLVD
LAS VEGAS NV 89118-2610

FIRST COAST HEALTH SOLUTIONS
ATTN ARON STEFANIDES
211 N LIBERTY ST
JACKSONVILLE FL 32202-2800

FIRSTSCANTM OMAHA
ATTN DANIEL CINOTTO
9840 S 140TH ST STE 5
OMAHA NE 68138-3692

FLAMINGO SURGERY CENTER
ATTN NICK PACIELLO
2565 E FLAMINGO RD
LAS VEGAS NV 89121-5203

GPMICRO INC
CO BORG LAW GROUP LLC REG AGENT
8988 W CHEYENNE AVE SUITE 150
LAS VEGAS NV 89129-8928

INTERNATIONAL
GREGORY M CASH
TYRINGA ROAD
PORT KENNEY SA 5671 AUSTRALIA

GRIFFIN ASSET MANAGEMENT LLC
ATTN MICHAEL E GRIFFIN
230 PARK AVE
10TH FLOOR SUITE 61
NEW YORK NY 10169-0005

GEORGIA HEALTH IMAGING
ATTN MARIA BUDHWANI
4025 LAWRENCEVILLE HWY NW
LILBURN GEORGIA 30047-3013

GEORGIA NEUROLOGICAL SURGERY
COMPREHENSIVE SPINE
ATTN- BRANDT HALBACH
2142 W BROAD ST BLDG 100 SUITE 200
ATHENS GA 30606-3509

GEORGIA NEUROSCIENCE
ATTN ALEX BANNISTER
335 ROSELANE ST NW 202
MARIETTA GA 30060-7902

GEORGIA PAIN  SPINE CARE
ATTN JAY RICE
1665 GEORGIA HWY 34 EAST 100
NEWNAN GA 30265

GEORGIA PAIN  WELLNESS CENTER
ATTN AMIT PATEL
455 PHILLIP BLVD BUILDING 100 SUITE 14
LAWRENCEVILLE GA 30046-8767

GEORGIA PAIN SAMSON
120 STONEBRIDGE PKWY STE 420
WOODSTOCK GA 30189-3769

GEORGIA PAIN AND SPINE SOLUTIONS
ATTN MARCUS POLK
76 HIGHLAND PAVILION CT 133
HIRAM GA 30141-3170

GEORGIA SPINE  ORTHOPEDICS
ATTN WINSTON JESHURAN
6501 PEAKE RD SUITE 400
MACON GA 31210-8046

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GLENDALE MRI INSTITUTE
ATTN JAMES LILLEY
624 S CENTRAL AVE 2009
GLENDALE CA 91204-2009

GRIFFIN IMAGING LLC
ATTN PAUL COTE
220 ROCK ST
GRIFFIN GA 30224-4235

GWINNETT HOSPITAL SYSTEM INC
ATTN CATHY HDAUGHERTY
1000 MEDICAL CENTER BLVD
LAWRENCEVILLE GA 30046-7694

HASELECT FTM MEDICAL RECEIVABLES
LITIGATION FINANCE FUND SP
CO HEDGEACT INTL SPC LTD
403 SOUTH LA GRANGE RD
LA GRANGE IL 60525-2449

HASELECT FTM MEDICAL RECEIVABLES
LITIGATION FINANCE FUND SP
CO THOMAS C CRONIN
120 N LASALLE ST 20TH FLOOR
CHICAGO IL 60602-2452

HASELECT FTM MEDICAL RECEIVABLES
LITIGATION FINANCE FUND SP
CO JOHN N HOURIHANE JR
120 N LASALLE ST 20TH FLOOR
CHICAGO IL 60602-2452

HEALTHPLUS IMAGING OF TEXAS LLC
ATTN MANAGING MEMBER
9000 SOUTHWEST FREEWAY SUITE 250
HOUSTON TX 77074-1520

HEALING HANDS PHYSICAL THERAPY CENTERS
ATTN PATRICIA BURNLEY
1930 A HIGHLAND AVE
AUGUSTA GA 30904-7803

HEALTH N HOME
ATTN PAUL G ROWAN
PO BOX 20 ATTN CORP TAX 70428
BOISE ID 83726-0020

HEALTHPLUS IMAGING
ATTN STEPHANIE LAM
9000 SOUTHWEST FWY
HOUSTON TX 77074-1526

HEALTHSOUTH REHABILITATION HOSPITAL
OF LAS VEGAS
ATTN- MARK TARR
1250 SOUTH VALLEY VIEW BLVD
LAS VEGAS NV 89102-1855

HENDERSON RADIOLOGY INC
ATTN JADE ALFASI
10561 JEFFREYS ST STE 111
LAS VEGAS NV 89052-4267

HIEU BALL MD
ATTN HIEU BALL MD
100 PARK PL
SAN RAMON CA 94583-4460

HILLTOP RADIOLOGY LLC
ATTN JOEL CHOE
2970 HILLTOP MALL RD
RICHMOND CA 94806-1947

HOWARD GOLDEN
ATTN HOWARD GOLDEN
1140 HAMMOND DR
ATLANTA GA 30328-5338

INFINITY CENTERS UNITED
ATTN MANAGING MEMBER
3310 EDLOE STREET
HOUSTON TX 77027-6502

INFINITY DIAGNOSTICS LLC DBA PRESTIGE M
ATTN MANAGING MEMBER
3310 EDLOE STREET
HOUSTON TX 77027-6502

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY DEPTMANAGING AGENT
PO BOX 7346
PHILADELPHIA PA 19101-7346

IMAGELINK LLC
ATTN KURT TAYLOR
1350 SCENIC HWY N SUITE 268
SNELLVILLE GA 30078-7907

IMTISAL KHURI
1148 BROKEN HILLS DR
HENDERSON NV 89011-3073

INTERNATIONAL
JENNIFER DE BONO
89 SOUTHFORK DRIVE
GLENNING VALLEY NSW 2261 AUSTRALIA

JOHN  KAREN LAUB
9501 ROYAL WINDSOR AVENUE
LAS VEGAS NV 89149-0167

JUDY L TRENT
9724 CAMDEN HILLS AVE
LAS VEGAS NV 89145-8611

JAMES SCHELLER MD
ATTN JAMES SCHELLER MD
2288 AUBURN BLVD STE 201
SACRAMENTO CA 95821-1620

JEFFREY GOLDBERG MD
ATTN JEFFREY GOLDBERG MD
210 E DERENNE AVE
SAVANNAH GA 31405-6736

JOINT ACTIVE SYSTEMS INC
ATTN BORIS BONUTTI
2600 S RANEY ST
EFFINGHAM IL 62401-4219

JORDANICA INC
ATTN MARK A PREMSELAAR
780 CORONODO CNETER DR SUITE 110A
HENDERSON NV 89052-5056

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KABBAGE
ATTN MANAGING MEMBER
730 PEACHTREE STREET NE SUITE 1100
ATLANTA GA 30308-1263

KATIA CABAYAN
ATTN KATIA CABAYAN
2970 HILLTOP MALL RD
RICHMOND CA 94806-1947

INTERNATIONAL
LUKE DE BONO
89 SOUTHFORK DRIVE
GLENNING VALLEY NSW 2261 AUSTRALIA

LAS VEGAS PHARMACY INC
ATTN DOUGLAS L COPSEY
2600 W SAHARA AVE STE 120
LAS VEGAS NV 89102-4366

LAS VEGAS SLEEP CENTER PLLC
ATTN MOHAMED SHIMAYA
2400 S CIMARRON RD
LAS VEGAS NV 89117-7902

LEDESMA SPORTS MEDICINE
ATTN ERNEST LEDESMA
7010 HODGSON MEMORIAL DR
SAVANNAH GA 31406-2529

LEGACY BRAIN  SPINE
ATTN DR SAID ELSHIHABI MD
718 CHEROKEE ST NE
MARIETTA GA 30060-7253

MATT VALENTI
1651 S VICTORIA AVE
LOS ANGELES CA 90019-5929

INTERNATIONAL
MAX ORAM
1840 ULAN ROAD
MUDGEE NSM 2850 AUSTRALIA

MD PAIN CARE
ATTN ROY L TALLEY MD
5109 HIGHWAY 278 NE STE C
COVINGTON GA 30014-2608

MMR HOLDINGS INC
ATTN JOHN PLATUSIC
630 SOUTH RANCHO DR SUITE G
LAS VEGAS NV 89106-4849

MACON PAIN CENTER PC
ATTN CARLOS J GIRON
3356 VINEVILLE AVE
MACON GA 31204-2328

MARIPOSA MEDICAL ASSOCIATES
ATTN FAYE VARGAS MORRIS MD
767 CONCORD RD SE
SMYRNA GA 30082-2625

MARK W HOWARD MD
ATTN MARK W HOWARD MD
576 HARTNELL ST
MONTEREY CA 93940-2834

MEDICA STAND UP MRI OF ATLANTA
ATTN THOMAS R CORMIER
6590 POWERS FERRY RD
ATLANTA GA 30339-2933

MICHAEL S CHAMPNEY MD FACS
ATTN MICHAEL S CHAMPNEY MD
2665 N DECATUR RD
DECATUR GA 30033-6149

MONITORING AND NEUROMONITORING
ASSOCIATES PAYMENT LETTER
ATTN- TERESA L CARTER
9811 WEST CHARLESTON SUITE 2-641
LAS VEGAS NV 89117-7528

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
555 E WASHINGTON AVENUE 1300
LAS VEGAS NV 89101-1046

NV ENERGY
ATTN MANAGING MEMBER
PO BOX 98910
LAS VEGAS NV 89151-0001

NEUROLOGICAL ASSOCIATES OF NEVADA
ATTN MANAGING MEMBER
2831 BUSINESS PARK CT STE B
LAS VEGAS NV 89128-9007

NICK DEFILLIPS MD
ATTN NICK DEFILLIPS MD
990 HAMMOND DR  730
ATLANTA GA 30328-5510

NON SURGICAL ORTHOPAEDICS PC
ATTN ARNOLD J WELL MD
335 ROSELANE ST NW
MARIETTA GA 30060-7902

NORTH ATLANTA SURGICAL ASSOCIATES
ATTN MANAGING MEMBER
5673 PEACHTREE DUNWOODY RD STE 3
ATLANTA GA 30342-1731

NORTH DEKALB ORTHOPEDICS PC
ATTN SYLVIA BRUMELOW
505 IRVIN CT STE 200
DECATUR GA 30030-1780

NORTH FULTON ANESTHESIA INC
ATTN JAMES G VELIMESIS
3000 HOSPITAL BLVD
ROSWELL GA 30076-4915

NORTH FULTON MEDICAL CENTER INC
ATTN DEBORAH C KEEL
3000 HOSPITAL BLVD
ROSWELL GA 30076-3899

NORTH HOUSTON INJURYREHABILITATION
ATTN MANAGING MEMBER
523 N SAM HOUSTON PKWY E
HOUSTON TX 77060-4048

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NORTHERN CALIFORNIA ORTHOPEDIC CENTERS
ATTN PAUL SUSAURA MD
6403 COYLE AVE STE 170
CARMICHAEL CA 95608-0363

NORTHWEST NEUROLOGY
ATTN ROBERT BASHUK MD
4460 AUSTELL RD
AUSTELL GA 30106-1844

OPEN MRI OF SAVANNAH
ATTN TONI S COWAN
4815 WATERS AVE
SAVANNAH GA 31404-6221

OPEN MRI OF MACON
ATTN LISA WALDROP
1504 HARDEMAN AVE STE B
MACON GA 31201-1464

ORTHO NOW PLLC
ATTN BRET SOKOLOFF MD
4901 RALEIGH COMMON DR SUITE 200
MEMPHIS TN 38128-2478

ORTHOPAEDIC SOLUTIONS
ATTN DR ANTENOR VELAZCO MD
670 S 8TH STREET
GRIFFIN GA 30224-4214

ORTHOPEDIC FOOT AND ANKLE INSTITUTE
ATTN ROMAN SIBEL MD
3175 SAINT ROSE PKWY STE 320
HENDERSON NV 89052-3508

OUTPATIENT IMAGING
ATTN JOHN F HOWARD MD
3280 HOWELL MILL RD NW STE 345
ATLANTA GA 30327-4113

PAIN CARE CENTER OF GEORGIA
ATTN CRYSTAL MARCUM
1365 ROCK QUARRY RD STE 202
STOCKBRIDGE GA 30281-5023

PAIN CONSULTANTS OF ATLANTA
ATTN ASHLEY BERNAL
1800 PEACHTREE ST NW STE 750
ATLANTA GA 30309-2530

PAIN INSTITUTE OF GEORGIA
ATTN CARLOS J GIRON
3356 VINEVILLE AVE
MACON GA 31204-2328

PAIN MANAGEMENT SPECIALISTS OF ATLANTA
PC
ATTN RANDALL BERINHOUT
440 PRIME POINT
PEACHTREE GA 30269-3309

PARKAIRE CONSULTANTS
ATTN RANDALL SHEFFIELD
4939 LOWER ROSWELL RD STE 201C
MARIETTA GA 30068-4384

PEACHTREE NEUROSURGERY
ATTN JOY TAYLOR
1938 PEACHTREE RD NW
ATLANTA GA 30309-1267

PEACHTREE ORTHOPAEDIC CENTER PA
ATTN MANAGING MEMBER
2001 PEACHTREE RD NE SUITE 700
ATLANTA GA 30309-1476

PERIMETER ORTHOPAEDICS PC
ATTN KATHERYN KELLER
5673 PEACHTREE DUNWOODY RD STE 825
ATLANTA GA 30342-1771

PERIMETER OUTPATIENT SURGICAL
ASSOCIATES
ATTN KATHERYN KELLER
5667 PEACHTREE DUNWOODY RD
ATLANTA GA 30342-1714

PERIMETER SURGICAL CENTER
ATTN CINDY SMITH
6105 PEACHTREE DUNWOODY RD STE 110
ATLANTA GA 30328-5909

PHENIX CITY SPINE AND TOPPLE
DIAGNOSTICS
ATTN BRENT JONES
10800 ALPHARETTA HWY 208-541
ROSWELL GA 30076-1490

PHILIP C COLOSIMO PHD
ATTN PHILIP C COLOSIMO PHD
501 S RANCHO DR SUITE C-14
LAS VEGAS NV 89106-4831

PINNACLE ORTHOPAEDICS SPORTS MEDICINE
SPEACIALISTS LLC
ATTN- DONNA L FISHER
720 TRANSIT AVE STE 202
CANTON GA 30114-2544

PINNACLE ORTHOPAEDICS SURGERY CENTER
WOODSTOCK LLC
ATTN- DONNA L FISHER
1505 STONE BRIDGE PKWY STE 200
WOODSTOCK GA 30189-8282

PLASTIKOS PLASTIC AND RECINSTRUCTIVE
SURGERY  MILLENNIUM HEALTHCARE
ATTN- SUSAN KOLB MD
4370 GEORGETOWN SQ
ATLANTA GA 30338-6205

POLARIS CENTER FOR OUTPATIENT SPINE
SURGERY
ATTN JOY TAYLOR
1150 HAMMOND DRIVE SUITE 400
ATLANTA GA 30328-8617

POLARIS SPINE  NEUROSURGERY CENTER PC
ATTN JOY TAYLOR
1150 HAMMOND DRIVE SUITE 400
ATLANTA GA 30328-8617

PREVA ADVANCED SURGICARE
THE WOODLANDS LLC
ATTN- HUGH P SHANNONHOUSE
26710 I-45 N STE B-100
THE WOODLANDS TX 77386

PRO PERFORMANCE PT
ATTN AMANDA STILLINGS
4343 SHALLOWFORD RD STE 630
MARIETTA GA 30062-5080

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PROCESS SERVERS INC
ATTN MARTIN DRUCKMAN
1736 EAST CHARLESTON UNIT 333
LAS VEGAS NV 89104-7900

PSYCHOLOGICAL DIAGNOSTIC CENTER LLC
ATTN WILLA L BOSTON PH D
1820 POWERS FERRY RD SE BUILDING 22
SUITE 200
ATLANTA GA 30339

PULSE IMAGING
ATTN MANAGING MEMBER
202 N TEXAS AVE STE 500
WEBSTER TX 77598-4968

RENT MDL GROUP
ATTN MANAGING MEMBER
5960 SOUTH JONES BOULEVARD
LAS VEGAS NV 89118-2610

INTERNATIONAL
ROBIN W SMITH
12 ESTUARY COURT
TWIN WATERS QLD 4564 AUSTRALIA

REGENERATIVE ORTHOPAEDICS AND SPINE
INSTITUTE PC
ATTN- PHILLIP G PLOSKA MD
203 MEDICAL BLVD
STOCKBRIDGE GA 30281-7218

REHABILITATION THAT WORKS
ATTN BOB BEDFORD
801 S RANCHO DR STE F4
LAS VEGAS NV 89106-3814

RESTORATION COUNSELING SERVICES LLC
ATTN FAITH ABRAHAM
1010 HUNTCLIFF
SANDY SPRINGS GA 30350-7532

ROBERT AND PATTY SANDLER
3655 DECATUR BLVD SUITE 14173
LAS VEGAS NV 89103-6860

ROCK BRIDGE INSTITUTE
ATTN MANAGING MEMBER
2500 HOSPITAL BLVD
ROSWELL GA 30076-4907

ROY M RUBIN MD
ATTN ROY M RUBIN MD
3455 AMERICAN RIVER DRIVE STEB
SACRAMENTO CA 95864-5751

SOCIAL SECURITY ADMINISTRATION
ATTN BANKRUPTCY DESKMANAGING AGENT
PO BOX 33021
BALTIMORE MD 21290-3021

STATE FARM FIRE  CASUALTY CO
ATTN BANKRUPTCY DEPTMANAGING AGENT
3 RAVINIA DRIVE
ATLANTA GA 30346-2118

SACRAMENTO PAIN CLINIC
ATTN DR MICHAEL LEVIN MD
333 UNIVERSITY AVE STE 140
SACRAMENTO CA 95825-6535

SAFEWAY DRIVER FITNESS CENTERS INC
ATTN JEFF BORCHARDT
16230 W MAYFLOWER DR
NEW BERLIN WISCONSIN 53151-6596

SAFEWAY PSYCHOLOGICAL SERVICES
ATTN JEFF BORCHARDT
16230 W MAYFLOWER DR
NEW BERLIN WISCONSIN 53151-6596

SAINT FRANCIS MEMORIAL HOSPITAL
ATTN ALAN E FOX
900 HYDE ST
SAN FRANCISCO CA 94109-4806

SAN RAMON SURGERY CENTER
ATTN MEDINA HENRY
100 PARK PL STE 110
SAN RAMON CA 94583-4460

SANTA BARBARA COTTAGE HOSPITAL
ATTN GREGORY FRIEDRICH
400 W PUEBLO ST
SANTA BARBARA CA 93105-4390

SCOTT BARBOUR MD
ATTN SCOTT BARBOUR MD
3240 NE EXPY NE STE 200
ATLANTA GA 30341-4003

SEVEN HILLS SURGERY CENTER
ATTN JEANNE ELAM
876 SEVEN HILLS DR
HENDERSON NV 89052-4369

SOUTH ATLANTA MUA CENTER LLC
ATTN STEPHEN B COOPER
541 FOREST PARKWAY SUITE 14
FOREST PARK GA 30297-6110

SOUTH PLACER SURGERY CENTER
ATTN BRIAN HUNT
8723 SIERRA COLLEGE BLVD
ROSEVILLE CA 95661-5990

SOUTHEAST OPEN MRI
ATTN TONI S COWAN
1103 FOUNTAIN LAKE DR
BRUNSWICK GA 31525-3039

SOUTHERN CROSS SURGERY CENTER
ATTN RL TALLEY JR MD
1301 SIGMAN RD NE
CONYERS GA 30012-3819

SPECIALTY ORTHOPAEDICS
ATTN KEVIN JARRARD
1240 JESSE JEWELL PKWY SE  300
GAINESVILLE GA 30501-3861

SPECIALTY SURGERY CENTER OF PECOS
ATTN CRAIG N FOREMAN
1569 E FLAMINGO RD
LAS VEGAS NV 89119-5321

PARTIES DESIGNATED AS "EXCL NOTC ONLY" ON THE SERVICE LIST ARE USUALLY EXCLUDED FROM SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SPINE CENTER MEDICAL GROUP
ATTN JODIE FAIER
455 HICKEY BLVD STE 310
DALY CITY CA 94015-2630

SPINEPLUS HEALTHCARE
ATTN RAYMOND TORRES
2918 SAN JACINTO ST SUITE 150
HOUSTON TX 77004-2708

SPORTS CONCUSSION INSTITUTE
ATTN JAY H PAIK
3200 DOWNWOOD CIR NW
ATLANTA GA 30327-1610

ST GEORGE SURGICAL CENTER
ATTN TERRILL DICK
676 S BLUFF ST
SAINT GEORGE UT 84770-3512

STARPOINT HEALTH INC
ATTN ERICD FRIEDLANDER
20360 SW BIRCH ST STE 110
NEWPORT BEACH CA 92660-1532

STAT DIAGNOSTICS CUEVAS DIAGNOSTICS LL
ATTN CESAR CUEVAS
4710 KATY FREEWAY
HOUSTON TX 77007-2204

STATESBORO NEUROSURGERY
ATTN DRDONALD GRAHAM
1211 MERCHANT WAY STE 411
STATESBORO GA 30458-0865

STELLAR AMBULARTORY ANESTHESIA
CONSULTANTS LLC
ATTN- TIMOTHY GRINER
1150 HAMMOND DRIVE SUITE 600
ATLANTA GA 30328-8615

STONE CREEK SURGERY CENTER
ATTN JEANNE ELAM
5915 S RAINBOW BLVD
LAS VEGAS NV 89118-2557

STONECREEK CAPITAL ADVISORS
ATTN ROBERT SPERTELL
19710 SKYLINE BLVD
LOS GATOS CA 95033-8262

STREETERVILLE OPEN MRI LLC
ATTN EDWIN SAGE
446 E ONTARIO ST STE 106
CHICAGO IL 60611-7110

STUTZ ARTIANO  HOLTZ
ATTN LJUBISA KOSTIC
1120 N TOWN CENTER DR
LAS VEGAS NV 89144-6300

SUPRITI BAYLAN DDS
ATTN SUPRITI BAYLAN DDS
2145 ROSWELL RD STE 120
MARIETTA GA 30062-0819

SURGERY CENTER OF ATHENS LLC
ATTN BRANDON ODELL
2142 W BROAD ST STE 100
ATHENS GA 30606-3509

SURGERY CENTER OF SOUTHERN NEVADA
ATTN MANAGING MEMBER
4275 BURNHAM AVE
LAS VEGAS NV 89119-5400

SURGERY EXCELLENCE MANAGEMENT LLC
ATTN LORI RAMIREZ
2100 WEST LOOP SOUTH SUITE 1200
HOUSTON TX 77027-3599

SURGICAL IMAGING SERVICES INC
ATTN JOSEPHINE SHAMERIA
782 DYNASTY DR
FAIRFIELD CA 94534-6612

SUTTON ORTHOPAEDICS  SPORTS MEDICINE
ATTN MICHAEL A BIRKE MD
145 MEDICAL BLVD
STOCKBRIDGE GA 30281-5083

SWAROOP N NYSHADHAM MD
ATTN SWAROOP N NYSHADHAM MD
1990 LUKKEN INDUSTRIAL DR W
LAGRANGE GA 30240-1404

TECUMSEH ALTERNATIVES LLC
ATTN MANAGING MEMBER
5668 MORRIS HUNT DRIVE
FORT MILL SC 29708-6571

THE INJURY SPECIALISTS LLC
ATTN MANAGING MEMBER
270 CARPENTER DRIVE SUITE 300
SANDY SPRINGS GA 30328-4933

THE HAND  UPPER EXTREMITY CENTER
OF GEORGIA PC
ATTN- JEFFREY KLUGMAN
980 JOHNSON FERRY RD STE 1000
ATLANTA GA 30342-1639

THE INJURY SPECIALIST LLC
ATTN MICHAEL WAX
5464 PEACHTREE BLVD
CHAMBLEE GA 30341-2235

THE PAIN CLINIC
ATTN ROPER DOLLARHIDE
5445 W SAHARA AVE
LAS VEGAS NV 89146-0308

THE PAIN RELIEF CENTER OF GEORGIA
ATTN IDI ALLEN MD
101 YORKTOWN DR STE 211
FAYETTEVILLE GA 30214-1578

THE PHYSICIANS ATLANTA SURGERY CENTER
ATTN SHARRYN SEFFOZO
5730 GLENRIDGE DR STE 110
ATLANTA GA 30328-5579

THE PHYSICIANS LAB SERVICES
ATTN SHARRYN SEFFOZO
5730 GLENRIDGE DR STE 110
ATLANTA GA 30328-5579

PARTIES DESIGNATED AS "CM/ECF NO NOTICE SENT" WERE NOT SERVED VIA THE CM/ECF SYSTEM
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

THE PHYSICIANS NORTH ATLANTA SURGERY
CNTR
ATTN SHARRYN SEFFOZO
5730 GLENRIDGE DR STE 110
ATLANTA GA 30328-5579

THE PHYSICIANS ROME SURGERY CENTER
ATTN SHARRYN SEFFOZO
5730 GLENRIDGE DR STE 110
ATLANTA GA 30328-5579

THE WOODLANDS SPECIALTY HOSPITAL
ATTN ANTONIO CANALES
25440 I-45 N
THE WOODLANDS TX 77386

TOBIN BONE AND JOINT SURGERY INC
ATTN JOSEPH TOBIN
12 LAFAYETTE PLACE SUITE A
HILTON HEAD ISLAND SC 29926-2203

TUSHAR M GORADIA MD PHD
ATTN TUSHAR M GORADIA MD PHD
6555 COYLE AVE
CARMICHAEL CA 95608-0302

TYRONE SYNERGY REHABILITATION
ATTN BRANTON R QUEEN PT
100 MILLBROOK VILLAGE DR
TYRONE GA 30290-3603

US TRUSTEE    LV   7
300 LAS VEGAS BOULEVARD SO
SUITE 4300
LAS VEGAS NV 89101-5803

ULTIMATE PHYSICAL THERAPY LLC
ATTN SAYEEDA KURLAWALA
10929 KATY FWY STE B
HOUSTON TEXAS 77079-2203

UNIVERSITY MEDICAL CENTER
ATTN LACY L THOMAS
1800 W CHARLESTON BLVD
LAS VEGAS NV 89102-2386

VALLEY ANESTHESIOLOGY
ATTN GARLAND COWEN
10120 SOUTH EASTERN SUITE 200
HENDERSON NV 89052-3926

VALLEY HEALTH SYSTEM
ATTN MANAGING MEMBER
2075 E FLAMINGO RD
LAS VEGAS NV 89119-5188

VIKING PAIN MANAGEMENT
ANTHONY ROTANDO
1229 CREEK WAY DR STE 104
SUGARLAND  TX 77478-4556

WERNER INSTITUTE OF BALANCE  DIZZINESS
ATTN MANAGING MEMBER
9080 W CHEYENNE AVE
LAS VEGAS NV 89129-8936

WHITE OAK SURGERY CENTER
ATTN JAY RICE
1665 HIGHWAY 34 E STE 200
NEWNAN GA 30265-2404

WILCORP LLC
ATTN ROBIN WILSON
11204 S 75TH E AVE
BIXBY OK 74008-2043

WILLIAM A SEGAL MD
ATTN WILLIAM A SEGAL MD
3800 PLEASANT HILL RD STE 3
DULUTH GA 30096-1428

XL2XS LLC
ATTN SAIRA MCKINLEY
5413 ROSE THICKET ST
LAS VEGAS NV 89130-1675

YARBRO LTD DBA LAKE MEAD RADIOLOGISTS
ATTN DONALD DEN YARBRO JR MD
2559 WIGWAM PKWY
HENDERSON NV 89074-6230

MATTHEW C ZIRZOW
LARSON  ZIRZOW LLC
850 E BONNEVILLE AVE
LAS VEGAS NV 89101-7031

~~EXCLUDE~~
~~ROBERT E ATKINSON~~
~~376 E WARM SPRINGS RD STE 130~~
~~LAS VEGAS NV 89119-4262~~

PRO PERFORMANCE PT
ATTN AMANDA STILLINGS
4343 SHALLOWFORD RD STE G-3  4
MARIETTA GA 30062

SACRAMENTO PAIN CLINIC
ATTN DR MICHAEL LEVIN MD
777 CAMPUS COMMONS RD
SACRAMENTO CA 95825

ADDRESSES WHERE AN ELECTRONIC COPY WAS SERVED BY THE "CM/ECF" SERVICE LISTED AS FILED WITH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

USTPRegion17.LV.ECF@usdoj.gov

(Creditor)
THE INJURY SPECIALISTS
C/O SAGEBRUSH LAWYERS, LLC
112 S WATER ST, STE 104
HENDERSON, NV 89015
represented by:
TRENT L. RICHARDS
SAGEBRUSH LAWYERS
112 S WATER ST, STE 104
HENDERSON, NV 89015

trichards@sagebrushlawyers.com

ARIEL E. STERN
AKERMAN LLP
1635 VILLAGE CTR CR, STE 200
LAS VEGAS, NV 89134

ariel.stern@akerman.com

(Creditor)
TECUMSEH - INFINITY MEDICAL
RECEIVABLES FUND, LP
represented by:
MICHAEL D. NAPOLI
AKERMAN LLP
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201

michael.napoli@akerman.com

(Debtor)
INFINITY CAPITAL MANAGEMENT, INC.
1700 W HORIZON RIDGE PKWY #206
HENDERSON, NV 89012
Tax ID / EIN: 86-0861638
represented by:
MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

mzirzow@lzlawnv.com

JACOB M STEPHENS
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

birelan@imtexaslaw.com

DAVID MINCIN
MINCIN LAW, PLLC
7465 W. LAKE MEAD BLVD, #100
LAS VEGAS, NV 89128

dmincin@mincinlaw.com

(Creditor)
HEALTHPLUS IMAGINING OF TEXAS, LLC
represented by:
BRADFORD IRELAN
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

birelan@imtexaslaw.com

(Creditor)
HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND INTERNATIONAL
SP
represented by:
BART K. LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

BLARSEN@SHEA.LAW

CLARISSE L. CRISOSTOMO
ATKINSON LAW ASSOCIATES LTD.
376 WARM SPRINGS RD., SUITE 130
LAS VEGAS, NV 89119

clarisse@nv-lawfirm.com

(Trustee)
ROBERT E. ATKINSON
376 E WARM SPRINGS RD STE 130
LAS VEGAS, NV 89119
represented by:
ROBERT E. ATKINSON
376 E WARM SPRINGS RD STE 130
LAS VEGAS, NV 89119

Robert@ch7.vegas