ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**Akerman LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
**Akerman LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-8116
Email: Michael.napoli@akerman.com

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC; *dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor. | Case No.:   21-14486-abl<br><br>Chapter   7<br><br>**NOTICE OF ENTRY OF ORDER**<br>**[RE: Doc. 134]** |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter on November 19, 2021.

DATED: November 23, 2021.    **AKERMAN LLP**

*/s/ Michael D. Napoli*
MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-81164

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

1

61012721;1

**AKERMAN LLP**
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# CERTIFICATE OF SERVICE

1. On November 23, 2021 I served the following document:

   **NOTICE OF ENTRY OF ORDER [Re: Doc. 134]**

2. I served the above-named document by the following means to the persons as listed below: *(Check all that apply)*

   ☒     a.     **ECF System**

   ROBERT E. ATKINSON, Chapter 7 Trustee
   Robert@ch7.vegas; TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

   CLARISSE L. CRISTOSTOMO on behalf of Trustee ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

   BRADFORD IRELAN on behalf of HEALTHPLUS IMAGING OF TEXAS LLC
   birelan@imtexaslaw.com;  jstephens@imtexaslaw.com; dhall@imtexaslaw.com; ynguyen@imtexaslaw.com

   BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
   BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

   DAVID MINCIN on behalf of HEALTHPLUS IMAGING OF TEXAS LLC
   dmincin@mincinlaw.com; cburke@mincinlaw.com

   TRENT L. RICHARDS on behalf of THE INJURY SPECIALISTS
   trichards@sagebrushlawyers.com

   U.S. TRUSTEE – LV – 7, U.S. Trustee
   USTPRegion17.LV.ECF@usdoj.gov

   MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
   mzirzow@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; allison@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

   ☐     b.     **United States mail, postage fully prepaid**

   ☐     c.     **Personal Service**

   I personally delivered the document(s) to the persons at these addresses:

   ☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a

2

conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.    By direct mail (as opposed to through the ECF System)**

☐ **e.    By fax transmission**

☐ **f.    By messenger**

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:  November 23, 2021

| Michael Napoli | /s/ *Michael Napoli* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

61012721;1

3

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 19, 2021

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4360
Facsimile:  (214) 720-8116

*Attorneys for party in interest Tecumseh – Infinity Medical Receivables Fund, L.P.*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.:  21-14486-abl<br>Chapter     7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE AND TECUMSEH – INFINITY MEDICAL RECEIVABLES FUND, LP's JOINT MOTION TO REJECT SUB-ADVISORY AGREEMENT**<br><br>Hearing Date:  November 17, 2021<br>Hearing Time:  9:30 a.m. |

This matter came before the Court on November 17, 2021 at a hearing upon the *Joint Motion of Chapter 7 Trustee and Party In interest Tecumseh – Infinity Medical Receivables Fund, LP to*

1

60254603;1

*Reject Sub-Advisory Agreement with Tecumseh-Infinity Medical Receivables Fund, LP* [ECF No. 61] (the "Motion"). Appearances were as noted in the record. All findings of fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed. R. Bankr. P. 6006, 7052 and 9014(c). For the reasons provided by the Court on the record at the hearing,

**IT IS HEREBY ORDERED**:

1. The Motion is **GRANTED**.

2. The Sub-Advisory Agreement[1] is hereby rejected pursuant to 11 U.S.C. 365.

**IT IS SO ORDERED.**

# # # # #

PREPARED AND SUBMITTED:

**AKERMAN LLP**

*/s/ Michael Napoli, Esq*
ARIEL E. STERN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

MICHAEL D. NAPOLI, ESQ.
*PRO HAC VICE*
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201

*Attorneys for Tecumseh – Infinity Medical Receivables Fund, L.P.*

---

[1] All capitalized terms take on the meaning ascribed to them in the Motion, unless otherwise defined herein.

2

60254603;1

**CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court has waived the requirements set forth in LR 9021(b)(1).

☐  No other party appeared at the hearing or filed an objection to the motion.

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Robert Atkinson, Esq. (Trustee) – APPROVED
Matthew Zirzow, Esq. (counsel for Debtor) – APPROVED
Bart Larsen, Esq. (counsel for HASelect) – APPROVED

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

3

60254603;1