_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
November 29, 2021
_____

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION REGARDING BANK ACCOUNT BALANCES** |

The Court reviewed and considered the STIPULATION REGARDING BANK ACCOUNT BALANCES [DE #137]. Good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Stipulation (attached hereto) is approved.

2. The Trustee is authorized to distribute the $25,371.92 in funds arising from Debtor's First Savings Bank account to HASelect, and may do so without further court order. Such funds are not property of the bankruptcy estate.

3. The $37,478.44 from the three NSB Accounts are not subject to HASelect's security interest, and shall be property of the bankruptcy estate available for case administration and distribution to unsecured creditors.

**IT IS SO ORDERED**.

Respectfully submitted by:

    /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | **STIPULATION REGARDING BANK ACCOUNT BALANCES** |

Chapter 7 trustee Robert E. Atkinson ("**_Trustee_**") and creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP ("**_HASelect_**"), both by and through counsel, hereby stipulate and agree as follows:

WHEREAS, Debtor's Schedule A/B identifies one bank account at First Savings Bank ("**_FSB Account_**") and three bank accounts in Nevada State Bank ("**_NSB Accounts_**"); and

WHEREAS, Debtor has identified the FSB Account as its dedicated account for HASelect's receivables and all deposits therein being held in trust for HASelect; and

WHEREAS, Debtor has identified the three NSB Accounts to be Debtor's regular operational account and two dormant operating accounts; and

WHEREAS, the Trustee received four cashier's checks from Debtor's principal as follows:

- One $25,371.92 check from Debtor's First Savings Bank account,
- Three checks totaling $37,478.44 from Debtor's three NSB Accounts;

WHEREAS, HASelect does not have a deposit account control agreement for any of the three NSB Accounts; and

WHEREAS, Debtor's principals testified under oath that HASelect did have a degree of control over the FSB Account; and

WHEREAS, HASelect asserts that the control over the FSB Account is sufficient to attach its security interest, pursuant to NRS § 104.9104 and other applicable law, to which the Trustee agrees;

THEREFORE, the parties hereby stipulate as follows:

1. The Trustee shall turn over the $25,371.92 cashier's check from First Savings Bank to HASelect. Such funds shall not be property of the bankruptcy estate.

2. The $37,478.44 from the three NSB Accounts shall not be subject to HASelect's security interest, and shall be property of the bankruptcy estate available for case administration and distribution to unsecured creditors.

IT IS SO STIPULATED.

# # # # #

| | |
|---|---|
| Dated:  November 24, 2021 | Dated:  November 24, 2021 |
| **ATKINSON LAW ASSOCIATES LTD.** | **SHEA LARSEN** |
| /s/ Clarisse Crisostomo | /s/ Bart Larsen |
| CLARISSE L. CRISOSTOMO, ESQ. | BART K. LARSEN, ESQ. |
| Nevada Bar No. 15526 | Nevada Bar No. 8538 |
| *Attorneys for Robert E. Atkinson, Trustee* | *Attorney for creditor HASelect* |