CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone:  (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**ATTORNEY INFORMATION SHEET** |
|---|---|

Pursuant to LR 9006(a), this Attorney Information Sheet has been prepared regarding the Trustee's OST motion entitled EX PARTE MOTION FOR ORDER SHORTENING TIME.

The estimated time for hearing is five minutes.  The requested OST hearing date is **on or before December 22, 2021** or as soon as possible thereafter.  The OST request will not be moot if the underlying motion is heard after that date; however, the Motion seeks to sell the Assets, as defined in the Motion, because further delay of the sale for the bankruptcy estate will be detrimental due to the assets potentially depreciating in value daily.

Counsel contacted the following parties with the following results:

| Name<br>(*Party Represented*) | Date contacted | How Contacted | Result |
|---|---|---|---|
| Matthew C. Zirzow, Esq.<br>(*Attorney for Debtor*) | November 18, 2021 | Email | Consent |
| Michael D. Napoli, Esq.<br>(*Attorney for Party in Interest Tecumseh – Infinity Medical Receivables Fund, L.P.*) | November 18, 2021 | Email | No Consent |
| Bart K. Larsen, Esq.<br>(*Attorney for Creditor HASelect-Medical Receivables Litigation Finance Fund International SP*) | November 18, 2021 | Email | Consent |

DATED: December 3, 2021　　　　　　**ATKINSON LAW ASSOCIATES LTD.**

　　　　　　　　　　　　　　　　　　By:　　  /s/ Clarisse L. Crisostomo
　　　　　　　　　　　　　　　　　　　　　CLARISSE L. CRISOSTOMO
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 15526
　　　　　　　　　　　　　　　　　　　　　*Attorney for Robert E. Atkinson, Trustee*

-2-