_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 07, 2021

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS; | Chapter 7 |
| Debtor. | **ORDER SHORTENING TIME FOR HEARING** |
| | **[RE: MOTION TO SELL - ECF #145]** |
| | Hearing Date: December 22, 2021 |
| | Hearing Time: 3:00 p.m. |

The Court considered the Trustee's EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING [DE #147] (the "***OST Motion***"), and, good cause appearing:

///

///

-1-

**IT IS HEREBY ORDERED** that the OST Motion is GRANTED.

**IT IS FURTHER ORDERED** that:

- The Trustee's motion entitled MOTION TO (I) APPROVE SALE OF CERTAIN ASSETS; (II) SET SALE/AUCTION PROCEDURES; AND (III) SET AUCTION HEARING DATE [DE #145] (the "***Motion***") is set for hearing on shortened time on ____December 22, 2021____ at ____3:00 p.m.____ .

- Pursuant to Administrative Order 2020-05, this hearing shall be heard telephonically. Parties wishing to appear and participate at this hearing shall call the toll-free conference line (888) 684-8852 (participant code: 8242009#) at least 5 minutes prior to the scheduled hearing time.

- Any objections or oppositions to the Motion shall be filed by: December 13, 2021;

- Any replies shall be due: December 20, 2021.

**IT IS SO ORDERED.**

# # #

Respectfully submitted by:

**ATKINSON LAW ASSOCIATES LTD.**

By: _____/s/ Clarisse Crisostomo_____
    CLARISSE L. CRISOSTOMO, ESQ.
    Nevada Bar No. 15526
    *Attorney for Robert E. Atkinson, Trustee*