CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS;<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF HEARING**<br><br>**and**<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME**<br><br>Hearing Date:  December 22, 2021<br>Hearing Time:  3:00 p.m.<br><br>*** TELEPHONIC HEARING – see attached Order Shortening Time for details |

PLEASE TAKE NOTICE that an Order Shortening Time was entered by this Court. See attached. The Order provides a hearing date on the Trustee's Motion titled MOTION TO (I) APPROVE SALE OF CERTAIN ASSETS; (II) SET SALE/AUCTION PROCEDURES; AND (III) SET AUCTION HEARING DATE [DE #145] ("***Motion***").

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a U.S. Bankruptcy Judge at the date and time identified in the Order Shortening Time. **This hearing will be held telephonically – see the Order Shortening Time for details.** This hearing may be continued from time to time without further notice to you.

NOTICE IS FURTHER GIVEN that a copy of the Motion is enclosed herewith, or it may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by

-1-

contacting the Trustee's counsel at either (702) 614-0600 or by email at clarisse@nv-lawfirm.com.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views, then you must file an opposition with the court, and serve a copy to the Trustee no later than the date specified in the Order Shortening Time. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

---

If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

DATED: December 7, 2021            **ATKINSON LAW ASSOCIATES LTD.**

By:      /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 07, 2021

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS;<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**ORDER SHORTENING TIME FOR HEARING**<br><br>**[RE: MOTION TO SELL - ECF #145]**<br><br>Hearing Date:  December 22, 2021<br><br>Hearing Time:  3:00 p.m. |

The Court considered the Trustee's EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING [DE #147] (the "***OST Motion***"), and, good cause appearing:

///

///

-1-

**IT IS HEREBY ORDERED** that the OST Motion is GRANTED.

**IT IS FURTHER ORDERED** that:

- The Trustee's motion entitled MOTION TO (I) APPROVE SALE OF CERTAIN ASSETS; (II) SET SALE/AUCTION PROCEDURES; AND (III) SET AUCTION HEARING DATE [DE #145] (the "***Motion***") is set for hearing on shortened time on ___December 22, 2021___ at ___3:00 p.m.___ .

- Pursuant to Administrative Order 2020-05, this hearing shall be heard telephonically. Parties wishing to appear and participate at this hearing shall call the toll-free conference line (888) 684-8852 (participant code: 8242009#) at least 5 minutes prior to the scheduled hearing time.

- Any objections or oppositions to the Motion shall be filed by: December 13, 2021;

- Any replies shall be due: December 20, 2021.

**IT IS SO ORDERED.**

# # #

Respectfully submitted by:

**ATKINSON LAW ASSOCIATES LTD.**

By: _____/s/ Clarisse Crisostomo_____
    CLARISSE L. CRISOSTOMO, ESQ.
    Nevada Bar No. 15526
    *Attorney for Robert E. Atkinson, Trustee*