UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> INFINITY CAPITAL MANAGEMENT, INC. dba INFINITY HEALTH CONNECTIONS | CASE NO: 21-14486-abl <br><br> **CERTIFICATE OF SERVICE DECLARATION OF MAILING** <br><br> Chapter: 7 <br> ECF Docket Reference No. 145 |

On 12/8/2021, a copy of the following documents, described below,

Motion to Sell [DE #145] ECF Docket Reference No. 145

Notice of Hearing [DE #151] 151

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/8/2021



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ Clarisse Crisostomo
Atkinson Law Associates Ltd.
376 E. Warm Springs Rd Suite 130
Las Vegas, NV  89119

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

                                          DEBTOR
LABEL MATRIX FOR LOCAL NOTICING           INFINITY CAPITAL MANAGEMENT INC          THE INJURY SPECIALISTS
09782                                     1700 W HORIZON RIDGE PKWY 206            CO SAGEBRUSH LAWYERS LLC
CASE 21-14486-ABL                         HENDERSON NV 89012-4840                  112 S WATER ST STE 104
DISTRICT OF NEVADA                                                                 HENDERSON NV 89015-2312
LAS VEGAS
WED DEC 8 09-49-47 PST 2021


EXCLUDE

UNITED STATES BANKRUPTCY COURT            ARIEL E STERN ESQ                        ALCOVY NEUROLOGY PC
300 LAS VEGAS BLVD SOUTH                  NEVADA BAR NO 8276                       ATTN JUAN C LACAYO MD
LAS VEGAS NV 89101-5833                   1635 VILLAGE CENTER CIRCLE SUITE 200     3535 HIGHWAY 81
                                          LAS VEGAS NEVADA 89134-6375              LOGANVILLE GA 30052-4336




ALLIANCE HEALTHCARE SERVICES              ALLIANCE SPINAL THERAPY                  AMPRO ORTHOTICS  PROTHETICS INC
ATTN MANAGING MEMBER                      REHABILITATION GROUP                     ATTN LUIS E CHOTO
1019 EAST 22ND AVE                        ATTN- MANAGING MEMBER                    6877 S EASTERN AVE
CORDELE GA 31015-1913                     7455 WEST WASHINGTON AVE SUITE 140       LAS VEGAS NV 89119-4626
                                          LAS VEGAS NV 89128-4349




AMERICAN HEALTH IMAGING                   AMERISOURCEBERGEN SPECIALTY GROUP        ANESTHESIOLOGY CONSULTANTS INC
ATTN DAN BALENTINE                        ATTN STEFANI D FORSYTHE                  ATTN BRADFORD ISAACS MD
6590 POWERS FERRY ROAD                    3101 GAYLORD PARKWAY                     7220 SOUTH CIMARRON RD SUITE 230
ATLANTA GA 30339-2933                     FRISCO TX 75034-8655                     LAS VEGAS NV 89113-2173




ANTHONY M ODELL DC                        ARTIANO SHINOFF                          ASSOCIATED ORAL SPECIALTIES INC
ATTN ANTHONY M ODELL DC                   ATTN BANKRUPTCY DEPTMANAGING AGENT       ATTN DR FREDDIE J WAKEFIELD JR
3227 PERKIOMEN AVE                        3636 4TH AVENUE                          5671 PEACHTREE DUNWOODY RD SUITE 420
READING PA 19606-2740                     SAN DIEGO CA 92103-4280                  ATLANTA GA 30342-5004




ASSOCIATED PATHOLOGISTS LABORATORIES      ATHENS ORTHOPEDICS CLINIC                ATLANTA SPINE INSTITUTE
ATTN RICK REBER                           ATTN KAYO ELLIOT                         ATTN DR PLAS T JAMES
2075 E FLAMINGO RD                        1765 OLD WEST BROAD ST BLDG 2  2         5667 PEACHTREE DUNWOODY RD  220
LAS VEGAS NV 89119-5188                   ATHENS GA 30606-2887                     ATLANTA GA 30342-1725




ATLAS ORTHOPAEDICS                        BART K LARSEN ESQ                        BETHEA CONSULTING  PSYCHOLOGICAL
ATTN DR DUNCAN WELLS                      SHEA LARSEN                              SERVICES PC
970 WOODSTOCK PKWY STE 310                1731 VILLAGE CENTER CIRCLE SUITE 150     ATTN- ANGELA R BETHEA PHD
WOODSTOCK GA 30188-4869                   LAS VEGAS NEVADA 89134-0517              5 CONCOURSE PARKWAY NE SUITE 3000
                                                                                   ATLANTA GA 30328-7106




BORG LAW GROUP                            CLARK COUNTY ASSESSOR                    CLARK COUNTY TREASURER
ATTN BROOKE M BORG ESQ                    CO BANKRUPTCY CLERK                      CO BANKRUPTCY CLERK
9555 HILLWOOD DR SUITE 150                500 S GRAND CENTRAL PKWY                 500 S GRAND CENTRAL PKWY
LAS VEGAS NV 89134-0579                   BOX 551401                               PO BOX 551220
                                          LAS VEGAS NV 89155-4502                  LAS VEGAS NV 89155-1220


INTERNATIONAL
CLAUS NISSEN                              COX INTERNET                             CARBAJAL  MCNUTT LLP
HUGODISTLER STRASSE 64                    ATTN MANAGING MEMBER                     ATTN DAN MCNUTT
D-90411 NUERNBERG GERMANY                 1700 VEGAS DRIVE                         625 S EIGHT STREET
                                          LAS VEGAS NV 89106-2111                  LAS VEGAS NV 89101-7004
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CARE4LIFE HOME HEALTH AGENCY          CARL N WILLIAMS MD                    CARROLLTON ORTHOPEDIC CLINIC
ATTN MARY LEVY                        ATTN CARL N WILLIAMS MD               ATTN J BEN BUTLER
8665 W FLAMINGO RD                    2020 WELLNESS WAY 501                 150 CLINIC AVE STE 101
LAS VEGAS NV 89147-8624               LAS VEGAS NV 89106-4145               CARROLLTON GA 30117-4402


CENTER FOR SPINE  PAIN MEDICINE       CENTER OF SPECIAL PROCEDURES AT       CHEROKEE IMAGING CENTER
ATTN SULEMAN SOHANI                   SUMMERLIN                             ATTN JONNA ROOPAS
1413 CHATTANOOGA AVE                  ATTN WILLIAM S MUIR MD                2000 VILLAGE PROFESSIONAL DR
DALTON GA 30720-2631                  653 N TOWN CENTER DR                  CANTON GA 30114-8499
                                      LAS VEGAS  NV 89144-0514


CHILDRENS ORTHOPAEDICS OF ATLANTA     CHIMEDICAL MANAGEMENT GROUP           CLEAR LAKE IMAGING LLC
ATTN MARK KLEIN                       ATTN DR STEPHEN COOPER                ATTN MANAGING MEMBER
1200 LAKE HEARN DRIVE SUITE 400       PO BOX 1611                           202 N TEXAS AVE
ATLANTA GA 30319-1459                 PHENIX CITY AL 36868-1611             WEBSTER TX 77598-4967


COLDCO THERAPIES LLC                  COLLECTIONS CONSULTANTS NEVADA        COMPREHENSIVE SPINE  PAIN
ATTN ADAMLURIE                        ATTN BONNIE BARNETT                   ATTN DR VK PUPPALA
1362 RIETVELD ROW                     5440 W SAHARA AVE SUITE 300           403 PERMIAN WAY SUITE D
NW ATLANTA GA 30318-4109              LAS VEGAS NV 89146-0361               VILLA RICA GA 30180-3226


CONCORDIA ANESTHESIALOGY INC          COOSA DIAGNOSTIC CENTER               CORNERSTONE ORTHOPEDICS
ATTN STEPHAN GOSCH                    ATTN EDDIE RIVERS                     SPORTS MEDICINE
120 OTTLY DR NE SUITE C               16 RIVERBEND DR SW                    ATTN- RHETT K RAINEY
ATLANTA GA 30324-3978                 ROME GA 30161-6066                    299 N BROAD ST
                                                                            WINDER GA 30680-2155


CORONADO SURGERY CENTER               CRANIOSPINAL INSTITUTE OF GEORGIA     CREATIVE FUNDING SERVICES INC
ATTN DR MIKE CROVETTI                 ATTN DR DANIEL W MOORE                ATTN BRETT HANSBERY
2779 W HORIZON RIDGE PKWY STE 140     790 CHURCH ST NE                      1135 BAY STREET SUITE 10
HENDERSON NV 89052-4186               MARIETTA GA 30060-8957                SAN FRANCISCO CA 94123-2315


DANIEL P NICHOLAS                     DEPT OF EMPL TRAINING  REHAB          DYNAMIC LEGAL RECOVERY
3842 N SOUTHPORT AVE APT M            EMPLOYMENT SECURITY DIVISION          ATTN MANAGING MEMBER
CHICAGO IL 60613-6226                 500 EAST THIRD STREET                 25600 RYE CANYON ROAD 209
                                      CARSON CITY NV 89713-0002             VALENCIA CA 91355-1172


DAMIEN A DOUTE MD                     DANIEL EISENMAN MD                    DAVID S OWENS MD
ATTN DAMIEN A DOUTE MD                ATTN DANIEL EISENMAN MD               4545 HARRIS TRAIL
1462 MONTREAL RD                      3050 ROYAL BLVD SUITE 100             ATLANTA GA 30327-3813
TUCKER GA 30084-6929                  ALPHARETTA GA 30022-4484


DOUGLAS W KINDALL MD                  DR ABBAS HAIDER DDS                   DR ASAF YALIF
ATTN DOUGLAS W KINDALL MD             ATTN DR ABBAS HAIDER DDS              ATTN DR ASAF YALIF
3939 J ST                             3521 MEMORIAL DR STE A                145 TOWNE LAKE PKWY STE 101
SACRAMENTO CA 95819-3636              DECATUR GA 30032-2731                 WOODSTOCK GA 30188-4849
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


DR BOBBY KHAN                        DR GARY GANAHL                       DR HETESH RANCHOD
ATTN DR BOBBY KHAN                   ATTN DR GARY GANAHL                  ATTN DR HETESH RANCHOD
5673 PEACHTREE DUNWOODY RD STE 440   1770 CENTURY BLVD NE                 2769 CHASTAIN MEADOWS PARKWAY SUITE 70
ATLANTA GA 30342-1797                ATLANTA GA 30345-3395                MARIETTA GA 30066-3368




DR JASON REINGOLD                    DR TAPAN DAFTARI                     DURANGO OUTPATIENT SURGERY CENTER
ATTN DR JASON REINGOLD               ATTN DR TAPAN DAFTARI                ATTN MATT PATE
5669 PEACHTREE DUNWOODY RD           270 CHASTAIN RD                      8530 W SUNSET RD
ATLANTA GA 30342-1786                KENNESAW GA 30144-3012               LAS VEGAS NV 89113-2244




ELITE FIRST ASSISTING                ELITE RADIOLOGY OF GEORGIA LLC       ELIZABETH CAUGHEY DDS
ATTN TYRONE W ROGERS                 ATTN KEVIN JOHNSON                   ATTN ELIZABETH CAUGHEY DDS
1235MAGNOLIA PARK CIRCLE             4800 ASHFORD DUNWOODY RD STE 140     25-A LENOX POINTE NE
CUMMING GA 30040-8338                ATLANTA GA 30338-5554                ATLANTA GA 30324-7420




ERIK T BENDIKS MD                    EVANS PROCEDURE CENTER               EXPRESSCHEX LLC
ATTN KELLY MILLARD                   ATTN HEMANT YAGNICK MD               ATTN NICHOLAS ATHANASATOS
11650 ALPHARETTA HWY STE 100         404 TOWN PARK BLVD SUITE 101         2035 SUNSET LAKE RD SUITE B-2
ROSWELL GA 30076-3805                EVANS GA 30809-3491                  NEWARK DE 19702-2600




FIRST SAVINGS BANK                   FIRST COAST HEALTH SOLUTIONS         FIRSTSCANTM OMAHA
ATTN MANAGING MEMBER                 ATTN ARON STEFANIDES                 ATTN DANIEL CINOTTO
5960 S JONES BLVD                    211 N LIBERTY ST                     9840 S 140TH ST STE 5
LAS VEGAS NV 89118-2610              JACKSONVILLE FL 32202-2800           OMAHA NE 68138-3692




                                                                          INTERNATIONAL
FLAMINGO SURGERY CENTER              GPMICRO INC                          GREGORY M CASH
ATTN NICK PACIELLO                   CO BORG LAW GROUP LLC REG AGENT      TYRINGA ROAD
2565 E FLAMINGO RD                   8988 W CHEYENNE AVE SUITE 150        PORT KENNEY SA 5671 AUSTRALIA
LAS VEGAS NV 89121-5203              LAS VEGAS NV 89129-8928




GRIFFIN ASSET MANAGEMENT LLC         GEORGIA HEALTH IMAGING               GEORGIA NEUROLOGICAL SURGERY
ATTN MICHAEL E GRIFFIN               ATTN MARIA BUDHWANI                  COMPREHENSIVE SPINE
230 PARK AVE                         4025 LAWRENCEVILLE HWY NW            ATTN- BRANDT HALBACH
10TH FLOOR SUITE 61                  LILBURN GEORGIA 30047-3013           2142 W BROAD ST BLDG 100 SUITE 200
NEW YORK NY 10169-0005                                                    ATHENS GA 30606-3509




GEORGIA NEUROSCIENCE                 GEORGIA PAIN  SPINE CARE             GEORGIA PAIN  WELLNESS CENTER
ATTN ALEX BANNISTER                  ATTN JAY RICE                        ATTN AMIT PATEL
335 ROSELANE ST NW 202               1665 GEORGIA HWY 34 EAST 100         455 PHILLIP BLVD BUILDING 100 SUITE 14
MARIETTA GA 30060-7902               NEWNAN GA 30265                      LAWRENCEVILLE GA 30046-8767




GEORGIA PAIN SAMSON                  GEORGIA PAIN AND SPINE SOLUTIONS     GEORGIA SPINE  ORTHOPEDICS
120 STONEBRIDGE PKWY STE 420         ATTN MARCUS POLK                     ATTN WINSTON JESHURAN
WOODSTOCK GA 30189-3769              76 HIGHLAND PAVILION CT 133          6501 PEAKE RD SUITE 400
                                     HIRAM GA 30141-3170                  MACON GA 31210-8046
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GLENDALE MRI INSTITUTE<br>ATTN JAMES LILLEY<br>624 S CENTRAL AVE 2009<br>GLENDALE CA 91204-2009 | GRIFFIN IMAGING LLC<br>ATTN PAUL COTE<br>220 ROCK ST<br>GRIFFIN GA 30224-4235 | GWINNETT HOSPITAL SYSTEM INC<br>ATTN CATHY HDAUGHERTY<br>1000 MEDICAL CENTER BLVD<br>LAWRENCEVILLE GA 30046-7694 |
| HASELECT FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>CO HEDGEACT INTL SPC LTD<br>403 SOUTH LA GRANGE RD<br>LA GRANGE IL 60525-2449 | HASELECT FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>CO THOMAS C CRONIN<br>120 N LASALLE ST 20TH FLOOR<br>CHICAGO IL 60602-2452 | HASELECT FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>CO JOHN N HOURIHANE JR<br>120 N LASALLE ST 20TH FLOOR<br>CHICAGO IL 60602-2452 |
| HEALTHPLUS IMAGING OF TEXAS LLC<br>ATTN MANAGING MEMBER<br>9000 SOUTHWEST FREEWAY SUITE 250<br>HOUSTON TX 77074-1520 | HEALING HANDS PHYSICAL THERAPY CENTERS<br>ATTN PATRICIA BURNLEY<br>1930 A HIGHLAND AVE<br>AUGUSTA GA 30904-7803 | HEALTH N HOME<br>ATTN PAUL G ROWAN<br>PO BOX 20 ATTN CORP TAX 70428<br>BOISE ID 83726-0020 |
| HEALTHPLUS IMAGING<br>ATTN STEPHANIE LAM<br>9000 SOUTHWEST FWY<br>HOUSTON TX 77074-1526 | HEALTHSOUTH REHABILITATION HOSPITAL<br>OF LAS VEGAS<br>ATTN- MARK TARR<br>1250 SOUTH VALLEY VIEW BLVD<br>LAS VEGAS NV 89102-1855 | HENDERSON RADIOLOGY INC<br>ATTN JADE ALFASI<br>10561 JEFFREYS ST STE 111<br>LAS VEGAS NV 89052-4267 |
| HIEU BALL MD<br>ATTN HIEU BALL MD<br>100 PARK PL<br>SAN RAMON CA 94583-4460 | HILLTOP RADIOLOGY LLC<br>ATTN JOEL CHOE<br>2970 HILLTOP MALL RD<br>RICHMOND CA 94806-1947 | HOWARD GOLDEN<br>ATTN HOWARD GOLDEN<br>1140 HAMMOND DR<br>ATLANTA GA 30328-5338 |
| INFINITY CENTERS UNITED<br>ATTN MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON TX 77027-6502 | INFINITY DIAGNOSTICS LLC DBA PRESTIGE M<br>ATTN MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON TX 77027-6502 | INTERNAL REVENUE SERVICE<br>ATTN BANKRUPTCY DEPTMANAGING AGENT<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| IMAGELINK LLC<br>ATTN KURT TAYLOR<br>1350 SCENIC HWY N SUITE 268<br>SNELLVILLE GA 30078-7907 | IMTISAL KHURI<br>1148 BROKEN HILLS DR<br>HENDERSON NV 89011-3073 | INTERNATIONAL<br>JENNIFER DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY NSW 2261 AUSTRALIA |
| JOHN  KAREN LAUB<br>9501 ROYAL WINDSOR AVENUE<br>LAS VEGAS NV 89149-0167 | JUDY L TRENT<br>9724 CAMDEN HILLS AVE<br>LAS VEGAS NV 89145-8611 | JAMES SCHELLER MD<br>ATTN JAMES SCHELLER MD<br>2288 AUBURN BLVD STE 201<br>SACRAMENTO CA 95821-1620 |
| JEFFREY GOLDBERG MD<br>ATTN JEFFREY GOLDBERG MD<br>210 E DERENNE AVE<br>SAVANNAH GA 31405-6736 | JOINT ACTIVE SYSTEMS INC<br>ATTN BORIS BONUTTI<br>2600 S RANEY ST<br>EFFINGHAM IL 62401-4219 | JORDANICA INC<br>ATTN MARK A PREMSELAAR<br>780 CORONODO CNETER DR SUITE 110A<br>HENDERSON NV 89052-5056 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KABBAGE                              KATIA CABAYAN                        INTERNATIONAL
ATTN MANAGING MEMBER                 ATTN KATIA CABAYAN                   LUKE DE BONO
730 PEACHTREE STREET NE SUITE 1100   2970 HILLTOP MALL RD                 89 SOUTHFORK DRIVE
ATLANTA GA 30308-1263                RICHMOND CA 94806-1947               GLENNING VALLEY NSW 2261 AUSTRALIA


LAS VEGAS PHARMACY INC               LAS VEGAS SLEEP CENTER PLLC          LEDESMA SPORTS MEDICINE
ATTN DOUGLAS L COPSEY                ATTN MOHAMED SHIMAYA                 ATTN ERNEST LEDESMA
2600 W SAHARA AVE STE 120            2400 S CIMARRON RD                   7010 HODGSON MEMORIAL DR
LAS VEGAS NV 89102-4366              LAS VEGAS NV 89117-7902              SAVANNAH GA 31406-2529


                                                                          INTERNATIONAL
LEGACY BRAIN  SPINE                  MATT VALENTI                         MAX ORAM
ATTN DR SAID ELSHIHABI MD            1651 S VICTORIA AVE                  1840 ULAN ROAD
718 CHEROKEE ST NE                   LOS ANGELES CA 90019-5929            MUDGEE NSM 2850 AUSTRALIA
MARIETTA GA 30060-7253


MD PAIN CARE                         MMR HOLDINGS INC                     MACON PAIN CENTER PC
ATTN ROY L TALLEY MD                 ATTN JOHN PLATUSIC                   ATTN CARLOS J GIRON
5109 HIGHWAY 278 NE STE C            630 SOUTH RANCHO DR SUITE G          3356 VINEVILLE AVE
COVINGTON GA 30014-2608              LAS VEGAS NV 89106-4849              MACON GA 31204-2328


MARIPOSA MEDICAL ASSOCIATES          MARK W HOWARD MD                     MEDICA STAND UP MRI OF ATLANTA
ATTN FAYE VARGAS MORRIS MD           ATTN MARK W HOWARD MD                ATTN THOMAS R CORMIER
767 CONCORD RD SE                    576 HARTNELL ST                      6590 POWERS FERRY RD
SMYRNA GA 30082-2625                 MONTEREY CA 93940-2834               ATLANTA GA 30339-2933


MICHAEL S CHAMPNEY MD FACS           MONITORING AND NEUROMONITORING       NEVADA DEPT OF TAXATION
ATTN MICHAEL S CHAMPNEY MD           ASSOCIATES PAYMENT LETTER            BANKRUPTCY SECTION
2665 N DECATUR RD                    ATTN- TERESA L CARTER                555 E WASHINGTON AVENUE 1300
DECATUR GA 30033-6149                9811 WEST CHARLESTON SUITE 2-641     LAS VEGAS NV 89101-1046
                                     LAS VEGAS NV 89117-7528


NV ENERGY                            NEUROLOGICAL ASSOCIATES OF NEVADA    NICK DEFILLIPS MD
ATTN MANAGING MEMBER                 ATTN MANAGING MEMBER                 ATTN NICK DEFILLIPS MD
PO BOX 98910                         2831 BUSINESS PARK CT STE B          990 HAMMOND DR  730
LAS VEGAS NV 89151-0001              LAS VEGAS NV 89128-9007              ATLANTA GA 30328-5510


NON SURGICAL ORTHOPAEDICS PC         NORTH ATLANTA SURGICAL ASSOCIATES    NORTH DEKALB ORTHOPEDICS PC
ATTN ARNOLD J WELL MD                ATTN MANAGING MEMBER                 ATTN SYLVIA BRUMELOW
335 ROSELANE ST NW                   5673 PEACHTREE DUNWOODY RD STE 3     505 IRVIN CT STE 200
MARIETTA GA 30060-7902               ATLANTA GA 30342-1731                DECATUR GA 30030-1780


NORTH FULTON ANESTHESIA INC          NORTH FULTON MEDICAL CENTER INC      NORTH HOUSTON INJURYREHABILITATION
ATTN JAMES G VELIMESIS               ATTN DEBORAH C KEEL                  ATTN MANAGING MEMBER
3000 HOSPITAL BLVD                   3000 HOSPITAL BLVD                   523 N SAM HOUSTON PKWY E
ROSWELL GA 30076-4915                ROSWELL GA 30076-3899                HOUSTON TX 77060-4048
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NORTHERN CALIFORNIA ORTHOPEDIC CENTERS    NORTHWEST NEUROLOGY                       OPEN MRI OF SAVANNAH
ATTN PAUL SUSAURA MD                      ATTN ROBERT BASHUK MD                     ATTN TONI S COWAN
6403 COYLE AVE STE 170                    4460 AUSTELL RD                           4815 WATERS AVE
CARMICHAEL CA 95608-0363                  AUSTELL GA 30106-1844                     SAVANNAH GA 31404-6221


OPEN MRI OF MACON                         ORTHO NOW PLLC                            ORTHOPAEDIC SOLUTIONS
ATTN LISA WALDROP                         ATTN BRET SOKOLOFF MD                     ATTN DR ANTENOR VELAZCO MD
1504 HARDEMAN AVE STE B                   4901 RALEIGH COMMON DR SUITE 200          670 S 8TH STREET
MACON GA 31201-1464                       MEMPHIS TN 38128-2478                     GRIFFIN GA 30224-4214


ORTHOPEDIC FOOT AND ANKLE INSTITUTE       OUTPATIENT IMAGING                        PAIN CARE CENTER OF GEORGIA
ATTN ROMAN SIBEL MD                       ATTN JOHN F HOWARD MD                     ATTN CRYSTAL MARCUM
3175 SAINT ROSE PKWY STE 320              3280 HOWELL MILL RD NW STE 345            1365 ROCK QUARRY RD STE 202
HENDERSON NV 89052-3508                   ATLANTA GA 30327-4113                     STOCKBRIDGE GA 30281-5023


PAIN CONSULTANTS OF ATLANTA               PAIN INSTITUTE OF GEORGIA                 PAIN MANAGEMENT SPECIALISTS OF ATLANTA
ATTN ASHLEY BERNAL                        ATTN CARLOS J GIRON                       PC
1800 PEACHTREE ST NW STE 750              3356 VINEVILLE AVE                        ATTN RANDALL BERINHOUT
ATLANTA GA 30309-2530                     MACON GA 31204-2328                       440 PRIME POINT
                                                                                    PEACHTREE GA 30269-3309


PARKAIRE CONSULTANTS                      PEACHTREE NEUROSURGERY                    PEACHTREE ORTHOPAEDIC CENTER PA
ATTN RANDALL SHEFFIELD                    ATTN JOY TAYLOR                           ATTN MANAGING MEMBER
4939 LOWER ROSWELL RD STE 201C            1938 PEACHTREE RD NW                      2001 PEACHTREE RD NE SUITE 700
MARIETTA GA 30068-4384                    ATLANTA GA 30309-1267                     ATLANTA GA 30309-1476


PERIMETER ORTHOPAEDICS PC                 PERIMETER OUTPATIENT SURGICAL             PERIMETER SURGICAL CENTER
ATTN KATHERYN KELLER                      ASSOCIATES                                ATTN CINDY SMITH
5673 PEACHTREE DUNWOODY RD STE 825        ATTN KATHERYN KELLER                      6105 PEACHTREE DUNWOODY RD STE 110
ATLANTA GA 30342-1771                     5667 PEACHTREE DUNWOODY RD                ATLANTA GA 30328-5909
                                          ATLANTA GA 30342-1714


PHENIX CITY SPINE AND TOPPLE              PHILIP C COLOSIMO PHD                     PINNACLE ORTHOPAEDICS SPORTS MEDICINE
DIAGNOSTICS                               ATTN PHILIP C COLOSIMO PHD                SPEACIALISTS LLC
ATTN BRENT JONES                          501 S RANCHO DR SUITE C-14                ATTN- DONNA L FISHER
10800 ALPHARETTA HWY 208-541              LAS VEGAS NV 89106-4831                   720 TRANSIT AVE STE 202
ROSWELL GA 30076-1490                                                               CANTON GA 30114-2544


PINNACLE ORTHOPAEDICS SURGERY CENTER      PLASTIKOS PLASTIC AND RECINSTRUCTIVE      POLARIS CENTER FOR OUTPATIENT SPINE
WOODSTOCK LLC                             SURGERY  MILLENNIUM HEALTHCARE            SURGERY
ATTN- DONNA L FISHER                      ATTN- SUSAN KOLB MD                       ATTN JOY TAYLOR
1505 STONE BRIDGE PKWY STE 200            4370 GEORGETOWN SQ                        1150 HAMMOND DRIVE SUITE 400
WOODSTOCK GA 30189-8282                   ATLANTA GA 30338-6205                     ATLANTA GA 30328-8617


POLARIS SPINE  NEUROSURGERY CENTER PC     PREVA ADVANCED SURGICARE                  PRO PERFORMANCE PT
ATTN JOY TAYLOR                           THE WOODLANDS LLC                         ATTN AMANDA STILLINGS
1150 HAMMOND DRIVE SUITE 400              ATTN- HUGH P SHANNONHOUSE                 4343 SHALLOWFORD RD STE 630
ATLANTA GA 30328-8617                     26710 I-45 N STE B-100                    MARIETTA GA 30062-5080
                                          THE WOODLANDS TX 77386
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PROCESS SERVERS INC<br>ATTN MARTIN DRUCKMAN<br>1736 EAST CHARLESTON UNIT 333<br>LAS VEGAS NV 89104-7900 | PSYCHOLOGICAL DIAGNOSTIC CENTER LLC<br>ATTN WILLA L BOSTON PH D<br>1820 POWERS FERRY RD SE BUILDING 22<br>SUITE 200<br>ATLANTA GA 30339 | PULSE IMAGING<br>ATTN MANAGING MEMBER<br>202 N TEXAS AVE STE 500<br>WEBSTER TX 77598-4968 |
| RENT MDL GROUP<br>ATTN MANAGING MEMBER<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS NV 89118-2610 | ROBIN W SMITH INTERNATIONAL<br>12 ESTUARY COURT<br>TWIN WATERS QLD 4564 AUSTRALIA | REGENERATIVE ORTHOPAEDICS AND SPINE INSTITUTE PC<br>ATTN- PHILLIP G PLOSKA MD<br>203 MEDICAL BLVD<br>STOCKBRIDGE GA 30281-7218 |
| REHABILITATION THAT WORKS<br>ATTN BOB BEDFORD<br>801 S RANCHO DR STE F4<br>LAS VEGAS NV 89106-3814 | RESTORATION COUNSELING SERVICES LLC<br>ATTN FAITH ABRAHAM<br>1010 HUNTCLIFF<br>SANDY SPRINGS GA 30350-7532 | ROBERT AND PATTY SANDLER<br>3655 DECATUR BLVD SUITE 14173<br>LAS VEGAS NV 89103-6860 |
| ROCK BRIDGE INSTITUTE<br>ATTN MANAGING MEMBER<br>2500 HOSPITAL BLVD<br>ROSWELL GA 30076-4907 | ROY M RUBIN MD<br>ATTN ROY M RUBIN MD<br>3455 AMERICAN RIVER DRIVE STEB<br>SACRAMENTO CA 95864-5751 | SOCIAL SECURITY ADMINISTRATION<br>ATTN BANKRUPTCY DESKMANAGING AGENT<br>PO BOX 33021<br>BALTIMORE MD 21290-3021 |
| STATE FARM FIRE  CASUALTY CO<br>ATTN BANKRUPTCY DEPTMANAGING AGENT<br>3 RAVINIA DRIVE<br>ATLANTA GA 30346-2118 | SACRAMENTO PAIN CLINIC<br>ATTN DR MICHAEL LEVIN MD<br>333 UNIVERSITY AVE STE 140<br>SACRAMENTO CA 95825-6535 | SAFEWAY DRIVER FITNESS CENTERS INC<br>ATTN JEFF BORCHARDT<br>16230 W MAYFLOWER DR<br>NEW BERLIN WISCONSIN 53151-6596 |
| SAFEWAY PSYCHOLOGICAL SERVICES<br>ATTN JEFF BORCHARDT<br>16230 W MAYFLOWER DR<br>NEW BERLIN WISCONSIN 53151-6596 | SAINT FRANCIS MEMORIAL HOSPITAL<br>ATTN ALAN E FOX<br>900 HYDE ST<br>SAN FRANCISCO CA 94109-4806 | SAN RAMON SURGERY CENTER<br>ATTN MEDINA HENRY<br>100 PARK PL STE 110<br>SAN RAMON CA 94583-4460 |
| SANTA BARBARA COTTAGE HOSPITAL<br>ATTN GREGORY FRIEDRICH<br>400 W PUEBLO ST<br>SANTA BARBARA CA 93105-4390 | SCOTT BARBOUR MD<br>ATTN SCOTT BARBOUR MD<br>3240 NE EXPY NE STE 200<br>ATLANTA GA 30341-4003 | SEVEN HILLS SURGERY CENTER<br>ATTN JEANNE ELAM<br>876 SEVEN HILLS DR<br>HENDERSON NV 89052-4369 |
| SOUTH ATLANTA MUA CENTER LLC<br>ATTN STEPHEN B COOPER<br>541 FOREST PARKWAY SUITE 14<br>FOREST PARK GA 30297-6110 | SOUTH PLACER SURGERY CENTER<br>ATTN BRIAN HUNT<br>8723 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661-5990 | SOUTHEAST OPEN MRI<br>ATTN TONI S COWAN<br>1103 FOUNTAIN LAKE DR<br>BRUNSWICK GA 31525-3039 |
| SOUTHERN CROSS SURGERY CENTER<br>ATTN RL TALLEY JR MD<br>1301 SIGMAN RD NE<br>CONYERS GA 30012-3819 | SPECIALTY ORTHOPAEDICS<br>ATTN KEVIN JARRARD<br>1240 JESSE JEWELL PKWY SE  300<br>GAINESVILLE GA 30501-3861 | SPECIALTY SURGERY CENTER OF PECOS<br>ATTN CRAIG N FOREMAN<br>1569 E FLAMINGO RD<br>LAS VEGAS NV 89119-5321 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SPINE CENTER MEDICAL GROUP            SPINEPLUS HEALTHCARE                  SPORTS CONCUSSION INSTITUTE
ATTN JODIE FAIER                      ATTN RAYMOND TORRES                   ATTN JAY H PAIK
455 HICKEY BLVD STE 310               2918 SAN JACINTO ST SUITE 150         3200 DOWNWOOD CIR NW
DALY CITY CA 94015-2630               HOUSTON TX 77004-2708                 ATLANTA GA 30327-1610




ST GEORGE SURGICAL CENTER             STARPOINT HEALTH INC                  STAT DIAGNOSTICS CUEVAS DIAGNOSTICS LL
ATTN TERRILL DICK                     ATTN ERICD FRIEDLANDER                ATTN CESAR CUEVAS
676 S BLUFF ST                        20360 SW BIRCH ST STE 110             4710 KATY FREEWAY
SAINT GEORGE UT 84770-3512            NEWPORT BEACH CA 92660-1532           HOUSTON TX 77007-2204




STATESBORO NEUROSURGERY               STELLAR AMBULARTORY ANESTHESIA        STONE CREEK SURGERY CENTER
ATTN DRDONALD GRAHAM                  CONSULTANTS LLC                       ATTN JEANNE ELAM
1211 MERCHANT WAY STE 411             ATTN- TIMOTHY GRINER                  5915 S RAINBOW BLVD
STATESBORO GA 30458-0865              1150 HAMMOND DRIVE SUITE 600          LAS VEGAS NV 89118-2557
                                      ATLANTA GA 30328-8615




STONECREEK CAPITAL ADVISORS           STREETERVILLE OPEN MRI LLC            STUTZ ARTIANO  HOLTZ
ATTN ROBERT SPERTELL                  ATTN EDWIN SAGE                       ATTN LJUBISA KOSTIC
19710 SKYLINE BLVD                    446 E ONTARIO ST STE 106              1120 N TOWN CENTER DR
LOS GATOS CA 95033-8262               CHICAGO IL 60611-7110                 LAS VEGAS NV 89144-6300




SUPRITI BAYLAN DDS                    SURGERY CENTER OF ATHENS LLC          SURGERY CENTER OF SOUTHERN NEVADA
ATTN SUPRITI BAYLAN DDS               ATTN BRANDON ODELL                    ATTN MANAGING MEMBER
2145 ROSWELL RD STE 120               2142 W BROAD ST STE 100               4275 BURNHAM AVE
MARIETTA GA 30062-0819                ATHENS GA 30606-3509                  LAS VEGAS NV 89119-5400




SURGERY EXCELLENCE MANAGEMENT LLC     SURGICAL IMAGING SERVICES INC         SUTTON ORTHOPAEDICS  SPORTS MEDICINE
ATTN LORI RAMIREZ                     ATTN JOSEPHINE SHAMERIA               ATTN MICHAEL A BIRKE MD
2100 WEST LOOP SOUTH SUITE 1200       782 DYNASTY DR                        145 MEDICAL BLVD
HOUSTON TX 77027-3599                 FAIRFIELD CA 94534-6612               STOCKBRIDGE GA 30281-5083




SWAROOP N NYSHADHAM MD                TECUMSEH ALTERNATIVES LLC             THE INJURY SPECIALISTS LLC
ATTN SWAROOP N NYSHADHAM MD           ATTN MANAGING MEMBER                  ATTN MANAGING MEMBER
1990 LUKKEN INDUSTRIAL DR W           5668 MORRIS HUNT DRIVE                270 CARPENTER DRIVE SUITE 300
LAGRANGE GA 30240-1404                FORT MILL SC 29708-6571               SANDY SPRINGS GA 30328-4933




THE HAND  UPPER EXTREMITY CENTER      THE INJURY SPECIALIST LLC             THE PAIN CLINIC
OF GEORGIA PC                         ATTN MICHAEL WAX                      ATTN ROPER DOLLARHIDE
ATTN- JEFFREY KLUGMAN                 5464 PEACHTREE BLVD                   5445 W SAHARA AVE
980 JOHNSON FERRY RD STE 1000         CHAMBLEE GA 30341-2235                LAS VEGAS NV 89146-0308
ATLANTA GA 30342-1639




THE PAIN RELIEF CENTER OF GEORGIA     THE PHYSICIANS ATLANTA SURGERY CENTER THE PHYSICIANS LAB SERVICES
ATTN IDI ALLEN MD                     ATTN SHARRYN SEFFOZO                  ATTN SHARRYN SEFFOZO
101 YORKTOWN DR STE 211               5730 GLENRIDGE DR STE 110             5730 GLENRIDGE DR STE 110
FAYETTEVILLE GA 30214-1578            ATLANTA GA 30328-5579                 ATLANTA GA 30328-5579
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| THE PHYSICIANS NORTH ATLANTA SURGERY CNTR<br>ATTN SHARRYN SEFFOZO<br>5730 GLENRIDGE DR STE 110<br>ATLANTA GA 30328-5579 | THE PHYSICIANS ROME SURGERY CENTER<br>ATTN SHARRYN SEFFOZO<br>5730 GLENRIDGE DR STE 110<br>ATLANTA GA 30328-5579 | THE WOODLANDS SPECIALTY HOSPITAL<br>ATTN ANTONIO CANALES<br>25440 I-45 N<br>THE WOODLANDS TX 77386 |
| TOBIN BONE AND JOINT SURGERY INC<br>ATTN JOSEPH TOBIN<br>12 LAFAYETTE PLACE SUITE A<br>HILTON HEAD ISLAND SC 29926-2203 | TUSHAR M GORADIA MD PHD<br>ATTN TUSHAR M GORADIA MD PHD<br>6555 COYLE AVE<br>CARMICHAEL CA 95608-0302 | TYRONE SYNERGY REHABILITATION<br>ATTN BRANTON R QUEEN PT<br>100 MILLBROOK VILLAGE DR<br>TYRONE GA 30290-3603 |
| US TRUSTEE    LV    7<br>300 LAS VEGAS BOULEVARD SO<br>SUITE 4300<br>LAS VEGAS NV 89101-5803 | ULTIMATE PHYSICAL THERAPY LLC<br>ATTN SAYEEDA KURLAWALA<br>10929 KATY FWY STE B<br>HOUSTON TEXAS 77079-2203 | UNIVERSITY MEDICAL CENTER<br>ATTN LACY L THOMAS<br>1800 W CHARLESTON BLVD<br>LAS VEGAS NV 89102-2386 |
| VALLEY ANESTHESIOLOGY<br>ATTN GARLAND COWEN<br>10120 SOUTH EASTERN SUITE 200<br>HENDERSON NV 89052-3926 | VALLEY HEALTH SYSTEM<br>ATTN MANAGING MEMBER<br>2075 E FLAMINGO RD<br>LAS VEGAS NV 89119-5188 | VIKING PAIN MANAGEMENT<br>ANTHONY ROTANDO<br>1229 CREEK WAY DR STE 104<br>SUGARLAND  TX 77478-4556 |
| WERNER INSTITUTE OF BALANCE  DIZZINESS<br>ATTN MANAGING MEMBER<br>9080 W CHEYENNE AVE<br>LAS VEGAS NV 89129-8936 | WHITE OAK SURGERY CENTER<br>ATTN JAY RICE<br>1665 HIGHWAY 34 E STE 200<br>NEWNAN GA 30265-2404 | WILCORP LLC<br>ATTN ROBIN WILSON<br>11204 S 75TH E AVE<br>BIXBY OK 74008-2043 |
| WILLIAM A SEGAL MD<br>ATTN WILLIAM A SEGAL MD<br>3800 PLEASANT HILL RD STE 3<br>DULUTH GA 30096-1428 | XL2XS LLC<br>ATTN SAIRA MCKINLEY<br>5413 ROSE THICKET ST<br>LAS VEGAS NV 89130-1675 | YARBRO LTD DBA LAKE MEAD RADIOLOGISTS<br>ATTN DONALD DEN YARBRO JR MD<br>2559 WIGWAM PKWY<br>HENDERSON NV 89074-6230 |
| MATTHEW C ZIRZOW<br>LARSON   ZIRZOW LLC<br>850 E BONNEVILLE AVE<br>LAS VEGAS NV 89101-7031 | ~~EXCLUDE~~<br>~~ROBERT E ATKINSON~~<br>~~376 E WARM SPRINGS RD STE 130~~<br>~~LAS VEGAS NV 09119-4262~~ | PRO PERFORMANCE PT<br>ATTN AMANDA STILLINGS<br>4343 SHALLOWFORD RD STE G-3  4<br>MARIETTA GA 30062 |
| SACRAMENTO PAIN CLINIC<br>ATTN DR MICHAEL LEVIN MD<br>777 CAMPUS COMMONS RD<br>SACRAMENTO CA 95825 | | |

ADDRESSES WHERE ANNOUNCE IS WERE SERVED VIA "OTHER SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
U.S. TRUSTEE - LV - 7
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

USTPRegion17.LV.ECF@usdoj.gov

(Creditor)
THE INJURY SPECIALISTS
C/O SAGEBRUSH LAWYERS, LLC
112 S WATER ST, STE 104
HENDERSON, NV 89015
represented by:
TRENT L. RICHARDS
SAGEBRUSH LAWYERS
112 S WATER ST, STE 104
HENDERSON, NV 89015

trichards@sagebrushlawyers.com

ARIEL E. STERN
AKERMAN LLP
1635 VILLAGE CTR CR, STE 200
LAS VEGAS, NV 89134

ariel.stern@akerman.com

(Creditor)
TECUMSEH - INFINITY MEDICAL
RECEIVABLES FUND, LP
represented by:
MICHAEL D. NAPOLI
AKERMAN LLP
2001 ROSS AVENUE, SUITE 3600
DALLAS, TX 75201

michael.napoli@akerman.com

(Debtor)
INFINITY CAPITAL MANAGEMENT, INC.
1700 W HORIZON RIDGE PKWY #206
HENDERSON, NV 89012
Tax ID / EIN: 86-0861638
represented by:
MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101

mzirzow@lzlawnv.com

JACOB M STEPHENS
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

birelan@imtexaslaw.com

DAVID MINCIN
MINCIN LAW, PLLC
7465 W. LAKE MEAD BLVD, #100
LAS VEGAS, NV 89128

dmincin@mincinlaw.com

(Creditor)
HEALTHPLUS IMAGING OF TEXAS, LLC
represented by:
BRADFORD IRELAN
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

birelan@imtexaslaw.com

(Creditor)
HASELECT-MEDICAL RECEIVABLES
LITIGATION FINANCE FUND INTERNATIONAL
SP
represented by:
BART K. LARSEN
1731 VILLAGE CTR CR, STE 150
LAS VEGAS, NV 89134

BLARSEN@SHEA.LAW

CLARISSE L. CRISOSTOMO
ATKINSON LAW ASSOCIATES LTD.
376 WARM SPRINGS RD., SUITE 130
LAS VEGAS, NV 89119

clarisse@nv-lawfirm.com

(Trustee)
ROBERT E. ATKINSON
376 E WARM SPRINGS RD STE 130
LAS VEGAS, NV 89119
represented by:
ROBERT E. ATKINSON
376 E WARM SPRINGS RD STE 130
LAS VEGAS, NV 89119

Robert@ch7.vegas