GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Date:  December 22, 2021<br>Time:  3:00 p.m. |

### DECLARATION OF MICHAEL D. NAPOLI IN SUPPORT OF OPPOSITION TO TRUSTEE'S MOTION TO: (I) APPROVE SALE OF CERTAIN ASSETS; (II) SET SALE/AUCTION PROCEDURES; AND (III) SET AUCTION HEARING DATE

I, Michael D. Napoli, Esq., hereby declare under penalty of perjury under the laws of the United States of America as follows:

1. I am over eighteen years of age and am mentally competent. I am a partner in the law firm of Akerman, LLP, counsel for party in interest Tecumseh–Infinity Medical Receivable Fund, LP ("**Tecumseh**") in the above-referenced case.

2. I submit this declaration in support of Tecumseh's *Opposition to Trustee's Motion to: (I) Approve Sale of Certain Assets; (II) Set Sale/Auction Procedures; and (III) Set Auction Hearing Date*. In that capacity, I have personal knowledge of the matters set forth herein.  If called upon to testify as to the matters herein, I could and would do so.

3.      On November 10, 2021 and November 18, 2021, HASelect-Medical Receivables Litigation Finance Fund International SP conducted a deposition of Oliver Hemmers pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. A true and correct copy of relevant excerpts of the transcript of the Hemmers deposition are attached hereto as **Exhibit A**.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the June 18, 2020 Sub-Advisor Agreement attached as Exhibit 17 to the Hemmers transcript.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated December 13, 2021.

MICHAEL D. NAPOLI, ESQ.

4878-8980-7366, v. 1