_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 10, 2022

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  jshea@shea.law
        blarsen@shea.law
        kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

    INFINITY CAPITAL MANAGEMENT, INC.

              Debtor.

Case No. 21-14486-abl
Chapter 7

### ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF KEVIN GRIMES

This Court having reviewed the *Ex Parte Motion for Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Kevin Grimes* (the "Motion") filed by HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") and for good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Kevin Grimes, shall appear for an examination under oath

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1  before a certified court reporter at a time, place, and date to be mutually agreed upon by the parties,

2  or if no such agreement is reached, upon no less than fourteen (14) calendar days' written notice by

3  HASelect, as to any matter permitted by Fed. R. Bankr. P. 2004, including but not limited to the

4  matters specifically enumerated in the Motion.

5          IT IS SO ORDERED.

6

7

8  Submitted by:

   **SHEA LARSEN**

9

10

   /s/ *Bart K. Larsen, Esq.*
11  James Patrick Shea, Esq.
   Nevada Bar No. 405
12  Bart K. Larsen, Esq.
   Nevada Bar No. 8538
13  Kyle M. Wyant, Esq.
   Nevada Bar No. 14652
14  1731 Village Center Circle, Suite 150
   Las Vegas, Nevada 89134
15
   *Attorneys for HASelect-Medical Receivables*
16  *Litigation Finance Fund International SP*

17

18

19

20

21

22

23

24

25

26

27

28

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432