1   James Patrick Shea, Esq.
    Nevada Bar No. 405
2   Bart K. Larsen, Esq.
    Nevada Bar No. 8538
3   Kyle M. Wyant, Esq.
    Nevada Bar No. 14652
4   **SHEA LARSEN**
    1731 Village Center Circle, Suite 150
5   Las Vegas, Nevada 89134
    Telephone: (702) 471-7432
6   Fax: (702) 926-9683
    Email:  jshea@shea.law
7           blarsen@shea.law
            kwyant@shea.law
8
    *Attorneys for HASelect-Medical Receivables*
9   *Litigation Finance Fund International SP*

10              **UNITED STATES BANKRUPTCY COURT**

11                       **DISTRICT OF NEVADA**

12   In re:
                                                Case No. 21-14486-abl
13      INFINITY CAPITAL MANAGEMENT,            Chapter 7
     INC.
14
                Debtor.
15

16     **NOTICE OF ENTRY OF ORDER GRANTING EX PARTE MOTION FOR AN**
       **ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004**
17                        **OF KEVIN GRIMES**

18          **PLEASE TAKE NOTICE** that on January 10, 2022, the Court entered an *Order Granting*

19   *Ex Parte Motion for an Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Kevin*

20   *Grimes* [ECF No. 171].  A copy of said Order is attached hereto as **Exhibit 1**.

21          DATED this 11th day of January, 2022.

22                                  **SHEA LARSEN**

23                                  /s/ *Bart K. Larsen, Esq.*
                                    Bart K. Larsen, Esq.
24                                  Nevada Bar No. 8538
                                    Kyle M. Wyant, Esq.
25                                  Nevada Bar No. 14652
                                    1731 Village Center Circle, Suite 150
26                                  Las Vegas, Nevada 89134

27                                  *Attorneys for HASelect-Medical Receivables*
                                    *Litigation Finance Fund International SP*
28

*left margin:* **SHEA LARSEN** 1731 Village Center Circle, Suite 150 Las Vegas, Nevada 89134 (702) 471-7432

**CERTIFICATE OF SERVICE**

1.    On January 11, 2022, I served the following document(s): **NOTICE OF ENTRY OF ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF KEVIN GRIMES**

2.    I served the above document(s) by the following means to the persons as listed below:

☒    a.    ECF System:

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
birelan@imtexaslaw.com,
jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;masterdocketlit@akerman.com

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

☐      b.      United States mail, postage fully prepaid:

☐      c.      Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐      For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐      For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐      d.      By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐      e.      By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐      f.      By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2022.

By: /s/ *Bart K. Larsen, Esq,*

EXHIBIT 1

_____

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
January 10, 2022

James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   jshea@shea.law
             blarsen@shea.law
             kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

INFINITY CAPITAL MANAGEMENT, INC.

Debtor.

Case No. 21-14486-abl
Chapter 7

**ORDER GRANTING EX PARTE MOTION FOR AN ORDER DIRECTING EXAMINATION PURSUANT TO FED. R. BANKR. P. 2004 OF KEVIN GRIMES**

This Court having reviewed the *Ex Parte Motion for Order Directing Examination Pursuant to Fed. R. Bankr. P. 2004 of Kevin Grimes* (the "Motion") filed by HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") and for good cause appearing:

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Kevin Grimes, shall appear for an examination under oath

Page 1 of 2

before a certified court reporter at a time, place, and date to be mutually agreed upon by the parties, or if no such agreement is reached, upon no less than fourteen (14) calendar days' written notice by HASelect, as to any matter permitted by Fed. R. Bankr. P. 2004, including but not limited to the matters specifically enumerated in the Motion.

IT IS SO ORDERED.

Submitted by:

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*