# EXHIBIT B

# EXHIBIT B

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
|  | 485 |  | $ 1,321,907.04 |  |  |  |  |  |  |
| TIF | 95 | 262617.85 | $ 208.00 | 2014-12-11 | 268 | Campbell | Williamson | 2104 | 2016-06-24 |
| TIF | 1206 | 346305.59 | $ 34,887.48 | 2017-06-14 | 43 | Jonathan | Wade | 27587 | 2020-11-16 |
| TIF | 1242 | 119015.75 | $ 597.60 | 2017-06-23 | 261 | John | Leslie | 32406 | 2021-07-30 |
| TIF | 1242 | 119015.75 | $ 896.40 | 2017-06-23 | 261 | John | Leslie | 32407 | 2021-07-30 |
| TIF | 1960 | 97752.9 | $ 788.00 | 2017-10-10 | 43 | Jonathan | Wade | 19522 | 2020-05-29 |
| TIF | 1960 | 97752.9 | $ 6,226.00 | 2017-10-10 | 43 | Jonathan | Wade | 25339 | 2020-10-06 |
| TIF | 1960 | 97752.9 | $ 540.95 | 2017-10-10 | 43 | Jonathan | Wade | 19406 | 2020-05-29 |
| TIF | 1960 | 97752.9 | $ 430.50 | 2017-10-10 | 43 | Jonathan | Wade | 18162 | 2020-05-14 |
| TIF | 1960 | 97752.9 | $ 430.50 | 2017-10-10 | 43 | Jonathan | Wade | 18163 | 2020-05-14 |
| TIF | 1960 | 97752.9 | $ 505.50 | 2017-10-10 | 43 | Jonathan | Wade | 19458 | 2020-05-29 |
| TIF | 1960 | 97752.9 | $ 444.00 | 2017-10-10 | 43 | Jonathan | Wade | 19459 | 2020-05-29 |
| TIF | 1960 | 97752.9 | $ 430.50 | 2017-10-10 | 43 | Jonathan | Wade | 19460 | 2020-05-29 |
| TIF | 1960 | 97752.9 | $ 361.50 | 2017-10-10 | 43 | Jonathan | Wade | 19463 | 2020-05-29 |
| TIF | 1960 | 97752.9 | $ 1,230.00 | 2017-10-10 | 43 | Jonathan | Wade | 19674 | 2020-05-29 |
| TIF | 2179 | 15960.23 | $ 307.04 | 2017-10-27 | 43 | Jonathan | Wade | 10678 | 2019-05-22 |
| TIF | 2190 | 19153 | $ 446.00 | 2018-04-27 | 538 | John | Alday | 32549 | 2021-08-06 |
| TIF | 2190 | 19153 | $ 450.00 | 2018-04-27 | 538 | John | Alday | 32550 | 2021-08-06 |
| TIF | 2190 | 19153 | $ 1,148.00 | 2018-04-27 | 538 | John | Alday | 32551 | 2021-08-06 |
| TIF | 2190 | 19153 | $ 1,438.00 | 2018-04-27 | 538 | John | Alday | 32552 | 2021-08-06 |
| TIF | 2313 | 350 | $ 350.00 | 2020-11-25 | 39 | Reginald A | Greene | 29047 | 2021-02-12 |
| TIF | 2361 | 518.68 | $ 25.00 | 2018-08-12 | 227 | Neal | Howard | 8682 | 2018-10-29 |
| TIF | 2361 | 518.68 | $ 248.27 | 2018-08-12 | 227 | Neal | Howard | 8542 | 2018-10-29 |
| TIF | 2361 | 518.68 | $ 113.25 | 2018-08-12 | 227 | Neal | Howard | 8342 | 2018-09-28 |
| TIF | 2540 | 4498 | $ 1,389.00 | 2018-04-08 | 17 | Bruce | Hagen | 25370 | 2020-10-06 |
| TIF | 2540 | 4498 | $ 200.00 | 2018-04-08 | 17 | Bruce | Hagen | 27714 | 2020-12-04 |
| TIF | 2569 | 13351 | $ 2,337.00 | 2018-11-10 | 39 | Reginald A | Greene | 32676 | 2021-09-03 |
| TIF | 2569 | 13351 | $ 836.00 | 2018-11-10 | 39 | Reginald A | Greene | 32506 | 2021-08-06 |
| TIF | 2569 | 13351 | $ 329.00 | 2018-11-10 | 39 | Reginald A | Greene | 32722 | 2021-09-03 |
| TIF | 2600 | 18000 | $ 4,500.00 | 2018-08-31 | 571 | Larry | Littleton | 29975 | 2021-04-15 |
| TIF | 2600 | 18000 | $ 9,000.00 | 2018-08-31 | 571 | Larry | Littleton | 32095 | 2021-06-30 |
| TIF | 2616 | 3795.3 | $ 834.30 | 2018-11-02 | 262 | W. Winston | Briggs | 25270 | 2020-10-06 |
| TIF | 2624 | 10387.05 | $ 151.00 | 2018-09-21 | 526 | Bobby | Johnson | 27381 | 2020-11-10 |
| TIF | 2624 | 10387.05 | $ 213.00 | 2018-09-21 | 526 | Bobby | Johnson | 28120 | 2020-12-22 |
| TIF | 2624 | 10387.05 | $ 345.00 | 2018-09-21 | 526 | Bobby | Johnson | 27377 | 2020-11-10 |
| TIF | 2624 | 10387.05 | $ 291.00 | 2018-09-21 | 526 | Bobby | Johnson | 27379 | 2020-11-10 |
| TIF | 2624 | 10387.05 | $ 248.00 | 2018-09-21 | 526 | Bobby | Johnson | 27380 | 2020-11-10 |
| TIF | 2624 | 10387.05 | $ 345.00 | 2018-09-21 | 526 | Bobby | Johnson | 27378 | 2020-11-10 |
| TIF | 2677 | 209163.38 | $ 3,780.00 | 2018-09-10 | 634 | Natanya | Brooks | 27850 | 2020-12-04 |
| TIF | 2677 | 209163.38 | $ 723.90 | 2018-09-10 | 634 | Natanya | Brooks | 28226 | 2021-01-07 |
| TIF | 2677 | 209163.38 | $ 3,215.42 | 2018-09-10 | 634 | Natanya | Brooks | 28516 | 2021-01-05 |
| TIF | 2677 | 209163.38 | $ 184.84 | 2018-09-10 | 634 | Natanya | Brooks | 17086 | 2020-03-04 |
| TIF | 2677 | 209163.38 | $ 257.46 | 2018-09-10 | 634 | Natanya | Brooks | 29009 | 2021-02-12 |
| TIF | 2677 | 209163.38 | $ 257.46 | 2018-09-10 | 634 | Natanya | Brooks | 28639 | 2021-01-19 |
| TIF | 2677 | 209163.38 | $ 555.57 | 2018-09-10 | 634 | Natanya | Brooks | 27398 | 2020-11-10 |
| TIF | 2677 | 209163.38 | $ 2,030.00 | 2018-09-10 | 634 | Natanya | Brooks | 28464 | 2021-01-05 |
| TIF | 2677 | 209163.38 | $ 181.20 | 2018-09-10 | 634 | Natanya | Brooks | 15223 | 2019-09-03 |
| TIF | 2677 | 209163.38 | $ 184.74 | 2018-09-10 | 634 | Natanya | Brooks | 15224 | 2019-09-03 |
| TIF | 2677 | 209163.38 | $ 172.14 | 2018-09-10 | 634 | Natanya | Brooks | 15233 | 2019-12-03 |
| TIF | 2677 | 209163.38 | $ 179.24 | 2018-09-10 | 634 | Natanya | Brooks | 15234 | 2019-12-03 |
| TIF | 2677 | 209163.38 | $ 1,550.00 | 2018-09-10 | 634 | Natanya | Brooks | 24382 | 2020-07-23 |
| TIF | 2677 | 209163.38 | $ 2,030.00 | 2018-09-10 | 634 | Natanya | Brooks | 27577 | 2020-11-16 |
| TIF | 2677 | 209163.38 | $ 520.00 | 2018-09-10 | 634 | Natanya | Brooks | 28055 | 2020-12-22 |
| TIF | 2677 | 209163.38 | $ 100.80 | 2018-09-10 | 634 | Natanya | Brooks | 15232 | 2020-01-03 |
| TIF | 2677 | 209163.38 | $ 2,030.00 | 2018-09-10 | 634 | Natanya | Brooks | 25027 | 2020-09-17 |
| TIF | 2677 | 209163.38 | $ 1,493.40 | 2018-09-10 | 634 | Natanya | Brooks | 27350 | 2020-11-10 |
| TIF | 2677 | 209163.38 | $ 1,199.23 | 2018-09-10 | 634 | Natanya | Brooks | 24909 | 2020-09-03 |
| TIF | 2677 | 209163.38 | $ 510.00 | 2018-09-10 | 634 | Natanya | Brooks | 28933 | 2021-02-02 |
| TIF | 2677 | 209163.38 | $ 212.26 | 2018-09-10 | 634 | Natanya | Brooks | 30651 | 2021-05-03 |
| TIF | 2677 | 209163.38 | $ 520.00 | 2018-09-10 | 634 | Natanya | Brooks | 31291 | 2021-05-19 |
| TIF | 2677 | 209163.38 | $ 195.36 | 2018-09-10 | 634 | Natanya | Brooks | 15235 | 2019-12-03 |
| TIF | 2677 | 209163.38 | $ 1,199.23 | 2018-09-10 | 634 | Natanya | Brooks | 21266 | 2020-07-02 |

| Fund | PatientID | TotalClaimGFB | BillGFB | | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|---|
| TIF | 2677 | 209163.38 | $ | 555.57 | 2018-09-10 | 634 | Natanya | Brooks | 24501 | 2020-11-10 |
| TIF | 2677 | 209163.38 | $ | 2,530.00 | 2018-09-10 | 634 | Natanya | Brooks | 27849 | 2020-12-04 |
| TIF | 2677 | 209163.38 | $ | 182.76 | 2018-09-10 | 634 | Natanya | Brooks | 15222 | 2019-09-03 |
| TIF | 2677 | 209163.38 | $ | 1,199.23 | 2018-09-10 | 634 | Natanya | Brooks | 23953 | 2020-08-05 |
| TIF | 2677 | 209163.38 | $ | 152.14 | 2018-09-10 | 634 | Natanya | Brooks | 17296 | 2020-03-04 |
| TIF | 2677 | 209163.38 | $ | 555.57 | 2018-09-10 | 634 | Natanya | Brooks | 27399 | 2020-11-10 |
| TIF | 2677 | 209163.38 | $ | 2,441.00 | 2018-09-10 | 634 | Natanya | Brooks | 30087 | 2021-04-22 |
| TIF | 2677 | 209163.38 | $ | 723.90 | 2018-09-10 | 634 | Natanya | Brooks | 30652 | 2021-05-03 |
| TIF | 2677 | 209163.38 | $ | 1,550.00 | 2018-09-10 | 634 | Natanya | Brooks | 21887 | 2020-06-12 |
| TIF | 2677 | 209163.38 | $ | 520.00 | 2018-09-10 | 634 | Natanya | Brooks | 26851 | 2020-10-21 |
| TIF | 2677 | 209163.38 | $ | 257.46 | 2018-09-10 | 634 | Natanya | Brooks | 27400 | 2020-11-10 |
| TIF | 2677 | 209163.38 | $ | 330.76 | 2018-09-10 | 634 | Natanya | Brooks | 29116 | 2021-03-08 |
| TIF | 2677 | 209163.38 | $ | 329.00 | 2018-09-10 | 634 | Natanya | Brooks | 30089 | 2021-04-22 |
| TIF | 2677 | 209163.38 | $ | 184.40 | 2018-09-10 | 634 | Natanya | Brooks | 15230 | 2019-12-03 |
| TIF | 2677 | 209163.38 | $ | 197.49 | 2018-09-10 | 634 | Natanya | Brooks | 29114 | 2021-03-08 |
| TIF | 2677 | 209163.38 | $ | 453.00 | 2018-09-10 | 634 | Natanya | Brooks | 29259 | 2021-03-19 |
| TIF | 2677 | 209163.38 | $ | 1,055.00 | 2018-09-10 | 634 | Natanya | Brooks | 30088 | 2021-04-22 |
| TIF | 2677 | 209163.38 | $ | 520.00 | 2018-09-10 | 634 | Natanya | Brooks | 20071 | 2020-06-12 |
| TIF | 2677 | 209163.38 | $ | 195.87 | 2018-09-10 | 634 | Natanya | Brooks | 29115 | 2021-03-08 |
| TIF | 2719 | 46245.08 | $ | 30,170.08 | 2018-11-16 | 43 | Jonathan | Wade | 12030 | 2019-10-25 |
| TIF | 2760 | 278543.16 | $ | 550.00 | 2018-12-14 | 43 | Jonathan | Wade | 24561 | 2020-08-13 |
| TIF | 2760 | 278543.16 | $ | 450.00 | 2018-12-14 | 43 | Jonathan | Wade | 25034 | 2020-09-25 |
| TIF | 2760 | 278543.16 | $ | 6,991.90 | 2018-12-14 | 43 | Jonathan | Wade | 24733 | 2020-08-13 |
| TIF | 2760 | 278543.16 | $ | 550.00 | 2018-12-14 | 43 | Jonathan | Wade | 23151 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 550.00 | 2018-12-14 | 43 | Jonathan | Wade | 25035 | 2020-09-25 |
| TIF | 2760 | 278543.16 | $ | 450.00 | 2018-12-14 | 43 | Jonathan | Wade | 25037 | 2020-09-25 |
| TIF | 2760 | 278543.16 | $ | 429.00 | 2018-12-14 | 43 | Jonathan | Wade | 18243 | 2020-05-14 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 18244 | 2020-05-14 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 18540 | 2020-05-14 |
| TIF | 2760 | 278543.16 | $ | 259.00 | 2018-12-14 | 43 | Jonathan | Wade | 19072 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 19331 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 19332 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 19333 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 429.00 | 2018-12-14 | 43 | Jonathan | Wade | 19399 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 19400 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 19919 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 430.50 | 2018-12-14 | 43 | Jonathan | Wade | 19922 | 2020-05-29 |
| TIF | 2760 | 278543.16 | $ | 361.50 | 2018-12-14 | 43 | Jonathan | Wade | 21901 | 2020-06-12 |
| TIF | 2760 | 278543.16 | $ | 361.50 | 2018-12-14 | 43 | Jonathan | Wade | 23105 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 361.50 | 2018-12-14 | 43 | Jonathan | Wade | 23106 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 23107 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 23108 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 23239 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 23240 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 24109 | 2020-07-23 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 24110 | 2020-07-23 |
| TIF | 2760 | 278543.16 | $ | 363.00 | 2018-12-14 | 43 | Jonathan | Wade | 24111 | 2020-07-23 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 24437 | 2020-07-23 |
| TIF | 2760 | 278543.16 | $ | 430.50 | 2018-12-14 | 43 | Jonathan | Wade | 24583 | 2020-08-13 |
| TIF | 2760 | 278543.16 | $ | 361.50 | 2018-12-14 | 43 | Jonathan | Wade | 24584 | 2020-08-13 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 24707 | 2020-08-13 |
| TIF | 2760 | 278543.16 | $ | 430.50 | 2018-12-14 | 43 | Jonathan | Wade | 24708 | 2020-08-13 |
| TIF | 2760 | 278543.16 | $ | 361.50 | 2018-12-14 | 43 | Jonathan | Wade | 24960 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 348.00 | 2018-12-14 | 43 | Jonathan | Wade | 24961 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 319.00 | 2018-12-14 | 43 | Jonathan | Wade | 24962 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 430.00 | 2018-12-14 | 43 | Jonathan | Wade | 24973 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 24975 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 360.00 | 2018-12-14 | 43 | Jonathan | Wade | 24976 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 430.50 | 2018-12-14 | 43 | Jonathan | Wade | 25030 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 361.50 | 2018-12-14 | 43 | Jonathan | Wade | 25031 | 2020-09-17 |
| TIF | 2760 | 278543.16 | $ | 6,521.10 | 2018-12-14 | 43 | Jonathan | Wade | 23109 | 2020-06-29 |
| TIF | 2760 | 278543.16 | $ | 450.00 | 2018-12-14 | 43 | Jonathan | Wade | 24383 | 2020-07-23 |

Tecumseh Overlap Receivables

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
| TIF | 2767 | 12200 | $ 3,200.00 | 2019-02-27 | 624 | Cristobal M. | Galindo | 10668 | 2019-05-15 |
| TIF | 2768 | 11400 | $ 2,400.00 | 2019-02-27 | 624 | Cristobal M. | Galindo | 10669 | 2019-05-15 |
| TIF | 2772 | 16775 | $ 3,275.00 | 2019-02-27 | 624 | Cristobal M. | Galindo | 10667 | 2019-05-15 |
| TIF | 2836 | 7840 | $ 2,730.00 | 2018-01-17 | 463 | Ronald | Chalker | 24556 | 2020-08-13 |
| TIF | 2916 | 15250 | $ 6,250.00 | 2019-04-23 | 626 | Joshua D. | Chambers | 10673 | 2019-05-15 |
| TIF | 2963 | 159489.1 | $ 1,313.72 | 2019-01-07 | 202 | Caroline | Owings | 18712 | 2020-05-29 |
| TIF | 2963 | 159489.1 | $ 2,363.00 | 2019-01-07 | 202 | Caroline | Owings | 18316 | 2020-05-14 |
| TIF | 2963 | 159489.1 | $ 863.00 | 2019-01-07 | 202 | Caroline | Owings | 18317 | 2020-05-14 |
| TIF | 2963 | 159489.1 | $ 480.00 | 2019-01-07 | 202 | Caroline | Owings | 18713 | 2020-05-29 |
| TIF | 2963 | 159489.1 | $ 2,420.00 | 2019-01-07 | 202 | Caroline | Owings | 23589 | 2020-07-23 |
| TIF | 2963 | 159489.1 | $ 480.00 | 2019-01-07 | 202 | Caroline | Owings | 18544 | 2020-05-14 |
| TIF | 2977 | 4882 | $ 125.00 | 2019-04-19 | 103 | Alyssa | Martins | 18313 | 2020-05-14 |
| TIF | 2995 | 153220.54 | $ 12,704.00 | 2018-10-18 | 702 | Timothy | Gardner | 13096 | 2019-11-14 |
| TIF | 2995 | 153220.54 | $ 195.05 | 2018-10-18 | 702 | Timothy | Gardner | 18551 | 2020-05-14 |
| TIF | 2995 | 153220.54 | $ 195.05 | 2018-10-18 | 702 | Timothy | Gardner | 23052 | 2020-06-29 |
| TIF | 3001 | 25200.25 | $ 125.00 | 2019-04-19 | 298 | Jack | Hinton | 18306 | 2020-05-14 |
| TIF | 3001 | 25200.25 | $ 631.00 | 2019-04-19 | 298 | Jack | Hinton | 23987 | 2020-07-23 |
| TIF | 3001 | 25200.25 | $ 1,500.00 | 2019-04-19 | 298 | Jack | Hinton | 11630 | 2019-09-06 |
| TIF | 3001 | 25200.25 | $ 1,010.00 | 2019-04-19 | 298 | Jack | Hinton | 18318 | 2020-05-14 |
| TIF | 3059 | 80932.59 | $ 117.12 | 2017-12-05 | 634 | Natanya | Brooks | 16286 | 2019-10-01 |
| TIF | 3059 | 80932.59 | $ 116.52 | 2017-12-05 | 634 | Natanya | Brooks | 16287 | 2019-10-01 |
| TIF | 3059 | 80932.59 | $ 4,492.60 | 2017-12-05 | 634 | Natanya | Brooks | 32496 | 2021-08-06 |
| TIF | 3059 | 80932.59 | $ 1,394.40 | 2017-12-05 | 634 | Natanya | Brooks | 32497 | 2021-08-06 |
| TIF | 3059 | 80932.59 | $ 126.27 | 2017-12-05 | 634 | Natanya | Brooks | 17016 | 2020-03-04 |
| TIF | 3059 | 80932.59 | $ 159.04 | 2017-12-05 | 634 | Natanya | Brooks | 23821 | 2020-07-02 |
| TIF | 3059 | 80932.59 | $ 115.36 | 2017-12-05 | 634 | Natanya | Brooks | 16282 | 2019-10-01 |
| TIF | 3059 | 80932.59 | $ 115.40 | 2017-12-05 | 634 | Natanya | Brooks | 16284 | 2019-10-01 |
| TIF | 3059 | 80932.59 | $ 115.16 | 2017-12-05 | 634 | Natanya | Brooks | 16288 | 2019-10-01 |
| TIF | 3059 | 80932.59 | $ 115.36 | 2017-12-05 | 634 | Natanya | Brooks | 17017 | 2020-03-04 |
| TIF | 3059 | 80932.59 | $ 116.40 | 2017-12-05 | 634 | Natanya | Brooks | 16293 | 2019-09-03 |
| TIF | 3103 | 7920 | $ 410.00 | 2018-06-19 | 463 | Ronald | Chalker | 11635 | 2019-09-06 |
| TIF | 3280 | 16804.29 | $ 164.12 | 2019-05-28 | 116 | Michael | Moran | 18164 | 2020-05-14 |
| TIF | 3280 | 16804.29 | $ 8,966.00 | 2019-05-28 | 116 | Michael | Moran | 23915 | 2020-07-23 |
| TIF | 3280 | 16804.29 | $ 3,209.00 | 2019-05-28 | 116 | Michael | Moran | 23985 | 2020-07-23 |
| TIF | 3280 | 16804.29 | $ 276.00 | 2019-05-28 | 116 | Michael | Moran | 23293 | 2020-06-29 |
| TIF | 3298 | 161931.51 | $ 700.00 | 2019-04-26 | 463 | Ronald | Chalker | 11632 | 2019-09-06 |
| TIF | 3298 | 161931.51 | $ 15,000.00 | 2019-04-26 | 463 | Ronald | Chalker | 24753 | 2020-09-17 |
| TIF | 3298 | 161931.51 | $ 404.00 | 2019-04-26 | 463 | Ronald | Chalker | 24452 | 2020-08-13 |
| TIF | 3298 | 161931.51 | $ 113,000.00 | 2019-04-26 | 463 | Ronald | Chalker | 24564 | 2020-07-30 |
| TIF | 3298 | 161931.51 | $ (18,475.50) | 2019-04-26 | 463 | Ronald | Chalker | 25102 | 2020-09-09 |
| TIF | 3312 | 32848.42 | $ 26,299.28 | 2019-05-25 | 30 | Craig | Miller | 17581 | 2020-03-26 |
| TIF | 3312 | 32848.42 | $ (4,059.28) | 2019-05-25 | 30 | Craig | Miller | 23316 | 2020-06-25 |
| TIF | 3312 | 32848.42 | $ 5,756.70 | 2019-05-25 | 30 | Craig | Miller | 20058 | 2020-06-12 |
| TIF | 3312 | 32848.42 | $ 293.28 | 2019-05-25 | 30 | Craig | Miller | 19405 | 2020-05-29 |
| TIF | 3312 | 32848.42 | $ 293.28 | 2019-05-25 | 30 | Craig | Miller | 24856 | 2020-09-17 |
| TIF | 3316 | 203951.87 | $ 6,000.00 | 2016-10-14 | 747 | Riah | Greathouse | 13673 | 2019-12-04 |
| TIF | 3316 | 203951.87 | $ 385.00 | 2016-10-14 | 747 | Riah | Greathouse | 28551 | 2021-01-19 |
| TIF | 3316 | 203951.87 | $ 59,618.00 | 2016-10-14 | 747 | Riah | Greathouse | 13675 | 2019-12-04 |
| TIF | 3316 | 203951.87 | $ 377.23 | 2016-10-14 | 747 | Riah | Greathouse | 24492 | 2020-07-23 |
| TIF | 3316 | 203951.87 | $ 157.01 | 2016-10-14 | 747 | Riah | Greathouse | 28550 | 2021-01-19 |
| TIF | 3316 | 203951.87 | $ 2,143.50 | 2016-10-14 | 747 | Riah | Greathouse | 24496 | 2020-07-23 |
| TIF | 3316 | 203951.87 | $ 295.51 | 2016-10-14 | 747 | Riah | Greathouse | 28635 | 2021-01-19 |
| TIF | 3316 | 203951.87 | $ 582.12 | 2016-10-14 | 747 | Riah | Greathouse | 24495 | 2020-07-23 |
| TIF | 3316 | 203951.87 | $ 157.01 | 2016-10-14 | 747 | Riah | Greathouse | 32639 | 2021-09-03 |
| TIF | 3316 | 203951.87 | $ 259.74 | 2016-10-14 | 747 | Riah | Greathouse | 24493 | 2020-07-23 |
| TIF | 3316 | 203951.87 | $ 377.23 | 2016-10-14 | 747 | Riah | Greathouse | 24494 | 2020-07-23 |
| TIF | 3316 | 203951.87 | $ 1,500.00 | 2016-10-14 | 747 | Riah | Greathouse | 28634 | 2021-01-19 |
| TIF | 3316 | 203951.87 | $ 157.01 | 2016-10-14 | 747 | Riah | Greathouse | 31995 | 2021-06-24 |
| TIF | 3316 | 203951.87 | $ 1,500.00 | 2016-10-14 | 747 | Riah | Greathouse | 24497 | 2020-07-23 |
| TIF | 3318 | 19513 | $ 835.00 | 2020-01-30 | 70 | Charles E (Ted) | Lake, Jr. | 32291 | 2021-07-13 |
| TIF | 3318 | 19513 | $ 2,225.00 | 2020-01-30 | 70 | Charles E (Ted) | Lake, Jr. | 24855 | 2020-09-17 |
| TIF | 3318 | 19513 | $ 11,874.00 | 2020-01-30 | 70 | Charles E (Ted) | Lake, Jr. | 32293 | 2021-07-13 |

Tecumseh Overlap Receivables

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
| TIF | 3318 | 19513 | $ 2,370.00 | 2020-01-30 | 70 | Charles E (Ted) | Lake, Jr. | 21749 | 2020-06-12 |
| TIF | 3318 | 19513 | $ 2,209.00 | 2020-01-30 | 70 | Charles E (Ted) | Lake, Jr. | 32292 | 2021-07-30 |
| TIF | 3338 | 9008.68 | $ 441.24 | 2019-07-11 | 144 | Angel | Figueredo | 23045 | 2020-06-29 |
| TIF | 3349 | 18755 | $ 3,780.00 | 2019-09-08 | 50 | Matthew | Broun | 18319 | 2020-05-14 |
| TIF | 3349 | 18755 | $ 2,530.00 | 2019-09-08 | 50 | Matthew | Broun | 24272 | 2020-07-23 |
| TIF | 3349 | 18755 | $ 3,780.00 | 2019-09-08 | 50 | Matthew | Broun | 24273 | 2020-07-23 |
| TIF | 3349 | 18755 | $ 520.00 | 2019-09-08 | 50 | Matthew | Broun | 21889 | 2020-06-12 |
| TIF | 3349 | 18755 | $ 2,530.00 | 2019-09-08 | 50 | Matthew | Broun | 18320 | 2020-05-14 |
| TIF | 3349 | 18755 | $ 520.00 | 2019-09-08 | 50 | Matthew | Broun | 18321 | 2020-05-14 |
| TIF | 3349 | 18755 | $ 520.00 | 2019-09-08 | 50 | Matthew | Broun | 24112 | 2020-07-23 |
| TIF | 3349 | 18755 | $ 1,100.00 | 2019-09-08 | 50 | Matthew | Broun | 18165 | 2020-05-14 |
| TIF | 3372 | 42802 | $ 20,120.00 | 2016-08-06 | 762 | Paul | Kaufman | 23992 | 2020-07-23 |
| TIF | 3372 | 42802 | $ 800.00 | 2016-08-06 | 762 | Paul | Kaufman | 23990 | 2020-07-23 |
| TIF | 3372 | 42802 | $ 6,587.00 | 2016-08-06 | 762 | Paul | Kaufman | 23991 | 2020-07-23 |
| TIF | 3372 | 42802 | $ 520.00 | 2016-08-06 | 762 | Paul | Kaufman | 18322 | 2020-05-14 |
| TIF | 3372 | 42802 | $ 885.00 | 2016-08-06 | 762 | Paul | Kaufman | 24572 | 2020-08-13 |
| TIF | 3372 | 42802 | $ 7,110.00 | 2016-08-06 | 762 | Paul | Kaufman | 18161 | 2020-05-14 |
| TIF | 3372 | 42802 | $ 520.00 | 2016-08-06 | 762 | Paul | Kaufman | 23989 | 2020-07-23 |
| TIF | 3384 | 221335.08 | $ 56,357.14 | 2018-10-11 | 764 | Russell | Boston | 12100 | 2019-10-21 |
| TIF | 3384 | 221335.08 | $ 14,910.61 | 2018-10-11 | 764 | Russell | Boston | 12166 | 2019-10-31 |
| TIF | 3384 | 221335.08 | $ 1,050.00 | 2018-10-11 | 764 | Russell | Boston | 12167 | 2019-10-31 |
| TIF | 3384 | 221335.08 | $ 450.00 | 2018-10-11 | 764 | Russell | Boston | 24514 | 2020-08-13 |
| TIF | 3384 | 221335.08 | $ 259.00 | 2018-10-11 | 764 | Russell | Boston | 18294 | 2020-05-29 |
| TIF | 3384 | 221335.08 | $ 550.00 | 2018-10-11 | 764 | Russell | Boston | 24512 | 2020-08-13 |
| TIF | 3384 | 221335.08 | $ 550.00 | 2018-10-11 | 764 | Russell | Boston | 25346 | 2020-09-25 |
| TIF | 3384 | 221335.08 | $ 1,975.00 | 2018-10-11 | 764 | Russell | Boston | 24513 | 2020-08-13 |
| TIF | 3865 | 6788 | $ 2,434.00 | 2019-11-21 | 111 | Orlando A | Marra | 22165 | 2020-06-12 |
| TIF | 3894 | 69351.16 | $ 356.00 | 2018-10-22 | 707 | Edward | Kim | 19525 | 2020-05-29 |
| TIF | 3894 | 69351.16 | $ 1,344.60 | 2018-10-22 | 707 | Edward | Kim | 32498 | 2021-08-06 |
| TIF | 3894 | 69351.16 | $ 896.40 | 2018-10-22 | 707 | Edward | Kim | 32499 | 2021-08-06 |
| TIF | 3894 | 69351.16 | $ 398.00 | 2018-10-22 | 707 | Edward | Kim | 19526 | 2020-05-29 |
| TIF | 3894 | 69351.16 | $ 5,901.00 | 2018-10-22 | 707 | Edward | Kim | 22130 | 2020-06-12 |
| TIF | 3894 | 69351.16 | $ 502.00 | 2018-10-22 | 707 | Edward | Kim | 23988 | 2020-07-23 |
| TIF | 3894 | 69351.16 | $ 5,037.00 | 2018-10-22 | 707 | Edward | Kim | 22129 | 2020-06-15 |
| TIF | 3913 | 18000 | $ 9,000.00 | 2019-03-22 | 828 | Vincent | Vu | 32096 | 2021-06-30 |
| TIF | 3917 | 28250 | $ 4,500.00 | 2019-06-03 | 824 | Andrew | Kumar | 27084 | 2020-10-29 |
| TIF | 3918 | 11950 | $ 2,950.00 | 2019-07-12 | 829 | Abraham | Garcia | 27083 | 2020-10-29 |
| TIF | 3979 | 42252.13 | $ 66.00 | 2019-10-29 | 847 | Cory | Hilton | 17104 | 0001-01-01 |
| TIF | 3979 | 42252.13 | $ (66.00) | 2019-10-29 | 847 | Cory | Hilton | 17302 | 2020-03-02 |
| TIF | 3979 | 42252.13 | $ 66.00 | 2019-10-29 | 847 | Cory | Hilton | 18132 | 0001-01-01 |
| TIF | 3979 | 42252.13 | $ (66.00) | 2019-10-29 | 847 | Cory | Hilton | 18483 | 2020-05-04 |
| TIF | 3979 | 42252.13 | $ 84.94 | 2019-10-29 | 847 | Cory | Hilton | 15341 | 2020-01-03 |
| TIF | 3979 | 42252.13 | $ 66.00 | 2019-10-29 | 847 | Cory | Hilton | 15345 | 2019-12-03 |
| TIF | 3979 | 42252.13 | $ 66.00 | 2019-10-29 | 847 | Cory | Hilton | 17619 | 2020-04-03 |
| TIF | 3979 | 42252.13 | $ 127.87 | 2019-10-29 | 847 | Cory | Hilton | 17103 | 2020-03-04 |
| TIF | 3979 | 42252.13 | $ 84.94 | 2019-10-29 | 847 | Cory | Hilton | 17177 | 2020-03-04 |
| TIF | 3979 | 42252.13 | $ 66.00 | 2019-10-29 | 847 | Cory | Hilton | 17303 | 2020-03-04 |
| TIF | 3979 | 42252.13 | $ 66.00 | 2019-10-29 | 847 | Cory | Hilton | 15343 | 2020-01-03 |
| TIF | 3979 | 42252.13 | $ 84.94 | 2019-10-29 | 847 | Cory | Hilton | 15346 | 2019-12-03 |
| TIF | 3979 | 42252.13 | $ 255.74 | 2019-10-29 | 847 | Cory | Hilton | 17620 | 2020-04-03 |
| TIF | 3979 | 42252.13 | $ 6,487.00 | 2019-10-29 | 847 | Cory | Hilton | 24502 | 2020-07-23 |
| TIF | 3979 | 42252.13 | $ 16,671.00 | 2019-10-29 | 847 | Cory | Hilton | 25151 | 2020-10-06 |
| TIF | 3979 | 42252.13 | $ 125.70 | 2019-10-29 | 847 | Cory | Hilton | 16836 | 2020-02-04 |
| TIF | 4011 | 20950 | $ 9,000.00 | 2019-04-06 | 825 | Sam K. | Mukerji | 28095 | 2020-12-04 |
| TIF | 4032 | 75587 | $ 9,100.00 | 2019-07-15 | 2213 | Tanya | Miller | 22120 | 2020-06-12 |
| TIF | 4032 | 75587 | $ 5,535.00 | 2019-07-15 | 2213 | Tanya | Miller | 22941 | 2020-06-15 |
| TIF | 4032 | 75587 | $ 9,100.00 | 2019-07-15 | 2213 | Tanya | Miller | 25025 | 2020-09-17 |
| TIF | 4032 | 75587 | $ 667.00 | 2019-07-15 | 2213 | Tanya | Miller | 32503 | 2021-08-06 |
| TIF | 4032 | 75587 | $ 120.00 | 2019-07-15 | 2213 | Tanya | Miller | 24842 | 2020-10-06 |
| TIF | 4032 | 75587 | $ 8,296.00 | 2019-07-15 | 2213 | Tanya | Miller | 20055 | 2020-06-15 |
| TIF | 4032 | 75587 | $ 3,289.00 | 2019-07-15 | 2213 | Tanya | Miller | 22121 | 2020-06-15 |
| TIF | 4032 | 75587 | $ 2,580.00 | 2019-07-15 | 2213 | Tanya | Miller | 24841 | 2020-10-06 |

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
| TIF | 4032 | 75587 | $ 1,119.00 | 2019-07-15 | 2213 | Tanya | Miller | 32504 | 2021-08-06 |
| TIF | 4032 | 75587 | $ 4,570.00 | 2019-07-15 | 2213 | Tanya | Miller | 22119 | 2020-06-15 |
| TIF | 4032 | 75587 | $ 8,296.00 | 2019-07-15 | 2213 | Tanya | Miller | 25154 | 2020-10-06 |
| TIF | 4044 | 13500 | $ 9,000.00 | 2019-05-11 | 825 | Sam K. | Mukerji | 26704 | 2020-10-15 |
| TIF | 4046 | 11950 | $ 9,000.00 | 2019-06-28 | 840 | Claudia | Leung | 26705 | 2020-10-15 |
| TIF | 4082 | 8050 | $ 520.00 | 2019-09-15 | 21 | Peter | Ross | 28925 | 2021-02-02 |
| TIF | 4082 | 8050 | $ 520.00 | 2019-09-15 | 21 | Peter | Ross | 26728 | 2020-10-21 |
| TIF | 4082 | 8050 | $ 3,780.00 | 2019-09-15 | 21 | Peter | Ross | 26967 | 2020-11-10 |
| TIF | 4082 | 8050 | $ 2,530.00 | 2019-09-15 | 21 | Peter | Ross | 26968 | 2020-11-10 |
| TIF | 4096 | 9300 | $ 4,650.00 | 2019-03-05 | 831 | Joe Ray | Rodriguez | 26725 | 2020-10-15 |
| TIF | 4159 | 33078.23 | $ 65.09 | 2019-01-01 | 847 | Cory | Hilton | 18017 | 2020-05-05 |
| TIF | 4159 | 33078.23 | $ 179.04 | 2019-01-01 | 847 | Cory | Hilton | 18016 | 2020-05-05 |
| TIF | 4159 | 33078.23 | $ 81.10 | 2019-01-01 | 847 | Cory | Hilton | 18015 | 2020-05-05 |
| TIF | 4159 | 33078.23 | $ 6,859.00 | 2019-01-01 | 847 | Cory | Hilton | 23986 | 2020-07-23 |
| TIF | 4194 | 10400 | $ 2,950.00 | 2019-09-16 | 876 | David Aziel | Garcia | 26697 | 2020-10-15 |
| TIF | 4245 | 11950 | $ 4,500.00 | 2019-08-17 | 833 | Smith | Hassler | 26710 | 2020-10-15 |
| TIF | 4307 | 9000 | $ 4,500.00 | 2019-08-01 | 831 | Joe Ray | Rodriguez | 24645 | 2020-08-05 |
| TIF | 4348 | 7715 | $ 1,200.00 | 2018-11-07 | 835 | Kathryn | Burmeister | 22441 | 2020-06-12 |
| TIF | 4348 | 7715 | $ 702.00 | 2018-11-07 | 835 | Kathryn | Burmeister | 22442 | 2020-06-12 |
| TIF | 4353 | 2844.08 | $ 207.00 | 2019-10-12 | 70 | Charles E (Ted) | Lake, Jr. | 18309 | 2020-05-14 |
| TIF | 4354 | 83564.9 | $ 195.00 | 2019-10-23 | 21 | Peter | Ross | 23054 | 2020-06-29 |
| TIF | 4354 | 83564.9 | $ 2,950.00 | 2019-10-23 | 21 | Peter | Ross | 23983 | 2020-07-23 |
| TIF | 4354 | 83564.9 | $ 12,700.00 | 2019-10-23 | 21 | Peter | Ross | 23984 | 2020-07-23 |
| TIF | 4354 | 83564.9 | $ 195.00 | 2019-10-23 | 21 | Peter | Ross | 24058 | 2020-07-23 |
| TIF | 4354 | 83564.9 | $ 14,502.00 | 2019-10-23 | 21 | Peter | Ross | 25260 | 2020-10-06 |
| TIF | 4354 | 83564.9 | $ 14,502.00 | 2019-10-23 | 21 | Peter | Ross | 25261 | 2020-10-06 |
| TIF | 4354 | 83564.9 | $ 3,500.00 | 2019-10-23 | 21 | Peter | Ross | 25262 | 2020-10-06 |
| TIF | 4354 | 83564.9 | $ 3,532.00 | 2019-10-23 | 21 | Peter | Ross | 25263 | 2020-10-06 |
| TIF | 4354 | 83564.9 | $ 195.00 | 2019-10-23 | 21 | Peter | Ross | 26726 | 2020-10-21 |
| TIF | 4354 | 83564.9 | $ 195.00 | 2019-10-23 | 21 | Peter | Ross | 29258 | 2021-03-19 |
| TIF | 4354 | 83564.9 | $ 1,226.85 | 2019-10-23 | 21 | Peter | Ross | 31462 | 2021-06-02 |
| TIF | 4354 | 83564.9 | $ 3,700.00 | 2019-10-23 | 21 | Peter | Ross | 31463 | 2021-06-02 |
| TIF | 4354 | 83564.9 | $ 195.00 | 2019-10-23 | 21 | Peter | Ross | 31885 | 2021-06-24 |
| TIF | 4380 | 9000 | $ 4,500.00 | 2019-10-12 | 2147 | Clifford D. | Peel | 29475 | 2021-03-24 |
| TIF | 4402 | 9000 | $ 4,500.00 | 2019-08-07 | 898 | Christopher J. | Leavitt | 24650 | 2020-08-05 |
| TIF | 4428 | 9000 | $ 4,500.00 | 2019-09-29 | 690 | David J. | Romagosa | 26905 | 2020-10-09 |
| TIF | 4466 | 7930.12 | $ 307.00 | 2019-12-17 | 558 | Tiffany | Adams | 21886 | 2020-06-12 |
| TIF | 4466 | 7930.12 | $ 307.04 | 2019-12-17 | 558 | Tiffany | Adams | 18323 | 2020-05-14 |
| TIF | 4466 | 7930.12 | $ 1,045.00 | 2019-12-17 | 558 | Tiffany | Adams | 18533 | 2020-05-14 |
| TIF | 4488 | 23678.41 | $ 3,501.50 | 2019-10-31 | 21 | Peter | Ross | 19229 | 2020-05-29 |
| TIF | 4488 | 23678.41 | $ 385.00 | 2019-10-31 | 21 | Peter | Ross | 19321 | 2020-05-29 |
| TIF | 4488 | 23678.41 | $ 1,575.00 | 2019-10-31 | 21 | Peter | Ross | 18934 | 2020-05-29 |
| TIF | 4488 | 23678.41 | $ 425.00 | 2019-10-31 | 21 | Peter | Ross | 18324 | 2020-05-14 |
| TIF | 4488 | 23678.41 | $ 385.00 | 2019-10-31 | 21 | Peter | Ross | 19839 | 2020-05-29 |
| TIF | 4491 | 10031 | $ 293.00 | 2019-06-19 | 28 | Paul | Mazur | 18199 | 2020-05-14 |
| TIF | 4491 | 10031 | $ 881.00 | 2019-06-19 | 28 | Paul | Mazur | 30657 | 2021-05-10 |
| TIF | 4491 | 10031 | $ 293.00 | 2019-06-19 | 28 | Paul | Mazur | 19928 | 2020-05-29 |
| TIF | 4491 | 10031 | $ 293.00 | 2019-06-19 | 28 | Paul | Mazur | 31671 | 2021-06-09 |
| TIF | 4491 | 10031 | $ 4,398.30 | 2019-06-19 | 28 | Paul | Mazur | 23418 | 2020-06-29 |
| TIF | 4491 | 10031 | $ 293.00 | 2019-06-19 | 28 | Paul | Mazur | 30196 | 2021-04-26 |
| TIF | 4494 | 4640 | $ 1,977.00 | 2019-10-30 | 322 | John | Jackson | 23049 | 2020-06-29 |
| TIF | 4497 | 20989.25 | $ 1,575.00 | 2019-02-13 | 758 | Ali | Salimi | 24431 | 2020-07-23 |
| TIF | 4497 | 20989.25 | $ 1,329.00 | 2019-02-13 | 758 | Ali | Salimi | 23114 | 2020-06-29 |
| TIF | 4497 | 20989.25 | $ 385.00 | 2019-02-13 | 758 | Ali | Salimi | 21890 | 2020-06-12 |
| TIF | 4497 | 20989.25 | $ 385.00 | 2019-02-13 | 758 | Ali | Salimi | 24511 | 2020-08-13 |
| TIF | 4497 | 20989.25 | $ 3,501.50 | 2019-02-13 | 758 | Ali | Salimi | 24430 | 2020-07-23 |
| TIF | 4515 | 18000 | $ 9,000.00 | 2019-12-07 | 838 | Bret | Griffin | 24623 | 2020-08-05 |
| TIF | 4516 | 18000 | $ 9,000.00 | 2019-12-07 | 838 | Bret | Griffin | 24624 | 2020-08-05 |
| TIF | 4527 | 32900 | $ 4,500.00 | 2019-12-13 | 825 | Sam K. | Mukerji | 23867 | 2020-07-08 |
| TIF | 4527 | 32900 | $ 11,950.00 | 2019-12-13 | 825 | Sam K. | Mukerji | 23914 | 2020-07-08 |
| TIF | 4527 | 32900 | $ 4,500.00 | 2019-12-13 | 825 | Sam K. | Mukerji | 26828 | 2020-10-09 |
| TIF | 4529 | 37205 | $ 700.00 | 2019-11-13 | 957 | Roxana | Ramos | 27519 | 2020-09-04 |

Tecumseh Overlap Receivables

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
| TIF | 4529 | 37205 | $ 445.00 | 2019-11-13 | 957 | Roxana | Ramos | 27520 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 440.00 | 2019-11-13 | 957 | Roxana | Ramos | 27521 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 600.00 | 2019-11-13 | 957 | Roxana | Ramos | 27522 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 600.00 | 2019-11-13 | 957 | Roxana | Ramos | 27523 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 605.00 | 2019-11-13 | 957 | Roxana | Ramos | 27524 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 725.00 | 2019-11-13 | 957 | Roxana | Ramos | 27533 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 225.00 | 2019-11-13 | 957 | Roxana | Ramos | 27534 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 675.00 | 2019-11-13 | 957 | Roxana | Ramos | 27535 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 630.00 | 2019-11-13 | 957 | Roxana | Ramos | 27536 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 505.00 | 2019-11-13 | 957 | Roxana | Ramos | 27537 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 500.00 | 2019-11-13 | 957 | Roxana | Ramos | 27540 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 260.00 | 2019-11-13 | 957 | Roxana | Ramos | 27541 | 2020-09-04 |
| TIF | 4529 | 37205 | $ 495.00 | 2019-11-13 | 957 | Roxana | Ramos | 27555 | 2020-09-04 |
| TIF | 4571 | 3150 | $ 600.00 | 2019-07-31 | 735 | Michael | Day | 22169 | 2020-06-12 |
| TIF | 4571 | 3150 | $ 600.00 | 2019-07-31 | 735 | Michael | Day | 22176 | 2020-06-12 |
| TIF | 4571 | 3150 | $ 600.00 | 2019-07-31 | 735 | Michael | Day | 22177 | 2020-06-12 |
| TIF | 4571 | 3150 | $ 600.00 | 2019-07-31 | 735 | Michael | Day | 22178 | 2020-06-12 |
| TIF | 4591 | 14058 | $ 2,093.00 | 2019-01-17 | 788 | Timothy | Revero | 20502 | 2020-06-12 |
| TIF | 4599 | 187680 | $ 118,560.00 | 2019-09-06 | 1000 | Madeleine | Simmons | 24858 | 2020-08-24 |
| TIF | 4604 | 480 | $ 240.00 | 2019-08-26 | 34 | Craig | LaChanse | 25362 | 2020-09-08 |
| TIF | 4608 | 5494.01 | $ 590.00 | 2020-01-27 | 39 | Reginald A | Greene | 23292 | 2020-06-29 |
| TIF | 4620 | 490 | $ 300.00 | 2019-11-29 | 560 | My | Lowe | 18159 | 2020-05-14 |
| TIF | 4683 | 33342 | $ 16,671.00 | 2019-09-14 | 847 | Cory | Hilton | 25150 | 2020-10-06 |
| TIF | 4711 | 14629.14 | $ 6,440.41 | 2019-12-07 | 1173 | Smith & Hassler | | 24851 | 2020-08-14 |
| TIF | 4711 | 14629.14 | $ - | 2019-12-07 | 1173 | Smith & Hassler | | 30553 | 2021-04-15 |
| TIF | 4724 | 10955 | $ 650.00 | 1900-01-01 | 957 | Roxana | Ramos | 27542 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 450.00 | 1900-01-01 | 957 | Roxana | Ramos | 27543 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 545.00 | 1900-01-01 | 957 | Roxana | Ramos | 27544 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 620.00 | 1900-01-01 | 957 | Roxana | Ramos | 27545 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 445.00 | 1900-01-01 | 957 | Roxana | Ramos | 27546 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 575.00 | 1900-01-01 | 957 | Roxana | Ramos | 27547 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 545.00 | 1900-01-01 | 957 | Roxana | Ramos | 27548 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 150.00 | 1900-01-01 | 957 | Roxana | Ramos | 27549 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 575.00 | 1900-01-01 | 957 | Roxana | Ramos | 27550 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 675.00 | 1900-01-01 | 957 | Roxana | Ramos | 27551 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 445.00 | 1900-01-01 | 957 | Roxana | Ramos | 27552 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 280.00 | 1900-01-01 | 957 | Roxana | Ramos | 27553 | 2020-09-04 |
| TIF | 4724 | 10955 | $ 500.00 | 1900-01-01 | 957 | Roxana | Ramos | 27554 | 2020-09-04 |
| TIF | 4727 | 2950 | $ 2,950.00 | 2020-11-27 | 1173 | Smith & Hassler | | 28797 | 2021-01-29 |
| TIF | 4727 | 4500 | $ 4,500.00 | 2020-01-27 | 1173 | Smith & Hassler | | 30079 | 2021-04-15 |
| TIF | 4730 | 14900 | $ 4,500.00 | 1900-01-01 | 837 | Elisa | Salazar | 28084 | 2020-12-04 |
| TIF | 4748 | 675.05 | $ 195.05 | 2017-02-23 | 630 | Jonathan | Broderick | 23164 | 2020-06-29 |
| TIF | 4748 | 675.05 | $ 130.00 | 2017-02-23 | 630 | Jonathan | Broderick | 24646 | 2020-08-13 |
| TIF | 4758 | 9000 | $ 4,500.00 | 2020-01-03 | 1173 | Smith & Hassler | | 26722 | 2020-10-15 |
| TIF | 4761 | 14900 | $ 4,500.00 | 2020-01-14 | 1407 | Rian | Taff | 26706 | 2020-10-15 |
| TIF | 4769 | 22500 | $ 4,500.00 | 2020-02-03 | 854 | Peter A. | Ruman | 23865 | 2020-07-08 |
| TIF | 4769 | 22500 | $ 9,000.00 | 2020-02-03 | 854 | Peter A. | Ruman | 23913 | 2020-07-08 |
| TIF | 4778 | 13500 | $ 4,500.00 | 2019-05-18 | 1485 | Jessica | Salto | 27124 | 2020-10-29 |
| TIF | 4797 | 59790.16 | $ 7,200.00 | 2020-02-17 | 1444 | Samuel | Johnson | 25282 | 2020-10-06 |
| TIF | 4797 | 59790.16 | $ 507.21 | 2020-02-17 | 1444 | Samuel | Johnson | 29086 | 2021-02-12 |
| TIF | 4797 | 59790.16 | $ 6,883.05 | 2020-02-17 | 1444 | Samuel | Johnson | 24854 | 2020-09-25 |
| TIF | 4797 | 59790.16 | $ 1,400.00 | 2020-02-17 | 1444 | Samuel | Johnson | 27388 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 1,230.00 | 2020-02-17 | 1444 | Samuel | Johnson | 27709 | 2020-12-04 |
| TIF | 4797 | 59790.16 | $ 290.00 | 2020-02-17 | 1444 | Samuel | Johnson | 24557 | 2020-08-13 |
| TIF | 4797 | 59790.16 | $ 223.50 | 2020-02-17 | 1444 | Samuel | Johnson | 24758 | 2020-09-25 |
| TIF | 4797 | 59790.16 | $ 601.00 | 2020-02-17 | 1444 | Samuel | Johnson | 25347 | 2020-10-06 |
| TIF | 4797 | 59790.16 | $ 401.50 | 2020-02-17 | 1444 | Samuel | Johnson | 25348 | 2020-10-06 |
| TIF | 4797 | 59790.16 | $ 332.50 | 2020-02-17 | 1444 | Samuel | Johnson | 25467 | 2020-10-21 |
| TIF | 4797 | 59790.16 | $ 403.00 | 2020-02-17 | 1444 | Samuel | Johnson | 25468 | 2020-10-21 |
| TIF | 4797 | 59790.16 | $ 332.50 | 2020-02-17 | 1444 | Samuel | Johnson | 25469 | 2020-10-21 |
| TIF | 4797 | 59790.16 | $ 403.00 | 2020-02-17 | 1444 | Samuel | Johnson | 25470 | 2020-10-21 |
| TIF | 4797 | 59790.16 | $ 401.50 | 2020-02-17 | 1444 | Samuel | Johnson | 25471 | 2020-10-21 |

Tecumseh Overlap Receivables

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
| TIF | 4797 | 59790.16 | $ 332.50 | 2020-02-17 | 1444 | Samuel | Johnson | 26951 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27064 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 332.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27065 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 484.00 | 2020-02-17 | 1444 | Samuel | Johnson | 27384 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 401.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27385 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27386 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27387 | 2020-11-10 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27590 | 2020-11-16 |
| TIF | 4797 | 59790.16 | $ 401.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27707 | 2020-12-04 |
| TIF | 4797 | 59790.16 | $ 110.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27708 | 2020-12-04 |
| TIF | 4797 | 59790.16 | $ 361.50 | 2020-02-17 | 1444 | Samuel | Johnson | 27840 | 2020-12-04 |
| TIF | 4797 | 59790.16 | $ 361.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28050 | 2020-12-22 |
| TIF | 4797 | 59790.16 | $ 361.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28273 | 2020-12-22 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28274 | 2020-12-22 |
| TIF | 4797 | 59790.16 | $ 375.00 | 2020-02-17 | 1444 | Samuel | Johnson | 28275 | 2020-12-22 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28478 | 2021-01-05 |
| TIF | 4797 | 59790.16 | $ 292.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28479 | 2021-01-05 |
| TIF | 4797 | 59790.16 | $ 222.00 | 2020-02-17 | 1444 | Samuel | Johnson | 28480 | 2021-01-05 |
| TIF | 4797 | 59790.16 | $ 401.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28481 | 2021-01-05 |
| TIF | 4797 | 59790.16 | $ 361.50 | 2020-02-17 | 1444 | Samuel | Johnson | 28692 | 2021-02-12 |
| TIF | 4797 | 59790.16 | $ 401.50 | 2020-02-17 | 1444 | Samuel | Johnson | 29816 | 2021-04-14 |
| TIF | 4797 | 59790.16 | $ 5,064.05 | 2020-02-17 | 1444 | Samuel | Johnson | 24852 | 2020-09-25 |
| TIF | 4797 | 59790.16 | $ 20,332.90 | 2020-02-17 | 1444 | Samuel | Johnson | 24853 | 2020-10-06 |
| TIF | 4797 | 59790.16 | $ 100.90 | 2020-02-17 | 1444 | Samuel | Johnson | 24571 | 2020-08-13 |
| TIF | 4797 | 59790.16 | $ 1,405.95 | 2020-02-17 | 1444 | Samuel | Johnson | 23055 | 2020-06-29 |
| TIF | 4805 | 7634.08 | $ 6,295.92 | 2020-03-14 | 463 | Ronald | Chalker | 19365 | 2020-05-29 |
| TIF | 4805 | 7634.08 | $ 304.24 | 2020-03-14 | 463 | Ronald | Chalker | 23115 | 2020-06-29 |
| TIF | 4806 | 7274.04 | $ 4,740.00 | 2020-02-24 | 111 | Orlando A | Marra | 18160 | 2020-05-14 |
| TIF | 4806 | 7274.04 | $ 309.04 | 2020-02-24 | 111 | Orlando A | Marra | 18302 | 2020-05-14 |
| TIF | 4810 | 81799 | $ 230.00 | 2019-10-07 | 634 | Natanya | Brooks | 18296 | 2020-05-14 |
| TIF | 4810 | 81799 | $ 17,902.00 | 2019-10-07 | 634 | Natanya | Brooks | 19911 | 2020-05-29 |
| TIF | 4810 | 81799 | $ 32,980.00 | 2019-10-07 | 634 | Natanya | Brooks | 19913 | 2020-05-29 |
| TIF | 4810 | 81799 | $ 250.00 | 2019-10-07 | 634 | Natanya | Brooks | 24699 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 17,902.00 | 2019-10-07 | 634 | Natanya | Brooks | 19910 | 2020-05-29 |
| TIF | 4810 | 81799 | $ 398.00 | 2019-10-07 | 634 | Natanya | Brooks | 24585 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 356.00 | 2019-10-07 | 634 | Natanya | Brooks | 24586 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 336.00 | 2019-10-07 | 634 | Natanya | Brooks | 24736 | 2020-10-06 |
| TIF | 4810 | 81799 | $ 250.00 | 2019-10-07 | 634 | Natanya | Brooks | 24378 | 2020-07-23 |
| TIF | 4810 | 81799 | $ 336.00 | 2019-10-07 | 634 | Natanya | Brooks | 24589 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 316.00 | 2019-10-07 | 634 | Natanya | Brooks | 18295 | 2020-05-14 |
| TIF | 4810 | 81799 | $ 1,166.00 | 2019-10-07 | 634 | Natanya | Brooks | 24836 | 2020-10-06 |
| TIF | 4810 | 81799 | $ 316.00 | 2019-10-07 | 634 | Natanya | Brooks | 18325 | 2020-05-14 |
| TIF | 4810 | 81799 | $ 645.00 | 2019-10-07 | 634 | Natanya | Brooks | 24835 | 2020-10-06 |
| TIF | 4810 | 81799 | $ 336.00 | 2019-10-07 | 634 | Natanya | Brooks | 24442 | 2020-07-23 |
| TIF | 4810 | 81799 | $ 90.00 | 2019-10-07 | 634 | Natanya | Brooks | 18326 | 2020-05-14 |
| TIF | 4810 | 81799 | $ 3,800.00 | 2019-10-07 | 634 | Natanya | Brooks | 19312 | 2020-05-29 |
| TIF | 4810 | 81799 | $ 336.00 | 2019-10-07 | 634 | Natanya | Brooks | 24588 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 336.00 | 2019-10-07 | 634 | Natanya | Brooks | 24698 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 336.00 | 2019-10-07 | 634 | Natanya | Brooks | 24587 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 322.00 | 2019-10-07 | 634 | Natanya | Brooks | 24697 | 2020-08-13 |
| TIF | 4810 | 81799 | $ 236.00 | 2019-10-07 | 634 | Natanya | Brooks | 23290 | 2020-06-29 |
| TIF | 4810 | 81799 | $ 398.00 | 2019-10-07 | 634 | Natanya | Brooks | 18621 | 2020-05-14 |
| TIF | 4810 | 81799 | $ 404.00 | 2019-10-07 | 634 | Natanya | Brooks | 23604 | 2020-07-23 |
| TIF | 4810 | 81799 | $ 398.00 | 2019-10-07 | 634 | Natanya | Brooks | 24834 | 2020-10-06 |
| TIF | 4982 | 2950 | $ 2,950.00 | 2021-04-21 | 672 | Gustavo | Villalpando | 32788 | 2021-08-24 |
| TIF | 5014 | 5900 | $ 2,950.00 | 2020-01-24 | 1650 | Pegah | Rahgozar | 26719 | 2020-10-15 |
| TIF | 5064 | 10400 | $ 2,950.00 | 2020-01-24 | 1650 | Pegah | Rahgozar | 26702 | 2020-10-15 |
| TIF | 7977 | 9930.26 | $ 700.00 | 1900-01-01 | 609 | Nicholas M. | Wills | 24849 | 2020-08-14 |
| TIF | 7977 | 9930.26 | $ 1,008.81 | 1900-01-01 | 609 | Nicholas M. | Wills | 24850 | 2020-08-14 |
| TIF | 8053 | 21784.4 | $ 10,892.20 | 2019-11-30 | 994 | Richard | Presutti | 22509 | 2020-06-09 |
| TIF | 8102 | 53845.22 | $ 16,130.82 | 2019-11-26 | 1182 | Corey S. | Gomel | 22511 | 2020-06-09 |
| TIF | 8102 | 53845.22 | $ 15,930.00 | 2019-11-26 | 1182 | Corey S. | Gomel | 28374 | 2020-12-23 |

Tecumseh Overlap Receivables

| Fund | PatientID | TotalClaimGFB | BillGFB | IncidentDate | AttorneyID | AttorneyFirstName | AttorneyLastName | BillId | PaidDate |
|---|---|---|---|---|---|---|---|---|---|
| TIF | 9577 | 7302.32 | $ 724.15 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 26688 | 2020-10-21 |
| TIF | 9577 | 7302.32 | $ 257.40 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 26687 | 2020-10-21 |
| TIF | 9577 | 7302.32 | $ 540.95 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 28920 | 2021-02-12 |
| TIF | 9577 | 7302.32 | $ 1,847.00 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 24567 | 2020-08-13 |
| TIF | 9577 | 7302.32 | $ 3,100.87 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 24566 | 2020-08-13 |
| TIF | 9577 | 7302.32 | $ 540.95 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 25272 | 2020-09-25 |
| TIF | 9577 | 7302.32 | $ 291.00 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 25476 | 2020-10-21 |
| TIF | 9577 | 480 | $ 120.00 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 28258 | 2020-12-22 |
| TIF | 9577 | 480 | $ 120.00 | 2019-01-18 | 347 | Nathan | Fitzpatrick | 29375 | 2021-03-26 |
| TIF | 9838 | 2449.5 | $ 574.50 | 2020-07-02 | 2018 | Candace | Malone | 25494 | 2020-10-21 |
| TIF | 9838 | 2449.5 | $ 375.00 | 2020-07-02 | 2018 | Candace | Malone | 25495 | 2020-10-21 |
| TIF | 9838 | 2449.5 | $ 375.00 | 2020-07-02 | 2018 | Candace | Malone | 25496 | 2020-10-21 |
| TIF | 9838 | 2449.5 | $ 375.00 | 2020-07-02 | 2018 | Candace | Malone | 25497 | 2020-10-21 |
| TIF | 9838 | 2449.5 | $ 375.00 | 2020-07-02 | 2018 | Candace | Malone | 25498 | 2020-10-21 |
| TIF | 9838 | 2449.5 | $ 375.00 | 2020-07-02 | 2018 | Candace | Malone | 25499 | 2020-10-21 |
| TIF | 9842 | 4749.61 | $ 115.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25529 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ (115.90) | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25533 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25549 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 29634 | 2021-04-02 |
| TIF | 9842 | 4749.61 | $ 115.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25525 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 115.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25535 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 84.26 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25536 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 28449 | 2021-01-07 |
| TIF | 9842 | 4749.61 | $ 222.24 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 27889 | 2020-12-02 |
| TIF | 9842 | 4749.61 | $ 115.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25527 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 122.32 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25555 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 29846 | 2021-05-03 |
| TIF | 9842 | 4749.61 | $ 175.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25541 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 27890 | 2020-12-02 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25547 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 222.24 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25551 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 222.24 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25545 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 222.24 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25538 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 155.80 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 27891 | 2020-12-02 |
| TIF | 9842 | 4749.61 | $ 295.23 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 28958 | 2021-02-03 |
| TIF | 9842 | 4749.61 | $ 175.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25543 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 122.32 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25552 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 115.90 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25539 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 222.24 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 25554 | 2020-10-05 |
| TIF | 9842 | 4749.61 | $ 155.80 | 2019-04-27 | 2020 | Yehonatan | Weinberg | 29312 | 2021-03-08 |
| TIF | 9952 | 866.96 | $ 124.26 | 2020-06-27 | 811 | HagopJ. | Bazerkanian | 26437 | 2020-10-05 |
| TIF | 9952 | 866.96 | $ 123.46 | 2020-06-27 | 811 | HagopJ. | Bazerkanian | 26442 | 2020-10-05 |
| TIF | 9952 | 866.96 | $ 168.94 | 2020-06-27 | 811 | HagopJ. | Bazerkanian | 26439 | 2020-10-05 |
| TIF | 9952 | 866.96 | $ 168.94 | 2020-06-27 | 811 | HagopJ. | Bazerkanian | 26433 | 2020-10-05 |
| TIF | 9952 | 866.96 | $ 157.10 | 2020-06-27 | 811 | HagopJ. | Bazerkanian | 26441 | 2020-10-05 |
| TIF | 9952 | 866.96 | $ 124.26 | 2020-06-27 | 811 | HagopJ. | Bazerkanian | 26435 | 2020-10-05 |
| TIF | 10182 | 11950 | $ 2,950.00 | 2020-03-04 | 1641 | Kumar Law Firm | | 27258 | 2020-10-29 |
| TIF | 10799 | 6235 | $ 2,210.00 | 2021-02-18 | 2120 | Edward | Molinary | 30213 | 2021-04-26 |
| TIF | 10799 | 6235 | $ 1,150.00 | 2021-02-18 | 2120 | Edward | Molinary | 31273 | 2021-05-19 |
| TIF | 10799 | 6235 | $ 1,150.00 | 2021-02-18 | 2120 | Edward | Molinary | 31661 | 2021-06-09 |
| TIF | 10799 | 6235 | $ 575.00 | 2021-02-18 | 2120 | Edward | Molinary | 31662 | 2021-06-09 |
| TIF | 10799 | 6235 | $ 1,150.00 | 2021-02-18 | 2120 | Edward | Molinary | 32241 | 2021-07-21 |