| | |
|---|---|
| GARMAN TURNER GORDON LLP | MICHAEL D. NAPOLI, ESQ. |
| GERALD M. GORDON | *Pro hac vice* |
| Nevada Bar No. 229 | AKERMAN LLP |
| E-mail: ggordon@gtg.legal | 2001 Ross Avenue, Suite 3600 |
| WILLIAM M. NOALL | Dallas, Texas 75201 |
| Nevada Bar No. 3549 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| E-mail: wnoall@gtg.legal | ARIEL E. STERN, ESQ. |
| GABRIELLE A. HAMM | Nevada Bar No. 8276 |
| Nevada Bar No. 11588 | AKERMAN LLP |
| E-mail: ghamm@gtg.legal | 1635 Village Center Circle, Suite 200 |
| 7251 Amigo St., Suite 210 | Las Vegas, Nevada 89134 |
| Las Vegas, Nevada 89119 | Tel: (702) 634-5000 / Fax: (702) 380-8572 |
| Tel: (725) 777-3000 / Fax: (725) 777-3112 | Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | **DECLARATION OF CHAD MEYER IN SUPPORT OF TECUMSEH'S MOTION TO ALLOW AMENDMENT OF DECLARATION [ECF NO. 59]** |
| | Date: OST REQUESTED |
| | Time: OST REQUESTED |

I, Chad Meyer, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Chad Meyer. I am over the age of twenty one years, of sound mind, and fully competent to testify in this cause. I have personal knowledge of the facts stated herein, all of which are true and correct.

2. I am a principal of party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"). I submit this declaration in support of Tecumseh's *Motion to Allow Amendment of Declaration [ECF No. 59]* (the "**Motion**"). In that capacity, I have personal knowledge of the matters set forth herein. If called upon to testify as to the matters herein, I could and would do so.

3. Earlier in this case, I executed a *Declaration in Support of Motion of Party in Interest Tecumseh-Infinity Medical Receivables Fund, LP to (1) Abandon Property and (2) Lift the Automatic Stay* [ECF No. 59] (the "**Declaration**"). I intended Exhibit A to the Declaration to be a printout of a spreadsheet, TIFDumpWithIncomeFinal.xlsx, provided by the Debtor. As I testified, that spreadsheet contained a list of 8,185 receivables with a total face value of $26,723,966.92. *See* Declaration, ¶ 9. I intended for Exhibit A to be a complete copy of the spreadsheet, TIFDumpWithIncomeFinal.xlsx, listing all 8,185 receivables.

4. I intended Exhibit B to the Declaration to be a printout of a second spreadsheet provided by the Debtor, ESDVerifiedHASOverlapDumpWithIncome.xlsx. As I testified, that spreadsheet contained a list of additional receivables claimed by Tecumseh consisting of 485 receivables with a total face amount $1,321,907.04. *See* Declaration, ¶ 10. I intended for Exhibit B to be a complete copy of the spreadsheet, ESDVerifiedHASOverlapDumpWithIncome.xlsx, listing all 485 receivables.

5. Attached hereto as Exhibit A and Exhibit B are the true and correct copies of the intended attachments to my Declaration.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated February 3, 2022

Chad Meyer

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000