GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>N/A<br>N/A |
|---|---|

**ATTORNEY INFORMATION SHEET IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO ALLOW AMENDMENT OF DECLARATION [ECF NO. 59]**

As required by Local Rule 9006, Gabrielle A. Hamm, Esq. of Garman Turner Gordon, LLP, counsel for party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), has contacted the parties listed below regarding the proposed order shortening time to hear the *Motion to Allow Amendment of Declaration [ECF No. 59]* (the "**Motion**").

The parties listed below agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Robert E. Atkinson, Esq.<br>*Chapter 7 Trustee* | 2/2/2022<br>(By email) | X | |
| Bart K. Larsen, Esq.<br>*Counsel for HASelect-Medical Receivables Litigation Finance Fund International SP* | 2/2/2022<br>(By email) | X | |

DATED this 4th day of February, 2022.

                         GARMAN TURNER GORDON LLP

                         By: */s/ Gabrielle A. Hamm*
                             GERALD M. GORDON, ESQ.
                             WILLIAM M. NOALL, ESQ.
                             GABRIELLE A. HAMM, ESQ.
                             7251 Amigo St., Suite 210
                             Las Vegas, Nevada 89119

                             *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

4890-5929-5500, v. 1