_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
February 08, 2022

| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>WILLIAM M. NOALL<br>Nevada Bar No. 3549<br>E-mail: wnoall@gtg.legal<br>GABRIELLE A. HAMM<br>Nevada Bar No. 11588<br>E-mail: ghamm@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br><br>Date:  February 22, 2022<br>Time: 10:00 A.M. |

## NOTICE OF HEARING AND ORDER SHORTENING TIME ON
## MOTION TO ALLOW AMENDMENT OF DECLARATION [ECF NO. 59]

On February 4, 2022, party in interest Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), by and through its counsel, Garman Turner Gordon LLP and Akerman LLP, filed the *Motion to Allow Amendment of Declaration [ECF No. 59]* ("**Motion**").[1]

---

[1] All capitalized terms used herein shall have the meaning set forth in the Motion unless otherwise stated.

In the Motion, Debtor requests the Court enter an order, substantially in the form attached thereto as Exhibit C, allowing Tecumseh to amend Exhibits A and B to the *Declaration in Support of Motion of Party in Interest Tecumseh-Infinity Medical Receivables Fund, LP to (1) Abandon Property and (2) Lift the Automatic Stay* of Chad Meyer [ECF No. 59].

The Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion to Allow Amendment of Declaration [ECF No. 59]* and good cause appearing therefore,

**IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard by a United States Bankruptcy Judge on the  22  day of **February, 2022**, at  10 : 00  a .**m.** Copies of the above-referenced Motion and any supporting declaration and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or may be obtained by emailing Gabrielle A. Hamm, Esq. at the email address listed above.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be done within  2  days of entry; that any oppositions to the Motion must be filed and served by  February 22, 2022 ; that any replies to any oppositions must be filed and served by  February 22, 2022 ; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS SO ORDERED.**

Prepared and submitted:

GARMAN TURNER GORDON LLP

By: */s/ Gabrielle A. Hamm*
    GERALD M. GORDON, ESQ.
    WILLIAM M. NOALL, ESQ.
    GABRIELLE A. HAMM, ESQ.
    7251 Amigo St., Suite 210
    Las Vegas, Nevada 89119

4893-9955-8156, v. 1