CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

DATED: February 16, 2022                **ATKINSON LAW ASSOCIATES LTD.**

By:  /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

-1-

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 16, 2022
_____

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone:  (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | **ORDER ON EX PARTE MOTION FOR ALLOWANCE OF PAYMENT OF $2,250.00 IN SUBPOENA PRODUCTION COSTS AS AN ALLOWED ADMINISTRATIVE EXPENSE** |

The Court reviewed and considered the Trustee's motion entitled EX PARTE MOTION FOR ALLOWANCE OF PAYMENT OF AN ADMINISTRATIVE EXPENSE TO INFINITY HEALTH SOLUTIONS LLC, IN THE AMOUNT OF $2,250.00 [DE #186] (the "***Motion***").

Good cause appearing,

///

///

///

-1-

-2-

**IT IS HEREBY ORDERED:**

1. The Motion is granted.
2. The Trustee is authorized to remit $2,250.00 from estate funds to Infinity Health Solutions LLC as compensation for subpoena production.
3. Such payment be deemed an allowed Section 503(b) administrative expense of the estate.

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

    /s/ Clarisse L. Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*