CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Chapter 7 Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF CONSUMMATION OF SALE OF ASSETS** |

PLEASE TAKE NOTICE that the sale of certain assets, as authorized by Court order [DE #184], has now been consummated. Buyer HASelect-Medical Receivables Litigation Finance Fund International SP has remitted the full purchase price to the bankruptcy estate.

DATED: February 22, 2022           **ATKINSON LAW ASSOCIATES LTD.**

                                            By:  /s/ Clarisse Crisostomo
                                                CLARISSE L. CRISOSTOMO, ESQ.
                                                Nevada Bar No. 15526
                                                *Attorney for Robert E. Atkinson, Trustee*