**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**TRUSTEE'S REPORT OF SALE** |

Trustee ROBERT E. ATKINSON hereby reports the sale of the following property:

1) Whatever interest the Bankruptcy Estate has in the Tecumseh Receivables (inclusive of the monies from the TIF Checks, and the monies from the TIF+HAS Checks), if any, and subject to the rights, title, and interests that Tecumseh-Infinity Medical Receivables Fund, LP ("***Tecumseh***") may have in this property, if any.

2) All claims and causes of action that could be brought by the Trustee or the Bankruptcy Estate against any third party relating in any way to the Tecumseh Receivables, pursuant to (i) chapter five of title 11 of the United States Code, or (ii) all applicable or relevant state or federal laws (collectively, the "***Claims***"). For avoidance of doubt, the Claims include, but are not limited to, all causes of action that could be brought by the Trustee pursuant to Sections 542, 543, 544, 545, 547, 548, 549, 550, 551, 552, and 553 of the United States Bankruptcy Code for any matter relating in any way to the Tecumseh Receivables.

3) All books and records related to the foregoing that the Bankruptcy Estate currently has in its possession, in whatever form and wherever located.

(collectively, the "***Assets***").[1]

---

[1] The term "***Tecumseh Receivables***" is as defined in Tecumseh – Infinity Medical Receivable Fund, LP's Objection to Joint Motion to Approve Abandonment of Collateral [ECF No. 82] and as identified in Exhibit A and, to the extent marked as assigned to Tecumseh, Exhibit B to the Meyer Declaration [ECF No. 59], as well as any records relating exclusively thereto or any proceeds thereof. The term "Tecumseh Receivables" shall also include any modification or substitution of that Exhibit A and Exhibit B allowed by the Court pursuant

The sale was made pursuant to an order of this Court [DE #184] ("Order").  The sale price was $100,000.00.

# # # # #

DATED: February 22, 2022          By:      /s/ Robert Atkinson
                                                    ROBERT E. ATKINSON
                                                    CHAPTER 7 BANKRUPTCY TRUSTEE

---

to Tecumseh's Motion to Allow Amendment of Declaration [DE #177]. The term "***TIF Checks***" shall include all funds received from checks from certain of the Tecumseh Receivables, and as deposited by the Trustee in a segregated estate account (ending x3146), currently in the amount of $115,842.90. The term "***TIF + HAS Checks***" shall include all funds received from checks from certain other receivables that include Tecumseh Receivables, and as deposited by the Trustee in a segregated estate account (ending x3154), currently in the amount of $23,900.00.

-2-