**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re:                                                                                   | Case No. 21-14486-ABL<br>Chapter 7 |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC,<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | **NOTICE OF ENTRY OF ORDER** |

    PLEASE TAKE NOTICE that an order (attached hereto) was entered in the above-captioned matter.

DATED: March 18, 2022

          /s/ Robert E. Atkinson
          ROBERT E. ATKINSON
          *Chapter 7 Bankruptcy Trustee*

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 18, 2022

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 21-14486-abl |
| --- | --- |
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | **ORDER ON EX PARTE APPLICATION TO EMPLOY ACCOUNTANT** |

The Court reviewed and considered the Trustee's Ex Parte Application to Employ Paul M. Healey & Sons CPAs Ltd. as Accountant for the Bankruptcy Estate (the "***Application***"), and the supporting declaration ("***Healey Declaration***").  Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted.

2. The Trustee is hereby authorized pursuant to 11 U.S.C. § 327(a) to employ Paul M. Healey & Sons CPAs Ltd. as accountant for the Bankruptcy Estate.  The standard hourly rates identified in the Healey Declaration are approved as reasonable in accordance with 11 U.S.C. § 328.

**IT IS SO ORDERED**.

# # # # #

-1-

Respectfully submitted by:

    /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE