# EXHIBIT D-1

# EXHIBIT D-1



| RECEIVABLES |
| PURCHASE ORDER |

| PO #: 1-A-6-10 |

# TECUMSEH – Infinity Medical Receivables Fund, LP

DATE:  19 June 2020

## To: Infinity Capital Management

Reference: Series #1 - Intake A

| Qty. - USD | Description |
|---|---|
| 245,388.08 | Medical receivables to be purchased |
|  |  |
| 49,077.62 | Acquisition/Service fees |
|  |  |
|  |  |
|  |  |
|  |  |
| 294,465.70 | **TOTAL** |

_____

Signature

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|--------|-------|---------|--------|----------|--------|-----------|--------------|-------------------------|------|------------|--------------|
| S-1/A | | 16221 | N / A | Preva Advanced Surgicare - The Woodlands LLC | 22470 | 6/9/2020 | W52329102 | $ 2,249.88 | $ 2,699.86 | $ 12,783.41 | |
| S-1/A | Pending | 15291 | Kumar Law Firm | Stat Diagnostics | 21942 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 9869 | Orlando A Marra | Family Dental Solutions | 18555 | 5/14/2020 | 7502 | $ 140.40 | $ 168.48 | $ 350.00 | |
| S-1/A | Pending | 15399 | George K. Farah | Stat Diagnostics | 22000 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | Pending | 11803 | Bobby Johnson | Parkaire Consultants Inc | 19731 | 5/29/2020 | 7540 | $ 300.00 | $ 360.00 | $ 750.00 | |
| S-1/A | Pending | 8964 | My Lowe | Atlanta Dermatology and Surgery | 18711 | 5/14/2020 | 7498 | $ 120.00 | $ 144.00 | $ 300.00 | |
| S-1/A | Pending | 12133 | Peter Ross | Peachtree Orthopaedic Clinic | 19965 | 5/29/2020 | 7525 | $ 72.45 | $ 86.94 | $ 161.00 | |
| S-1/A | Pending | 12133 | Peter Ross | Peachtree Orthopaedic Surgery Center | 20478 | 6/12/2020 | 7554 | $ 2,475.00 | $ 2,970.00 | $ 5,500.00 | |
| S-1/A | | 15425 | Mokaram Law Firm | Stat Diagnostics | 22013 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 12,100.00 | |
| S-1/A | | 15437 | Manuel Gonzales | Stat Diagnostics | 22021 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 15537 | Bryan Blackwell | XL2XS LLC | 22081 | 6/12/2020 | 7563 | $ 4,550.00 | $ 5,460.00 | $ 13,000.00 | |
| S-1/A | | 15959 | Richard Presutti | Preva Advanced Surgicare - The Woodlands LLC | 22509 | 6/9/2020 | W52329102 | $ 1,917.02 | $ 2,300.42 | $ 10,892.20 | |
| S-1/A | | 16365 | Bergquist Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22555 | 6/9/2020 | W52329102 | $ 2,249.88 | $ 2,699.86 | $ 12,783.41 | |
| S-1/A | Pending | 9357 | W. Wright Gammon Jr | (AHI) American Health Imaging | 18315 | 5/14/2020 | 7510 | $ 650.00 | $ 780.00 | $ 2,370.00 | |
| S-1/A | Pending | 9357 | W. Wright Gammon Jr | BENCHMARK PHYSICAL THERAPY | 18203 | 5/14/2020 | 7511 | $ 191.62 | $ 229.94 | $ 547.50 | |
| S-1/A | Pending | 9357 | W. Wright Gammon Jr | BENCHMARK PHYSICAL THERAPY | 18204 | 5/14/2020 | 7511 | $ 117.08 | $ 140.50 | $ 334.50 | |
| S-1/A | Pending | 9357 | W. Wright Gammon Jr | BENCHMARK PHYSICAL THERAPY | 18245 | 5/14/2020 | 7511 | $ 141.22 | $ 169.46 | $ 403.50 | |
| S-1/A | Pending | 9357 | W. Wright Gammon Jr | BENCHMARK PHYSICAL THERAPY | 18246 | 5/14/2020 | 7511 | $ 116.55 | $ 139.86 | $ 333.00 | |
| S-1/A | Pending | 6458 | Paul Kaufman | (AHI) American Health Imaging | 18161 | 5/14/2020 | 7510 | $ 1,950.00 | $ 2,340.00 | $ 7,110.00 | |
| S-1/A | Pending | 6458 | Paul Kaufman | Non-Surgical Orthopaedics PC | 18322 | 5/14/2020 | 7512 | $ 208.00 | $ 249.60 | $ 520.00 | |
| S-1/A | Pending | 9431 | Reginald A Greene | South Atlanta MUA Center | 18252 | 4/29/2020 | Wire51964644 | $ 4,104.00 | $ 4,924.80 | $ 13,680.00 | |
| S-1/A | Pending | 9431 | Reginald A Greene | South Atlanta MUA Center | 18253 | 4/29/2020 | Wire51964644 | $ 540.00 | $ 648.00 | $ 1,800.00 | |
| S-1/A | | 15447 | Kumar Law Firm | Stat Diagnostics | 22027 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,650.00 | |
| S-1/A | | 15453 | Hilda L. Sibrian | Stat Diagnostics | 22031 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | | 15477 | Hilda L. Sibrian | Stat Diagnostics | 22043 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 15643 | Reginald A Greene | (AHI) American Health Imaging | 22134 | 6/12/2020 | 7552 | $ 650.00 | $ 780.00 | $ 2,370.00 | |
| S-1/A | Pending | 14987 | Reginald A Greene | Orthopaedic South Surgical Center | 21783 | 6/11/2020 | Visa038693 | $ 565.65 | $ 678.78 | $ 1,257.00 | |
| S-1/A | | 15497 | Cassandra Evans-Jones | Stat Diagnostics | 22054 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 15501 | Javier Marcos | Stat Diagnostics | 22056 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 5,900.00 | |
| S-1/A | | 15529 | Jeremy D. Rosen | Stat Diagnostics | 22070 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| S-1/A | Tortfeasor | 8699 | Sean McEvoy | Safeway Psychological Services | 18925 | 5/29/2020 | 7533 | $ 328.00 | $ 393.60 | $ 820.00 | |
| S-1/A | Tortfeasor | 8699 | Sean McEvoy | Safeway Psychological Services | 20197 | 6/12/2020 | 7555 | $ 220.00 | $ 264.00 | $ 550.00 | |
| S-1/A | Pending | 9519 | Peter Ross | Pain Consultants of Atlanta | 18327 | 5/14/2020 | 7504 | $ 117.43 | $ 140.92 | $ 309.03 | |
| S-1/A | Pending | 5704 | Timothy Gardner | Pain Management Specialists of Atlanta PC | 18551 | 5/14/2020 | 7505 | $ 87.75 | $ 105.30 | $ 195.00 | |
| S-1/A | Pending | 8593 | Orlando A Marra | Family Dental Solutions | 22165 | 6/12/2020 | 7551 | $ 973.60 | $ 1,168.32 | $ 2,434.00 | |
| S-1/A | pending | 3611 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 18162 | 5/14/2020 | 7511 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | pending | 3611 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 18163 | 5/14/2020 | 7511 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | pending | 3611 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19458 | 5/29/2020 | 7521 | $ 176.92 | $ 212.30 | $ 505.50 | |
| S-1/A | pending | 3611 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19459 | 5/29/2020 | 7521 | $ 155.40 | $ 186.48 | $ 444.00 | |
| S-1/A | pending | 3611 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19460 | 5/29/2020 | 7521 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | pending | 3611 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19463 | 5/29/2020 | 7521 | $ 126.52 | $ 151.82 | $ 361.50 | |

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|--------|-------|---------|--------|----------|--------|-----------|--------------|-------------------------|------|------------|--------------|
| S-1/A | pending | 3611 | Jonathan Wade | DuraMed LLC | 19674 | 5/29/2020 | 7528 | $ 492.00 | $ 590.40 | $ 1,230.00 | |
| S-1/A | pending | 3611 | Jonathan Wade | Joint Active Systems | 19522 | 5/29/2020 | 7537 | $ 394.00 | $ 472.80 | $ 788.00 | |
| S-1/A | pending | 3611 | Jonathan Wade | Perimeter Orthopaedics PC | 19406 | 5/29/2020 | 7532 | $ 216.38 | $ 259.66 | $ 540.95 | |
| S-1/A | | 16065 | Corey S. Gomel | Preva Advanced Surgicare - The Woodlands LLC | 22511 | 6/9/2020 | W52329102 | $ 2,839.02 | $ 3,406.82 | $ 16,130.82 | |
| S-1/A | Pending | 11113 | William F. (Freddie) Heitmann III | Family Dental Solutions | 19296 | 5/29/2020 | 7529 | $ 140.00 | $ 168.00 | $ 350.00 | |
| S-1/A | | 15531 | Juan C. Garcia | Stat Diagnostics | 22071 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| S-1/A | | 11817 | Sean McEvoy | Parkaire Consultants Inc | 19737 | 5/29/2020 | 7540 | $ 300.00 | $ 360.00 | $ 750.00 | |
| S-1/A | Pending | 8418 | Kathryn Burmeister | Family Dental Solutions | 22441 | 6/12/2020 | 7551 | $ 480.00 | $ 576.00 | $ 1,200.00 | |
| S-1/A | Pending | 8418 | Kathryn Burmeister | Family Dental Solutions | 22442 | 6/12/2020 | 7551 | $ 280.82 | $ 336.96 | $ 702.00 | |
| S-1/A | Pending | 10999 | Ronald Chalker | Non-Surgical Orthopaedics PC | 19232 | 5/29/2020 | 7523 | $ 552.00 | $ 662.40 | $ 1,380.00 | |
| S-1/A | Pending | 10999 | Ronald Chalker | Non-Surgical Orthopaedics PC | 19233 | 5/29/2020 | 7523 | $ 284.00 | $ 340.80 | $ 710.00 | |
| S-1/A | | 15535 | Adame & Garza | Stat Diagnostics | 22073 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | | 15533 | Alexander Houthuijzen | Stat Diagnostics | 22072 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | pending | 2517 | Dorian Murry | Polaris Spine & Neurosurgery Center | 19676 | 5/29/2020 | 7542 | $ 154.00 | $ 184.80 | $ 385.00 | |
| S-1/A | Pending | 16219 | Maathew R. Birdwell | Preva Advanced Surgicare - The Woodlands LLC | 22469 | 6/9/2020 | W52329102 | $ 1,446.98 | $ 1,736.38 | $ 8,221.45 | |
| S-1/A | Pending | 6536 | Nicholas Lasso | XL2XS LLC | 22115 | 6/12/2020 | 7563 | $ 4,830.00 | $ 5,796.00 | $ 13,800.00 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 18201 | 5/14/2020 | 7511 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 18202 | 5/14/2020 | 7511 | $ 196.35 | $ 235.62 | $ 561.00 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 18247 | 5/14/2020 | 7511 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 18541 | 5/14/2020 | 7511 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 18542 | 5/14/2020 | 7511 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 19302 | 5/29/2020 | 7521 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 19303 | 5/29/2020 | 7521 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 19402 | 5/29/2020 | 7521 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | Pending | 9355 | K Douglas Cook | BENCHMARK PHYSICAL THERAPY | 22142 | 6/12/2020 | 7558 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | | 15541 | George K. Farah | Stat Diagnostics | 22075 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | | 15543 | Adame & Garza | Stat Diagnostics | 22076 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 3,100.00 | |
| S-1/A | Pending | 8701 | Matthew Broun | MD Pain Care PC | 18251 | 5/14/2020 | 7497 | $ 70.00 | $ 84.00 | $ 200.00 | |
| S-1/A | Pending | 8701 | Matthew Broun | MD Pain Care PC | 18705 | 5/29/2020 | 7539 | $ 70.00 | $ 84.00 | $ 200.00 | |
| S-1/A | Pending | 12275 | Caroline Owings | Peachtree Orthopaedic Clinic | 22122 | 6/15/2020 | 7567 | $ 787.50 | $ 945.00 | $ 1,750.00 | |
| S-1/A | Pending | 12275 | Caroline Owings | Peachtree Orthopaedic Surgery Center | 20062 | 6/12/2020 | 7554 | $ 900.00 | $ 1,080.00 | $ 2,000.00 | |
| S-1/A | Pending | 8970 | Jeffrey Solomon | Perimeter Orthopaedics PC | 18293 | 5/14/2020 | 7506 | $ 306.42 | $ 367.70 | $ 766.05 | |
| S-1/A | pending | 5640 | Caroline Owings | (AHI) American Health Imaging | 18316 | 5/14/2020 | 7510 | $ 945.20 | $ 1,134.24 | $ 2,363.00 | |
| S-1/A | pending | 5640 | Caroline Owings | (AHI) American Health Imaging | 18317 | 5/14/2020 | 7510 | $ 345.20 | $ 414.24 | $ 863.00 | |
| S-1/A | pending | 5640 | Caroline Owings | Peachtree Orthopaedic Clinic | 18544 | 5/14/2020 | 7515 | $ 216.00 | $ 259.20 | $ 480.00 | |
| S-1/A | pending | 5640 | Caroline Owings | Peachtree Orthopaedic Clinic | 18712 | 5/29/2020 | 7525 | $ 656.86 | $ 788.23 | $ 1,313.72 | |
| S-1/A | pending | 5640 | Caroline Owings | Peachtree Orthopaedic Clinic | 18713 | 5/29/2020 | 7525 | $ 216.00 | $ 259.20 | $ 480.00 | |
| S-1/A | Pending | 9875 | Charles E (Ted) Lake Jr. | (AHI) American Health Imaging | 18559 | 5/14/2020 | 7510 | $ 1,300.00 | $ 1,560.00 | $ 4,595.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 18295 | 5/14/2020 | 7515 | $ 142.20 | $ 170.64 | $ 316.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 18296 | 5/14/2020 | 7515 | $ 103.50 | $ 124.20 | $ 230.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 18325 | 5/14/2020 | 7515 | $ 142.20 | $ 170.64 | $ 316.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 18326 | 5/14/2020 | 7515 | $ 45.00 | $ 54.00 | $ 90.00 | |

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 18621 | 5/14/2020 | 7515 | $ 179.10 | $ 214.92 | $ 398.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 19312 | 5/29/2020 | 7525 | $ 1,900.00 | $ 2,280.00 | $ 3,800.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 19910 | 5/29/2020 | 7525 | $ 8,055.90 | $ 9,667.08 | $ 17,902.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 19911 | 5/29/2020 | 7525 | $ 3,580.40 | $ 4,296.48 | $ 17,902.00 | |
| S-1/A | Pending | 9347 | Natanya Brooks | Peachtree Orthopaedic Surgery Center | 19913 | 5/29/2020 | 7531 | $ 14,841.00 | $ 17,809.20 | $ 32,980.00 | |
| S-1/A | Pending | 8657 | Reginald A Greene | Non-Surgical Orthopaedics PC | 20010 | 5/29/2020 | 7523 | $ 2,220.00 | $ 2,664.00 | $ 5,550.00 | |
| S-1/A | | 15553 | Salazar & Velazquez P.C. | Stat Diagnostics | 22082 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 15555 | Sarah Y Nhi Huynh | Stat Diagnostics | 22083 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 16313 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22522 | 6/9/2020 | W52329102 | $ 1,239.03 | $ 1,486.84 | $ 7,039.96 | |
| S-1/A | | 16313 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22523 | 6/9/2020 | W52329102 | $ 177.55 | $ 213.06 | $ 1,008.81 | |
| S-1/A | | 16313 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22524 | 6/9/2020 | W52329102 | $ 2,321.95 | $ 2,786.34 | $ 13,192.90 | |
| S-1/A | | 16313 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22525 | 6/9/2020 | W52329102 | $ 123.20 | $ 147.84 | $ 700.00 | |
| S-1/A | Pending | 8962 | My Lowe | Atlanta Dermatology and Surgery | 18159 | 5/14/2020 | 7498 | $ 120.00 | $ 144.00 | $ 300.00 | |
| S-1/A | Pending | 5718 | Alyssa Martins | Carrollton Orthopaedic Clinic | 18306 | 5/14/2020 | 7499 | $ 50.00 | $ 60.00 | $ 125.00 | |
| S-1/A | Pending | 5718 | Alyssa Martins | Carrollton Orthopaedic Clinic | 18318 | 5/14/2020 | 7499 | $ 404.00 | $ 484.80 | $ 1,010.00 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19304 | 5/29/2020 | 7521 | $ 196.35 | $ 235.62 | $ 561.00 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19305 | 5/29/2020 | 7521 | $ 196.35 | $ 235.62 | $ 561.00 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19306 | 5/29/2020 | 7521 | $ 97.65 | $ 117.18 | $ 279.00 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19403 | 5/29/2020 | 7521 | $ 97.65 | $ 117.18 | $ 279.00 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19404 | 5/29/2020 | 7521 | $ 73.50 | $ 88.20 | $ 210.00 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19906 | 5/29/2020 | 7521 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 19907 | 5/29/2020 | 7521 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 20325 | 6/12/2020 | 7558 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 20327 | 6/12/2020 | 7558 | $ 126.52 | $ 151.82 | $ 361.50 | |
| S-1/A | Pending | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 22145 | 6/12/2020 | 7558 | $ 131.25 | $ 157.50 | $ 375.00 | |
| S-1/A | Pending | 15569 | Salazar & Velazquez P.C. | Stat Diagnostics | 22090 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 8655 | Tiffany Adams | Pain Consultants of Atlanta | 18323 | 5/14/2020 | 7504 | $ 116.68 | $ 140.02 | $ 307.04 | |
| S-1/A | Pending | 8655 | Tiffany Adams | Pain Consultants of Atlanta | 18533 | 5/14/2020 | 7504 | $ 397.10 | $ 476.52 | $ 1,045.00 | |
| S-1/A | Pending | 8655 | Tiffany Adams | Pain Consultants of Atlanta | 21886 | 6/12/2020 | 7561 | $ 116.66 | $ 139.99 | $ 307.00 | |
| S-1/A | Pending | 8428 | Charles E (Ted) Lake Jr. | Pain Consultants of Atlanta | 18309 | 5/14/2020 | 7504 | $ 78.66 | $ 94.39 | $ 207.00 | |
| S-1/A | Pending | 8905 | Timothy Revero | Anesthesiology Consultants | 20502 | 6/12/2020 | 7557 | $ 792.55 | $ 951.06 | $ 2,093.00 | |
| S-1/A | | 15577 | Hector L. Sandoval | Stat Diagnostics | 22094 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| S-1/A | | 10157 | Johnny Phillips | Non-Surgical Orthopaedics PC | 18758 | 5/14/2020 | 7512 | $ 284.00 | $ 340.80 | $ 710.00 | |
| S-1/A | | 10157 | Johnny Phillips | Non-Surgical Orthopaedics PC | 19908 | 5/29/2020 | 7523 | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | |
| S-1/A | | 10157 | Johnny Phillips | Non-Surgical Orthopaedics PC | 20076 | 6/12/2020 | 7560 | $ 208.00 | $ 249.60 | $ 520.00 | |
| S-1/A | | 10157 | Johnny Phillips | The Center for Spine Procedures | 19909 | 5/29/2020 | 7543 | $ 1,570.00 | $ 1,884.00 | $ 3,925.00 | |
| S-1/A | | 15603 | Kumar Law Firm | Stat Diagnostics | 22108 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| S-1/A | | 15617 | Cassandra Evans-Jones | Stat Diagnostics | 22116 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | | 16319 | W. Brett Cain | Preva Advanced Surgicare - The Woodlands LLC | 22528 | 6/9/2020 | W52329102 | $ 2,249.88 | $ 2,699.86 | $ 12,783.41 | |
| S-1/A | Pending | 8439 | William Winters | GA Pain Management Center LLC | 19924 | 5/29/2020 | 7536 | $ 6,525.00 | $ 7,830.00 | $ 14,500.00 | |
| S-1/A | Pending | 8439 | William Winters | Pain Management Specialists of Atlanta PC | 19925 | 5/29/2020 | 7524 | $ 1,485.00 | $ 1,782.00 | $ 3,300.00 | |
| S-1/A | | 15619 | Cassandra Evans-Jones | Stat Diagnostics | 22117 | 6/9/2020 | 7548 | $ 2,400.00 | $ 2,880.00 | $ 14,900.00 | |

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|--------|-------|---------|--------|----------|--------|-----------|--------------|------------------------|------|------------|--------------|
| S-1/A | Pending | 6506 | Reginald A Greene | Athens Orthopedic Clinic | 19230 | 5/29/2020 | 7534 | $ 122.40 | $ 146.88 | $ 306.00 | |
| S-1/A | Pending | 6506 | Reginald A Greene | Athens Orthopedic Clinic | 19231 | 5/29/2020 | 7534 | $ 19.60 | $ 23.52 | $ 49.00 | |
| S-1/A | Pending | 16447 | Bo Burke | Pain Care LLC | 22599 | | | $ 400.00 | $ 480.00 | $ 1,000.01 | |
| S-1/A | | 15625 | Mokaram Law Firm | Stat Diagnostics | 22123 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 16323 | Maathew R. Birdwell | Preva Advanced Surgicare - The Woodlands LLC | 22530 | 6/9/2020 | W52329102 | $ 2,249.88 | $ 2,699.86 | $ 12,783.41 | |
| S-1/A | Pending | 6411 | Matthew Broun | Non-Surgical Orthopaedics PC | 18165 | 5/14/2020 | 7512 | $ 440.00 | $ 528.00 | $ 1,100.00 | |
| S-1/A | Pending | 6411 | Matthew Broun | Non-Surgical Orthopaedics PC | 18320 | 5/14/2020 | 7512 | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | |
| S-1/A | Pending | 6411 | Matthew Broun | Non-Surgical Orthopaedics PC | 18321 | 5/14/2020 | 7512 | $ 208.00 | $ 249.60 | $ 520.00 | |
| S-1/A | Pending | 6411 | Matthew Broun | Non-Surgical Orthopaedics PC | 21889 | 6/12/2020 | 7560 | $ 208.00 | $ 249.60 | $ 520.00 | |
| S-1/A | Pending | 6411 | Matthew Broun | The Center for Spine Procedures | 18319 | 5/14/2020 | 7516 | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | |
| S-1/A | Pending | 8715 | Ali Salimi | Polaris Spine & Neurosurgery Center | 21890 | 6/12/2020 | 7562 | $ 154.00 | $ 184.80 | $ 385.00 | |
| S-1/A | Pending | 11793 | David Bence | South Atlanta MUA Center | 19724 | 5/22/2020 | Wire52192106 | $ 2,107.70 | $ 2,529.24 | $ 6,022.00 | |
| S-1/A | Pending | 11793 | David Bence | South Atlanta MUA Center | 19725 | 5/22/2020 | Wire52192106 | $ 5,412.00 | $ 6,494.40 | $ 18,320.00 | |
| S-1/A | | 16327 | Bergquist Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22532 | 6/9/2020 | W52329102 | $ 5,631.97 | $ 6,758.36 | $ 7,039.96 | |
| S-1/A | | 15627 | Marcell Owens | Stat Diagnostics | 22124 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 14839 | Charles E (Ted) Lake  Jr. | (AHI) American Health Imaging | 21749 | 6/12/2020 | 7552 | $ 650.00 | $ 780.00 | $ 2,370.00 | |
| S-1/A | Pending | 15645 | Charles E (Ted) Lake  Jr. | (AHI) American Health Imaging | 22135 | 6/12/2020 | 7552 | $ 650.00 | $ 780.00 | $ 2,225.00 | |
| S-1/A | Pending | 15645 | Charles E (Ted) Lake  Jr. | (AHI) American Health Imaging | 22136 | 6/12/2020 | 7552 | $ 650.00 | $ 780.00 | $ 2,370.00 | |
| S-1/A | | 15629 | Cassandra Evans-Jones | Stat Diagnostics | 22125 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 15631 | Kumar Law Firm | Stat Diagnostics | 22126 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | |
| S-1/A | | 15635 | David R. Sanders | Stat Diagnostics | 22128 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | | 15637 | Adame & Garza | Stat Diagnostics | 22131 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| S-1/A | | 15639 | Mokaram Law Firm | Stat Diagnostics | 22132 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 2,950.00 | |
| S-1/A | | 16333 | N / A | Preva Advanced Surgicare - The Woodlands LLC | 22535 | 6/9/2020 | W52329102 | $ 2,249.88 | $ 2,699.86 | $ 12,783.41 | |
| S-1/A | | 15641 | Adame & Garza | Stat Diagnostics | 22133 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 2,950.00 | |
| S-1/A | | 16363 | Bergquist Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22553 | 6/9/2020 | W52329102 | $ 2,424.93 | $ 2,909.92 | $ 13,778.00 | |
| S-1/A | | 16363 | Bergquist Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22554 | 6/9/2020 | W52329102 | $ 3,262.06 | $ 3,914.47 | $ 18,534.40 | |
| S-1/A | Pending | 11005 | Sean McEvoy | Daniel D. Eisenman  Ph.D.  LLC | 19237 | 5/29/2020 | 7527 | $ 240.00 | $ 288.00 | $ 600.00 | |
| S-1/A | | 15651 | Salazar & Velazquez P.C. | Stat Diagnostics | 22149 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | |
| S-1/A | | 15653 | Anthony G. Buzbee | Stat Diagnostics | 22150 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 9337 | Ronald Chalker | Atlas Orthopaedics;Duncan Wells MD | 19365 | 5/26/2020 | 7526 | $ 1,766.85 | $ 2,120.22 | $ 6,295.92 | |
| S-1/A | Pending | 7505 | Edward Kim | Peachtree Orthopaedic Clinic | 19525 | 5/29/2020 | 7525 | $ 160.20 | $ 192.24 | $ 356.00 | |
| S-1/A | Pending | 7505 | Edward Kim | Peachtree Orthopaedic Clinic | 19526 | 5/29/2020 | 7525 | $ 179.10 | $ 214.92 | $ 398.00 | |
| S-1/A | Pending | 7505 | Edward Kim | Peachtree Orthopaedic Clinic | 22129 | 6/15/2020 | 7567 | $ 2,266.65 | $ 2,719.98 | $ 5,037.00 | |
| S-1/A | Pending | 7505 | Edward Kim | Peachtree Orthopaedic Surgery Center | 22130 | 6/12/2020 | 7554 | $ 2,655.45 | $ 3,186.54 | $ 5,901.00 | |
| S-1/A | | 15655 | Adame & Garza | Stat Diagnostics | 22151 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 16335 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 22536 | 6/9/2020 | W52329102 | $ 1,917.02 | $ 2,300.42 | $ 10,892.20 | |
| S-1/A | Pending | 8865 | Michael Lonati | Parkaire Consultants Inc | 22169 | 6/12/2020 | 7553 | $ 240.00 | $ 288.00 | $ 600.00 | |
| S-1/A | Pending | 8865 | Michael Lonati | Parkaire Consultants Inc | 22176 | 6/12/2020 | 7553 | $ 240.00 | $ 288.00 | $ 600.00 | |
| S-1/A | Pending | 8865 | Michael Lonati | Parkaire Consultants Inc | 22177 | 6/12/2020 | 7553 | $ 240.00 | $ 288.00 | $ 600.00 | |
| S-1/A | Pending | 8865 | Michael Lonati | Parkaire Consultants Inc | 22178 | 6/12/2020 | 7553 | $ 240.00 | $ 288.00 | $ 600.00 | |
| S-1/A | Pending | 9415 | Katie Hingerty Barodin | Polaris Spine & Neurosurgery Center | 18242 | 5/14/2020 | 7501 | $ 246.40 | $ 295.68 | $ 616.00 | |

## TECUMSEH-Infinity MR Fund

### List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|--------|-------|---------|--------|----------|--------|-----------|--------------|------------|------|-----------|--------------|
| S-1/A | | 15659 | Hector Longoria | Stat Diagnostics | 22153 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 14161 | Reginald A Greene | (AHI) American Health Imaging | 21303 | 6/12/2020 | 7552 | $ 1,300.00 | $ 1,560.00 | $ 4,595.00 | |
| S-1/A | Pending | 8887 | Ronald Chalker | Safeway Psychological Services | 18158 | 5/14/2020 | 7508 | $ 436.00 | $ 523.20 | $ 1,090.00 | |
| S-1/A | Pending | 8887 | Ronald Chalker | Safeway Psychological Services | 18546 | 5/14/2020 | 7508 | $ 218.00 | $ 261.60 | $ 545.00 | |
| S-1/A | Pending | 11357 | Shannon Rolen | Pain Care LLC | 19452 | 5/29/2020 | 7530 | $ 400.00 | $ 480.00 | $ 1,000.01 | |
| S-1/A | Pending | 9339 | Orlando A Marra | (AHI) American Health Imaging | 18160 | 5/14/2020 | 7510 | $ 1,300.00 | $ 1,560.00 | $ 4,740.00 | |
| S-1/A | Pending | 9339 | Orlando A Marra | Pain Consultants of Atlanta | 18302 | 5/14/2020 | 7504 | $ 117.44 | $ 140.93 | $ 309.04 | |
| S-1/A | | 15661 | Mokaram Law Firm | Stat Diagnostics | 22154 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 8,850.00 | |
| S-1/A | | 16229 | David R. Feldman | Preva Advanced Surgicare - The Woodlands LLC | 22474 | 6/9/2020 | W52329102 | $ 1,917.02 | $ 2,300.42 | $ 10,892.20 | |
| S-1/A | Pending | 6335 | Craig Miller | ENT of Georgia LLC | 19405 | 5/29/2020 | 7535 | $ 117.31 | $ 140.77 | $ 293.28 | |
| S-1/A | Pending | 6335 | Craig Miller | ENT of Georgia LLC | 20058 | 6/12/2020 | 7559 | $ 2,302.68 | $ 2,763.22 | $ 5,756.70 | |
| S-1/A | Pending | 6335 | Craig Miller | Northside Hospital | 17581 | 3/26/2020 | 7426 | $ 10,519.71 | $ 12,623.65 | $ 26,299.28 | |
| S-1/A | Pending | 6335 | Craig Miller | Northside Hospital | 23316 | 3/26/2020 | | $ (1,623.71) | $ (1,948.45) | $ (4,059.28) | |
| S-1/A | Pending | 7835 | Teresa Ross | Peachtree Orthopaedic Clinic | 19523 | 5/29/2020 | 7525 | $ 148.50 | $ 178.20 | $ 330.00 | |
| S-1/A | | 15667 | Adame & Garza | Stat Diagnostics | 22157 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | |
| S-1/A | | 15671 | Salazar & Velazquez P.C. | Stat Diagnostics | 22159 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 15683 | Ben Black | Stat Diagnostics | 22166 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 19317 | 5/29/2020 | 7521 | $ 249.38 | $ 299.26 | $ 712.50 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 19318 | 5/29/2020 | 7521 | $ 154.88 | $ 185.86 | $ 442.50 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 19401 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 19914 | 5/29/2020 | 7521 | $ 147.00 | $ 176.40 | $ 420.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 19916 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 22140 | 6/12/2020 | 7558 | $ 147.00 | $ 176.40 | $ 420.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 22141 | 6/12/2020 | 7558 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | Pending | 4979 | Casey Geiger | Legacy Brain & Spine | 18291 | 5/14/2020 | 7503 | $ 220.00 | $ 264.00 | $ 550.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | Legacy Brain & Spine | 18938 | 5/29/2020 | 7538 | $ 220.00 | $ 264.00 | $ 550.00 | |
| S-1/A | Pending | 4979 | Casey Geiger | Legacy Brain & Spine | 19071 | 5/29/2020 | 7538 | $ 310.00 | $ 372.00 | $ 775.00 | |
| S-1/A | Pending | 6478 | Russell Boston | Legacy Brain & Spine | 18294 | 5/29/2020 | 7538 | $ 103.60 | $ 124.32 | $ 259.00 | |
| S-1/A | | 15685 | Kumar Law Firm | Stat Diagnostics | 22167 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,289.35 | |
| S-1/A | | 15687 | Mokaram Law Firm | Stat Diagnostics | 22168 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | Pending | 9885 | Charles E (Ted) Lake Jr. | (AHI) American Health Imaging | 18564 | 5/14/2020 | 7510 | $ 650.00 | $ 780.00 | $ 2,225.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 18243 | 5/14/2020 | 7511 | $ 150.15 | $ 180.18 | $ 429.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 18244 | 5/14/2020 | 7511 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 18540 | 5/14/2020 | 7511 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19331 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19332 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19333 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19399 | 5/29/2020 | 7521 | $ 150.15 | $ 180.18 | $ 429.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19400 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19919 | 5/29/2020 | 7521 | $ 126.00 | $ 151.20 | $ 360.00 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 19922 | 5/29/2020 | 7521 | $ 150.68 | $ 180.82 | $ 430.50 | |
| S-1/A | Pending | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 21901 | 6/12/2020 | 7558 | $ 126.52 | $ 151.82 | $ 361.50 | |

## TECUMSEH-Infinity MR Fund

### List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| S-1/A | Pending | 5237 | Jonathan Wade | Legacy Brain & Spine | 19072 | 5/29/2020 | 7538 | $ 103.60 | $ 124.32 | $ 259.00 | |
| S-1/A | Pending | 9491 | Bryce Durham | Tobin Bone and Joint Surgery | 18292 | 5/14/2020 | 7509 | $ 152.50 | $ 183.00 | $ 305.00 | |
| S-1/A | Pending | 9491 | Bryce Durham | Tobin Bone and Joint Surgery | 18566 | 5/14/2020 | 7509 | $ 156.00 | $ 187.20 | $ 312.00 | |
| S-1/A | Pending | 15689 | Adam J. Rosenfeld | Stat Diagnostics | 22170 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | |
| S-1/A | Pending | 9353 | My Lowe | Bethea CPS P.C. | 18200 | 5/14/2020 | 7496 | $ 540.00 | $ 648.00 | $ 1,350.00 | |
| S-1/A | Pending | 6269 | Michael Moran | Resurgens Orthopaedics | 18164 | 5/14/2020 | 7507 | $ 73.85 | $ 88.62 | $ 164.12 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 19926 | 5/29/2020 | 7521 | $ 148.05 | $ 177.66 | $ 423.00 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 19927 | 5/29/2020 | 7521 | $ 131.78 | $ 158.14 | $ 376.50 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 20390 | 6/12/2020 | 7558 | $ 170.45 | $ 204.54 | $ 487.00 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 20392 | 6/12/2020 | 7558 | $ 145.78 | $ 174.94 | $ 416.50 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 22146 | 6/12/2020 | 7558 | $ 169.92 | $ 203.90 | $ 485.50 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 22147 | 6/12/2020 | 7558 | $ 141.05 | $ 169.26 | $ 403.00 | |
| S-1/A | | 10097 | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 22148 | 6/12/2020 | 7558 | $ 127.05 | $ 152.46 | $ 363.00 | |
| S-1/A | | 10097 | J. Franklin Burns | Georgia Spine & Orthopedics | 18748 | 5/14/2020 | 7500 | $ 589.60 | $ 707.52 | $ 1,474.00 | |
| S-1/A | | 16355 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22546 | 6/9/2020 | W52329102 | $ 1,904.58 | $ 2,285.50 | $ 10,821.52 | |
| S-1/A | | 16355 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22547 | 6/9/2020 | W52329102 | $ 137.63 | $ 165.16 | $ 782.00 | |
| S-1/A | | 16355 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22548 | 6/9/2020 | W52329102 | $ 123.20 | $ 147.84 | $ 700.00 | |
| S-1/A | | 16355 | The NMW Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22549 | 6/9/2020 | W52329102 | $ 1,238.30 | $ 1,485.96 | $ 7,035.76 | |
| S-1/A | | 15691 | Mokaram Law Firm | Stat Diagnostics | 22171 | 6/9/2020 | 7548 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| S-1/A | | 15693 | Mokaram Law Firm | Stat Diagnostics | 22172 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | |
| S-1/A | Pending | 10455 | Jennifer Dunlap | South Atlanta MUA Center | 18920 | 5/15/2020 | Wire52118073 | $ 6,504.00 | $ 7,804.80 | $ 21,680.00 | |
| S-1/A | Pending | 8697 | Peter Ross | Polaris Center For Outpatients | 19229 | 5/29/2020 | 7541 | $ 1,225.52 | $ 1,470.62 | $ 3,501.50 | |
| S-1/A | Pending | 8697 | Peter Ross | Polaris Spine & Neurosurgery Center | 18324 | 5/14/2020 | 7501 | $ 170.00 | $ 204.00 | $ 425.00 | |
| S-1/A | Pending | 8697 | Peter Ross | Polaris Spine & Neurosurgery Center | 18934 | 5/29/2020 | 7542 | $ 630.00 | $ 756.00 | $ 1,575.00 | |
| S-1/A | Pending | 8697 | Peter Ross | Polaris Spine & Neurosurgery Center | 19321 | 5/29/2020 | 7542 | $ 154.00 | $ 184.80 | $ 385.00 | |
| S-1/A | Pending | 8697 | Peter Ross | Polaris Spine & Neurosurgery Center | 19839 | 5/29/2020 | 7542 | $ 154.00 | $ 184.80 | $ 385.00 | |
| S-1/A | Pending | 5668 | Alyssa Martins | Carrollton Orthopaedic Clinic | 18313 | 5/14/2020 | 7499 | $ 50.00 | $ 60.00 | $ 125.00 | |
| S-1/A | Pending | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 20479 | 6/12/2020 | 7558 | $ 171.68 | $ 206.02 | $ 490.50 | |
| S-1/A | Pending | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 20480 | 6/12/2020 | 7558 | $ 101.85 | $ 122.22 | $ 291.00 | |
| S-1/A | Pending | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 22137 | 6/12/2020 | 7558 | $ 101.85 | $ 122.22 | $ 291.00 | |
| S-1/A | Pending | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 22138 | 6/12/2020 | 7558 | $ 101.85 | $ 122.22 | $ 291.00 | |
| S-1/A | Pending | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 22139 | 6/12/2020 | 7558 | $ 101.85 | $ 122.22 | $ 291.00 | |
| S-1/A | | 16357 | Thomas F. Bickham Jr. | Preva Advanced Surgicare - The Woodlands LLC | 22550 | 6/9/2020 | W52329102 | $ 2,249.88 | $ 2,699.86 | $ 12,783.41 | |
| S-1/A | Pending | 8703 | Paul Mazur | North Atlanta Surgical Associates | 18199 | 5/14/2020 | 7513 | $ 123.06 | $ 147.67 | $ 293.00 | |
| S-1/A | Pending | 8703 | Paul Mazur | North Atlanta Surgical Associates | 19928 | 5/29/2020 | 7520 | $ 123.06 | $ 147.67 | $ 293.00 | |
| S-1/A | | 9172 | Matthew Aaron | Stat Diagnostics | 22173 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 2,950.00 | |
| S-1/A | | 9172 | Matthew Aaron | Stat Diagnostics | 22174 | 6/9/2020 | 7548 | $ 1,800.00 | $ 2,160.00 | $ 10,400.00 | |
| S-1/A | | 15695 | Thomas N. Thurlow | Stat Diagnostics | 22175 | 6/9/2020 | 7548 | $ 600.00 | $ 720.00 | $ 5,200.00 | |
| S-1/A | Pending | 9359 | Jonathan Wade | (AHI) American Health Imaging | 18205 | 5/14/2020 | 7510 | $ 1,300.00 | $ 1,560.00 | $ 4,595.00 | |
| S-1/A | Pending | 5067 | Natanya Brooks | Non-Surgical Orthopaedics PC | 20071 | 6/12/2020 | 7560 | $ 208.00 | $ 249.60 | $ 520.00 | |
| S-1/A | Pending | 5067 | Natanya Brooks | Non-Surgical Orthopaedics PC | 21887 | 6/12/2020 | 7560 | $ 620.00 | $ 744.00 | $ 1,550.00 | |
| S-1/A | Pending | 6442 | Benjamin Bengtson | Pain Management Specialists of Atlanta PC | 21879 | 6/12/2020 | 7550 | $ 117.00 | $ 140.40 | $ 260.00 | |

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake A

| Intake | Claim | ClaimId | Lawyer | Provider | BillId | Date Paid | Check # Paid | Receivables Purch Price | Cost | GFB Amount | Funding Type |
|--------|-------|---------|--------|----------|--------|-----------|--------------|------------|------|------------|--------------|
| S-1/A | Pending | 6442 | Benjamin Bengtson | Pain Management Specialists of Atlanta PC | 21888 | 6/12/2020 | 7550 | $ 87.75 | $ 105.30 | $ 195.00 | |
| S-1/A | Pending | 7781 | Keith Foster | Peachtree Orthopaedic Clinic | 20055 | 6/15/2020 | 7567 | $ 3,733.20 | $ 4,479.84 | $ 8,296.00 | |
| S-1/A | Pending | 7781 | Keith Foster | Peachtree Orthopaedic Clinic | 22119 | 6/15/2020 | 7567 | $ 2,056.50 | $ 2,467.80 | $ 4,570.00 | |
| S-1/A | Pending | 7781 | Keith Foster | Peachtree Orthopaedic Clinic | 22121 | 6/15/2020 | 7567 | $ 1,480.05 | $ 1,776.06 | $ 3,289.00 | |
| S-1/A | Pending | 7781 | Keith Foster | Peachtree Orthopaedic Surgery Center | 22120 | 6/12/2020 | 7554 | $ 4,095.00 | $ 4,914.00 | $ 9,100.00 | |
| S-1/A | Pending | 7781 | Keith Foster | Peachtree Orthopaedic Surgery Center | 22941 | 6/15/2020 | 7566 | $ 2,490.75 | $ 2,988.90 | $ 5,535.00 | |
| S-1/A | Pending | 12291 | John Webb | Pain Management Specialists of Atlanta PC | 20079 | 6/12/2020 | 7550 | $ 157.50 | $ 189.00 | $ 350.00 | |
| | | | | | | | | $ 245,388.08 | $ 294,465.70 | $ 982,518.86 | |

**\*\*\*\*** This List of Receivables supporting Series 1-Intake A in the amount of US$982,518.86 is in good order as Forget-the-Market has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 333.66% of the purchased total of $294,465.70.

William B Dalzell
Director, Forget-the-Market Limited
Sub-Advisor for Tecumseh-Infinity MR Fund

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake B

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivable Purchase Price | Cost | GFB Amount | Funding Type | |
|---|---|---|---|---|---|---|---|---|---|---|
| S-1/B | | Marcus Spagnoletti | Stat Diagnostics | 23842 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI | |
| S-1/B | | Mokaram Law Firm | Stat Diagnostics | 21939 | 6/9/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | |
| S-1/B | | Adame & Garza | Stat Diagnostics | 23843 | 11/11/2020 | $ 2,400.00 | $ 2,880.00 | $ 14,900.00 | MRI | |
| S-1/B | | Julia Barbani | South Atlanta MUA Center | 23856 | 7/1/2020 | $ 5,520.50 | $ 6,624.60 | $ 22,082.00 | Injection | |
| S-1/B | | Bobby Johnson | Parkaire Consultants Inc | 23605 | | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy | |
| S-1/B | | Bobby Johnson | Parkaire Consultants Inc | 23606 | | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy | |
| S-1/B | | Bobby Johnson | Parkaire Consultants Inc | 23607 | | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy | |
| S-1/B | | Bobby Johnson | Parkaire Consultants Inc | 23608 | | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy | |
| S-1/B | | Bobby Johnson | Parkaire Consultants Inc | 23609 | | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy | |
| S-1/B | | W. Clark Martin IV | Stat Diagnostics | 23855 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | |
| S-1/B | | Christopher J. Leavitt | Stat Diagnostics | 23857 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 15,275.00 | MRI | |
| S-1/B | | Christopher J. Leavitt | Stat Diagnostics | 23858 | 11/11/2020 | | $ - | $ 289.35 | XRAY | Got this for free so no cost for purchase price |
| S-1/B | | Bo Burke | Carrollton Orthopaedic Clinic | 23041 | 6/29/2020 | $ 125.76 | $ 150.91 | $ 314.00 | Consultation | |
| S-1/B | | Reginald A Greene | Athens Orthopedic Clinic | 23044 | 6/29/2020 | $ 720.09 | $ 864.11 | $ 3,664.00 | Injection | |
| S-1/B | | Jimmy M. Ardoin | Stat Diagnostics | 23859 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23048 | 6/29/2020 | $ 1,093.05 | $ 1,311.66 | $ 2,429.00 | Surgery | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23298 | 6/29/2020 | $ 432.55 | $ 519.06 | $ 917.00 | XRAY | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23299 | 6/29/2020 | $ 180.45 | $ 216.54 | $ 401.00 | XRAY | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23300 | 6/29/2020 | $ 210.00 | $ 252.00 | $ 420.00 | Rx | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23916 | | $ 220.50 | $ 264.60 | $ 490.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23917 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23918 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23919 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23920 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23921 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23922 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23923 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23924 | | $ 112.50 | $ 135.00 | $ 250.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23925 | | $ 151.20 | $ 181.44 | $ 336.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23926 | | $ 151.20 | $ 181.44 | $ 336.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23927 | | $ 144.90 | $ 173.88 | $ 322.00 | PT | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23928 | | $ 40.00 | $ 48.00 | $ 80.00 | Supplies | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23929 | | $ 1,183.95 | $ 1,420.74 | $ 2,631.00 | EMG | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23930 | | $ 360.50 | $ 432.60 | $ 794.00 | Injection | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23931 | | $ 179.10 | $ 214.92 | $ 398.00 | Consultation | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23932 | | $ 180.45 | $ 216.54 | $ 401.00 | XRAY | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23933 | | $ 1,132.65 | $ 1,359.18 | $ 2,517.00 | MRI | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23934 | | $ 681.05 | $ 817.26 | $ 1,493.00 | Consultation | |
| S-1/B | | Peter Ross | Peachtree Orthopaedic Clinic | 23938 | | $ 108.00 | $ 129.60 | $ 240.00 | Prep | |
| S-1/B | | W. Wright Gammon Jr | The Physicians Spine & Rehabilit | 23128 | 6/29/2020 | $ 505.20 | $ 606.24 | $ 1,263.00 | Consultation | |
| S-1/B | | W. Wright Gammon Jr | The Physicians Spine & Rehabilit | 23129 | 6/29/2020 | $ 356.00 | $ 427.20 | $ 890.00 | PT | |
| S-1/B | | W. Wright Gammon Jr | The Physicians Spine & Rehabilit | 23144 | 6/29/2020 | $ 421.20 | $ 505.44 | $ 1,053.00 | Drug Test | |
| S-1/B | | Christopher J. Leavitt | Stat Diagnostics | 23862 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI | |
| S-1/B | | Kumar Law Firm | Stat Diagnostics | 23863 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI | |