# EXHIBIT D-2

# EXHIBIT D-2



| | RECEIVABLES PURCHASE ORDER |
|---|---|
| | PO #: 1-B-7-11 |

# TECUMSEH – Infinity Medical Receivables Fund, LP

DATE: 13 July 2020

**To: Infinity Capital Management**

Reference: Series #1 - Intake B

| Qty. - USD | Description |
|---|---|
| 75,006.95 | Medical receivables to be purchased |
| | |
| 15,001.39 | Acquisition/Service fees |
| | |
| | |
| | |
| | |
| 90,008.34 | TOTAL |

*Michael Belotz*
Signature

# TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake B

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivable Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/B | | K Douglas Cook | Pain Management Specialists of | 23042 | 6/29/2020 | $ 180.00 | $ 216.00 | $ 400.00 | Consultation |
| S-1/B | | Javier Marcos | Stat Diagnostics | 23864 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/B | | Peter A. Ruman | Stat Diagnostics | 23865 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/B | | Peter A. Ruman | Stat Diagnostics | 23913 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/B | | Sean McEvoy | Safeway Psychological Services | 23053 | 6/29/2020 | $ 220.00 | $ 264.00 | $ 550.00 | Psychotherapy |
| S-1/B | | Sean McEvoy | Safeway Psychological Services | 23419 | 6/29/2020 | $ 220.00 | $ 264.00 | $ 550.00 | Psychotherapy |
| S-1/B | | Fariba Bayani | (AHI) American Health Imaging | 23135 | 6/29/2020 | $ 650.00 | $ 780.00 | $ 2,370.00 | MRI |
| S-1/B | | Fariba Bayani | (AHI) American Health Imaging | 23291 | 6/29/2020 | $ 650.00 | $ 780.00 | $ 2,225.00 | MRI |
| S-1/B | | Samuel Johnson | Perimeter Orthopaedics PC | 23055 | 6/29/2020 | $ 562.38 | $ 674.86 | $ 1,405.95 | Consultation |
| S-1/B | | Timothy Gardner | Pain Management Specialists of | 23052 | 6/29/2020 | $ 87.77 | $ 105.32 | $ 195.05 | Consultation |
| S-1/B | | Sean McEvoy | Parkaire Consultants Inc | 23214 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy |
| S-1/B | | Sean McEvoy | Parkaire Consultants Inc | 23215 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy |
| S-1/B | | Sean McEvoy | Parkaire Consultants Inc | 23216 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy |
| S-1/B | | Sean McEvoy | Parkaire Consultants Inc | 23217 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | Psychotherapy |
| S-1/B | | Nicholas Lasso | Spring Valley Hospital | 23032 | 6/29/2020 | $ 41,251.70 | $ 49,502.04 | $ 142,293.00 | Surgery |
| | | | | | | $ 75,006.95 | $ 90,008.34 | $ 296,078.35 | |

**\*\*\*\*** This List of Receivables supporting Series 1-Intake B in the amount of US$296,078.35 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 394.73% of the purchased total of $75,006.95.