# EXHIBIT D-3

# EXHIBIT D-3



**RECEIVABLES PURCHASE ORDER**

**PO #: 1-C-8-12**

# TECUMSEH – Infinity Medical Receivables Fund, LP

DATE: 11 August 2020

**To: Infinity Capital Management**

Reference: Series #1 - Intake C

| Qty. - USD | Description |
|---|---|
| 148,380.16 | Medical receivables to be purchased |
|  |  |
| 29,676.03 | Acquisition/Service fees |
|  |  |
|  |  |
|  |  |
|  |  |
| 178,056.19 | TOTAL - To be paid in multiple tranches |

_Michael Belotz_
Signature

# TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake C

| Intake | Lawyer | Provider | BillId | Date Paid | Receivable Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|
| S-1/C | Sean McEvoy | Parkaire Consultants Inc | 23218 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| S-1/C | Sean McEvoy | Parkaire Consultants Inc | 23219 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| S-1/C | Reginald A Greene | Pain Management Specialists of Atlanta PC | 23476 | 6/29/2020 | $ 157.50 | $ 189.00 | $ 350.00 | PM |
| S-1/C | Cassandra Evans-Jones | Stat Diagnostics | 23866 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Sam K. Mukerji | Stat Diagnostics | 23867 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Sam K. Mukerji | Stat Diagnostics | 23914 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |
| S-1/C | Gloria Flores | Stat Diagnostics | 23868 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Manuel Gonzales | Stat Diagnostics | 23869 | 11/11/2020 | | $ - | $ 1,322.95 | MRI |
| S-1/C | Manuel Gonzales | Stat Diagnostics | 23870 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Frances N. Nwora | Stat Diagnostics | 23871 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Reginald A Greene | Polaris Spine & Neurosurgery Center | 23890 | | $ 354.00 | $ 424.80 | $ 885.00 | PI |
| S-1/C | John Jackson | Carrollton Orthopaedic Clinic | 23049 | 6/29/2020 | $ 790.80 | $ 948.96 | $ 1,977.00 | PI |
| S-1/C | Joe Ray Rodriguez | Stat Diagnostics | 23872 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,275.00 | MRI |
| S-1/C | Kumar Law Firm | Stat Diagnostics | 23873 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Joe Ray Rodriguez | Stat Diagnostics | 23874 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Caroline Owings | (AHI) American Health Imaging | 23589 | | $ 968.00 | $ 1,161.60 | $ 2,420.00 | MRI |
| S-1/C | Jonathan Broderick | Pain Management Specialists of Atlanta PC | 23164 | 6/29/2020 | $ 87.77 | $ 105.32 | $ 195.05 | PM |
| S-1/C | Natanya Brooks | Peachtree Orthopaedic Clinic | 23290 | 6/29/2020 | $ 106.20 | $ 127.44 | $ 236.00 | PI |
| S-1/C | Natanya Brooks | Peachtree Orthopaedic Clinic | 23604 | | $ 181.80 | $ 218.16 | $ 404.00 | PI |
| S-1/C | Miguel A. Adame | Stat Diagnostics | 23875 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Miguel A. Adame | Stat Diagnostics | 23876 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Christopher J. Leavitt | Stat Diagnostics | 23877 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Booker Law Firm | Stat Diagnostics | 23878 | 11/11/2020 | $ 2,400.00 | $ 2,880.00 | $ 15,050.00 | MRI |
| S-1/C | Ian Perez | South Atlanta MUA Center | 23860 | 7/1/2020 | $ 2,380.50 | $ 2,856.60 | $ 9,522.00 | PI |
| S-1/C | Ian Perez | South Atlanta MUA Center | 23861 | 7/1/2020 | $ 2,485.00 | $ 2,982.00 | $ 9,940.00 | PI |
| S-1/C | Schechter McElwee Shaffer & Harris LLP | Stat Diagnostics | 23879 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Natanya Brooks | Safeway Psychological Services | 23301 | 6/29/2020 | $ 844.00 | $ 1,012.80 | $ 2,110.00 | PI |
| S-1/C | Christopher J. Leavitt | Stat Diagnostics | 23880 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,611.55 | MRI |
| S-1/C | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 23102 | 6/29/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/C | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 23103 | 6/29/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/C | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 23242 | 6/29/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/C | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 23848 | | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/C | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 23849 | | $ 245.18 | $ 294.22 | $ 700.50 | PI |
| S-1/C | Kumar Law Firm | Stat Diagnostics | 23881 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |
| S-1/C | Jonathan Wade | (AHI) American Health Imaging | 23211 | 6/29/2020 | $ 1,300.00 | $ 1,560.00 | $ 4,595.00 | MRI |

# TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake C

| Intake aim | Lawyer | Provider | BillId | Date Paid | Receivable Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|
| S-1/C | Salazar & Velazquez P.C. | Stat Diagnostics | 23882 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Jenaya Lawrence | Family Dental Solutions | 23212 | 6/29/2020 | $ 200.00 | $ 240.00 | $ 500.00 | PI |
| S-1/C | William Winters | Pain Management Specialists of Atlanta PC | 23166 | 6/29/2020 | $ 87.75 | $ 105.30 | $ 195.00 | PM |
| S-1/C | Peter Ross | Pain Management Specialists of Atlanta PC | 23054 | 6/29/2020 | $ 87.75 | $ 105.30 | $ 195.00 | PM |
| S-1/C | W. Clark Martin IV | Stat Diagnostics | 23883 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/C | Christopher J. Leavitt | Stat Diagnostics | 23884 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Ali Salimi | Parkaire Consultants Inc | 23040 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| S-1/C | Ali Salimi | Parkaire Consultants Inc | 23101 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| S-1/C | Jay Halloway | South Atlanta MUA Center | 23892 | 7/1/2020 | $ 6,255.50 | $ 7,506.60 | $ 25,022.00 | PI |
| S-1/C | Christopher J. Leavitt | Stat Diagnostics | 23885 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 5,900.00 | MRI |
| S-1/C | Ali Salimi | Polaris Spine & Neurosurgery Center | 23114 | 6/29/2020 | $ 531.60 | $ 637.92 | $ 1,329.00 | PI |
| S-1/C | Jonathan Broderick | Northside Hospital | 23038 | 6/29/2020 | $ 41,425.07 | $ 49,710.08 | $ 103,562.68 | PI |
| S-1/C | W. Clark Martin IV | Stat Diagnostics | 23886 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Rob O. Cantu | Stat Diagnostics | 23887 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Hilda L. Sibrian | Stat Diagnostics | 23888 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,150.00 | MRI |
| S-1/C | Hilda L. Sibrian | Stat Diagnostics | 23889 | 11/11/2020 | $ 2,400.00 | $ 2,880.00 | $ 16,600.00 | MRI |
| S-1/C | Sean McEvoy | Daniel D. Eisenman Ph.D. LLC | 23390 | 6/29/2020 | $ 3,120.00 | $ 3,744.00 | $ 7,800.00 | PI |
| S-1/C | Javier Marcos | Stat Diagnostics | 23912 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Christopher J. Leavitt | Stat Diagnostics | 23893 | 11/11/2020 | $ 2,400.00 | $ 2,880.00 | $ 20,950.00 | MRI |
| S-1/C | Smith & Hassler | Stat Diagnostics | 23894 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 10,400.00 | MRI |
| S-1/C | Ronald Chalker | Atlas Orthopaedics;Duncan Wells MD | 23115 | 6/29/2020 | $ 121.70 | $ 146.04 | $ 304.24 | PI |
| S-1/C | Reginald A Greene | (AHI) American Health Imaging | 23145 | 6/29/2020 | $ 381.60 | $ 457.92 | $ 954.00 | MRI |
| S-1/C | Reginald A Greene | Perimeter Orthopaedics PC | 23039 | 6/29/2020 | $ 419.74 | $ 503.69 | $ 1,049.35 | PI |
| S-1/C | Reginald A Greene | Perimeter Orthopaedics PC | 23146 | 6/29/2020 | $ 1,082.24 | $ 1,298.69 | $ 2,705.60 | PI |
| S-1/C | Sam K. Mukerji | Stat Diagnostics | 23895 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | John Morrison | Kevin Hicks DO | 23043 | 6/2/2020 | $ 240.00 | $ 288.00 | $ 240.00 | PI |
| S-1/C | Kherkher Garcia LLP | Stat Diagnostics | 23896 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Adame & Garza | Stat Diagnostics | 23897 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 5,900.00 | MRI |
| S-1/C | Adame & Garza | Stat Diagnostics | 23898 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Schechter McElwee Shaffer & Harris LLP | Stat Diagnostics | 23899 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 23241 | 6/29/2020 | $ 126.00 | $ 151.20 | $ 360.00 | PI |
| S-1/C | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 23935 | | $ 147.00 | $ 176.40 | $ 420.00 | PI |
| S-1/C | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 23936 | | $ 126.00 | $ 151.20 | $ 360.00 | PI |
| S-1/C | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 23937 | | $ 154.88 | $ 185.86 | $ 442.50 | PI |
| S-1/C | Casey Geiger | Legacy Brain & Spine | 23104 | 6/29/2020 | $ 220.00 | $ 264.00 | $ 550.00 | PI |
| S-1/C | Lozano Law Offices P.C. | Stat Diagnostics | 23900 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |

## TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake C

| Intake aim | Lawyer | Provider | BillId | Date Paid | Receivable Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|
| S-1/C | Angel Figueredo | Atlas Orthopaedics;Duncan Wells MD | 23045 | 6/29/2020 | $ 176.50 | $ 211.80 | $ 441.24 | PI |
| S-1/C | Hilda L. Sibrian | Stat Diagnostics | 23901 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,150.00 | MRI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23105 | 6/29/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23106 | 6/29/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23107 | 6/29/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23108 | 6/29/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23239 | 6/29/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23240 | 6/29/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/C | Jonathan Wade | Legacy Brain & Spine | 23109 | 6/29/2020 | $ 2,608.44 | $ 3,130.13 | $ 6,521.10 | PI |
| S-1/C | Jonathan Wade | Legacy Brain & Spine | 23151 | 6/29/2020 | $ 220.00 | $ 264.00 | $ 550.00 | PI |
| S-1/C | Adame & Garza | Stat Diagnostics | 23902 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/C | Stewart J. Guss | Stat Diagnostics | 23903 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Stewart J. Guss | Stat Diagnostics | 23904 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/C | Michael Moran | Resurgens Orthopaedics | 23293 | 6/29/2020 | $ 124.20 | $ 149.04 | $ 276.00 | PI |
| S-1/C | Michael Moran | Roswell Surgery Center | 23915 | | $ 4,034.70 | $ 4,841.64 | $ 8,966.00 | PI |
| S-1/C | J. Franklin Burns | BENCHMARK PHYSICAL THERAPY | 23116 | 6/29/2020 | $ 116.38 | $ 139.66 | $ 332.50 | PI |
| S-1/C | J. Franklin Burns | Georgia Spine & Orthopedics | 23213 | 6/29/2020 | $ 128.80 | $ 154.56 | $ 322.00 | PI |
| S-1/C | Cassandra Evans-Jones | Stat Diagnostics | 23905 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |
| S-1/C | Miguel A. Adame | Stat Diagnostics | 23906 | 11/11/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |
| S-1/C | Garrett Walker | South Atlanta MUA Center | 23853 | 7/1/2020 | $ 4,200.00 | $ 5,040.00 | $ 16,800.00 | PI |
| S-1/C | Reginald A Greene | Pain Management Specialists of Atlanta PC | 23449 | 6/29/2020 | $ 157.50 | $ 189.00 | $ 350.00 | PM |
| S-1/C | Javier Marcos | Stat Diagnostics | 23907 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Reginald A Greene | Pain Consultants of Atlanta | 23292 | 6/29/2020 | $ 224.20 | $ 269.04 | $ 590.00 | PM |
| S-1/C | Sean McEvoy | Parkaire Consultants Inc | 22963 | 6/29/2020 | $ 300.00 | $ 360.00 | $ 750.00 | PI |
| S-1/C | Sean McEvoy | Parkaire Consultants Inc | 23420 | 6/29/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| S-1/C | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 23844 | | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/C | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 23845 | | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/C | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 23846 | | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/C | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 23847 | | $ 185.68 | $ 222.82 | $ 530.50 | PI |
| S-1/C | Holly Salimi | Carrollton Orthopaedic Clinic | 23297 | 6/29/2020 | $ 125.60 | $ 150.72 | $ 314.00 | PI |
| S-1/C | Salazar & Velazquez P.C. | Stat Diagnostics | 23908 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Jennifer Dunlap | South Atlanta MUA Center | 23854 | 7/1/2020 | $ 4,963.00 | $ 5,955.60 | $ 19,862.00 | PI |
| S-1/C | Christopher J. Leavitt | Stat Diagnostics | 23909 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Salazar & Velazquez P.C. | Stat Diagnostics | 23910 | 11/11/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23850 | | $ 217.88 | $ 261.46 | $ 622.50 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23851 | | $ 123.38 | $ 148.06 | $ 352.50 | PI |

# TECUMSEH-Infinity MR Fund

## List of Receivables for Series-1/Intake C

| Intake aim | Lawyer | Provider | BillId | Date Paid | Receivable Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23852 | | $ 102.38 | $ 122.86 | $ 292.50 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23110 | 6/29/2020 | $ 101.85 | $ 122.22 | $ 291.00 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23111 | 6/29/2020 | $ 101.85 | $ 122.22 | $ 291.00 | PI |
| S-1/C | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 23112 | 6/29/2020 | $ 102.38 | $ 122.86 | $ 292.50 | PI |
| S-1/C | Paul Mazur | Northside Hospital | 23418 | 6/29/2020 | $ 1,759.32 | $ 2,111.18 | $ 4,398.30 | PI |
| S-1/C | W. Clark Martin IV | Stat Diagnostics | 23911 | 11/11/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/C | Godseg Martin Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22551 | 6/9/2020 | $ 3,548.78 | $ 4,258.54 | $ 16,130.82 | PI |
| S-1/C | Charles E (Ted) Lake Jr. | Polaris Spine & Neurosurgery Center | 23220 | 6/29/2020 | $ 354.00 | $ 424.80 | $ 885.00 | PI |
| S-1/C | CORY HILTON | Durango Outpatient Surgery Center | 23033 | 6/29/2020 | $ 2,400.65 | $ 2,880.78 | $ 6,859.00 | PI |
| S-1/C | John Webb | GA Pain Management Center LLC | 23295 | 6/29/2020 | $ 1,643.40 | $ 1,972.08 | $ 3,652.00 | PM |
| S-1/C | John Webb | Pain Management Specialists of Atlanta PC | 23296 | 6/29/2020 | $ 495.00 | $ 594.00 | $ 1,100.00 | PM |
| S-1/C | John Webb | Pain Management Specialists of Atlanta PC | 23389 | 6/29/2020 | $ 87.75 | $ 105.30 | $ 195.00 | PM |
| S-1/C | Littleton Law Firm | Preva Advanced Surgicare - The Woodlands LLC | 22552 | 6/9/2020 | $ 3,031.16 | $ 3,637.39 | $ 13,778.00 | PI |
| | | | | | $ 148,380.16 | $ 178,056.19 | $ 645,886.88 | |

**\*\*\*\***   This List of Receivables supporting Series 1-Intake C in the amount of US$178,056.19 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 120.00% of the purchased total of $148,380.16