# EXHIBIT D-5

# EXHIBIT D-5



| | RECEIVABLES PURCHASE ORDER |
|---|---|
| | PO #: 1-E-9-14 |

# TECUMSEH – Infinity Medical Receivables Fund, LP

DATE: 15 September 2020

**To: Infinity Capital Management**

Reference: Series #1 - Intake E

| Qty. - USD | Description |
|---|---|
| 169,558.06 | Medical receivables to be purchased |
| | |
| 33,911.61 | Acquisition/Service fees |
| | |
| | |
| | |
| | |
| 203,469.67 | TOTAL |

_____
Michael Belotz
Signature

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake E

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/E | 18535 | Reginald A Greene | Peak Orthopedics & Spine PLLC | 23981 | 7/23/2020 | $ 436.00 | $ 523.20 | $ 1,090.00 | PI |
| S-1/E | 18535 | Reginald A Greene | Peak Orthopedics & Spine PLLC | 23982 | 7/23/2020 | $ 330.40 | $ 396.48 | $ 826.00 | PI |
| S-1/E | 18535 | Reginald A Greene | Health Images | 24755 | | $ 550.00 | $ 660.00 | $ 1,742.00 | MRI |
| S-1/E | 19347 | Bret Griffin | Stat Diagnostics | 24633 | 8/5/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |
| S-1/E | 19349 | Bret Griffin | Stat Diagnostics | 24634 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/E | 16219 | Matthew R. Birdwell | Preva Advanced Surgicare - The Woodlands LLC | 24765 | | $ 3,883.71 | $ 4,660.45 | $ 17,653.24 | PM |
| S-1/E | 16219 | Matthew R. Birdwell | Preva Advanced Surgicare - The Woodlands LLC | 24766 | | $ 612.14 | $ 734.57 | $ 2,782.44 | PM |
| S-1/E | 6536 | Nicholas Lasso | Neuromonitoring Associates | 24507 | 8/13/2020 | $ 2,500.00 | $ 3,000.00 | $ 31,424.00 | PM |
| S-1/E | 6536 | Nicholas Lasso | Neuromonitoring Associates | 24506 | 8/13/2020 | $ 2,000.00 | $ 2,400.00 | $ 16,491.00 | PI |
| S-1/E | 6536 | Nicholas Lasso | Neuroradium LLC | 24559 | 8/13/2020 | $ 688.00 | $ 825.60 | $ 1,720.00 | PI |
| S-1/E | 18469 | Reginald A Greene | Perimeter Orthopaedics PC | 24446 | 7/23/2020 | $ 281.12 | $ 337.34 | $ 702.80 | PI |
| S-1/E | 18469 | Reginald A Greene | North Atlanta Surgical Associates | 24739 | 8/13/2020 | $ 273.00 | $ 327.60 | $ 650.00 | PI |
| S-1/E | 19453 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 24767 | | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | PM |
| S-1/E | 19351 | Spagnoletti Associates | Stat Diagnostics | 24635 | 8/5/2020 | $ 2,400.00 | $ 2,880.00 | $ 13,350.00 | MRI |
| S-1/E | 19353 | Bret Griffin | Stat Diagnostics | 24636 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19355 | Bret Griffin | Stat Diagnostics | 24637 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19357 | Adame & Garza | Stat Diagnostics | 24638 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/E | 19359 | Stewart J. Guss | Stat Diagnostics | 24639 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19361 | Renaulda Perkins | Stat Diagnostics | 24640 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19455 | Nicholas M. Wills | Stat Diagnostics | 24768 | | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | PM |
| S-1/E | 19455 | Nicholas M. Wills | Stat Diagnostics | 24769 | | $ 3,883.71 | $ 4,660.45 | $ 17,653.24 | PM |
| S-1/E | 19363 | Kumar Law Firm | Stat Diagnostics | 24641 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 9223 | Jonathan Broderick | Pain Management Specialists of Atlanta PC | 24646 | 8/13/2020 | $ 58.50 | $ 70.20 | $ 130.00 | PM |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24378 | 7/23/2020 | $ 112.50 | $ 135.00 | $ 250.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24442 | 7/23/2020 | $ 151.20 | $ 181.44 | $ 336.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24585 | 8/13/2020 | $ 179.10 | $ 214.92 | $ 398.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24586 | 8/13/2020 | $ 160.20 | $ 192.24 | $ 356.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24587 | 8/13/2020 | $ 151.20 | $ 181.44 | $ 336.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24588 | 8/13/2020 | $ 151.20 | $ 181.44 | $ 336.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24589 | 8/13/2020 | $ 151.20 | $ 181.44 | $ 336.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24697 | 8/13/2020 | $ 144.90 | $ 173.88 | $ 322.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24698 | 8/13/2020 | $ 151.20 | $ 181.44 | $ 336.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24699 | 8/13/2020 | $ 112.50 | $ 135.00 | $ 250.00 | PI |
| S-1/E | 9347 | Natanya Brooks | Peachtree Orthopaedic Clinic | 24736 | | $ 151.20 | $ 181.44 | $ 336.00 | PI |
| S-1/E | 19365 | Kumar Law Firm | Stat Diagnostics | 24642 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 18441 | Miguel A. Adame | Stat Diagnostics | 24643 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/E | 19255 | Reginald A Greene | (AHI) American Health Imaging | 24454 | 7/23/2020 | $ 650.00 | $ 780.00 | $ 2,370.00 | MRI |
| S-1/E | 19195 | William L. Swank II | Perimeter Orthopaedics PC | 24367 | 7/23/2020 | $ 482.96 | $ 579.55 | $ 1,207.40 | PI |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake E

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Receivables Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24368 | 7/23/2020 | $ 220.50 | $ 264.60 | $ 630.00 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24369 | 7/23/2020 | $ 126.00 | $ 151.20 | $ 360.00 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24433 | 7/23/2020 | $ 126.00 | $ 151.20 | $ 360.00 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24434 | 7/23/2020 | $ 140.00 | $ 168.00 | $ 400.00 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24486 | 7/23/2020 | $ 174.82 | $ 209.78 | $ 499.50 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24487 | 7/23/2020 | $ 174.82 | $ 209.78 | $ 499.50 | PI |
| S-1/E | 19195 | William L. Swank II | Perimeter Orthopaedics PC | 24562 | 8/13/2020 | $ 400.00 | $ 480.00 | $ 1,000.00 | MRI |
| S-1/E | 19195 | William L. Swank II | Perimeter Orthopaedics PC | 24563 | 8/13/2020 | $ 216.38 | $ 259.66 | $ 540.95 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24608 | 8/13/2020 | $ 168.88 | $ 202.66 | $ 482.50 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24609 | 8/13/2020 | $ 164.68 | $ 197.62 | $ 470.50 | PI |
| S-1/E | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 24711 | 8/13/2020 | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/E | 19367 | Jonathan S. Harris | Stat Diagnostics | 24644 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 17451 | Natanya Brooks | Safeway Psychological Services | 24735 | 8/13/2020 | $ 110.00 | $ 132.00 | $ 275.00 | PI |
| S-1/E | 5718 | Alyssa Martins | J & J Medical Inc | 23987 | 7/23/2020 | $ 252.40 | $ 302.88 | $ 631.00 | PI |
| S-1/E | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 24366 | 7/23/2020 | $ 179.55 | $ 215.46 | $ 513.00 | PI |
| S-1/E | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 24435 | 7/23/2020 | $ 174.82 | $ 209.78 | $ 499.50 | PI |
| S-1/E | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 24436 | 7/23/2020 | $ 174.82 | $ 209.78 | $ 499.50 | PI |
| S-1/E | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 24483 | 7/23/2020 | $ 145.95 | $ 175.14 | $ 417.00 | PI |
| S-1/E | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 24590 | 8/13/2020 | $ 174.82 | $ 209.78 | $ 499.50 | PI |
| S-1/E | 11123 | Kathryn Burmeister | BENCHMARK PHYSICAL THERAPY | 24591 | 8/13/2020 | $ 174.82 | $ 209.78 | $ 499.50 | PI |
| S-1/E | 8331 | Joe Ray Rodriguez | Stat Diagnostics | 24645 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19369 | Carlos Hughes | Stat Diagnostics | 24647 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/E | 19371 | Pulkit Moudgil | Stat Diagnostics | 24648 | 8/5/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | MRI |
| S-1/E | 19245 | John Leslie | Non-Surgical Orthopaedics PC | 24444 | 7/23/2020 | $ 284.00 | $ 340.80 | $ 710.00 | PM |
| S-1/E | 19245 | John Leslie | Non-Surgical Orthopaedics PC | 24573 | 8/13/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM |
| S-1/E | 19241 | Ronald Chalker | Specialty Orthopaedics PC | 24432 | 7/23/2020 | $ 70.00 | $ 84.00 | $ 175.00 | PI |
| S-1/E | 19457 | E. Nadia Sifuentes | Stat Diagnostics | 24770 | | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM |
| S-1/E | 19457 | E. Nadia Sifuentes | Stat Diagnostics | 24771 | | $ 4,077.57 | $ 4,893.08 | $ 18,534.40 | PM |
| S-1/E | 19459 | Ryan M. Snider | Stat Diagnostics | 24772 | | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | PM |
| S-1/E | 17365 | Jenaye Peterson | Family Dental Solutions | 24445 | 7/23/2020 | $ 475.20 | $ 570.24 | $ 1,188.00 | PI |
| S-1/E | 19461 | Michael J. Lowenberg | Stat Diagnostics | 24773 | | $ 3,548.78 | $ 4,258.54 | $ 16,130.82 | PM |
| S-1/E | 8430 | Peter Ross | Pain Management Specialists of Atlanta PC | 23983 | 7/23/2020 | $ 1,327.50 | $ 1,593.00 | $ 2,950.00 | PM |
| S-1/E | 8430 | Peter Ross | GA Pain Management Center LLC | 23984 | 7/23/2020 | $ 5,715.00 | $ 6,858.00 | $ 12,700.00 | PI |
| S-1/E | 8430 | Peter Ross | Pain Management Specialists of Atlanta PC | 24058 | 7/23/2020 | $ 87.75 | $ 105.30 | $ 195.00 | PM |
| S-1/E | 19373 | Thornton & Thornton | Stat Diagnostics | 24649 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/E | 8525 | Christopher J. Leavitt | Stat Diagnostics | 24650 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 16323 | Matthew R. Birdwell | Stat Diagnostics | 24774 | | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM |
| S-1/E | 16323 | Matthew R. Birdwell | Stat Diagnostics | 24775 | | $ 1,548.79 | $ 1,858.55 | $ 7,039.96 | PM |
| S-1/E | 18473 | Jay Halloway | South Atlanta MUA Center | 24491 | 7/21/2020 | $ 12,330.00 | $ 14,796.00 | $ 49,320.00 | PM |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake E

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/E | 6411 | Matthew Broun | Non-Surgical Orthopaedics PC | 24112 | 7/23/2020 | $ 208.00 | $ 249.60 | $ 520.00 | PM |
| S-1/E | 6411 | Matthew Broun | Non-Surgical Orthopaedics PC | 24272 | 7/23/2020 | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM |
| S-1/E | 6411 | Matthew Broun | The Center for Spine Procedures | 24273 | 7/23/2020 | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM |
| S-1/E | 19375 | Carmen Elizalde | Stat Diagnostics | 24651 | 8/5/2020 | $ 1,800.00 | $ 2,160.00 | $ 10,400.00 | MRI |
| S-1/E | 19283 | Natanya Brooks | Safeway Psychological Services | 24570 | 8/13/2020 | $ 92.00 | $ 110.40 | $ 230.00 | PI |
| S-1/E | 19377 | Caroline Adams | Stat Diagnostics | 24652 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 8715 | Ali Salimi | Polaris Center For Outpatients | 24430 | 7/23/2020 | $ 1,225.52 | $ 1,470.62 | $ 3,501.50 | PI |
| S-1/E | 8715 | Ali Salimi | Polaris Spine & Neurosurgery Center | 24431 | 7/23/2020 | $ 630.00 | $ 756.00 | $ 1,575.00 | PI |
| S-1/E | 8715 | Ali Salimi | Polaris Spine & Neurosurgery Center | 24511 | 8/13/2020 | $ 154.00 | $ 184.80 | $ 385.00 | PI |
| S-1/E | 19379 | Hilda L. Sibrian | Stat Diagnostics | 24690 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/E | 19379 | Hilda L. Sibrian | Stat Diagnostics | 24691 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19381 | Bret Griffin | Stat Diagnostics | 24692 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/E | 18461 | W. Clark Martin IV | Stat Diagnostics | 24693 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19383 | Bret Griffin | Stat Diagnostics | 24694 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/E | 19385 | W. Clark Martin IV | Stat Diagnostics | 24695 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 7679 | CORY HILTON | Durango Outpatient Surgery Center | 24502 | 7/23/2020 | $ 2,270.45 | $ 2,724.54 | $ 6,487.00 | PM |
| S-1/E | 19463 | Stephanie Hay | Stat Diagnostics | 24776 | | $ 4,077.57 | $ 4,893.08 | $ 18,534.40 | PM |
| S-1/E | 19465 | Nicholas M. Wills | Stat Diagnostics | 24777 | | $ 154.00 | $ 184.80 | $ 700.00 | PM |
| S-1/E | 19465 | Nicholas M. Wills | Stat Diagnostics | 24778 | | $ 1,548.79 | $ 1,858.55 | $ 7,039.96 | PM |
| S-1/E | 19465 | Nicholas M. Wills | Stat Diagnostics | 24779 | | $ 221.94 | $ 266.33 | $ 1,008.81 | PM |
| S-1/E | 19467 | Abraham Garcia | Stat Diagnostics | 24780 | | $ 4,909.70 | $ 5,891.64 | $ 22,316.82 | PM |
| S-1/E | 16333 | N/A | Stat Diagnostics | 24781 | | $ 5,324.97 | $ 6,389.96 | $ 24,204.40 | PM |
| S-1/E | 8035 | CORY HILTON | Durango Outpatient Surgery Center | 23986 | 7/23/2020 | $ 2,400.65 | $ 2,880.78 | $ 6,859.00 | PM |
| S-1/E | 16363 | Bergquist Law Firm | Stat Diagnostics | 24782 | | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | PM |
| S-1/E | 18467 | Hilda L. Sibrian | Stat Diagnostics | 24696 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/E | 19193 | Martin Futrell | Family Dental Solutions | 24365 | 7/23/2020 | $ 140.00 | $ 168.00 | $ 350.00 | PI |
| S-1/E | 19193 | Martin Futrell | Family Dental Solutions | 24558 | 8/13/2020 | $ 1,434.00 | $ 1,720.80 | $ 3,585.00 | PI |
| S-1/E | 19387 | Kumar Law Firm | Stat Diagnostics | 24700 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19389 | Adam Ramji | Stat Diagnostics | 24701 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19391 | Thomas J Henry | Stat Diagnostics | 24702 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19393 | Truc T. Le | Stat Diagnostics | 24703 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 7505 | Edward Kim | Peachtree Orthopaedic Clinic | 23988 | 7/23/2020 | $ 233.20 | $ 279.84 | $ 502.00 | PI |
| S-1/E | 19395 | Christopher J. Leavitt | Stat Diagnostics | 24704 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19251 | Ronald Chalker | Carrollton Orthopaedic Clinic | 24450 | 7/23/2020 | $ 158.80 | $ 190.56 | $ 397.00 | PI |
| S-1/E | 19397 | Sam K. Mukerji | Stat Diagnostics | 24705 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 16335 | Stewart J. Guss | Stat Diagnostics | 24783 | | $ 2,131.89 | $ 2,558.27 | $ 9,690.41 | PM |
| S-1/E | 18533 | Zachary Nelson | Safeway Psychological Services | 23979 | 7/23/2020 | $ 654.00 | $ 784.80 | $ 1,635.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Safeway Psychological Services | 23980 | 7/23/2020 | $ 844.00 | $ 1,012.80 | $ 2,110.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24106 | 7/23/2020 | $ 179.10 | $ 214.92 | $ 398.00 | PI |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake E

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Receivables Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/E | 18533 | Zachary Nelson | Safeway Psychological Services | 24107 | 7/23/2020 | $ 436.00 | $ 523.20 | $ 1,090.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24108 | 7/23/2020 | $ 179.10 | $ 214.92 | $ 398.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24488 | 7/23/2020 | $ 244.80 | $ 293.76 | $ 544.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24489 | 7/23/2020 | $ 142.20 | $ 170.64 | $ 316.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24490 | 7/23/2020 | $ 109.80 | $ 131.76 | $ 244.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24575 | 8/13/2020 | $ 148.50 | $ 178.20 | $ 330.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24747 | | $ 215.10 | $ 258.12 | $ 478.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24748 | | $ 132.30 | $ 158.76 | $ 294.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24749 | | $ 104.40 | $ 125.28 | $ 232.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24750 | | $ 93.60 | $ 112.32 | $ 208.00 | PI |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24751 | | $ 18.00 | $ 21.60 | $ 36.00 | Rx |
| S-1/E | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 24752 | | $ 179.10 | $ 214.92 | $ 398.00 | PI |
| S-1/E | 9415 | Katie Hingerty Barodin | (AHI) American Health Imaging | 24510 | 8/13/2020 | $ 402.00 | $ 482.40 | $ 1,005.00 | MRI |
| S-1/E | 19399 | Jonathan S. Harris | Stat Diagnostics | 24712 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19401 | Kumar Law Firm | Stat Diagnostics | 24713 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | MRI |
| S-1/E | 19403 | Christopher J. Leavitt | Stat Diagnostics | 24714 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19405 | Adame & Garza | Stat Diagnostics | 24715 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19253 | Stephen A. Shea | Pain Management Specialists of Atlanta PC | 24451 | 7/23/2020 | $ 180.00 | $ 216.00 | $ 400.00 | PM |
| S-1/E | 19253 | Stephen A. Shea | (AHI) American Health Imaging | 24453 | 7/23/2020 | $ 650.00 | $ 780.00 | $ 2,225.00 | MRI |
| S-1/E | 19253 | Stephen A. Shea | Pain Management Specialists of Atlanta PC | 24726 | 8/13/2020 | $ 58.50 | $ 70.20 | $ 130.00 | PM |
| S-1/E | 19407 | Anthony G. Buzbee | Stat Diagnostics | 24716 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 17173 | Reginald A Greene | Perimeter Orthopaedics PC | 24505 | 8/13/2020 | $ 696.35 | $ 835.62 | $ 1,899.95 | PI |
| S-1/E | 19411 | Christopher J. Leavitt | Stat Diagnostics | 24718 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 19409 | Thomas J Henry | Stat Diagnostics | 24717 | 8/5/2020 | $ 2,400.00 | $ 2,880.00 | $ 14,900.00 | MRI |
| S-1/E | 19469 | Nicholas M. Wills | Stat Diagnostics | 24784 | | $ 1,547.87 | $ 1,857.44 | $ 7,035.76 | PM |
| S-1/E | 19469 | Nicholas M. Wills | Stat Diagnostics | 24785 | | $ 172.04 | $ 206.45 | $ 782.00 | PM |
| S-1/E | 19469 | Nicholas M. Wills | Stat Diagnostics | 24786 | | $ 154.00 | $ 184.80 | $ 700.00 | PM |
| S-1/E | 19469 | Nicholas M. Wills | Stat Diagnostics | 24787 | | $ 1,547.87 | $ 1,857.44 | $ 7,035.76 | PM |
| S-1/E | 19469 | Nicholas M. Wills | Stat Diagnostics | 24788 | | $ 172.04 | $ 206.45 | $ 782.00 | PM |
| S-1/E | 19469 | Nicholas M. Wills | Stat Diagnostics | 24789 | | $ 154.00 | $ 184.80 | $ 700.00 | PM |
| S-1/E | 19413 | Kumar Law Firm | Stat Diagnostics | 24719 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 7835 | Teresa Ross | Peachtree Orthopaedic Clinic | 24274 | 7/23/2020 | $ 160.20 | $ 192.24 | $ 356.00 | PI |
| S-1/E | 7835 | Teresa Ross | Peachtree Orthopaedic Clinic | 24602 | 8/13/2020 | $ 160.20 | $ 192.24 | $ 356.00 | PI |
| S-1/E | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 24441 | 7/23/2020 | $ 147.00 | $ 176.40 | $ 420.00 | PI |
| S-1/E | 4979 | Casey Geiger | BENCHMARK PHYSICAL THERAPY | 24482 | 7/23/2020 | $ 147.00 | $ 176.40 | $ 420.00 | PI |
| S-1/E | 4979 | Casey Geiger | Legacy Brain & Spine | 24582 | 8/13/2020 | $ 220.00 | $ 264.00 | $ 550.00 | PM |
| S-1/E | 6478 | Russell Boston | Legacy Brain & Spine | 24512 | 8/13/2020 | $ 220.00 | $ 264.00 | $ 550.00 | PM |
| S-1/E | 6478 | Russell Boston | Legacy Brain & Spine | 24513 | 8/13/2020 | $ 790.00 | $ 948.00 | $ 1,975.00 | MRI |
| S-1/E | 6478 | Russell Boston | Legacy Brain & Spine | 24514 | 8/13/2020 | $ 180.00 | $ 216.00 | $ 450.00 | PM |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake E

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/E | 19311 | Edward Kim | BENCHMARK PHYSICAL THERAPY | 24612 | 8/13/2020 | $ 144.38 | $ 173.26 | $ 412.50 | PI |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24109 | 7/23/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24110 | 7/23/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24111 | 7/23/2020 | $ 127.05 | $ 152.46 | $ 363.00 | PI |
| S-1/E | 5237 | Jonathan Wade | Legacy Brain & Spine | 24383 | 7/23/2020 | $ 180.00 | $ 216.00 | $ 450.00 | PM |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24437 | 7/23/2020 | $ 126.00 | $ 151.20 | $ 360.00 | PI |
| S-1/E | 5237 | Jonathan Wade | Legacy Brain & Spine | 24561 | 8/13/2020 | $ 220.00 | $ 264.00 | $ 550.00 | PM |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24583 | 8/13/2020 | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24584 | 8/13/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24707 | 8/13/2020 | $ 126.00 | $ 151.20 | $ 360.00 | PI |
| S-1/E | 5237 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24708 | 8/13/2020 | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/E | 5237 | Jonathan Wade | Legacy Brain & Spine | 24733 | 8/13/2020 | $ 2,796.76 | $ 3,356.11 | $ 6,991.90 | PI |
| S-1/E | 19415 | Caroline Adams | Stat Diagnostics | 24720 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/E | 19417 | Adam J. Rosenfeld | Stat Diagnostics | 24721 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 6269 | Michael Moran | Resurgens Orthopaedics | 23985 | 7/23/2020 | $ 1,444.05 | $ 1,732.86 | $ 3,209.00 | PI |
| S-1/E | 19419 | Jonathan S. Harris | Stat Diagnostics | 24722 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19421 | Tammy D. Harris | Stat Diagnostics | 24723 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 2,950.00 | MRI |
| S-1/E | 19423 | Adame & Garza | Stat Diagnostics | 24724 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19423 | Adame & Garza | Stat Diagnostics | 24725 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 17695 | Reginald A Greene | Pain Management Specialists of Atlanta PC | 24759 | | $ 87.75 | $ 105.30 | $ 195.00 | PM |
| S-1/E | 19425 | Kumar Law Firm | Stat Diagnostics | 24727 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 18501 | Javier Marcos | Stat Diagnostics | 24728 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 5,900.00 | MRI |
| S-1/E | 5389 | Ronald Chalker | Safeway Psychological Services | 24556 | 8/13/2020 | $ 1,092.00 | $ 1,310.40 | $ 2,730.00 | PI |
| S-1/E | 17051 | Sean McEvoy | Parkaire Consultants Inc | 23975 | 7/23/2020 | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| S-1/E | 17449 | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 24113 | 7/23/2020 | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/E | 17449 | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 24114 | 7/23/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/E | 17449 | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 24440 | 7/23/2020 | $ 121.80 | $ 146.16 | $ 348.00 | PI |
| S-1/E | 17449 | Holly Salimi | BENCHMARK PHYSICAL THERAPY | 24485 | 7/23/2020 | $ 150.68 | $ 180.82 | $ 430.50 | PI |
| S-1/E | 17449 | Holly Salimi | Carrollton Orthopaedic Clinic | 24742 | | $ 78.00 | $ 93.60 | $ 195.00 | PI |
| S-1/E | 19445 | Jonathan Wade | (AHI) American Health Imaging | 24756 | | $ 650.00 | $ 780.00 | $ 2,225.00 | MRI |
| S-1/E | 19445 | Jonathan Wade | (AHI) American Health Imaging | 24757 | | $ 650.00 | $ 780.00 | $ 2,225.00 | MRI |
| S-1/E | 19427 | Stewart J. Guss | Stat Diagnostics | 24729 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| S-1/E | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24331 | 7/23/2020 | $ 102.38 | $ 122.86 | $ 292.50 | PI |
| S-1/E | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24335 | 7/23/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/E | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24438 | 7/23/2020 | $ 150.15 | $ 180.18 | $ 429.00 | PI |
| S-1/E | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24439 | 7/23/2020 | $ 126.52 | $ 151.82 | $ 361.50 | PI |
| S-1/E | 8695 | Jonathan Wade | BENCHMARK PHYSICAL THERAPY | 24484 | 7/23/2020 | $ 150.15 | $ 180.18 | $ 429.00 | PI |
| S-1/E | 17367 | Charles E (Ted) Lake Jr. | Polaris Spine & Neurosurgery Center | 23976 | 7/23/2020 | $ 154.00 | $ 184.80 | $ 385.00 | PI |
| S-1/E | 5067 | Natanya Brooks | Non-Surgical Orthopaedics PC | 24382 | 7/23/2020 | $ 620.00 | $ 744.00 | $ 1,550.00 | PM |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake E

| Intake | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| S-1/E | 5067 | Natanya Brooks | Paradigm Labs LLC | 24501 | | $ 277.00 | $ 332.40 | $ 555.57 | PI |
| S-1/E | 19429 | Thornton & Thornton | Stat Diagnostics | 24730 | 8/5/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | MRI |
| S-1/E | 19431 | Kumar Law Firm | Stat Diagnostics | 24731 | 8/5/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | MRI |
| | | | | | | $ 169,558.06 | $ 203,469.67 | $ 811,767.32 | |

\*\*\*\* This List of Receivables supporting Series 1-Intake E in the amount of US$811,767.32 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 398.96% of the purchased total of $203,469.67.

William B Dalzell
CFO, Forget-the-Market Limited
Co-Manager for Tecumseh-Infinity MR Fund