# EXHIBIT D-7

# EXHIBIT D-7



|  | RECEIVABLES PURCHASE ORDER |
|---|---|

|  | PO #: 1-RO-9-16 |
|---|---|

### TECUMSEH – Infinity Medical Receivables Fund, LP

DATE: 30 September 2020

**To: Infinity Capital Management**

| Reference: Series #1 – Roll Over Funding | |
|---|---|
| Qty. - USD | Description |
|  | STANDING PURCHASE ORDER for September 2020 |
| 46,291.50 | Medical receivables to be purchased using rolled over funds |
|  |  |
| 9258.30 | Acquisition/Service fees |
|  |  |
|  |  |
|  |  |
| $55,549.80 | **TOTAL** |

*Michael Belotz*
Signature

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Roll Over G

| | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount |
|---|---|---|---|---|---|---|---|
| R/O-1 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 25334 | 9/18/2020 | $ 3,019.98 | $ 3,623.98 | $ 13,727.20 |
| R/O-1 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 25335 | 9/18/2020 | $ 5,786.97 | $ 6,944.36 | $ 26,304.40 |
| R/O-1 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 25336 | 9/18/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 |
| R/O-1 | R. James Amaro | Preva Advanced Surgicare - The Woodlands LLC | 25337 | 9/18/2020 | $ 6,371.38 | $ 7,645.65 | $ 28,960.80 |
| R/O-1 | David R. Feldman | Preva Advanced Surgicare - The Woodlands LLC | 25338 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 |
| R/O-1 | Ronald Braswell | Preva Advanced Surgicare - The Woodlands LLC | 25355 | 9/18/2020 | $ 3,852.85 | $ 4,623.42 | $ 17,512.96 |
| R/O-1 | Kyle M. Wilkins | Preva Advanced Surgicare - The Woodlands LLC | 25356 | 9/18/2020 | $ 4,077.57 | $ 4,893.08 | $ 18,534.40 |
| R/O-1 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 25357 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 |
| R/O-1 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 25358 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 |
| R/O-1 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 25359 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 |
| R/O-1 | Abraham Watkins Nichols Sorrels Agosto & Aziz | Preva Advanced Surgicare - The Woodlands LLC | 25360 | 9/18/2020 | $ 6,668.73 | $ 8,002.47 | $ 30,312.40 |
| R/O-1 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25347 | | $ 210.35 | $ 252.42 | $ 601.00 |
| R/O-1 | Samuel Johnson | Perimeter Outpatient Surgical Assoc | 24853 | | $ 3,906.20 | $ 4,687.44 | $ 20,332.90 |
| | | | | | $ 46,291.50 | $ 55,549.80 | $ 212,638.27 |

**\*\*\*\*** This List of Receivables supporting Series 1-Roll Over G in the amount of US$212,638.27 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 382.79% of the purchased total of $55,549.80.

William B Dalzell
CFO, Forget-the-Market Limited
Co-Manager for Tecumseh-Infinity MR Fund