# EXHIBIT D-8

# EXHIBIT D-8



|  | RECEIVABLES PURCHASE ORDER |
|---|---|

|  | PO #: 1-H-10-17 |
|---|---|

## TECUMSEH – Infinity Medical Receivables Fund, LP

DATE:  4 October 2020

**To: Infinity Capital Management**

Reference: Series #1 – Intake H

| Qty. - USD | Description |
|---|---|
|  | Medical receivables to be purchased: |
| 102,995.66 | Batch 10 |
| 21,840.02 | Batch 11 |
|  |  |
| 24,967.13 | Acquisition/ fees Service |
|  |  |
|  |  |
| $149,802.81 | **TOTAL** |

*Michael Belotz*
_____
Signature

# Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake H (Batch 10)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 19777 | Jennifer Gore-Cuthbert | Polaris Spine & Neurosurgery Center | 25452 | | $ 354.00 | $ 424.80 | $ 885.00 | |
| TIF-01 | 19279 | Nathan Fitzpatrick | Perimeter Orthopaedics PC | 25476 | | $ 116.40 | $ 139.68 | $ 291.00 | |
| TIF-01 | 12133 | Peter Ross | Peachtree Orthopaedic Clinic | 25340 | 9/25/2020 | $ 207.90 | $ 249.48 | $ 462.00 | |
| TIF-01 | 12133 | Peter Ross | Peachtree Orthopaedic Clinic | 25341 | 9/25/2020 | $ 135.90 | $ 163.08 | $ 302.00 | |
| TIF-01 | 19528 | Amy Daugherty | South Atlanta MUA Center | 25365 | 9/24/2020 | $ 8,430.00 | $ 10,116.00 | $ 33,720.00 | Total Invoice balance is for $64,740 with total charges $33,720 |
| TIF-01 | 19528 | Amy Daugherty | South Atlanta MUA Center | 25389 | | $ 1,001.01 | $ 1,201.21 | $ 2,860.02 | |
| TIF-01 | 19528 | Amy Daugherty | South Atlanta MUA Center | 25390 | | $ 1,004.00 | $ 1,204.80 | $ 2,868.57 | |
| TIF-01 | 19437 | Charles E (Ted) Lake Jr. | Orthopaedic Solutions | 25447 | | $ 46.40 | $ 55.68 | $ 116.00 | |
| TIF-01 | 19437 | Charles E (Ted) Lake Jr. | Orthopaedic Solutions | 25448 | | $ 1,480.00 | $ 1,776.00 | $ 3,700.00 | |
| TIF-01 | 19503 | Trisha Starks | BENCHMARK PHYSICAL THERAPY | 25391 | | $ 126.52 | $ 151.82 | $ 361.50 | |
| TIF-01 | 19503 | Trisha Starks | BENCHMARK PHYSICAL THERAPY | 25392 | | $ 86.98 | $ 104.38 | $ 248.50 | |
| TIF-01 | 9519 | Peter Ross | Pain Consultants of Atlanta | 25343 | | $ 397.10 | $ 476.52 | $ 1,045.00 | |
| TIF-01 | 19765 | Michael Moran | Athens Orthopedic Clinic | 25399 | | $ 308.80 | $ 370.56 | $ 772.00 | |
| TIF-01 | 19277 | Fariba Bayani | (AHI) American Health Imaging | 25472 | | $ 650.00 | $ 780.00 | $ 2,225.00 | |
| TIF-01 | 19281 | Ronald Chalker | Legacy Brain & Spine | 25349 | 9/25/2020 | $ 382.00 | $ 458.40 | $ 955.00 | |
| TIF-01 | 19281 | Ronald Chalker | Legacy Brain & Spine | 25350 | 9/25/2020 | $ 180.00 | $ 216.00 | $ 450.00 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25347 | | $ 210.35 | $ 252.42 | $ 601.00 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25348 | | $ 140.52 | $ 168.62 | $ 401.50 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25467 | | $ 116.38 | $ 139.66 | $ 332.50 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25468 | | $ 141.05 | $ 169.26 | $ 403.00 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25469 | | $ 116.38 | $ 139.66 | $ 332.50 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25470 | | $ 141.05 | $ 169.26 | $ 403.00 | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 25471 | | $ 140.52 | $ 168.62 | $ 401.50 | |
| TIF-01 | 9321 | Samuel Johnson | Perimeter Anesthesia LLC | 25282 | | $ 2,880.00 | $ 3,456.00 | $ 7,200.00 | |
| TIF-01 | 9321 | Samuel Johnson | Perimeter Outpatient Surgical Assoc | 24853 | | $ 3,906.20 | $ 4,687.44 | $ 20,332.90 | |
| TIF-01 | 19313 | Theodore Berman | South Atlanta MUA Center | 25366 | 9/24/2020 | $ 16,281.25 | $ 19,537.50 | $ 65,125.00 | Total Invoice balance is for $106,045 with total charges $65,125 |
| TIF-01 | 19771 | Caroline Owings | Orthopaedic Solutions | 25445 | | $ 265.60 | $ 318.72 | $ 664.00 | |
| TIF-01 | 3611 | Jonathan Wade | Perimeter Anesthesia LLC | 25339 | | $ 2,490.40 | $ 2,988.48 | $ 6,226.00 | |
| TIF-01 | 19489 | Ronald Chalker | Athens Orthopedic Clinic | 25344 | | $ 68.50 | $ 82.20 | $ 171.25 | |
| TIF-01 | 19489 | Ronald Chalker | Athens Orthopedic Clinic | 25345 | | $ 68.50 | $ 82.20 | $ 171.25 | |
| TIF-01 | 19489 | Ronald Chalker | Athens Orthopedic Clinic | 25351 | | $ 68.50 | $ 82.20 | $ 171.25 | |
| TIF-01 | 19449 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 25334 | 9/18/2020 | $ 3,019.98 | $ 3,623.98 | $ 13,727.20 | |
| TIF-01 | 19730 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 25335 | 9/18/2020 | $ 5,786.97 | $ 6,944.36 | $ 26,304.40 | |
| TIF-01 | 19451 | David W. Bergquist | Preva Advanced Surgicare - The Woodlands LLC | 25336 | 9/18/2020 | $ 2,812.35 | $ 3,374.82 | $ 12,783.41 | |
| TIF-01 | 19732 | R. James Amaro | Preva Advanced Surgicare - The Woodlands LLC | 25337 | 9/18/2020 | $ 6,371.38 | $ 7,645.66 | $ 28,960.80 | |
| TIF-01 | 19773 | Jonathan Wade | (AHI) American Health Imaging | 25450 | | $ 650.00 | $ 780.00 | $ 2,370.00 | |
| TIF-01 | 19769 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 25444 | | $ 1,059.75 | $ 1,271.70 | $ 2,355.00 | |
| TIF-01 | 19746 | K Douglas Cook | Perimeter Orthopaedics PC | 25364 | | $ 401.72 | $ 482.06 | $ 1,004.30 | |
| TIF-01 | 19734 | David R. Feldman | Preva Advanced Surgicare - The Woodlands LLC | 25338 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | |
| TIF-01 | 19757 | Holly Salimi | Safeway Psychological Services | 25388 | | $ 844.00 | $ 1,012.80 | $ 2,110.00 | |
| TIF-01 | 19775 | Reginald A Greene | (AHI) American Health Imaging | 25451 | | $ 650.00 | $ 780.00 | $ 2,225.00 | |
| TIF-01 | 19255 | Reginald A Greene | Non-Surgical Orthopaedics PC | 25443 | | $ 208.00 | $ 249.60 | $ 520.00 | |
| TIF-01 | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 25395 | | $ 150.15 | $ 180.18 | $ 429.00 | |
| TIF-01 | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 25462 | | $ 150.15 | $ 180.18 | $ 429.00 | |
| TIF-01 | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 25463 | | $ 150.68 | $ 180.82 | $ 430.50 | |
| TIF-01 | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 25464 | | $ 150.68 | $ 180.82 | $ 430.50 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 10)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 19195 | William L. Swank II | BENCHMARK PHYSICAL THERAPY | 25465 | | $ 150.15 | $ 180.18 | $ 429.00 | | |
| TIF-01 | 19195 | William L. Swank II | Perimeter Orthopaedics PC | 25396 | | $ 113.48 | $ 136.18 | $ 283.71 | | |
| TIF-01 | 19750 | Gordon Remmen | Non-Surgical Orthopaedics PC | 25369 | | $ 628.00 | $ 753.60 | $ 1,570.00 | | |
| TIF-01 | 19787 | K Douglas Cook | Non-Surgical Orthopaedics PC | 25466 | | $ 284.00 | $ 340.80 | $ 710.00 | | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 25441 | | $ 97.12 | $ 116.54 | $ 277.50 | | |
| TIF-01 | 19744 | Steven Leibel | (AHI) American Health Imaging | 25361 | | $ 650.00 | $ 780.00 | $ 2,370.00 | | |
| TIF-01 | 19748 | Reginald A Greene | (AHI) American Health Imaging | 25368 | | $ 650.00 | $ 780.00 | $ 2,370.00 | | |
| TIF-01 | 19748 | Reginald A Greene | Polaris Spine & Neurosurgery Center | 25367 | | $ 396.00 | $ 475.20 | $ 990.00 | | |
| TIF-01 | 19761 | Ronald Chalker | Specialty Orthopaedics PC | 25394 | | $ 207.20 | $ 248.64 | $ 567.00 | | |
| TIF-01 | 4771 | Bruce Hagen | Georgia Eye Physicians & Surgeons | 25370 | | $ 635.60 | $ 762.72 | $ 1,589.00 | | Total is made up of 2 seperate invoices |
| TIF-01 | 8930 | Craig LaChanse | Kevin Hicks DO | 25362 | 9/8/2020 | $ 240.00 | $ 288.00 | $ 240.00 | | |
| TIF-01 | 19767 | Jarrod Burch | Perimeter Orthopaedics PC | 25400 | | $ 401.72 | $ 482.06 | $ 1,004.30 | | |
| TIF-01 | 19763 | Bryan Sutlive | Safeway Psychological Services | 25397 | | $ 844.00 | $ 1,012.80 | $ 2,110.00 | | |
| TIF-01 | 19763 | Bryan Sutlive | Safeway Psychological Services | 25398 | | $ 436.00 | $ 523.20 | $ 1,090.00 | | |
| TIF-01 | 19736 | Ronald Braswell | Preva Advanced Surgicare - The Woodlands LLC | 25355 | 9/18/2020 | $ 3,852.85 | $ 4,623.42 | $ 17,512.96 | | |
| TIF-01 | 19753 | Alfred Evans III | (AHI) American Health Imaging | 25386 | | $ 650.00 | $ 780.00 | $ 2,225.00 | | |
| TIF-01 | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 25401 | | $ 346.05 | $ 415.26 | $ 769.00 | | |
| TIF-01 | 18533 | Zachary Nelson | Peachtree Orthopaedic Surgery Center | 25342 | | $ 4,813.65 | $ 5,776.38 | $ 10,697.00 | | |
| TIF-01 | 9415 | Katie Hingerty Barodin | Polaris Spine & Neurosurgery Center | 25449 | | $ 154.00 | $ 184.80 | $ 385.00 | | |
| TIF-01 | 19738 | Kyle M. Wilkins | Preva Advanced Surgicare - The Woodlands LLC | 25356 | 9/18/2020 | $ 4,077.57 | $ 4,893.08 | $ 18,534.40 | | |
| TIF-01 | 19740 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 25357 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | | |
| TIF-01 | 19740 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 25358 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | | |
| TIF-01 | 19566 | Michael Lonati | BENCHMARK PHYSICAL THERAPY | 25352 | | $ 131.25 | $ 157.50 | $ 375.00 | | |
| TIF-01 | 19566 | Michael Lonati | BENCHMARK PHYSICAL THERAPY | 25353 | | $ 131.25 | $ 157.50 | $ 375.00 | | |
| TIF-01 | 19566 | Michael Lonati | Non-Surgical Orthopaedics PC | 25354 | | $ 208.00 | $ 249.60 | $ 520.00 | | |
| TIF-01 | 19759 | Paul Mazur | Family Dental Solutions | 25393 | | $ 166.40 | $ 199.68 | $ 416.00 | | |
| TIF-01 | 6478 | Russell Boston | Legacy Brain & Spine | 25346 | 9/25/2020 | $ 220.00 | $ 264.00 | $ 550.00 | | |
| TIF-01 | 19501 | Zachary Nelson | Family Dental Solutions | 25453 | | $ 140.00 | $ 168.00 | $ 350.00 | | |
| TIF-01 | 19789 | Kendrick McWilliams | Safeway Psychological Services | 25475 | | $ 844.00 | $ 1,012.80 | $ 2,110.00 | | |
| TIF-01 | 19546 | Richard Kopelman | Georgia Neuroscience | 25473 | | $ 560.00 | $ 672.00 | $ 1,400.00 | | |
| TIF-01 | 19546 | Richard Kopelman | Non-Surgical Orthopaedics PC | 25474 | | $ 208.00 | $ 249.60 | $ 520.00 | | |
| TIF-01 | 19755 | Reginald A Greene | Pain Management Specialists of Atlanta PC | 25387 | | $ 157.50 | $ 189.00 | $ 350.00 | | |
| TIF-01 | 19742 | Stewart J. Guss | Preva Advanced Surgicare - The Woodlands LLC | 25359 | 9/18/2020 | $ 2,396.28 | $ 2,875.54 | $ 10,892.20 | | |
| TIF-01 | 19479 | Abraham Watkins Nichols | Preva Advanced Surgicare - The Woodlands LLC | 25360 | 9/18/2020 | $ 6,668.73 | $ 8,002.48 | $ 30,312.40 | | |
| | | | | | | $ 102,995.66 | $ 123,594.79 | $ 394,848.42 | | |

**\*\*\*\***   This List of Receivables supporting Series 1-Intake H (Batch 10) in the amount of US$394,848.42 is in good order as Forget-the-Market Ltd has performed the following:

  a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

  b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables.  Any missing liens are noted on the List of Receivables with an explanation as to why.

  c. Confirmed that the value of purchased receivables respecting the listed invoices equals 319.47% of the purchased total of $123,594.79.

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 7090 | Hamed Yazdanpanah | Buena Vista Medical Services | 24536 | 8/5/2020 | $ 22.71 | $ 27.25 | $ 75.70 | |
| TIF-01 | 7090 | Hamed Yazdanpanah | Buena Vista Medical Services | 24537 | 8/5/2020 | $ 24.12 | $ 28.94 | $ 80.41 | |
| TIF-01 | 7090 | Hamed Yazdanpanah | Buena Vista Medical Services | 24538 | 8/5/2020 | $ 38.49 | $ 46.19 | $ 128.29 | |
| TIF-01 | 19522 | Michael Shemtoub | Buena Vista Medical Services | 25077 | | $ 20.56 | $ 24.67 | $ 68.55 | |
| TIF-01 | 19522 | Michael Shemtoub | Buena Vista Medical Services | 25078 | | $ 32.97 | $ 39.56 | $ 109.90 | |
| TIF-01 | 19530 | Andrew Kumar | Stat Diagnostics | 25104 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | |
| TIF-01 | 19706 | Farid Yaghoubtil | Buena Vista Medical Services | 25249 | | $ 30.55 | $ 36.66 | $ 101.84 | |
| TIF-01 | 8739 | Reginald A Greene | Buena Vista Medical Services | 25062 | | $ 31.48 | $ 37.78 | $ 104.92 | |
| TIF-01 | 8739 | Reginald A Greene | Buena Vista Medical Services | 25063 | | $ 23.06 | $ 27.67 | $ 76.87 | |
| TIF-01 | 7298 | Hamed Yazdanpanah | Buena Vista Medical Services | 24681 | 9/3/2020 | $ 15.47 | $ 18.56 | $ 51.57 | |
| TIF-01 | 7298 | Hamed Yazdanpanah | Buena Vista Medical Services | 25070 | | $ 15.47 | $ 18.56 | $ 51.57 | |
| TIF-01 | 8659 | Nicholas Lasso | Buena Vista Medical Services | 24598 | 8/5/2020 | $ 24.54 | $ 29.45 | $ 81.81 | |
| TIF-01 | 8659 | Nicholas Lasso | Buena Vista Medical Services | 24599 | 8/5/2020 | $ 32.12 | $ 38.54 | $ 107.05 | |
| TIF-01 | 8659 | Nicholas Lasso | Buena Vista Medical Services | 24688 | 9/3/2020 | $ 32.12 | $ 38.54 | $ 107.05 | |
| TIF-01 | 8659 | Nicholas Lasso | Buena Vista Medical Services | 24689 | 9/3/2020 | $ 24.54 | $ 29.45 | $ 81.81 | |
| TIF-01 | 8659 | Nicholas Lasso | Buena Vista Medical Services | 25319 | | $ 22.88 | $ 27.46 | $ 76.27 | |
| TIF-01 | 8659 | Nicholas Lasso | Buena Vista Medical Services | 25320 | | $ 16.44 | $ 19.73 | $ 54.79 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24548 | 8/5/2020 | $ 53.69 | $ 64.43 | $ 178.98 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24606 | 8/5/2020 | $ 25.22 | $ 30.26 | $ 84.06 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24607 | 8/5/2020 | $ 23.02 | $ 27.62 | $ 76.72 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24669 | 9/3/2020 | $ 55.34 | $ 66.41 | $ 184.45 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24912 | 9/3/2020 | $ 36.71 | $ 44.05 | $ 122.36 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24913 | 9/3/2020 | $ 29.88 | $ 35.86 | $ 99.60 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24991 | 9/3/2020 | $ 20.87 | $ 25.04 | $ 69.58 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 24992 | 9/3/2020 | $ 26.40 | $ 31.68 | $ 88.01 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 25301 | | $ 63.95 | $ 76.74 | $ 213.18 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 25302 | | $ 33.74 | $ 40.49 | $ 112.48 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 25303 | | $ 41.37 | $ 49.64 | $ 137.90 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 25304 | | $ 29.88 | $ 35.86 | $ 99.60 | |
| TIF-01 | 19271 | Omid Khorshidi | Buena Vista Medical Services | 25305 | | $ 25.50 | $ 30.60 | $ 85.01 | |
| TIF-01 | 19285 | Mathew Babadjouni | Buena Vista Medical Services | 24601 | 8/5/2020 | $ 24.61 | $ 29.53 | $ 82.04 | |
| TIF-01 | 7116 | Nicholas Lasso | Buena Vista Medical Services | 24684 | 9/3/2020 | $ 35.68 | $ 42.82 | $ 118.92 | |
| TIF-01 | 7116 | Nicholas Lasso | Buena Vista Medical Services | 24827 | 9/3/2020 | $ 38.86 | $ 46.63 | $ 129.54 | |
| TIF-01 | 19708 | Farid Yaghoubtil | Buena Vista Medical Services | 25251 | | $ 25.16 | $ 30.19 | $ 83.87 | |
| TIF-01 | 19708 | Farid Yaghoubtil | Buena Vista Medical Services | 25252 | | $ 21.73 | $ 26.08 | $ 72.43 | |
| TIF-01 | 19708 | Farid Yaghoubtil | Buena Vista Medical Services | 25420 | | $ 21.73 | $ 26.08 | $ 72.43 | |
| TIF-01 | 7471 | Mauro Fiore Jr | Buena Vista Medical Services | 24821 | 9/3/2020 | $ 47.92 | $ 57.50 | $ 159.74 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 7471 | Mauro Fiore Jr | Buena Vista Medical Services | 24920 | 9/3/2020 | $ 51.30 | $ 61.56 | $ 171.00 | |
| TIF-01 | 9074 | Michael Shemtoub | Buena Vista Medical Services | 24529 | 8/5/2020 | $ 194.55 | $ 233.46 | $ 648.51 | |
| TIF-01 | 9074 | Michael Shemtoub | Buena Vista Medical Services | 24530 | 8/5/2020 | $ 31.99 | $ 38.39 | $ 106.63 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 24595 | 8/5/2020 | $ 36.73 | $ 44.08 | $ 122.44 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 24596 | 8/5/2020 | $ 27.05 | $ 32.46 | $ 90.17 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 24597 | 8/5/2020 | $ 46.37 | $ 55.64 | $ 154.58 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 24685 | 9/3/2020 | $ 33.01 | $ 39.61 | $ 110.03 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 25071 | | $ 36.73 | $ 44.08 | $ 122.44 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 25072 | | $ 46.37 | $ 55.64 | $ 154.58 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 25073 | | $ 33.01 | $ 39.61 | $ 110.03 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 25074 | | $ 27.05 | $ 32.46 | $ 90.17 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 25434 | | $ 60.10 | $ 72.12 | $ 200.34 | |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 25435 | | $ 62.78 | $ 75.34 | $ 209.27 | |
| TIF-01 | 19295 | Omid Khorshidi | Buena Vista Medical Services | 24916 | 9/3/2020 | $ 51.36 | $ 61.63 | $ 171.19 | |
| TIF-01 | 9341 | Jacob Emrani | Buena Vista Medical Services | 24910 | 9/3/2020 | $ 25.19 | $ 30.23 | $ 83.98 | |
| TIF-01 | 9341 | Jacob Emrani | Buena Vista Medical Services | 25427 | | $ 29.60 | $ 35.52 | $ 98.67 | |
| TIF-01 | 9341 | Jacob Emrani | Buena Vista Medical Services | 25428 | | $ 30.96 | $ 37.15 | $ 103.21 | |
| TIF-01 | 7088 | Kevin Danesh | Buena Vista Medical Services | 24925 | 9/3/2020 | $ 33.65 | $ 40.38 | $ 112.18 | |
| TIF-01 | 7088 | Kevin Danesh | Buena Vista Medical Services | 25007 | 9/3/2020 | $ 28.58 | $ 34.30 | $ 95.27 | |
| TIF-01 | 19495 | Nancy Bernstein | Buena Vista Medical Services | 24934 | 9/3/2020 | $ 27.28 | $ 32.74 | $ 90.93 | |
| TIF-01 | 19495 | Nancy Bernstein | Buena Vista Medical Services | 25230 | | $ 27.28 | $ 32.74 | $ 90.93 | |
| TIF-01 | 19495 | Nancy Bernstein | Buena Vista Medical Services | 25231 | | $ 24.66 | $ 29.59 | $ 82.19 | |
| TIF-01 | 9345 | Nancy Bernstein | Buena Vista Medical Services | 24542 | 8/5/2020 | $ 45.03 | $ 54.04 | $ 150.10 | |
| TIF-01 | 9345 | Nancy Bernstein | Buena Vista Medical Services | 24543 | 8/5/2020 | $ 47.95 | $ 57.54 | $ 159.84 | |
| TIF-01 | 9345 | Nancy Bernstein | Buena Vista Medical Services | 24927 | 9/3/2020 | $ 47.95 | $ 57.54 | $ 159.84 | |
| TIF-01 | 19781 | Mauro Fiore Jr | Buena Vista Medical Services | 25457 | | $ 108.70 | $ 130.44 | $ 362.33 | |
| TIF-01 | 19538 | Peter A. Ruman | Stat Diagnostics | 25108 | 8/18/2020 | $ 1,800.00 | $ 2,160.00 | $ 14,900.00 | |
| TIF-01 | 7082 | John Beals | Buena Vista Medical Services | 24531 | 8/5/2020 | $ 39.35 | $ 47.22 | $ 131.18 | |
| TIF-01 | 7082 | John Beals | Buena Vista Medical Services | 24532 | 8/5/2020 | $ 38.28 | $ 45.94 | $ 127.60 | |
| TIF-01 | 7082 | John Beals | Buena Vista Medical Services | 24917 | 9/3/2020 | $ 38.28 | $ 45.94 | $ 127.60 | |
| TIF-01 | 7082 | John Beals | Buena Vista Medical Services | 24918 | 9/3/2020 | $ 39.35 | $ 47.22 | $ 131.18 | |
| TIF-01 | 7082 | John Beals | Buena Vista Medical Services | 24919 | 9/3/2020 | $ 35.84 | $ 43.01 | $ 119.48 | |
| TIF-01 | 19513 | Daniel Rafii | Buena Vista Medical Services | 25012 | 9/3/2020 | $ 40.60 | $ 48.72 | $ 135.32 | |
| TIF-01 | 19513 | Daniel Rafii | Buena Vista Medical Services | 25013 | 9/3/2020 | $ 28.70 | $ 34.44 | $ 95.68 | |
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 24997 | 9/3/2020 | $ 24.46 | $ 29.35 | $ 81.55 | |
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 24998 | 9/3/2020 | $ 45.32 | $ 54.38 | $ 151.05 | |
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 24999 | 9/3/2020 | $ 27.35 | $ 32.82 | $ 91.16 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 25000 | 9/3/2020 | $ 26.32 | $ 31.58 | $ 87.74 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25039 | 9/3/2020 | $ 249.00 | $ 298.80 | $ 830.00 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25041 | 9/3/2020 | $ 33.79 | $ 40.55 | $ 112.63 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25057 | | $ 25.42 | $ 30.50 | $ 84.74 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25058 | | $ 52.51 | $ 63.01 | $ 175.03 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25059 | | $ 14.30 | $ 17.16 | $ 47.66 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25060 | | $ 41.86 | $ 50.23 | $ 139.54 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25418 | | $ 33.79 | $ 40.55 | $ 112.63 | |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 25419 | | $ 64.82 | $ 77.78 | $ 216.07 | |
| TIF-01 | 7300 | Omid Khorshidi | Buena Vista Medical Services | 25239 | | $ 23.11 | $ 27.73 | $ 77.03 | |
| TIF-01 | 19540 | Dennis Spurling | Stat Diagnostics | 25109 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 10,061.90 | |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 25001 | 9/3/2020 | $ 23.62 | $ 28.34 | $ 78.74 | |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 25002 | 9/3/2020 | $ 23.36 | $ 28.03 | $ 77.86 | |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 25003 | 9/3/2020 | $ 37.53 | $ 45.04 | $ 125.10 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24678 | 9/3/2020 | $ 40.76 | $ 48.91 | $ 135.85 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24679 | 9/3/2020 | $ 34.03 | $ 40.84 | $ 113.43 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24680 | 9/3/2020 | $ 27.84 | $ 33.41 | $ 92.80 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24822 | 9/3/2020 | $ 30.23 | $ 36.28 | $ 100.78 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24823 | 9/3/2020 | $ 50.41 | $ 60.49 | $ 168.04 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24921 | 9/3/2020 | $ 43.89 | $ 52.67 | $ 146.30 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24922 | 9/3/2020 | $ 46.03 | $ 55.24 | $ 153.43 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24923 | 9/3/2020 | $ 120.42 | $ 144.50 | $ 401.39 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 24924 | 9/3/2020 | $ 150.98 | $ 181.18 | $ 503.27 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25004 | 9/3/2020 | $ 50.41 | $ 60.49 | $ 168.04 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25005 | 9/3/2020 | $ 24.88 | $ 29.86 | $ 82.95 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25006 | 9/3/2020 | $ 50.41 | $ 60.49 | $ 168.04 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25067 | | $ 28.59 | $ 34.31 | $ 95.30 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25068 | | $ 50.41 | $ 60.49 | $ 168.04 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25069 | | $ 43.89 | $ 52.67 | $ 146.30 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25237 | | $ 50.41 | $ 60.49 | $ 168.04 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25238 | | $ 136.31 | $ 163.57 | $ 454.37 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25315 | | $ 24.88 | $ 29.86 | $ 82.95 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25316 | | $ 120.42 | $ 144.50 | $ 401.39 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25431 | | $ 43.89 | $ 52.67 | $ 146.30 | |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 25432 | | $ 26.90 | $ 32.28 | $ 89.68 | |
| TIF-01 | 7869 | Mauro Fiore Jr | Buena Vista Medical Services | 24832 | 9/3/2020 | $ 37.70 | $ 45.24 | $ 125.67 | |
| TIF-01 | 7869 | Mauro Fiore Jr | Buena Vista Medical Services | 25312 | | $ 45.79 | $ 54.95 | $ 152.63 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 7869 | Mauro Fiore Jr | Buena Vista Medical Services | 25313 | | $ 63.24 | $ 75.89 | $ 210.79 | |
| TIF-01 | 7869 | Mauro Fiore Jr | Buena Vista Medical Services | 25314 | | $ 23.79 | $ 28.55 | $ 79.29 | |
| TIF-01 | 19275 | Michael Madadi | Buena Vista Medical Services | 24552 | 8/5/2020 | $ 27.47 | $ 32.96 | $ 91.58 | |
| TIF-01 | 19275 | Michael Madadi | Buena Vista Medical Services | 24553 | 8/5/2020 | $ 37.44 | $ 44.93 | $ 124.79 | |
| TIF-01 | 19275 | Michael Madadi | Buena Vista Medical Services | 24996 | 9/3/2020 | $ 37.44 | $ 44.93 | $ 124.79 | |
| TIF-01 | 19542 | Buzbee Law Firm | Stat Diagnostics | 25110 | 8/18/2020 | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | |
| TIF-01 | 19544 | Salazar Velazquez | Stat Diagnostics | 25111 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 24686 | 9/3/2020 | $ 93.39 | $ 112.07 | $ 311.30 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 24687 | 9/3/2020 | $ 103.06 | $ 123.67 | $ 343.52 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 25243 | | $ 26.25 | $ 31.50 | $ 87.51 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 25244 | | $ 60.73 | $ 72.88 | $ 202.43 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 25436 | | $ 63.56 | $ 76.27 | $ 211.85 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 25437 | | $ 93.39 | $ 112.07 | $ 311.30 | |
| TIF-01 | 9767 | Cory Hilton | Buena Vista Medical Services | 25438 | | $ 29.98 | $ 35.98 | $ 99.94 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 24539 | 8/5/2020 | $ 59.48 | $ 71.38 | $ 198.25 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 24540 | 8/5/2020 | $ 42.82 | $ 51.38 | $ 142.73 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 24541 | 8/5/2020 | $ 44.50 | $ 53.40 | $ 148.35 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 25008 | 9/3/2020 | $ 59.48 | $ 71.38 | $ 198.25 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 25009 | 9/3/2020 | $ 42.82 | $ 51.38 | $ 142.73 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 25010 | 9/3/2020 | $ 44.50 | $ 53.40 | $ 148.35 | |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 25075 | | $ 345.28 | $ 414.34 | $ 1,150.94 | |
| TIF-01 | 8895 | Michael Shemtoub | Buena Vista Medical Services | 24911 | 9/3/2020 | $ 21.73 | $ 26.08 | $ 72.43 | |
| TIF-01 | 8895 | Michael Shemtoub | Buena Vista Medical Services | 25429 | | $ 21.73 | $ 26.08 | $ 72.43 | |
| TIF-01 | 19548 | Mokaram Law Firm | Stat Diagnostics | 25113 | 8/8/2020 | $ 1,800.00 | $ 2,160.00 | $ 14,900.00 | |
| TIF-01 | 19493 | Daniel Rafii | Buena Vista Medical Services | 24932 | 9/3/2020 | $ 26.19 | $ 31.43 | $ 87.29 | |
| TIF-01 | 19493 | Daniel Rafii | Buena Vista Medical Services | 25299 | | $ 58.49 | $ 70.19 | $ 194.98 | |
| TIF-01 | 9220 | Janice Strong | ChartSquad | 24574 | | $ 99.98 | $ 119.98 | $ 120.00 | |
| TIF-01 | 9220 | Janice Strong | ChartSquad | 24577 | | $ 45.00 | $ 54.00 | $ 120.00 | |
| TIF-01 | 9220 | Janice Strong | ChartSquad | 24578 | | $ 45.00 | $ 54.00 | $ 120.00 | |
| TIF-01 | 9220 | Janice Strong | ChartSquad | 24579 | | $ 45.00 | $ 54.00 | $ 120.00 | |
| TIF-01 | 9220 | Janice Strong | ChartSquad | 24580 | | $ 45.00 | $ 54.00 | $ 120.00 | |
| TIF-01 | 9220 | Janice Strong | ChartSquad | 25207 | | $ 51.50 | $ 61.80 | $ 120.00 | |
| TIF-01 | 19550 | Salazar Velazquez | Stat Diagnostics | 25115 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | |
| TIF-01 | 19552 | L. Lee Thweatt | Stat Diagnostics | 25117 | 8/18/2020 | $ 600.00 | $ 720.00 | $ 4,500.00 | |
| TIF-01 | 19237 | Farid Yaghoubtil | Buena Vista Medical Services | 24815 | 9/3/2020 | $ 64.96 | $ 77.95 | $ 216.52 | |
| TIF-01 | 19237 | Farid Yaghoubtil | Buena Vista Medical Services | 24816 | 9/3/2020 | $ 27.46 | $ 32.95 | $ 91.54 | |
| TIF-01 | 19237 | Farid Yaghoubtil | Buena Vista Medical Services | 25234 | | $ 27.46 | $ 32.95 | $ 91.54 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 19237 | Farid Yaghoubtil | Buena Vista Medical Services | 25235 | | $ 64.96 | $ 77.95 | $ 216.52 | |
| TIF-01 | 19722 | Michael Madadi | Buena Vista Medical Services | 25322 | | $ 30.41 | $ 36.49 | $ 101.38 | |
| TIF-01 | 19722 | Michael Madadi | Buena Vista Medical Services | 25323 | | $ 22.28 | $ 26.74 | $ 74.25 | |
| TIF-01 | 19704 | Mauro Fiore Jr | Buena Vista Medical Services | 25247 | | $ 28.30 | $ 33.96 | $ 94.32 | |
| TIF-01 | 19273 | Lawrence Ruiz | Buena Vista Medical Services | 24550 | 8/5/2020 | $ 111.09 | $ 133.31 | $ 370.31 | |
| TIF-01 | 8932 | Lawrence Ruiz | Buena Vista Medical Services | 24527 | 8/5/2020 | $ 41.78 | $ 50.14 | $ 139.27 | |
| TIF-01 | 8932 | Lawrence Ruiz | Buena Vista Medical Services | 24528 | 8/5/2020 | $ 21.67 | $ 26.00 | $ 72.24 | |
| TIF-01 | 8932 | Lawrence Ruiz | Buena Vista Medical Services | 24915 | 9/3/2020 | $ 21.67 | $ 26.00 | $ 72.24 | |
| TIF-01 | 8932 | Lawrence Ruiz | Buena Vista Medical Services | 24993 | 9/3/2020 | $ 41.78 | $ 50.14 | $ 139.27 | |
| TIF-01 | 8932 | Lawrence Ruiz | Buena Vista Medical Services | 24994 | 9/3/2020 | $ 38.08 | $ 45.70 | $ 126.92 | |
| TIF-01 | 8932 | Lawrence Ruiz | Buena Vista Medical Services | 24995 | 9/3/2020 | $ 31.27 | $ 37.52 | $ 104.23 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24670 | 9/3/2020 | $ 21.49 | $ 25.79 | $ 71.63 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24671 | 9/3/2020 | $ 19.71 | $ 23.65 | $ 65.70 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24672 | 9/3/2020 | $ 23.08 | $ 27.70 | $ 76.95 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24673 | 9/3/2020 | $ 32.88 | $ 39.46 | $ 109.59 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24674 | 9/3/2020 | $ 21.51 | $ 25.81 | $ 71.71 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24675 | 9/3/2020 | $ 28.19 | $ 33.83 | $ 93.97 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24676 | 9/3/2020 | $ 27.13 | $ 32.56 | $ 90.44 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24677 | 9/3/2020 | $ 19.73 | $ 23.68 | $ 65.78 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24818 | 9/3/2020 | $ 53.82 | $ 64.58 | $ 179.40 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24819 | 9/3/2020 | $ 19.95 | $ 23.94 | $ 66.50 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 24820 | 9/3/2020 | $ 25.97 | $ 31.16 | $ 86.56 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 25065 | | $ 19.95 | $ 23.94 | $ 66.50 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 25066 | | $ 25.97 | $ 31.16 | $ 86.56 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 25236 | | $ 21.65 | $ 25.98 | $ 72.16 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 25307 | | $ 25.97 | $ 31.16 | $ 86.56 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 25308 | | $ 21.52 | $ 25.82 | $ 71.74 | |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 25430 | | $ 19.95 | $ 23.94 | $ 66.50 | |
| TIF-01 | 19257 | Michael Madadi | Buena Vista Medical Services | 24814 | 9/3/2020 | $ 57.39 | $ 68.87 | $ 191.29 | |
| TIF-01 | 19257 | Michael Madadi | Buena Vista Medical Services | 25232 | | $ 24.76 | $ 29.71 | $ 82.54 | |
| TIF-01 | 19257 | Michael Madadi | Buena Vista Medical Services | 25233 | | $ 26.19 | $ 31.43 | $ 87.29 | |
| TIF-01 | 8270 | Nicholas Lasso | Buena Vista Medical Services | 25245 | | $ 23.96 | $ 28.75 | $ 79.88 | |
| TIF-01 | 8270 | Nicholas Lasso | Buena Vista Medical Services | 25439 | | $ 21.20 | $ 25.44 | $ 70.68 | |
| TIF-01 | 8270 | Nicholas Lasso | Buena Vista Medical Services | 25440 | | $ 24.50 | $ 29.40 | $ 81.66 | |
| TIF-01 | 7310 | Timothy Revero | Buena Vista Medical Services | 24926 | 9/3/2020 | $ 44.66 | $ 53.59 | $ 148.86 | |
| TIF-01 | 7310 | Timothy Revero | Buena Vista Medical Services | 25318 | | $ 33.32 | $ 39.98 | $ 111.07 | |
| TIF-01 | 6740 | Kevin Danesh | Buena Vista Medical Services | 24533 | 8/5/2020 | $ 56.30 | $ 67.56 | $ 187.66 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 6740 | Kevin Danesh | Buena Vista Medical Services | 25309 | | $ 57.74 | $ 69.29 | $ 192.46 | |
| TIF-01 | 6740 | Kevin Danesh | Buena Vista Medical Services | 25310 | | $ 14.28 | $ 17.14 | $ 47.60 | |
| TIF-01 | 6740 | Kevin Danesh | Buena Vista Medical Services | 25311 | | $ 63.24 | $ 75.89 | $ 210.79 | |
| TIF-01 | 9305 | Michael Shemtoub | Buena Vista Medical Services | 24817 | 9/3/2020 | $ 78.65 | $ 94.38 | $ 262.18 | |
| TIF-01 | 7218 | Nicholas Lasso | Buena Vista Medical Services | 25423 | | $ 39.17 | $ 47.00 | $ 130.56 | |
| TIF-01 | 19779 | Daniel Rafii | Buena Vista Medical Services | 25455 | | $ 21.68 | $ 26.02 | $ 72.28 | |
| TIF-01 | 19483 | Nicholas Lasso | Buena Vista Medical Services | 24829 | 9/3/2020 | $ 25.16 | $ 30.19 | $ 83.87 | |
| TIF-01 | 19483 | Nicholas Lasso | Buena Vista Medical Services | 24830 | 9/3/2020 | $ 31.42 | $ 37.70 | $ 104.73 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 24682 | 9/3/2020 | $ 215.79 | $ 258.95 | $ 719.30 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 24683 | 9/3/2020 | $ 37.72 | $ 45.26 | $ 125.74 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 24825 | 9/3/2020 | $ 37.55 | $ 45.06 | $ 125.17 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 24826 | 9/3/2020 | $ 48.56 | $ 58.27 | $ 161.85 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 25241 | | $ 25.33 | $ 30.40 | $ 84.44 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 25242 | | $ 37.55 | $ 45.06 | $ 125.17 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 25317 | | $ 48.56 | $ 58.27 | $ 161.85 | |
| TIF-01 | 7064 | Farid Yaghoubtil | Buena Vista Medical Services | 25433 | | $ 37.72 | $ 45.26 | $ 125.74 | |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 24534 | 8/5/2020 | $ 27.61 | $ 33.13 | $ 92.04 | |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 24535 | 8/5/2020 | $ 35.09 | $ 42.11 | $ 116.96 | |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 24824 | 9/3/2020 | $ 35.09 | $ 42.11 | $ 116.96 | |
| TIF-01 | 8705 | Farid Yaghoubtil | Buena Vista Medical Services | 25306 | | $ 40.10 | $ 48.12 | $ 133.68 | |
| TIF-01 | 19265 | Omid Khorshidi | Buena Vista Medical Services | 24914 | 9/3/2020 | $ 40.77 | $ 48.92 | $ 135.89 | |
| TIF-01 | 19265 | Omid Khorshidi | Buena Vista Medical Services | 25064 | | $ 24.22 | $ 29.06 | $ 80.75 | |
| TIF-01 | 18523 | Jared Richards | Buena Vista Medical Services | 24604 | 8/5/2020 | $ 115.26 | $ 138.31 | $ 384.21 | |
| TIF-01 | 18523 | Jared Richards | Buena Vista Medical Services | 24904 | 9/3/2020 | $ 22.72 | $ 27.26 | $ 75.73 | |
| TIF-01 | 18523 | Jared Richards | Buena Vista Medical Services | 24905 | 9/3/2020 | $ 48.55 | $ 58.26 | $ 161.84 | |
| TIF-01 | 8607 | Farid Yaghoubtil | Buena Vista Medical Services | 24666 | 9/3/2020 | $ 48.56 | $ 58.27 | $ 161.85 | |
| TIF-01 | 8607 | Farid Yaghoubtil | Buena Vista Medical Services | 24667 | 9/3/2020 | $ 37.72 | $ 45.26 | $ 125.74 | |
| TIF-01 | 8607 | Farid Yaghoubtil | Buena Vista Medical Services | 24668 | 9/3/2020 | $ 30.77 | $ 36.92 | $ 102.56 | |
| TIF-01 | 19515 | Michael Shemtoub | Buena Vista Medical Services | 25015 | 9/3/2020 | $ 33.68 | $ 40.42 | $ 112.25 | |
| TIF-01 | 19515 | Michael Shemtoub | Buena Vista Medical Services | 25016 | 9/3/2020 | $ 26.22 | $ 31.46 | $ 87.40 | |
| TIF-01 | 19515 | Michael Shemtoub | Buena Vista Medical Services | 25017 | 9/3/2020 | $ 40.53 | $ 48.64 | $ 135.09 | |
| TIF-01 | 19515 | Michael Shemtoub | Buena Vista Medical Services | 25018 | 9/3/2020 | $ 21.46 | $ 25.75 | $ 71.52 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 24545 | 8/5/2020 | $ 27.70 | $ 33.24 | $ 92.34 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 24546 | 8/5/2020 | $ 22.31 | $ 26.77 | $ 74.37 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 24906 | 9/3/2020 | $ 21.76 | $ 26.11 | $ 72.54 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 24907 | 9/3/2020 | $ 65.63 | $ 78.76 | $ 218.77 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 24908 | 9/3/2020 | $ 142.90 | $ 171.48 | $ 476.33 | |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake H (Batch 11)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB Amount | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 25061 | | $ 20.53 | $ 24.64 | $ 68.44 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 25424 | | $ 22.31 | $ 26.77 | $ 74.37 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 25425 | | $ 27.70 | $ 33.24 | $ 92.34 | |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 25426 | | $ 65.63 | $ 78.76 | $ 218.77 | |
| TIF-01 | 5067 | Natanya Brooks | Buena Vista Medical Services | 24909 | 9/3/2020 | $ 239.85 | $ 287.82 | $ 1,199.23 | |
| TIF-01 | 19558 | Martin Law Firm | Stat Diagnostics | 25121 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 9,075.00 | |
| TIF-01 | 19785 | Peter Angulo | Buena Vista Medical Services | 25461 | | $ 29.29 | $ 35.15 | $ 97.62 | |
| TIF-01 | 19783 | Salar Hendizadeh | Buena Vista Medical Services | 25459 | | $ 22.96 | $ 27.55 | $ 76.53 | |
| TIF-01 | 7094 | Frank Fasel | Buena Vista Medical Services | 25240 | | $ 20.37 | $ 24.44 | $ 67.91 | |
| | | | | | | $ 21,840.02 | $ 26,208.02 | $ 122,101.92 | |

**\*\*\*\*** This List of Receivables supporting Series 1-Intake H (Batch 11) in the amount of US$122,101.92 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 465.90% of the purchased total of $26,208.02.