# EXHIBIT D-10

# EXHIBIT D-10


**TECUMSEH**

RECEIVABLES
PURCHASE ORDER

PO #: 1-J-10-19

## TECUMSEH – Infinity Medical Receivables Fund, LP

DATE:  23 October 2020

**To: Infinity Capital Management**

Reference: Series #1 – Intake J

| Qty. - USD | Description |
|---|---|
| | Medical receivables to be purchased: |
| 28,285.63 | Batch 14-A |
| 74,552.21 | Batch 14-B |
| 10,548.22 | Batch 14-C |
| 22,677.20 | Acquisition/ fees Service |
| | |
| | |
| $136,063.26 | **TOTAL** |

*Michael Belotz*
_____
Signature

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake J (Batch 14-A)

| Fund | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | | Cost | | GFB | Funding Type |
|------|--------|----------|--------|-----------|---------------------------|---|------|---|-----|---------------|
| TIF-01 | David W. Bergquist | Preva | | | $ | 3,234.00 | $ | 3,880.80 | $ 14,700.00 | PM |
| TIF-01 | David A. Spradlin | Preva | | | $ | 6,371.38 | $ | 7,645.65 | $ 28,960.80 | PM |
| TIF-01 | Abraham Garcia | Preva | | | $ | 2,812.35 | $ | 3,374.82 | $ 12,783.41 | PM |
| TIF-01 | Andrew Kumar | Preva | | | $ | 2,812.35 | $ | 3,374.82 | $ 12,783.41 | PM |
| TIF-01 | David W. Bergquist | Preva | | | $ | 2,109.80 | $ | 2,531.76 | $ 9,590.00 | PM |
| TIF-01 | J. Ryan Fowler | Preva | | | $ | 2,812.35 | $ | 3,374.82 | $ 12,783.41 | PM |
| TIF-01 | Abraham Garcia | Preva | | | $ | 3,234.00 | $ | 3,880.80 | $ 14,700.00 | PM |
| TIF-01 | David W. Bergquist | Preva | | | $ | 4,899.40 | $ | 5,879.28 | $ 22,270.00 | PM |
| | | | | | $ | 28,285.63 | $ | 33,942.75 | $ 128,571.03 | |

**\*\*\*\*** This List of Receivables supporting Series 1-Intake J (Batch 14-A) in the amount of US$128,571.03 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables.  Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 378.79% of the purchased total of $33,942.75.

William B Dalzell
CFO, Forget-the-Market Limited
Co-Manager for Tecumseh-Infinity MR Fund

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-B)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type | |
|------|---------|--------|----------|--------|-----------|----------------|------|-----|--------------|---|
| TIF-01 | 19279 | Nathan Fitzpatrick | Perimeter Orthopaedics PC | 26687 | | $ 102.96 | $ 123.55 | $ 257.40 | PI | |
| TIF-01 | 19279 | Nathan Fitzpatrick | Perimeter Orthopaedics PC | 26688 | | $ 289.66 | $ 347.59 | $ 724.15 | PI | |
| TIF-01 | 20329 | Casey Geiger | Legacy Brain & Spine | 26948 | | $ 306.00 | $ 367.20 | $ 765.00 | PI | |
| TIF-01 | 20329 | Casey Geiger | Legacy Brain & Spine | 26949 | | $ 790.00 | $ 948.00 | $ 1,975.00 | MRI | |
| TIF-01 | 19795 | Peter Ross | Peachtree Orthopaedic Clinic | 25493 | | $ 236.20 | $ 283.44 | $ 508.00 | PM | |
| TIF-01 | 19793 | W. Winston Briggs | Non-Surgical Orthopaedics PC | 25490 | | $ 284.00 | $ 340.80 | $ 710.00 | PM | |
| TIF-01 | 19793 | W. Winston Briggs | Non-Surgical Orthopaedics PC | 25491 | | $ 152.00 | $ 182.40 | $ 380.00 | PM | |
| TIF-01 | 19793 | W. Winston Briggs | Non-Surgical Orthopaedics PC | 25492 | | $ 208.00 | $ 249.60 | $ 520.00 | PM | |
| TIF-01 | 12133 | Peter Ross | Peachtree Orthopaedic Clinic | 25489 | | $ 135.90 | $ 163.08 | $ 302.00 | PM | |
| TIF-01 | 19702 | Steven Leibel | BENCHMARK PHYSICAL THERAPY | 25477 | | $ 98.18 | $ 117.82 | $ 280.50 | PI | |
| TIF-01 | 19702 | Steven Leibel | BENCHMARK PHYSICAL THERAPY | 25478 | | $ 98.18 | $ 117.82 | $ 280.50 | PI | |
| TIF-01 | 19702 | Steven Leibel | BENCHMARK PHYSICAL THERAPY | 25479 | | $ 98.18 | $ 117.82 | $ 280.50 | PI | |
| TIF-01 | 19702 | Steven Leibel | BENCHMARK PHYSICAL THERAPY | 26947 | | $ 98.18 | $ 117.82 | $ 280.50 | PI | |
| TIF-01 | 19702 | Steven Leibel | Center for Spine and Pain Medicine | 26946 | | $ 150.80 | $ 180.96 | $ 377.00 | PM | |
| TIF-01 | 19702 | Steven Leibel | Center for Spine and Pain Medicine | 26953 | | $ 130.00 | $ 156.00 | $ 325.00 | PM | |
| TIF-01 | 19528 | Amy Daugherty | Phenix City Spine & Joint Center  LLC | 26889 | 10/13/2020 | $ 450.45 | $ 540.54 | $ 1,287.01 | MRI | One bill is split between two providers blue goes together |
| TIF-01 | 19528 | Amy Daugherty | Phenix City Spine & Joint Center  LLC | 26902 | 10/13/2020 | $ 451.80 | $ 542.16 | $ 1,290.86 | MRI | Phenix issues the total bill that covers both Phenix and Topple |
| TIF-01 | 19528 | Amy Daugherty | Topple Diagnostics | 26890 | 10/13/2020 | $ 550.56 | $ 660.67 | $ 1,573.01 | MRI | |
| TIF-01 | 19528 | Amy Daugherty | Topple Diagnostics | 26903 | 10/13/2020 | $ 552.20 | $ 662.64 | $ 1,577.71 | MRI | One bill is split between two providers yellow goes together |
| TIF-01 | 19437 | Charles E (Ted) Lake  Jr. | Orthopaedic Solutions | 25483 | | $ 227.50 | $ 273.00 | $ 650.00 | PI | |
| TIF-01 | 19281 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 26734 | | $ 126.00 | $ 151.20 | $ 360.00 | PI | |
| TIF-01 | 19281 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 26735 | | $ 140.00 | $ 168.00 | $ 400.00 | PI | |
| TIF-01 | 9321 | Samuel Johnson | BENCHMARK PHYSICAL THERAPY | 26951 | | $ 116.38 | $ 139.66 | $ 332.50 | PI | |
| TIF-01 | 19499 | Ronald Chalker | Atlas Orthopaedics;Duncan Wells MD | 25446 | | $ 343.06 | $ 411.67 | $ 857.64 | PI | |
| TIF-01 | 19489 | Ronald Chalker | Athens Orthopedic Clinic | 26679 | | $ 70.80 | $ 84.96 | $ 177.00 | PI | |
| TIF-01 | 19489 | Ronald Chalker | Athens Orthopedic Clinic | 26680 | | $ 68.50 | $ 82.20 | $ 171.25 | PI | |
| TIF-01 | 20327 | Reginald A Greene | Polaris Spine & Neurosurgery Center | 26944 | | $ 354.00 | $ 424.80 | $ 885.00 | PM | |
| TIF-01 | 19797 | Candace  Malone | BENCHMARK PHYSICAL THERAPY | 25494 | | $ 201.08 | $ 241.30 | $ 574.50 | PI | |
| TIF-01 | 19797 | Candace  Malone | BENCHMARK PHYSICAL THERAPY | 25495 | | $ 131.25 | $ 157.50 | $ 375.00 | PI | |
| TIF-01 | 19797 | Candace  Malone | BENCHMARK PHYSICAL THERAPY | 25496 | | $ 131.25 | $ 157.50 | $ 375.00 | PI | |
| TIF-01 | 19797 | Candace  Malone | BENCHMARK PHYSICAL THERAPY | 25497 | | $ 131.25 | $ 157.50 | $ 375.00 | PI | |
| TIF-01 | 19797 | Candace  Malone | BENCHMARK PHYSICAL THERAPY | 25498 | | $ 131.25 | $ 157.50 | $ 375.00 | PI | |
| TIF-01 | 19797 | Candace  Malone | BENCHMARK PHYSICAL THERAPY | 25499 | | $ 131.25 | $ 157.50 | $ 375.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Colorado Injury Treatment Center PC | 26927 | | $ 77.40 | $ 92.88 | $ 180.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Colorado Injury Treatment Center PC | 26928 | | $ 77.40 | $ 92.88 | $ 180.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Colorado Injury Treatment Center PC | 26929 | | $ 77.40 | $ 92.88 | $ 180.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Colorado Injury Treatment Center PC | 26930 | | $ 94.60 | $ 113.52 | $ 220.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Colorado Injury Treatment Center PC | 26931 | | $ 77.40 | $ 92.88 | $ 180.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Colorado Injury Treatment Center PC | 26932 | | $ 77.40 | $ 92.88 | $ 180.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Peak Orthopedics & Spine PLLC | 26933 | | $ 86.86 | $ 104.23 | $ 202.00 | PI | |
| TIF-01 | 18535 | Reginald A Greene | Peak Orthopedics & Spine PLLC | 26969 | | $ 86.86 | $ 104.23 | $ 202.00 | PI | |
| TIF-01 | 19473 | Joel Roth | Non-Surgical Orthopaedics PC | 25487 | | $ 208.00 | $ 249.60 | $ 520.00 | PM | |

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-B)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type | |
|------|---------|--------|----------|--------|-----------|-----------|------|-----|--------------|---|
| TIF-01 | 19475 | Joel Roth | Non-Surgical Orthopaedics PC | 25488 | | $ 208.00 | $ 249.60 | $ 520.00 | PM | |
| TIF-01 | 19769 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 25444 | | $ 1,059.75 | $ 1,271.70 | $ 2,355.00 | MRI | |
| TIF-01 | 19769 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 26945 | | $ 226.80 | $ 272.16 | $ 504.00 | PI | |
| TIF-01 | 20125 | David Bence | Phenix City Spine & Joint Center  LLC | 26875 | 10/13/2020 | $ 451.80 | $ 542.16 | $ 1,290.86 | MRI | One bill is split between two providers blue goes together |
| TIF-01 | 20125 | David Bence | Phenix City Spine & Joint Center  LLC | 26881 | 10/13/2020 | $ 450.45 | $ 540.54 | $ 1,287.01 | MRI | |
| TIF-01 | 20125 | David Bence | Topple Diagnostics | 26876 | 10/13/2020 | $ 552.20 | $ 662.64 | $ 1,577.71 | MRI | |
| TIF-01 | 20125 | David Bence | Topple Diagnostics | 26882 | 10/13/2020 | $ 550.56 | $ 660.67 | $ 1,573.01 | MRI | One bill is split between two providers yellow goes together |
| TIF-01 | 19757 | Holly  Salimi | Polaris Spine & Neurosurgery Center | 26950 | | $ 396.00 | $ 475.20 | $ 990.00 | PM | |
| TIF-01 | 19255 | Reginald A Greene | Non-Surgical Orthopaedics PC | 26685 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19255 | Reginald A Greene | Non-Surgical Orthopaedics PC | 26966 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19255 | Reginald A Greene | The Center for Spine Procedures | 26686 | | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM | |
| TIF-01 | 19255 | Reginald A Greene | The Center for Spine Procedures | 26965 | | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM | |
| TIF-01 | 19195 | William L. Swank  II | BENCHMARK PHYSICAL THERAPY | 26957 | | $ 126.00 | $ 151.20 | $ 360.00 | PI | |
| TIF-01 | 19195 | William L. Swank  II | BENCHMARK PHYSICAL THERAPY | 26958 | | $ 154.88 | $ 185.86 | $ 442.50 | PI | |
| TIF-01 | 19750 | Gordon Remmen | Non-Surgical Orthopaedics PC | 25480 | | $ 208.00 | $ 249.60 | $ 520.00 | PM | |
| TIF-01 | 19750 | Gordon Remmen | Non-Surgical Orthopaedics PC | 26848 | | $ 208.00 | $ 249.60 | $ 520.00 | PM | |
| TIF-01 | 19750 | Gordon Remmen | Non-Surgical Orthopaedics PC | 26964 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19750 | Gordon Remmen | The Center for Spine Procedures | 26963 | | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM | |
| TIF-01 | 19787 | K Douglas Cook | Non-Surgical Orthopaedics PC | 26690 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19787 | K Douglas Cook | Non-Surgical Orthopaedics PC | 26691 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19787 | K Douglas Cook | The Center for Spine Procedures | 26692 | | $ 1,570.00 | $ 1,884.00 | $ 3,925.00 | PM | |
| TIF-01 | 19787 | K Douglas Cook | The Center for Spine Procedures | 26693 | | $ 1,570.00 | $ 1,884.00 | $ 3,925.00 | PM | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 25442 | | $ 97.12 | $ 116.54 | $ 277.50 | PI | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 25481 | | $ 118.12 | $ 141.74 | $ 337.50 | PI | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 25482 | | $ 118.12 | $ 141.74 | $ 337.50 | PI | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 26970 | | $ 97.12 | $ 116.54 | $ 277.50 | PI | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 26971 | | $ 126.00 | $ 151.20 | $ 360.00 | PI | |
| TIF-01 | 19241 | Ronald Chalker | BENCHMARK PHYSICAL THERAPY | 26972 | | $ 130.72 | $ 156.86 | $ 373.50 | PI | |
| TIF-01 | 19698 | Gordon Remmen | (AHI) American Health Imaging | 25206 | 10/6/2020 | $ 1,950.00 | $ 2,340.00 | $ 6,820.00 | MRI | |
| TIF-01 | 19698 | Gordon Remmen | Non-Surgical Orthopaedics PC | 25205 | 10/6/2020 | $ 720.00 | $ 864.00 | $ 1,800.00 | PM | |
| TIF-01 | 19698 | Gordon Remmen | Non-Surgical Orthopaedics PC | 26678 | | $ 208.00 | $ 249.60 | $ 520.00 | PM | |
| TIF-01 | 19698 | Gordon Remmen | Non-Surgical Orthopaedics PC | 26959 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19698 | Gordon Remmen | Non-Surgical Orthopaedics PC | 26960 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM | |
| TIF-01 | 19698 | Gordon Remmen | The Center for Spine Procedures | 26961 | | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM | |
| TIF-01 | 19698 | Gordon Remmen | The Center for Spine Procedures | 26962 | | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM | |
| TIF-01 | 19744 | Steven Leibel | Polaris Spine & Neurosurgery Center | 26676 | | $ 354.00 | $ 424.80 | $ 885.00 | PM | |
| TIF-01 | 19744 | Steven Leibel | Polaris Spine & Neurosurgery Center | 26677 | | $ 354.00 | $ 424.80 | $ 885.00 | PM | |
| TIF-01 | 8430 | Peter Ross | Pain Management Specialists of Atlant | 26726 | | $ 87.75 | $ 105.30 | $ 195.00 | PM | |
| TIF-01 | 19873 | Zachary Taft | Safeway Psychological Services | 25916 | | $ 844.00 | $ 1,012.80 | $ 2,110.00 | PI | |
| TIF-01 | 19718 | Jonathan Wade | Family Dental Solutions | 25275 | 10/6/2020 | $ 140.00 | $ 168.00 | $ 350.00 | PI | |
| TIF-01 | 19718 | Jonathan Wade | Family Dental Solutions | 26675 | | $ 250.00 | $ 300.00 | $ 625.00 | PI | |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 25276 | 10/6/2020 | $ 36.00 | $ 43.20 | $ 72.00 | PI | |

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-B)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type |
|------|---------|--------|----------|--------|-----------|-------------|------|-----|------|
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 25277 | 10/6/2020 | $ 657.05 | $ 788.46 | $ 1,447.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26656 | | $ 201.60 | $ 241.92 | $ 448.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26934 | | $ 132.30 | $ 158.76 | $ 294.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26935 | | $ 226.80 | $ 272.16 | $ 504.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26936 | | $ 132.30 | $ 158.76 | $ 294.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26937 | | $ 154.80 | $ 185.76 | $ 344.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26938 | | $ 165.00 | $ 198.00 | $ 330.00 | PI |
| TIF-01 | 19718 | Jonathan Wade | Peachtree Orthopaedic Clinic | 26939 | | $ 471.50 | $ 565.80 | $ 1,016.00 | PI |
| TIF-01 | 19763 | Bryan Sutlive | Safeway Psychological Services | 26941 | | $ 436.00 | $ 523.20 | $ 1,090.00 | PI |
| TIF-01 | 20195 | Alyssa Martins | Georgia Spine & Orthopedics | 26835 | | $ 208.00 | $ 249.60 | $ 520.00 | PI |
| TIF-01 | 19753 | Alfred Evans III | Polaris Spine & Neurosurgery Center | 25385 | 10/6/2020 | $ 396.00 | $ 475.20 | $ 990.00 | PM |
| TIF-01 | 19791 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 25484 | | $ 143.10 | $ 171.72 | $ 318.00 | PI |
| TIF-01 | 19791 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 25485 | | $ 136.80 | $ 164.16 | $ 304.00 | PI |
| TIF-01 | 19791 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 25486 | | $ 215.10 | $ 258.12 | $ 478.00 | PI |
| TIF-01 | 19791 | Alexander Hoffspiegel | Peachtree Orthopaedic Clinic | 26952 | | $ 136.80 | $ 164.16 | $ 304.00 | PI |
| TIF-01 | 18533 | Zachary Nelson | Peachtree Orthopaedic Clinic | 26842 | | $ 215.10 | $ 258.12 | $ 470.00 | PI |
| TIF-01 | 19526 | Michael Lonati | (AHI) American Health Imaging | 25501 | | $ 650.00 | $ 780.00 | $ 2,225.00 | MRI |
| TIF-01 | 19526 | Michael Lonati | Non-Surgical Orthopaedics PC | 25500 | | $ 208.00 | $ 249.60 | $ 520.00 | PM |
| TIF-01 | 20091 | Joel Roth | BENCHMARK PHYSICAL THERAPY | 26664 | | $ 123.38 | $ 148.06 | $ 352.50 | PI |
| TIF-01 | 20091 | Joel Roth | BENCHMARK PHYSICAL THERAPY | 26665 | | $ 155.40 | $ 186.48 | $ 444.00 | PI |
| TIF-01 | 20091 | Joel Roth | Perimeter Orthopaedics PC | 26661 | | $ 306.42 | $ 367.70 | $ 766.05 | PI |
| TIF-01 | 20091 | Joel Roth | Perimeter Orthopaedics PC | 26662 | | $ 400.00 | $ 480.00 | $ 1,000.00 | PI |
| TIF-01 | 20091 | Joel Roth | Perimeter Orthopaedics PC | 26663 | | $ 116.40 | $ 139.68 | $ 291.00 | PI |
| TIF-01 | 20091 | Joel Roth | Perimeter Orthopaedics PC | 26694 | | $ 283.29 | $ 339.95 | $ 708.22 | PI |
| TIF-01 | 11357 | Shannon Rolen | Pain Care LLC | 26733 | | $ 400.00 | $ 480.00 | $ 1,000.00 | PM |
| TIF-01 | 17179 | John Morrison | Surgery Center of Roswell | 26682 | | $ 19,858.30 | $ 23,829.96 | $ 49,645.75 | PI |
| TIF-01 | 7881 | Peter Ross | Non-Surgical Orthopaedics PC | 26728 | | $ 208.00 | $ 249.60 | $ 520.00 | PM |
| TIF-01 | 7881 | Peter Ross | Non-Surgical Orthopaedics PC | 26968 | | $ 1,012.00 | $ 1,214.40 | $ 2,530.00 | PM |
| TIF-01 | 7881 | Peter Ross | The Center for Spine Procedures | 26967 | | $ 1,512.00 | $ 1,814.40 | $ 3,780.00 | PM |
| TIF-01 | 19971 | Nathan Fitzpatrick | Non-Surgical Orthopaedics PC | 26655 | | $ 628.00 | $ 753.60 | $ 1,570.00 | PM |
| TIF-01 | 19566 | Michael Lonati | BENCHMARK PHYSICAL THERAPY | 26657 | | $ 131.25 | $ 157.50 | $ 375.00 | PI |
| TIF-01 | 19566 | Michael Lonati | BENCHMARK PHYSICAL THERAPY | 26658 | | $ 131.25 | $ 157.50 | $ 375.00 | PI |
| TIF-01 | 19566 | Michael Lonati | BENCHMARK PHYSICAL THERAPY | 26659 | | $ 131.25 | $ 157.50 | $ 375.00 | PI |
| TIF-01 | 19566 | Michael Lonati | BENCHMARK PHYSICAL THERAPY | 26660 | | $ 102.38 | $ 122.86 | $ 292.50 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | BENCHMARK PHYSICAL THERAPY | 26669 | | $ 196.35 | $ 235.62 | $ 561.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | BENCHMARK PHYSICAL THERAPY | 26670 | | $ 155.40 | $ 186.48 | $ 444.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | BENCHMARK PHYSICAL THERAPY | 26671 | | $ 155.40 | $ 186.48 | $ 444.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | BENCHMARK PHYSICAL THERAPY | 26672 | | $ 155.40 | $ 186.48 | $ 444.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | BENCHMARK PHYSICAL THERAPY | 26673 | | $ 155.40 | $ 186.48 | $ 444.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | BENCHMARK PHYSICAL THERAPY | 26674 | | $ 155.40 | $ 186.48 | $ 444.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | Specialty Orthopaedics PC | 26666 | | $ 375.60 | $ 450.72 | $ 1,003.00 | PI |
| TIF-01 | 20093 | Nathan Fitzpatrick | Specialty Orthopaedics PC | 26667 | | $ 500.00 | $ 600.00 | $ 1,946.00 | PI |

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-B)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type |
|------|---------|--------|----------|--------|-----------|----------------------------|------|-----|--------------|
| TIF-01 | 20093 | Nathan Fitzpatrick | Specialty Orthopaedics PC | 26668 | | $ 70.00 | $ 84.00 | $ 175.00 | PI |
| TIF-01 | 19560 | Ronald Chalker | Family Dental Solutions | 26955 | | $ 1,248.40 | $ 1,498.08 | $ 3,121.00 | PI |
| TIF-01 | 19560 | Ronald Chalker | Family Dental Solutions | 26956 | | $ 237.60 | $ 285.12 | $ 594.00 | PI |
| TIF-01 | 20197 | Reginald A Greene | Polaris Spine & Neurosurgery Center | 26836 | | $ 326.56 | $ 391.87 | $ 816.41 | PM |
| TIF-01 | 19546 | Richard Kopelman | (AHI) American Health Imaging | 25119 | 10/6/2020 | $ 381.60 | $ 457.92 | $ 954.00 | MRI |
| TIF-01 | 19546 | Richard Kopelman | Non-Surgical Orthopaedics PC | 25112 | 10/6/2020 | $ 740.00 | $ 888.00 | $ 1,850.00 | PM |
| TIF-01 | 19546 | Richard Kopelman | Non-Surgical Orthopaedics PC | 26940 | | $ 168.00 | $ 201.60 | $ 420.00 | PM |
| TIF-01 | 20199 | Tiffany Adams | Pain Care LLC | 26838 | | $ 480.00 | $ 576.00 | $ 1,200.01 | PM |
| TIF-01 | 20331 | Matthew Broun | Legacy Brain & Spine | 26954 | | $ 240.00 | $ 288.00 | $ 600.00 | PI |
| TIF-01 | 20095 | Jonathan Wade | (AHI) American Health Imaging | 26681 | | $ 1,300.00 | $ 1,560.00 | $ 4,595.00 | MRI |
| TIF-01 | 20223 | Todd Shugart | Georgia Neuroscience | 26854 | | $ 560.00 | $ 672.00 | $ 1,400.00 | PI |
| TIF-01 | 5067 | Natanya Brooks | Non-Surgical Orthopaedics PC | 26851 | | $ 208.00 | $ 249.60 | $ 520.00 | PM |
| | | | | | | $ 74,552.21 | $89,462.65 | $ 192,543.06 | |

**\*\*\*\*** This List of Receivables supporting Series 1-Intake J (Batch 14-B) in the amount of US$192,543.06 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 215.22% of the purchased total of $89,462.65.

William B Dalzell
CFO, Forget-the-Market Limited
Co-Manager for Tecumseh-Infinity MR Fund

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake J (Batch 14-C)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type |
|------|---------|--------|----------|--------|-----------|---------------|------|-----|------|
| TIF-01 | 19965 | Jubin Sharifi | Buena Vista Medical Services | 26783 | | $ 194.28 | $ 233.14 | $ 647.60 | RX |
| TIF-01 | 19965 | Jubin Sharifi | Buena Vista Medical Services | 26784 | | $ 95.23 | $ 114.28 | $ 317.43 | RX |
| TIF-01 | 18525 | Michael Shemtoub | Buena Vista Medical Services | 26793 | | $ 34.20 | $ 41.04 | $ 114.00 | RX |
| TIF-01 | 20015 | Michael Drell | Buena Vista Medical Services | 26782 | | $ 106.02 | $ 127.22 | $ 353.40 | RX |
| TIF-01 | 20169 | Robin Saghian | Buena Vista Medical Services | 26819 | | $ 33.06 | $ 39.67 | $ 110.20 | RX |
| TIF-01 | 7116 | Nicholas Lasso | Buena Vista Medical Services | 26628 | | $ 38.86 | $ 46.63 | $ 129.54 | RX |
| TIF-01 | 19708 | Farid Yaghoubtil | Buena Vista Medical Services | 26605 | | $ 25.16 | $ 30.19 | $ 83.87 | RX |
| TIF-01 | 19708 | Farid Yaghoubtil | Buena Vista Medical Services | 26773 | | $ 25.16 | $ 30.19 | $ 83.87 | RX |
| TIF-01 | 20023 | Robert Walch | Buena Vista Medical Services | 26610 | | $ 55.34 | $ 66.41 | $ 184.46 | RX |
| TIF-01 | 20167 | Michael Madadi | Buena Vista Medical Services | 26817 | | $ 11.40 | $ 13.68 | $ 38.00 | RX |
| TIF-01 | 19883 | Joseph Nazarian | Buena Vista Medical Services | 26780 | | $ 49.33 | $ 59.20 | $ 164.43 | RX |
| TIF-01 | 19883 | Joseph Nazarian | Buena Vista Medical Services | 26781 | | $ 335.12 | $ 402.14 | $ 1,117.05 | RX |
| TIF-01 | 7404 | Matthew Hoffman | Buena Vista Medical Services | 26804 | | $ 27.05 | $ 32.46 | $ 90.17 | RX |
| TIF-01 | 9341 | Jacob Emrani | Buena Vista Medical Services | 26612 | | $ 25.19 | $ 30.23 | $ 83.98 | RX |
| TIF-01 | 9341 | Jacob Emrani | Buena Vista Medical Services | 26613 | | $ 28.99 | $ 34.79 | $ 96.63 | RX |
| TIF-01 | 9341 | Jacob Emrani | Buena Vista Medical Services | 26614 | | $ 25.19 | $ 30.23 | $ 83.98 | RX |
| TIF-01 | 20083 | Arash Khorsandi | Buena Vista Medical Services | 26560 | 10/5/2020 | $ 50.86 | $ 61.03 | $ 169.52 | RX |
| TIF-01 | 20079 | KellyF. Ryan | Buena Vista Medical Services | 26604 | | $ 39.28 | $ 47.14 | $ 130.94 | RX |
| TIF-01 | 19495 | Nancy Bernstein | Buena Vista Medical Services | 26791 | | $ 24.66 | $ 29.59 | $ 82.19 | RX |
| TIF-01 | 19495 | Nancy Bernstein | Buena Vista Medical Services | 26792 | | $ 36.48 | $ 43.78 | $ 121.60 | RX |
| TIF-01 | 19710 | Farid Yaghoubtil | Buena Vista Medical Services | 26774 | | $ 25.63 | $ 30.76 | $ 85.42 | RX |
| TIF-01 | 19710 | Farid Yaghoubtil | Buena Vista Medical Services | 26775 | | $ 31.86 | $ 38.23 | $ 106.21 | RX |
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 26796 | | $ 25.08 | $ 30.10 | $ 83.60 | RX |
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 26797 | | $ 52.44 | $ 62.93 | $ 174.80 | RX |
| TIF-01 | 19297 | Farid Yaghoubtil | Buena Vista Medical Services | 26798 | | $ 119.70 | $ 143.64 | $ 399.00 | RX |
| TIF-01 | 19520 | Farid Yaghoubtil | Buena Vista Medical Services | 26600 | | $ 204.58 | $ 245.50 | $ 681.95 | RX |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 26619 | | $ 23.62 | $ 28.34 | $ 78.74 | RX |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 26620 | | $ 23.36 | $ 28.03 | $ 77.86 | RX |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 26621 | | $ 37.53 | $ 45.04 | $ 125.10 | RX |
| TIF-01 | 18529 | Lawrence Ruiz | Buena Vista Medical Services | 26622 | | $ 23.63 | $ 28.36 | $ 78.77 | RX |
| TIF-01 | 7084 | Justin Weinrich | Buena Vista Medical Services | 26623 | | $ 50.41 | $ 60.49 | $ 168.04 | RX |
| TIF-01 | 8685 | Michael Shemtoub | Buena Vista Medical Services | 26616 | | $ 55.91 | $ 67.09 | $ 186.37 | RX |
| TIF-01 | 8685 | Michael Shemtoub | Buena Vista Medical Services | 26617 | | $ 118.59 | $ 142.31 | $ 395.31 | RX |
| TIF-01 | 8685 | Michael Shemtoub | Buena Vista Medical Services | 26618 | | $ 21.50 | $ 25.80 | $ 71.67 | RX |
| TIF-01 | 19275 | Michael Madadi | Buena Vista Medical Services | 26795 | | $ 30.78 | $ 36.94 | $ 102.60 | RX |
| TIF-01 | 19937 | FernandoD. Vargas | Buena Vista Medical Services | 26776 | | $ 160.74 | $ 192.89 | $ 535.80 | RX |
| TIF-01 | 19937 | FernandoD. Vargas | Buena Vista Medical Services | 26777 | | $ 119.22 | $ 143.06 | $ 397.40 | RX |
| TIF-01 | 19937 | FernandoD. Vargas | Buena Vista Medical Services | 26778 | | $ 31.92 | $ 38.30 | $ 106.40 | RX |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake J (Batch 14-C)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type |
|------|---------|--------|----------|--------|-----------|----------------------------|------|-----|--------------|
| TIF-01 | 19937 | FernandoD. Vargas | Buena Vista Medical Services | 26779 | | $ 243.96 | $ 292.75 | $ 813.20 | RX |
| TIF-01 | 20171 | BobB. Khakshooy | Buena Vista Medical Services | 26821 | | $ 30.78 | $ 36.94 | $ 102.60 | RX |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 26629 | | $ 35.32 | $ 42.38 | $ 117.72 | RX |
| TIF-01 | 9343 | Cory Hilton | Buena Vista Medical Services | 26630 | | $ 44.50 | $ 53.40 | $ 148.35 | RX |
| TIF-01 | 19941 | Arash Khorsandi | Buena Vista Medical Services | 26606 | | $ 25.16 | $ 30.19 | $ 83.87 | RX |
| TIF-01 | 19941 | Arash Khorsandi | Buena Vista Medical Services | 26607 | | $ 48.85 | $ 58.62 | $ 162.84 | RX |
| TIF-01 | 19237 | Farid Yaghoubtil | Buena Vista Medical Services | 26794 | | $ 27.46 | $ 32.95 | $ 91.54 | RX |
| TIF-01 | 19704 | Mauro Fiore Jr | Buena Vista Medical Services | 26771 | | $ 23.94 | $ 28.73 | $ 79.80 | RX |
| TIF-01 | 19704 | Mauro Fiore Jr | Buena Vista Medical Services | 26772 | | $ 28.30 | $ 33.96 | $ 94.32 | RX |
| TIF-01 | 19301 | Jacob Emrani | Buena Vista Medical Services | 26799 | | $ 53.82 | $ 64.58 | $ 179.40 | RX |
| TIF-01 | 19257 | Michael Madadi | Buena Vista Medical Services | 26615 | | $ 57.39 | $ 68.87 | $ 191.29 | RX |
| TIF-01 | 19554 | Manuel Gonzales | Stat Diagnostics | 25118 | 8/18/2020 | $ 1,200.00 | $ 1,440.00 | $ 10,400.00 | MRI |
| TIF-01 | 8270 | Nicholas Lasso | Buena Vista Medical Services | 26805 | | $ 23.96 | $ 28.75 | $ 79.88 | RX |
| TIF-01 | 7310 | Timothy Revero | Buena Vista Medical Services | 26803 | | $ 44.66 | $ 53.59 | $ 148.86 | RX |
| TIF-01 | 6740 | Kevin Danesh | Buena Vista Medical Services | 26800 | | $ 14.28 | $ 17.14 | $ 47.60 | RX |
| TIF-01 | 6740 | Kevin Danesh | Buena Vista Medical Services | 26801 | | $ 63.24 | $ 75.89 | $ 210.79 | RX |
| TIF-01 | 20161 | Michael Shemtoub | Buena Vista Medical Services | 26811 | | $ 21.66 | $ 25.99 | $ 72.20 | RX |
| TIF-01 | 20161 | Michael Shemtoub | Buena Vista Medical Services | 26812 | | $ 22.80 | $ 27.36 | $ 76.00 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 25878 | 10/5/2020 | $ 32.37 | $ 38.84 | $ 107.91 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 25879 | 10/5/2020 | $ 37.69 | $ 45.23 | $ 125.62 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 25880 | 10/5/2020 | $ 39.89 | $ 47.87 | $ 132.95 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 25882 | 10/5/2020 | $ 36.48 | $ 43.78 | $ 121.59 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26634 | 10/5/2020 | $ 17.36 | $ 20.83 | $ 57.87 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26635 | 10/5/2020 | $ 29.16 | $ 34.99 | $ 97.20 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26636 | 10/5/2020 | $ 142.29 | $ 170.75 | $ 474.30 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26637 | 10/5/2020 | $ 12.74 | $ 15.29 | $ 42.45 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26638 | 10/5/2020 | $ 48.74 | $ 58.49 | $ 162.45 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26639 | 10/5/2020 | $ 161.09 | $ 193.31 | $ 536.98 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26640 | 10/5/2020 | $ 60.56 | $ 72.67 | $ 201.87 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26641 | 10/5/2020 | $ 138.48 | $ 166.18 | $ 461.61 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26642 | 10/5/2020 | $ 10.31 | $ 12.37 | $ 34.38 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26643 | 10/5/2020 | $ 178.58 | $ 214.30 | $ 595.28 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26644 | 10/5/2020 | $ 167.16 | $ 200.59 | $ 557.20 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26645 | 10/5/2020 | $ 165.10 | $ 198.12 | $ 550.33 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26646 | 10/5/2020 | $ 178.58 | $ 214.30 | $ 595.28 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26647 | 10/5/2020 | $ 138.48 | $ 166.18 | $ 461.61 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26648 | 10/5/2020 | $ 165.10 | $ 198.12 | $ 550.33 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26649 | 10/5/2020 | $ 167.16 | $ 200.59 | $ 557.20 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26650 | 10/5/2020 | $ 96.35 | $ 115.62 | $ 321.18 | RX |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake J (Batch 14-C)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Cost | GFB | Funding Type |
|------|---------|--------|----------|--------|-----------|----------|------|-----|------|
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26651 | 10/5/2020 | $ 165.10 | $ 198.12 | $ 550.33 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26652 | 10/5/2020 | $ 39.12 | $ 46.94 | $ 130.40 | RX |
| TIF-01 | 19861 | Farid Yaghoubtil | Buena Vista Medical Services | 26653 | 10/5/2020 | $ 101.37 | $ 121.64 | $ 337.91 | RX |
| TIF-01 | 20159 | BobB. Khakshooy | Buena Vista Medical Services | 26808 | | $ 20.52 | $ 24.62 | $ 68.40 | RX |
| TIF-01 | 20159 | BobB. Khakshooy | Buena Vista Medical Services | 26809 | | $ 33.06 | $ 39.67 | $ 110.20 | RX |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 26624 | | $ 36.11 | $ 43.33 | $ 120.38 | RX |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 26625 | | $ 21.86 | $ 26.23 | $ 72.88 | RX |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 26626 | | $ 26.35 | $ 31.62 | $ 87.82 | RX |
| TIF-01 | 6800 | Arash Khorsandi | Buena Vista Medical Services | 26627 | | $ 21.29 | $ 25.55 | $ 70.98 | RX |
| TIF-01 | 19903 | Vahagn Koshkaryan | Buena Vista Medical Services | 26608 | | $ 38.39 | $ 46.07 | $ 127.98 | RX |
| TIF-01 | 19903 | Vahagn Koshkaryan | Buena Vista Medical Services | 26609 | | $ 34.26 | $ 41.11 | $ 114.19 | RX |
| TIF-01 | 19967 | JoshuaE. Kohanim | Buena Vista Medical Services | 26785 | | $ 25.08 | $ 30.10 | $ 83.60 | RX |
| TIF-01 | 19893 | Arash Khorsandi | Buena Vista Medical Services | 26786 | | $ 65.20 | $ 78.24 | $ 217.33 | RX |
| TIF-01 | 19893 | Arash Khorsandi | Buena Vista Medical Services | 26787 | | $ 67.13 | $ 80.56 | $ 223.78 | RX |
| TIF-01 | 19893 | Arash Khorsandi | Buena Vista Medical Services | 26788 | | $ 82.28 | $ 98.74 | $ 274.26 | RX |
| TIF-01 | 20037 | Arash Khorsandi | Buena Vista Medical Services | 26602 | | $ 65.20 | $ 78.24 | $ 217.33 | RX |
| TIF-01 | 20037 | Arash Khorsandi | Buena Vista Medical Services | 26603 | | $ 67.13 | $ 80.56 | $ 223.78 | RX |
| TIF-01 | 19807 | Michael Drell | Buena Vista Medical Services | 26789 | | $ 38.30 | $ 45.96 | $ 127.68 | RX |
| TIF-01 | 19807 | Michael Drell | Buena Vista Medical Services | 26790 | | $ 29.41 | $ 35.29 | $ 98.04 | RX |
| TIF-01 | 19959 | Douglas Kottler | Buena Vista Medical Services | 26262 | 10/5/2020 | $ 71.93 | $ 86.32 | $ 239.76 | RX |
| TIF-01 | 19959 | Douglas Kottler | Buena Vista Medical Services | 26263 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX |
| TIF-01 | 19959 | Douglas Kottler | Buena Vista Medical Services | 26265 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX |
| TIF-01 | 19959 | Douglas Kottler | Buena Vista Medical Services | 26267 | 10/5/2020 | $ 51.98 | $ 62.38 | $ 173.28 | RX |
| TIF-01 | 19959 | Douglas Kottler | Buena Vista Medical Services | 26268 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX |
| TIF-01 | 19959 | Douglas Kottler | Buena Vista Medical Services | 26270 | 10/5/2020 | $ 73.74 | $ 88.49 | $ 245.79 | RX |
| TIF-01 | 19269 | Nancy Bernstein | Buena Vista Medical Services | 26611 | | $ 246.27 | $ 295.52 | $ 820.91 | RX |
| TIF-01 | 19783 | Salar Hendizadeh | Buena Vista Medical Services | 26601 | | $ 35.18 | $ 42.22 | $ 117.27 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25864 | 10/5/2020 | $ 33.52 | $ 40.22 | $ 111.75 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25865 | 10/5/2020 | $ 291.24 | $ 349.49 | $ 970.80 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25867 | 10/5/2020 | $ 436.95 | $ 524.34 | $ 1,456.49 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25868 | 10/5/2020 | $ 659.24 | $ 791.09 | $ 2,197.46 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25869 | 10/5/2020 | $ 40.13 | $ 48.16 | $ 133.77 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25871 | 10/5/2020 | $ 291.24 | $ 349.49 | $ 970.80 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25873 | 10/5/2020 | $ 291.24 | $ 349.49 | $ 970.80 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25874 | 10/5/2020 | $ 33.52 | $ 40.22 | $ 111.75 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 25876 | 10/5/2020 | $ 161.09 | $ 193.31 | $ 536.98 | RX |
| TIF-01 | 19859 | Farid Yaghoubtil | Buena Vista Medical Services | 26654 | 10/5/2020 | $ 161.09 | $ 193.31 | $ 536.98 | RX |
| TIF-01 | 7094 | Frank Fasel | Buena Vista Medical Services | 26802 | | $ 20.37 | $ 24.44 | $ 67.91 | RX |

## Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake J (Batch 14-C)

| Fund | ClaimId | Lawyer | Provider | BillId | Date Paid | Receivables | | GFB | Funding Type |
|------|---------|--------|----------|--------|-----------|-------------|------|-----|--------------|
| | | | | | | Purchase Price | Cost | | |
| | | | | | | $      10,548.22 | $      12,657.86 | $    41,560.89 | |

**** This List of Receivables supporting Series 1-Intake J (Batch 14-C) in the amount of US$41,560.89 is in good order as Forget-the-Market Ltd has performed the following:

a.  Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b.  Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables.  Any missing liens are noted on the List of Receivables with an explanation as to why.

c.  Confirmed that the value of purchased receivables respecting the listed invoices equals 328.34% of the purchased total of $12,657.86.

William B Dalzell
CFO, Forget-the-Market Limited
Co-Manager for Tecumseh-Infinity MR Fund