# EXHIBIT D-11

# EXHIBIT D-11



|  | RECEIVABLES PURCHASE ORDER |
|---|---|
|  | PO #: 1-K-10-20 |

# TECUMSEH – Infinity Medical Receivables Fund, LP

DATE: 30 October 2020

**To: Infinity Capital Management**

Reference: Series #1 – Intake K

| Qty. - USD | Description |
|---|---|
|  | **Monthly Standing Purchase Order** |
|  | Medical receivables to be purchased directly on behalf of fund: |
| 85,800.00 | Batch DP-1 |
|  |  |
| 17,160.00 | Acquisition Fees |
|  |  |
|  |  |
| $102,960.00 | TOTAL |

_Michael Belotz_
Signature

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake K (Batch DP-1)

| Fund | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Receivables Cost | Invoice | MRI | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 2,400.00 | $ 2,880.00 | $ 13,350.00 | 4 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Abraham Garcia | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,525.00 | 2 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Salazar Velazquez | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Ryan Zehl | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Peter A Ruman | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 14,575.00 | 3 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Owsley Associates | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Marcus R. Spagnoletti | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,650.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Manuel Gonzales | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | 2 | MRI |
| TIF-01 | W Clark Martin IV | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | W Clark Martin IV | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | 2 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,785.85 | 1 | MRI |
| TIF-01 | Manuel Gonzales | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Manuel Gonzales | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Buzbee Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Leo Oginni Trail Lawyers PLLC | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 2,400.00 | $ 2,880.00 | $ 15,050.00 | 4 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Jonathan S. Harris | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Manuel Gonzales | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Nathalie Galindo | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Nathalie Galindo | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Nathalie Galindo | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | 2 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Salazar Velazquez | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Ryan Zehl | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |

# Tecumseh-Infinity MR Fund

### List of Receivables for Series-1/Intake K (Batch DP-1)

| Fund | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Receivables Cost | Invoice | MRI | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Owsley Associates | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Owsley Associates | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Marcus R. Spagnoletti | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | William J Hodge | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Joseph K Plumbar | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Lozano Law Office | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Stewart J Guss | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 2,400.00 | $ 2,880.00 | $ 14,900.00 | 4 | MRI |
| TIF-01 | Cynthia Huerta | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Domingo Garcia | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Mukerji Law Firm PC | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Mukerji Law Firm PC | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | 2 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Carmen Elizalde | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | J S Lopez | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Manuel Gonzales | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Beverly R. Caruthers | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Shelley B. Ross II | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Owsley Associates | Stat Diagnostics | | | $ 1,800.00 | $ 2,160.00 | $ 11,950.00 | 3 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,650.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 2,400.00 | $ 2,880.00 | $ 16,450.00 | 4 | MRI |
| TIF-01 | Arnold Itkin LLP | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Benjamin H. Ruemke | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Ryan Zehl | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Kumar Law Firm | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |

# Tecumseh-Infinity MR Fund

## List of Receivables for Series-1/Intake K (Batch DP-1)

| Fund | Lawyer | Provider | BillId | Date Paid | Receivables Purchase Price | Receivables Cost | Invoice | MRI | Funding Type |
|---|---|---|---|---|---|---|---|---|---|
| TIF-01 | Cassandra Evans Jones | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 2,950.00 | 1 | MRI |
| TIF-01 | Ryan Zehl | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | 2 | MRI |
| TIF-01 | Bret Griffin | Stat Diagnostics | | | $ 2,400.00 | $ 2,880.00 | $ 16,450.00 | 4 | MRI |
| TIF-01 | Joseph K Plumbar | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 9,000.00 | 2 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 1,200.00 | $ 1,440.00 | $ 7,450.00 | 2 | MRI |
| TIF-01 | Adame Garza | Stat Diagnostics | | | $ 600.00 | $ 720.00 | $ 4,500.00 | 1 | MRI |
| | | | | | $ 85,800.00 | $ 102,960.00 | $ 584,935.85 | 143 | |

**\*\*\*\*** This List of Receivables supporting Series 1-Intake K (Batch DP-1) in the amount of US$584,935.85 is in good order as Forget-the-Market Ltd has performed the following:

a. Review of the invoice supporting each line item on List of Receivables confirming list accuracy including the invoice amount.

b. Collected and reviewed (via Sharing Link) the lien for each line item on the List of Receivables. Any missing liens are noted on the List of Receivables with an explanation as to why.

c. Confirmed that the value of purchased receivables respecting the listed invoices equals 568.12% of the purchased total of $102,960.00.

William B Dalzell
CFO, Forget-the-Market Limited
Co-Manager for Tecumseh-Infinity MR Fund