| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>WILLIAM M. NOALL<br>Nevada Bar No. 3549<br>E-mail: wnoall@gtg.legal<br>GABRIELLE A. HAMM<br>Nevada Bar No. 11588<br>E-mail: ghamm@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7 |

**NOTICE OF ENTRY OF ORDER**

NOTICE IS HEREBY GIVEN that the *Order Granting Tecumseh's Motion to Allow Amendment of Declaration [Re: ECF No. 59]* [ECF No. 197] (the "Order") was entered in the above-entitled matter on March 18, 2022. A copy of the Order is attached hereto as **Exhibit 1**.

Dated March 22, 2022.

                GARMAN TURNER GORDON LLP

                By: */s/ Gabrielle A. Hamm*
                  GERALD M. GORDON, ESQ.
                  WILLIAM M. NOALL, ESQ.
                  GABRIELLE A. HAMM, ESQ.
                  7251 Amigo St., Suite 210
                  Las Vegas, Nevada 89119

                and

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000

61982520;1

| | |
|---|---|
| 1 | MICHAEL D. NAPOLI, ESQ. |
| 2 | *Pro hac vice*<br>AKERMAN LLP |
| 3 | 2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201 |
| 4 | Tel: (214) 720-4360 / Fax: (214) 720-8116 |
| 5 | ARIEL E. STERN, ESQ. |
| 6 | Nevada Bar No. 8276<br>AKERMAN LLP |
| 7 | 1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 |
| 8 | Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |
| 9 | |
| 10 | *Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* |

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000

61982520;1

2