# EXHIBIT 1

# EXHIBIT 1

1

2

3

_____
Honorable August B. Landis
United States Bankruptcy Judge



4

5
Entered on Docket
March 18, 2022
_____

6

7

8
GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

9

10

11

12

13

14

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

15

16
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

17

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

18

19

20

21

In re:

INFINITY CAPITAL MANAGEMENT, INC.,

Debtor.

Case No.: 21-14486-abl
Chapter 7

Date:   February 22, 2022
Time:   10:00 a.m.

22

23

## ORDER GRANTING TECUMSEH'S MOTION TO ALLOW
## AMENDMENT OF DECLARATION [RE: ECF NO. 59]

24

25

26

27

The *Motion to Allow Amendment of Declaration [ECF No. 59]* (the "**Motion**"), filed by Tecumseh–Infinity Medical Receivable Fund, LP, ("**Tecumseh**"), came on for hearing before the above-captioned Court on February 22, 2022, at 10:00 a.m.  All appearances were noted on the record at the hearing on the Motion.

28

The Motion[1] sought an order allowing Tecumseh to amend Exhibits A and B to the *Declaration in Support of Motion of Party in Interest Tecumseh-Infinity Medical Receivables Fund, LP to (1) Abandon Property and (2) Lift the Automatic Stay* of Chad Meyer [ECF No. 59] (the "**Declaration**") because the Exhibits were incomplete. Due, proper, timely, and sufficient notice of the Motion was provided and the Motion was unopposed.

The Court, having reviewed the Motion, the exhibits thereto, the Declarations of Chad Meyer and Michael D. Napoli filed in support of the Motion, and the pleadings, papers, and other records on file with the clerk of the above-captioned Court, finds good cause for the relief requested. All other findings of fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable by Fed. R. Bankr. P. 9014(c) and 7052. For the reasons stated by the Court on the record at the hearing,

**IT IS HEREBY ORDERED** that:

1.      The Motion is GRANTED.

2.      Tecumseh is authorized to file an amended Declaration attaching complete copies of Exhibits A and B.

**IT IS SO ORDERED.**

Prepared and submitted:

GARMAN TURNER GORDON LLP

By: */s/ Gabrielle A. Hamm*
        GERALD M. GORDON, ESQ.
        WILLIAM M. NOALL, ESQ.
        GABRIELLE A. HAMM, ESQ.
        7251 Amigo St., Suite 210
        Las Vegas, Nevada 89119

---

[1] All capitalized terms used herein shall have the meaning set forth in the Motion unless otherwise stated.

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐      The court waived the requirement of approval under LR 9021(b)(1).

☐      No party appeared at the hearing or filed an objection to the motion.

☒      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

        Bart K. Larsen, Esq.                          *Approved*
        Counsel for HASelect-Medical Receivables
        Litigation Finance Fund International SP

☐      I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

4882-4515-1500, v. 1