GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
WILLIAM M. NOALL
Nevada Bar No. 3549
E-mail: wnoall@gtg.legal
GABRIELLE A. HAMM
Nevada Bar No. 11588
E-mail: ghamm@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7 |

**CERTIFICATE OF SERVICE**

1.  On March 22, 2022, I served the following document(s):

    a.  *Amended Declaration in Support of Motion of Party in Interest Tecumseh – Infinity Medical Receivables Fund, LP to (1) Abandon Property and (2) Lift the Automatic Stay* — Dkt. No. 201

    b.  *Notice of Entry of Order* — Dkt. No. 202

    I served the above-named document(s) by the following means to the persons as listed below:

    ☒  ECF System:  See attached ECF Confirmation Sheets.

2.  On March 22, 2022, I served the following document(s):

    b.  *Notice of Entry of Order* — Dkt. No. 202

☒ United States Mail, postage fully prepaid: See attached mailing list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of March 2022.

/s/ Melissa Burkart
Melissa Burkart, an employee of
Garman Turner Gordon LLP

**Miscellaneous:**

21-14486-abl INFINITY CAPITAL MANAGEMENT, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GABRIELLE A. HAMM entered on 3/22/2022 at 8:12 AM PDT and filed on 3/22/2022
**Case Name:** INFINITY CAPITAL MANAGEMENT, INC.
**Case Number:** 21-14486-abl
**Document Number:** 201

**Docket Text:**
Amended Declaration Of: Chad Meyer *IN SUPPORT OF MOTION OF PARTY IN INTEREST TECUMSEH INFINITY MEDICAL RECEIVABLES FUND, LP TO (1) ABANDON PROPERTY AND (2) LIFT THE AUTOMATIC STAY* Filed by GABRIELLE A. HAMM on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[59] Declaration filed by Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP) (Attachments: # (1) Exhibit A # (2) Exhibit B # (3) Exhibit C # (4) Exhibit D-1 # (5) Exhibit D-2 # (6) Exhibit D-3 # (7) Exhibit D-4 # (8) Exhibit D-5 # (9) Exhibit D-6 # (10) Exhibit D-7 # (11) Exhibit D-8 # (12) Exhibit D-9 # (13) Exhibit D-10 # (14) Exhibit D-11) (HAMM, GABRIELLE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Amended Meyer Decl (ECF 59).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-0
] [d0d86b3803f14984e57c2709de901ed97e6697a32c832b270d7acadf984b26a67e7
57a32d16fc591c355d490c44c7298c3dd40c4d6c3bded1e23ed93209fd3cd]]
**Document description:** Exhibit A
**Original filename:** C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-1
] [59cb09aa401e0d40f9852ef61138104acc34269532f58bc16a2ea849b5bcdd74230
fa16dcb4622cb88f36a33ce90f169b63f241635b9254f6cea215c5b406171]]
**Document description:** Exhibit B
**Original filename:** C:\fakepath\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-2
] [acf4b9e7b0a1f2e048375889ca0734da655d0b5d8b2ccf7844523700f946533fdcc
6ab20d5a8142512539278c03d66273c8ae256cd496f435a4067eaf3c0526f]]
**Document description:** Exhibit C
**Original filename:** C:\fakepath\Exhibit C.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-3
] [92d4ee14a234381cda12c6f0316331d5147bb5acb36ca06ab72eb283f5ed5fc387a
87def5f7e5ae6ec0d342c7be0360e7fcf488d2fff9dd9149711b09a761b92]]
**Document description:** Exhibit D-1
**Original filename:** C:\fakepath\Exhibit D1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-4
] [5f0477bb3fc7f6c8dde9b5b576fceca456d4c8bab516517bb11bf2d8b95602a76e4
542195c93608e060a9d5ed49aceb3364bc623c9fc2faecf50893f7f6736c9]]
**Document description:** Exhibit D-2
**Original filename:** C:\fakepath\Exhibit D2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-5
] [d4bb95eff2bbb54399576a7b6686a9e1e4d2759140fa827dbfeccf21ee28a443877
19d1839e900d2d418236243073684fc767618b1ed23febc5268f917139e5f]]
**Document description:** Exhibit D-3
**Original filename:** C:\fakepath\Exhibit D3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-6
] [3c8e9b90a747eb8f471f37616dbac2e4390f54ee49d13be451a5de1fd6739565611
94ae8c423c3af8e2a91f5cfdf0a9c4109d797eca7083daa22f923dd4c47ba]]
**Document description:** Exhibit D-4
**Original filename:** C:\fakepath\Exhibit D4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-7
] [9190e5a70f7bdfa48e5a020541d5ad662bb3ed44923cb019cdcad49b7be7a7d1c6e
2dfebce3c6ccd08ee8252d9770f82032b21eaed7d32d609cd05a9a54cf5a6]]
**Document description:** Exhibit D-5

**Original filename:**C:\fakepath\Exhibit D5.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-8
] [62df38e470cf1fdbb56637dbfbf12b5e0d8225bf951f2e929c4c4b48e9be925d02f
dd7d9a31997a8a095a355488c8608882233c537399f393c932a96f4dccc08]]
**Document description:**Exhibit D-6
**Original filename:**C:\fakepath\Exhibit D6.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-9
] [ebf7829481fa452df2b9bf4ba4c383cf3f20116eb29e7097ecc6d3d0ee3c821744f
06f59bc086fdc42c8dcf370ba0c02285e1f1cff14109114b36eb3a01a6500]]
**Document description:**Exhibit D-7
**Original filename:**C:\fakepath\Exhibit D7.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-1
0] [6fd28130a6130d4c7d94ef24dd641c3c9dfee9fa28dfdb96de84ca4acb30250fb5
9ee4fe2c1549fac0ebb5081cfa7ca1b45ff2614c725cdae61619ad2de6e64c]]
**Document description:**Exhibit D-8
**Original filename:**C:\fakepath\Exhibit D8.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-1
1] [4e0c83d5113a8ce4d8b6a295c8fe14e4212abcd2fd8dd53e56305f6700bc1187f2
cb19ab22a43b029abee335fd453189da78853dac7cdd69c15d9dfeddba1830]]
**Document description:**Exhibit D-9
**Original filename:**C:\fakepath\Exhibit D9.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-1
2] [2e75ea40ce0bca7225034d7f6d076f7eea71a4aaed56e365f11dd7be81d58852aa
218d877d30fc7be3612dd79331133fa69af2fb190548698a173a6fa34ba4d0]]
**Document description:**Exhibit D-10
**Original filename:**C:\fakepath\Exhibit D10.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-1
3] [b3ed91807149503329c5e2a3e30bd7decc372753e31ad79e628b51602e0dc0548c
cc17bb9fdf4078f1be3c363c7016ef00cb394bf859eb42b10799ff99abbcf4]]
**Document description:**Exhibit D-11
**Original filename:**C:\fakepath\Exhibit D11.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321137-1
4] [bb3f2c9e5618f50de2b5e7403ed0ecaa7d6d0420e03266fb7e51b979afc22a3867
27f52343f13cb8f049805e17350344aae4d915cbe42b3e19322a21f5dc29ca]]

**21-14486-abl Notice will be electronically mailed to:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Counter-Claimant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Counter-Defendant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Plaintiff ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**21-14486-abl Notice will not be electronically mailed to:**

PAUL M. HEALEY & SONS CPAAS LTD
,

JACOB M STEPHENS on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

**File a Notice:**

21-14486-abl INFINITY CAPITAL MANAGEMENT, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: BAPCPA |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from GABRIELLE A. HAMM entered on 3/22/2022 at 8:13 AM PDT and filed on 3/22/2022
**Case Name:**         INFINITY CAPITAL MANAGEMENT, INC.
**Case Number:**     21-14486-abl
**Document Number:** 202

**Docket Text:**
Notice of Entry of Order Filed by GABRIELLE A. HAMM on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[197] Order on Motion to Amend) (Attachments: # (1) Exhibit 1) (HAMM, GABRIELLE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOE re Motion to Amend.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321143-0
] [69e6339ab24ab2771fa850d0b3b8759a3616c2da5687b8b8220ff400c18a1471f62
995c137185879161ff1c19d932be1a97c43ff78d3a9a75cb402ffd9c5e8f9]]
**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Ex 1 to NEO.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/22/2022] [FileNumber=34321143-1
] [53ad94e8d40a17527a782b8e8cb2a7fc8e400bbd446f4a506c3fb043b9913c17641
f11b7d9ff5899027c476f57c699ce02c69c53f5a05a6c9a8881225bf0265e]]

**21-14486-abl Notice will be electronically mailed to:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Counter-Claimant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Counter-Defendant ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Plaintiff ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@Gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

ghamm@Gtg.legal, bknotices@gtg.legal

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**21-14486-abl Notice will not be electronically mailed to:**

PAUL M. HEALEY & SONS CPAAS LTD
,

JACOB M STEPHENS on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 21-14486-abl<br>District of Nevada<br>Las Vegas<br>Fri Mar 18 10:59:46 PDT 2022 | INFINITY CAPITAL MANAGEMENT, INC.<br>1700 W HORIZON RIDGE PKWY #206<br>HENDERSON, NV 89012-4840 | THE INJURY SPECIALISTS<br>C/O SAGEBRUSH LAWYERS, LLC<br>112 S WATER ST, STE 104<br>HENDERSON, NV 89015-2312 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134-6375 | Alcovy Neurology, P.C.<br>Attn: Juan C. Lacayo MD<br>3535 Highway 81<br>Loganville, GA 30052-4336 |
| Alliance Healthcare Services<br>Attn: Managing Member<br>1019 East 22nd Ave.<br>Cordele, GA 31015-1913 | Alliance Spinal Therapy &<br>Rehabilitation Group<br>Attn: Managing Member<br>7455 West Washington Ave Suite 140<br>Las Vegas, NV 89128-4349 | AmPro Orthotics & Prothetics Inc.<br>Attn: Luis E. Choto<br>6877 S Eastern Ave<br>Las Vegas, NV 89119-4626 |
| American Express National Bank<br>200 Vesey Street<br>New York, NY 10285-0002<br>, | American Health Imaging<br>Attn: Dan Balentine<br>6590 Powers Ferry Road<br>Atlanta, GA 30339-2933 | AmerisourceBergen Specialty Group<br>Attn: Stefani D. Forsythe<br>3101 Gaylord Parkway<br>Frisco, TX 75034-8655 |
| Anesthesiology Consultants Inc.<br>Attn: Bradford Isaacs MD<br>7220 South Cimarron Rd Suite 230<br>Las Vegas, NV 89113-2173 | Anthony M. Odell DC<br>Attn: Anthony M. Odell DC<br>3227 Perkiomen Ave<br>Reading, PA 19606-2740 | Artiano Shinoff<br>Attn: Bankruptcy Dept/Managing Agent<br>3636 4th Avenue<br>San Diego, CA 92103-4280 |
| Associated Oral Specialties Inc.<br>Attn: Dr. Freddie J. Wakefield Jr.<br>5671 Peachtree Dunwoody Rd. Suite 420<br>Atlanta, GA 30342-5004 | Associated Pathologists Laboratories<br>Attn: Rick Reber<br>2075 E. Flamingo Rd.<br>Las Vegas, NV 89119-5188 | Athens Orthopedics Clinic<br>Attn: Kayo Elliot<br>1765 Old West Broad St. Bldg. 2 # 2<br>Athens, GA 30606-2887 |
| Atlanta Spine Institute<br>Attn: Dr. Plas T. James<br>5667 Peachtree Dunwoody Rd. # 220<br>Atlanta, GA 30342-1725 | Atlas Orthopaedics<br>Attn: Dr. Duncan Wells<br>970 Woodstock Pkwy Ste 310<br>Woodstock, GA 30188-4869 | Bart K. Larsen, Esq.<br>SHEA LARSEN<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134-0517 |
| Bethea Consulting & Psychological<br>Services PC<br>Attn: Angela R. Bethea Ph.D<br>5 Concourse Parkway NE Suite 3000<br>Atlanta, GA 30328-7106 | Borg Law Group<br>Attn: Brooke M. Borg Esq.<br>9555 Hillwood Dr. Suite 150<br>Las Vegas, NV 89134-0579 | CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS, NV 89155-4502 |
| CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 | CLAUS NISSEN<br>HUGO-DISTLER STRASSE 64<br>D-90411 NUERNBERG, GERMANY | COX INTERNET<br>ATTN: MANAGING MEMBER<br>1700 VEGAS DRIVE<br>LAS VEGAS, NV 89106-2111 |
| Carbajal & McNutt LLP<br>Attn: Dan McNutt<br>625 S. Eight Street<br>Las Vegas, NV 89101-7004 | Care4Life Home Health Agency<br>Attn: Mary Levy<br>8665 W. Flamingo Rd.<br>Las Vegas, NV 89147-8624 | Carl N. Williams MD<br>Attn: Carl N. Williams MD<br>2020 Wellness Way  501<br>Las Vegas, NV 89106-4145 |

| | | |
|---|---|---|
| Carrollton Orthopedic Clinic<br>Attn: J. Ben Butler<br>150 Clinic Ave Ste 101<br>Carrollton, GA 30117-4402 | Center for Spine & Pain Medicine<br>Attn: Suleman Sohani<br>1413 Chattanooga Ave<br>Dalton, GA 30720-2631 | Center of Special Procedures at Summerlin<br>Attn: William S. Muir MD<br>653 N Town Center Dr<br>Las Vegas , NV 89144-0514 |
| Cherokee Imaging Center<br>Attn: Jonna Roopas<br>2000 Village Professional Dr<br>Canton, GA 30114-8499 | Childrens Orthopaedics of Atlanta<br>Attn: Mark Klein<br>1200 Lake Hearn Drive Suite 400<br>Atlanta, GA 30319-1459 | Chimedical Management Group<br>Attn: Dr. Stephen Cooper<br>P.O Box 1611<br>Phenix City, AL 36868-1611 |
| Clear Lake Imaging LLC<br>Attn: Managing Member<br>202 N Texas Ave<br>Webster, TX 77598-4967 | ColdCo Therapies LLC<br>Attn: AdamLurie<br>1362 Rietveld Row<br>Nw Atlanta, GA 30318-4109 | Collections Consultants Nevada<br>Attn: Bonnie Barnett<br>5440 W. Sahara Ave Suite 300<br>Las Vegas, NV 89146-0361 |
| Comprehensive Spine & Pain<br>Attn: Dr. V.K. Puppala<br>403 Permian Way Suite D<br>Villa Rica, GA 30180-3226 | Concordia Anesthesiology Inc.<br>Attn: Stephan Gosch<br>120 Ottly Dr. NE Suite C<br>Atlanta, GA 30324-3978 | Coosa Diagnostic Center<br>Attn: Eddie Rivers<br>16 Riverbend Dr SW<br>Rome, GA 30161-6066 |
| Cornerstone Orthopedics &<br>Sports Medicine<br>Attn: Rhett K. Rainey<br>299 N Broad St<br>Winder, GA 30680-2155 | Coronado Surgery Center<br>Attn: Dr. Mike Crovetti<br>2779 W Horizon Ridge Pkwy Ste 140<br>Henderson, NV 89052-4186 | Craniospinal Institute of Georgia<br>Attn: Dr. Daniel W. Moore<br>790 Church St NE<br>Marietta, GA 30060-8957 |
| Creative Funding Services Inc.<br>Attn: Brett Hansbery<br>1135 Bay Street Suite 10<br>San Francisco, CA 94123-2315 | DANIEL P. NICHOLAS<br>3842 N. SOUTHPORT AVE. APT. M<br>CHICAGO, IL 60613-6226 | DEPT. OF EMPL, TRAINING & REHAB<br>EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713-0002 |
| DYNAMIC LEGAL RECOVERY<br>ATTN: MANAGING MEMBER<br>25600 RYE CANYON ROAD #209<br>VALENCIA, CA 91355-1172 | Damien A. Doute MD<br>Attn: Damien A. Doute MD<br>1462 Montreal Rd<br>Tucker, GA 30084-6929 | Daniel Eisenman MD<br>Attn: Daniel Eisenman MD<br>3050 Royal Blvd. Suite 100<br>Alpharetta, GA 30022-4484 |
| David S. Owens MD<br>4545 Harris Trail<br>Atlanta, GA 30327-3813 | Douglas W. Kindall MD<br>Attn: Douglas W. Kindall MD<br>3939 J St<br>Sacramento, CA 95819-3636 | Dr. Abbas Haider DDS<br>Attn: Dr. Abbas Haider DDS<br>3521 Memorial Dr Ste A<br>Decatur, GA 30032-2731 |
| Dr. Asaf Yalif<br>Attn: Dr. Asaf Yalif<br>145 Towne Lake Pkwy Ste 101<br>Woodstock, GA 30188-4849 | Dr. Bobby Khan<br>Attn: Dr. Bobby Khan<br>5673 Peachtree Dunwoody Rd Ste 440<br>Atlanta, GA 30342-1797 | Dr. Gary Ganahl<br>Attn: Dr. Gary Ganahl<br>1770 Century Blvd NE<br>Atlanta, GA 30345-3395 |
| Dr. Hetesh Ranchod<br>Attn: Dr. Hetesh Ranchod<br>2769 Chastain Meadows Parkway Suite 70<br>Marietta, GA 30066-3368 | Dr. Jason Reingold<br>Attn: Dr. Jason Reingold<br>5669 Peachtree Dunwoody Rd<br>Atlanta, GA 30342-1786 | Dr. Tapan Daftari<br>Attn: Dr. Tapan Daftari<br>270 Chastain Rd<br>Kennesaw, GA 30144-3012 |

| | | |
|---|---|---|
| Durango Outpatient Surgery Center<br>Attn: Matt Pate<br>8530 W Sunset Rd<br>Las Vegas, NV 89113-2244 | Elite First Assisting<br>Attn: Tyrone W. Rogers<br>1235Magnolia Park Circle<br>Cumming, GA 30040-8338 | Elite Radiology of Georgia LLC<br>Attn: Kevin Johnson<br>4800 Ashford Dunwoody Rd Ste 140<br>Atlanta, GA 30338-5554 |
| Elizabeth Caughey, DDS<br>Attn: Elizabeth Caughey, DDS<br>25-A Lenox Pointe NE<br>Atlanta, GA 30324-7420 | Erik T. Bendiks MD<br>Attn: Kelly Millard<br>11650 Alpharetta Hwy Ste 100<br>Roswell, GA 30076-3805 | Evans Procedure Center<br>Attn: Hemant Yagnick MD<br>404 Town Park Blvd Suite 101<br>Evans, GA 30809-3491 |
| ExpressCHEX LLC<br>Attn: Nicholas Athanasatos<br>2035 Sunset Lake Rd. Suite B-2<br>Newark, DE 19702-2600 | FIRST SAVINGS BANK<br>ATTN: MANAGING MEMBER<br>5960 S. JONES BLVD.<br>LAS VEGAS, NV 89118-2610 | First Coast Health Solutions<br>Attn: Aron Stefanides<br>211 N Liberty St<br>Jacksonville, FL 32202-2800 |
| FirstScanTM Omaha<br>Attn: Daniel Cinotto<br>9840 S 140th St Ste 5<br>Omaha, NE 68138-3692 | Flamingo Surgery Center<br>Attn: Nick Paciello<br>2565 E Flamingo Rd<br>Las Vegas, NV 89121-5203 | GPmicro, Inc.<br>c/o Borg Law Group, LLC, Reg. Agent<br>8988 W. Cheyenne Ave., Suite 150<br>Las Vegas, NV 89129-8928 |
| GREGORY M CASH<br>TYRINGA ROAD<br>PORT KENNEY, SA 5671, AUSTRALIA | GRIFFIN ASSET MANAGEMENT LLC<br>ATTN:  MICHAEL E. GRIFFIN<br>230 PARK AVE.<br>10TH FLOOR, SUITE 61<br>NEW YORK, NY 10169-0005 | Georgia Health Imaging<br>Attn: Maria Budhwani<br>4025 Lawrenceville Hwy NW<br>Lilburn, Georgia 30047-3013 |
| Georgia Neurological Surgery &<br>Comprehensive Spine<br>Attn: Brandt Halbach<br>2142 W Broad St Bldg 100 Suite 200<br>Athens, GA 30606-3509 | Georgia Neuroscience<br>Attn: Alex Bannister<br>335 Roselane St NW #202<br>Marietta, GA 30060-7902 | Georgia Pain & Spine Care<br>Attn: Jay Rice<br>1665 Georgia Hwy 34 East  #100<br>Newnan, GA 30265 |
| Georgia Pain & Wellness Center<br>Attn: Amit Patel<br>455 Phillip Blvd Building 100 Suite 140<br>Lawrenceville, GA 30046-8767 | Georgia Pain Samson<br>120 Stonebridge Pkwy Ste 420<br>Woodstock, GA 30189-3769 | Georgia Pain and Spine Solutions<br>Attn: Marcus Polk<br>76 Highland Pavilion Ct #133<br>Hiram, GA 30141-3170 |
| Georgia Spine & Orthopedics<br>Attn: Winston Jeshuran<br>6501 Peake Rd. Suite 400<br>Macon, GA 31210-8046 | Gerald M. Gordon, Esq.<br>Garman Turner Gordon LLP<br>7251 Amigo Street, Ste. 210<br>Las Vegas, Nevada 89119-4302 | Glendale MRI Institute<br>Attn: James Lilley<br>624 S Central Ave #2009<br>Glendale, CA 91204-2009 |
| Griffin Imaging LLC<br>Attn: Paul Cote<br>220 Rock St<br>Griffin, GA 30224-4235 | Gwinnett Hospital System Inc.<br>Attn: Cathy H.Daugherty<br>1000 Medical Center Blvd<br>Lawrenceville, GA 30046-7694 | HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>C/O HEDGEACT INT'L SPC, LTD.<br>403 SOUTH LA GRANGE RD.<br>LA GRANGE, IL 60525-2449 |
| HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>C/O THOMAS C. CRONIN<br>120 N. LASALLE ST., 20TH FLOOR<br>CHICAGO, IL 60602-2452 | HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND, SP<br>C/O JOHN N. HOURIHANE, JR.<br>120 N. LASALLE ST., 20TH FLOOR<br>CHICAGO, IL 60602-2452 | HASelect-Medical Receivables Litigation Fina<br>c/o Bart K. Larsen, Esq.<br>1731 Village Center Circle, Suite 150<br>Las Vegas, NV 89134-0517 |

| | | |
|---|---|---|
| HEALTHPLUS IMAGING OF TEXAS, LLC<br>ATTN: MANAGING MEMBER<br>9000 SOUTHWEST FREEWAY, SUITE 250<br>HOUSTON, TX 77074-1520 | Healing Hands Physical Therapy Centers<br>Attn: Patricia Burnley<br>1930 A Highland Ave<br>Augusta, GA 30904-7803 | Health n Home<br>Attn: Paul G. Rowan<br>P.O. Box 20 Attn Corp Tax 70428<br>Boise, ID 83726-0020 |
| HealthPlus Imaging<br>Attn: Stephanie Lam<br>9000 Southwest Fwy<br>Houston, TX 77074-1526 | HealthSouth Rehabilitation Hospital<br>of Las Vegas<br>Attn: Mark Tarr<br>1250 South Valley View Blvd<br>Las Vegas, NV 89102-1855 | Henderson Radiology Inc.<br>Attn: Jade Alfasi<br>10561 Jeffreys St Ste 111<br>Las Vegas, NV 89052-4267 |
| Hieu Ball MD<br>Attn: Hieu Ball MD<br>100 Park Pl<br>San Ramon, CA 94583-4460 | Hilltop Radiology LLC<br>Attn: Joel Choe<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806-1947 | Howard Golden<br>Attn: Howard Golden<br>1140 Hammond Dr<br>Atlanta, GA 30328-5338 |
| INFINITY CENTERS UNITED<br>ATTN: MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON, TX 77027-6502 | INFINITY DIAGNOSTICS, LLC DBA PRESTIGE M<br>ATTN: MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON, TX 77027-6502 | INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| Imagelink LLC<br>Attn: Kurt Taylor<br>1350 Scenic Hwy N. Suite 268<br>Snellville, GA 30078-7907 | Imtisal Khuri<br>1148 Broken Hills Dr.<br>Henderson, NV 89011-3073 | JENNIFER DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY, NSW 2261, AUSTRALIA |
| JOHN & KAREN LAUB<br>9501 ROYAL WINDSOR AVENUE<br>LAS VEGAS, NV 89149-0167 | JUDY L. TRENT<br>9724 CAMDEN HILLS AVE<br>LAS VEGAS, NV 89145-8611 | James Scheller MD<br>Attn: James Scheller MD<br>2288 Auburn Blvd Ste 201<br>Sacramento, CA 95821-1620 |
| Jeffrey Goldberg MD<br>Attn: Jeffrey Goldberg MD<br>210 E Derenne Ave<br>Savannah, GA 31405-6736 | Joint Active Systems Inc.<br>Attn: Boris Bonutti<br>2600 S Raney St<br>Effingham, IL 62401-4219 | Jordanica Inc.<br>Attn: Mark A. Premselaar<br>780 Coronodo Cneter Dr. Suite 110A<br>Henderson, NV 89052-5056 |
| KABBAGE<br>ATTN: MANAGING MEMBER<br>730 PEACHTREE STREET NE, SUITE 1100<br>ATLANTA, GA 30308-1263 | Katia Cabayan<br>Attn: Katia Cabayan<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806-1947 | LUKE DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY, NSW 2261, AUSTRALIA |
| Las Vegas Pharmacy Inc.<br>Attn: Douglas L. Copsey<br>2600 W Sahara Ave Ste 120<br>Las Vegas, NV 89102-4366 | Las Vegas Sleep Center PLLC<br>Attn: Mohamed Shimaya<br>2400 S Cimarron Rd<br>Las Vegas, NV 89117-7902 | Ledesma Sports Medicine<br>Attn: Ernest Ledesma<br>7010 Hodgson Memorial Dr<br>Savannah, GA 31406-2529 |
| Legacy Brain & Spine<br>Attn: Dr. Said Elshihabi, Md<br>718 Cherokee St NE<br>Marietta, GA 30060-7253 | MATT VALENTI<br>1651 S. VICTORIA AVE.<br>LOS ANGELES, CA 90019-5929 | MAX ORAM<br>1840 ULAN ROAD<br>MUDGEE, NSM 2850, AUSTRALIA |

| | | |
|---|---|---|
| MD Pain Care<br>Attn: Roy L. Talley MD<br>5109 Highway 278 NE Ste C<br>Covington, GA 30014-2608 | MMR Holdings Inc.<br>Attn: John Platusic<br>630 South Rancho Dr. Suite G<br>Las Vegas, NV 89106-4849 | Macon Pain Center PC<br>Attn: Carlos J. Giron<br>3356 Vineville Ave.<br>Macon, GA 31204-2328 |
| Mariposa Medical Associates<br>Attn: Faye Vargas Morris MD<br>767 Concord Rd SE<br>Smyrna, GA 30082-2625 | Mark W. Howard MD<br>Attn: Mark W. Howard MD<br>576 Hartnell St<br>Monterey, CA 93940-2834 | Matthew Valenti<br>1651 S. Victoria Av<br>LA, CA 90019-5929 |
| Medica Stand Up MRI of Atlanta<br>Attn: Thomas R. Cormier<br>6590 Powers Ferry Rd<br>Atlanta, GA 30339-2933 | Michael S. Champney MD, F.A.C.S.<br>Attn: Michael S. Champney MD<br>2665 N Decatur Rd<br>Decatur, GA 30033-6149 | Monitoring and Neuromonitoring<br>Associates Payment Letter<br>Attn: Teresa L. Carter<br>9811 West Charleston Suite 2-641<br>Las Vegas, NV 89117-7528 |
| NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101-1046 | NV ENERGY<br>ATTN: MANAGING MEMBER<br>P.O. BOX 98910<br>LAS VEGAS, NV 89151-0001 | Neurological Associates of Nevada<br>Attn: Managing Member<br>2831 Business Park Ct Ste B<br>Las Vegas, NV 89128-9007 |
| Nick DeFillips MD<br>Attn: Nick DeFillips MD<br>990 Hammond Dr # 730<br>Atlanta, GA 30328-5510 | Non-Surgical Orthopaedics P.C.<br>Attn: Arnold J. Well MD<br>335 Roselane St NW<br>Marietta, GA 30060-7902 | North Atlanta Surgical Associates<br>Attn: Managing Member<br>5673 Peachtree Dunwoody Rd Ste 3<br>Atlanta, GA 30342-1731 |
| North DeKalb Orthopedics PC<br>Attn: Sylvia Brumelow<br>505 Irvin Ct Ste 200<br>Decatur, GA 30030-1780 | North Fulton Anesthesia Inc.<br>Attn: James G. Velimesis<br>3000 Hospital Blvd<br>Roswell, GA 30076-4915 | North Fulton Medical Center Inc.<br>Attn: Deborah C. Keel<br>3000 Hospital Blvd<br>Roswell, GA 30076-3899 |
| North Houston Injury/Rehabilitation<br>Attn: Managing Member<br>523 N Sam Houston Pkwy E<br>Houston, TX 77060-4048 | Northern California Orthopedic Centers<br>Attn: Paul Susaura MD<br>6403 Coyle Ave  Ste 170<br>Carmichael, CA 95608-0363 | Northwest Neurology<br>Attn: Robert Bashuk MD<br>4460 Austell Rd<br>Austell, GA 30106-1844 |
| Open MRI Of Savannah<br>Attn: Toni S. Cowan<br>4815 Waters Ave<br>Savannah, GA 31404-6221 | Open MRI of Macon<br>Attn: Lisa Waldrop<br>1504 Hardeman Ave Ste B<br>Macon, GA 31201-1464 | Ortho Now PLLC<br>Attn: Bret Sokoloff, MD<br>4901 Raleigh Common Dr. Suite 200<br>Memphis, TN 38128-2478 |
| Orthopaedic Solutions<br>Attn: Dr. Antenor Velazco, MD<br>670 S. 8th Street<br>Griffin, GA 30224-4214 | Orthopedic Foot and Ankle Institute<br>Attn: Roman Sibel, MD<br>3175 Saint Rose Pkwy Ste 320<br>Henderson, NV 89052-3508 | Outpatient Imaging<br>Attn: John F Howard MD<br>3280 Howell Mill Rd NW Ste 345<br>Atlanta, GA 30327-4113 |
| Pain Care Center of Georgia<br>Attn: Crystal Marcum<br>1365 Rock Quarry Rd Ste 202<br>Stockbridge, GA 30281-5023 | Pain Consultants of Atlanta<br>Attn: Ashley Bernal<br>1800 Peachtree St NW Ste 750<br>Atlanta, GA 30309-2530 | Pain Institute of Georgia<br>Attn: Carlos J. Giron<br>3356 Vineville Ave<br>Macon, GA 31204-2328 |

| | | |
|---|---|---|
| Pain Management Specialists of Atlanta PC<br>Attn: Randall Berinhout<br>440 Prime Point<br>Peachtree, GA 30269-3309 | Parkaire Consultants<br>Attn: Randall Sheffield<br>4939 Lower Roswell Rd Ste 201C<br>Marietta, GA 30068-4384 | Peachtree Neurosurgery<br>Attn: Joy Taylor<br>1938 Peachtree Rd NW<br>Atlanta, GA 30309-1267 |
| Peachtree Orthopaedic Center P.A.<br>Attn: Managing Member<br>2001 Peachtree Rd NE Suite 700<br>Atlanta, GA 30309-1476 | Perimeter Orthopaedics PC<br>Attn: Katheryn Keller<br>5673 Peachtree Dunwoody Rd Ste 825<br>Atlanta, GA 30342-1771 | Perimeter Outpatient Surgical Associates<br>Attn: Katheryn Keller<br>5667 Peachtree Dunwoody Rd<br>Atlanta, GA 30342-1714 |
| Perimeter Surgical Center<br>Attn: Cindy Smith<br>6105 Peachtree Dunwoody Rd Ste 110<br>Atlanta, GA 30328-5909 | Perseus Limited<br>1651 S. Victoria Av<br>LA, CA 90019-5929 | Phenix City Spine and Topple Diagnostics<br>Attn: Brent Jones<br>10800 Alpharetta Hwy #208-541<br>Roswell, GA 30076-1490 |
| Philip C. Colosimo Ph.D<br>Attn: Philip C. Colosimo Ph.D<br>501 S Rancho Dr. Suite C-14<br>Las Vegas, NV 89106-4831 | Pinnacle Orthopaedics Sports Medicine<br>Speacialists, LLC<br>Attn: Donna L. Fisher<br>720 Transit Ave Ste 202<br>Canton, GA 30114-2544 | Pinnacle Orthopaedics Surgery Center-<br>Woodstock, LLC<br>Attn: Donna L. Fisher<br>1505 Stone Bridge Pkwy Ste 200<br>Woodstock, GA 30189-8282 |
| Plastikos Plastic and Recinstructive<br>Surgery & Millennium Healthcare<br>Attn: Susan Kolb MD<br>4370 Georgetown Sq<br>Atlanta, GA 30338-6205 | Polaris Center for Outpatient Spine Surgery<br>Attn: Joy Taylor<br>1150 Hammond Drive Suite 400<br>Atlanta, GA 30328-8617 | Polaris Spine & Neurosurgery Center P.C.<br>Attn: Joy Taylor<br>1150 Hammond Drive Suite 400<br>Atlanta, GA 30328-8617 |
| Preva Advanced Surgicare-<br>The Woodlands LLC<br>Attn: Hugh P. Shannonhouse<br>26710 I-45 N Ste B-100<br>The Woodlands, TX 77386 | (c)PRO PERFORMANCE P.T.<br>ATTN: AMANDA STILLINGS<br>4343 SHALLOWFORD RD STE 630<br>MARIETTA GA  30062-5080 | Process Servers Inc.<br>Attn: Martin Druckman<br>1736 East Charleston Unit 333<br>Las Vegas, NV 89104-7900 |
| Psychological Diagnostic Center LLC<br>Attn: Willa L. Boston PH. D<br>1820 Powers Ferry Rd. SE Building 22<br>Suite 200<br>Atlanta, GA 30339 | Pulse Imaging<br>Attn: Managing Member<br>202 N Texas Ave Ste 500<br>Webster, TX 77598-4968 | RENT-MDL GROUP<br>ATTN: MANAGING MEMBER<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 |
| ROBIN W. SMITH<br>12 ESTUARY COURT<br>TWIN WATERS, QLD 4564, AUSTRALIA | Regenerative Orthopaedics and Spine<br>Institute PC<br>Attn: Phillip G. Ploska MD<br>203 Medical Blvd.<br>Stockbridge, GA 30281-7218 | Rehabilitation That Works<br>Attn: Bob Bedford<br>801 S Rancho Dr Ste F4<br>Las Vegas, NV 89106-3814 |
| Restoration Counseling Services LLC<br>Attn: Faith Abraham<br>1010 Huntcliff<br>Sandy Springs, GA 30350-7532 | Robert and Patty Sandler<br>3655 Decatur Blvd. Suite 14173<br>Las Vegas, NV 89103-6860 | Rock Bridge Institute<br>Attn: Managing Member<br>2500 Hospital Blvd<br>Roswell, GA 30076-4907 |
| Roy M. Rubin MD<br>Attn: Roy M. Rubin MD<br>3455 American River Drive Ste.B<br>Sacramento, CA 95864-5751 | SOCIAL SECURITY ADMINISTRATION<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 33021<br>BALTIMORE, MD 21290-3021 | STATE FARM FIRE & CASUALTY CO.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>3 RAVINIA DRIVE<br>ATLANTA, GA 30346-2118 |

(c)SACRAMENTO PAIN CLINIC
ATTN: DR. MICHAEL LEVIN, MD
333 UNIVERSITY AVE STE 140
SACRAMENTO CA  95825-6535

Safeway Driver Fitness Centers Inc.
Attn: Jeff Borchardt
16230 W Mayflower Dr
New Berlin, Wisconsin 53151-6596

Safeway Psychological Services
Attn: Jeff Borchardt
16230 W Mayflower Dr
New Berlin, Wisconsin 53151-6596

Saint Francis Memorial Hospital
Attn: Alan E. Fox
900 Hyde St
San Francisco, CA 94109-4806

San Ramon Surgery Center
Attn: Medina Henry
100 Park Pl Ste 110
San Ramon, CA 94583-4460

Santa Barbara Cottage Hospital
Attn: Gregory Friedrich
400 W Pueblo St
Santa Barbara, CA 93105-4390

Scott Barbour MD
Attn: Scott Barbour MD
3240 NE Expy NE Ste 200
Atlanta, GA 30341-4003

Seven Hills Surgery Center
Attn: Jeanne Elam
876 Seven Hills Dr
Henderson, NV 89052-4369

South Atlanta MUA Center LLC
Attn: Stephen B. Cooper
541 Forest Parkway Suite 14
Forest Park, GA 30297-6110

South Placer Surgery Center
Attn: Brian Hunt
8723 Sierra College Blvd
Roseville, CA 95661-5990

Southeast Open MRI
Attn: Toni S. Cowan
1103 Fountain Lake Dr
Brunswick, GA 31525-3039

Southern Cross Surgery Center
Attn: R.L. Talley Jr. MD
1301 Sigman Rd NE
Conyers, GA 30012-3819

Specialty Orthopaedics
Attn: Kevin Jarrard
1240 Jesse Jewell Pkwy SE # 300.
Gainesville, GA 30501-3861

Specialty Surgery Center of Pecos
Attn: Craig N. Foreman
1569 E. Flamingo Rd
Las Vegas, NV 89119-5321

Spine Center Medical Group
Attn: Jodie Faier
455 Hickey Blvd Ste 310
Daly City, CA 94015-2630

SpinePlus Healthcare
Attn: Raymond Torres
2918 San Jacinto St Suite 150
Houston, TX 77004-2708

Sports Concussion Institute
Attn: Jay H. Paik
3200 Downwood Cir NW
Atlanta, GA 30327-1610

St. George Surgical Center
Attn: Terrill Dick
676 S Bluff St
Saint George, UT 84770-3512

Starpoint Health Inc.
Attn: EricD Friedlander
20360 SW Birch St Ste 110
Newport Beach, CA 92660-1532

Stat Diagnostics Cuevas Diagnostics LLC
Attn: Cesar Cuevas
4710 Katy Freeway
Houston, TX 77007-2204

Statesboro Neurosurgery
Attn: Dr.Donald Graham
1211 Merchant Way Ste 411
Statesboro, GA 30458-0865

Stellar Ambulartory Anesthesia
Consultants LLC
Attn: Timothy Griner
1150 Hammond Drive  Suite 600
Atlanta, GA 30328-8615

Stone Creek Surgery Center
Attn: Jeanne Elam
5915 S Rainbow Blvd
Las Vegas, NV 89118-2557

Stonecreek Capital Advisors
Attn: Robert Spertell
19710 Skyline Blvd
Los Gatos, CA 95033-8262

Streeterville Open MRI LLC
Attn: Edwin Sage
446 E Ontario St Ste 106
Chicago, IL 60611-7110

Stutz Artiano & Holtz
Attn: Ljubisa Kostic
1120 N Town Center Dr
Las Vegas, NV 89144-6300

Supriti Baylan DDS
Attn: Supriti Baylan DDS
2145 Roswell Rd Ste 120
Marietta, GA 30062-0819

Surgery Center of Athens LLC
Attn: Brandon O'Dell
2142 W Broad St Ste 100
Athens, GA 30606-3509

Surgery Center of Southern Nevada
Attn: Managing Member
4275 Burnham Ave
Las Vegas, NV 89119-5400

Surgery Excellence Management LLC
Attn: Lori Ramirez
2100 West Loop South Suite 1200
Houston, TX 77027-3599

| | | |
|---|---|---|
| Surgical Imaging Services Inc.<br>Attn: Josephine Shameria<br>782 Dynasty Dr<br>Fairfield, CA 94534-6612 | Sutton Orthopaedics & Sports Medicine<br>Attn: Michael A. Birke MD<br>145 Medical Blvd<br>Stockbridge, GA 30281-5083 | Swaroop N. Nyshadham MD<br>Attn: Swaroop N. Nyshadham MD<br>1990 Lukken Industrial Dr W<br>Lagrange, GA 30240-1404 |
| TECUMSEH ALTERNATIVES, LLC<br>ATTN: MANAGING MEMBER<br>5668 MORRIS HUNT DRIVE<br>FORT MILL, SC 29708-6571 | THE INJURY SPECIALISTS, LLC<br>ATTN: MANAGING MEMBER<br>270 CARPENTER DRIVE, SUITE 300<br>SANDY SPRINGS, GA 30328-4933 | Tecumseh  Infinity Medical Receivables Fund,<br>5668 Morris Hunt Drive<br>Fort Mill, SC 29708-6571 |
| The Hand & Upper Extremity Center<br>of Georgia PC<br>Attn: Jeffrey Klugman<br>980 Johnson Ferry Rd Ste 1000<br>Atlanta, GA 30342-1639 | The Injury Specialist LLC<br>Attn: Michael Wax<br>5464 Peachtree Blvd<br>Chamblee, GA 30341-2235 | The Pain Clinic<br>Attn: Roper Dollarhide<br>5445 W Sahara Ave<br>Las Vegas, NV 89146-0308 |
| The Pain Relief Center of Georgia<br>Attn: Idi Allen MD<br>101 Yorktown Dr Ste 211<br>Fayetteville, GA 30214-1578 | The Physicians Atlanta Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Physicians Lab Services<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 |
| The Physicians North Atlanta Surgery Cntr<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Physicians Rome Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Woodlands Specialty Hospital<br>Attn: Antonio Canales<br>25440 I-45 N<br>The Woodlands, TX 77386 |
| Tobin Bone and Joint Surgery Inc.<br>Attn: Joseph Tobin<br>12 Lafayette Place  Suite A<br>Hilton Head Island, SC 29926-2203 | Tushar M. Goradia MD PhD<br>Attn: Tushar M. Goradia MD PhD<br>6555 Coyle Ave<br>Carmichael, CA 95608-0302 | Tyrone Synergy Rehabilitation<br>Attn: Branton R. Queen PT<br>100 Millbrook Village Dr<br>Tyrone, GA 30290-3603 |
| U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Ultimate Physical Therapy LLC<br>Attn: Sayeeda Kurlawala<br>10929 Katy Fwy Ste B<br>Houston, Texas 77079-2203 | University Medical Center<br>Attn: Lacy L. Thomas<br>1800 W Charleston Blvd<br>Las Vegas, NV 89102-2386 |
| Valley Anesthesiology<br>Attn: Garland Cowen<br>10120 South Eastern Suite 200<br>Henderson, NV 89052-3926 | Valley Health System<br>Attn: Managing Member<br>2075 E Flamingo Rd<br>Las Vegas, NV 89119-5188 | Viking Pain Management<br>Anthony Rotando<br>1229 Creek Way Dr Ste 104<br>Sugarland , TX 77478-4556 |
| Werner Institute of Balance & Dizziness<br>Attn: Managing Member<br>9080 W Cheyenne Ave<br>Las Vegas, NV 89129-8936 | White Oak Surgery Center<br>Attn: Jay Rice<br>1665 Highway 34 E Ste 200<br>Newnan, GA 30265-2404 | Wilcorp LLC<br>Attn: Robin Wilson<br>11204 S. 75th E. Ave<br>Bixby, OK 74008-2043 |
| William A. Segal MD<br>Attn: William A. Segal MD<br>3800 Pleasant Hill Rd Ste 3<br>Duluth, GA 30096-1428 | XL2XS LLC<br>Attn: Saira McKinley<br>5413 Rose Thicket St<br>Las Vegas, NV 89130-1675 | Yarbro Ltd. dba Lake Mead Radiologists<br>Attn: Donald Den Yarbro Jr. MD<br>2559 Wigwam Pkwy<br>Henderson, NV 89074-6230 |

```
MATTHEW C. ZIRZOW                              ROBERT E. ATKINSON
LARSON & ZIRZOW, LLC                           376 E WARM SPRINGS RD STE 130
850 E. BONNEVILLE AVE.                         LAS VEGAS, NV 89119-4262
LAS VEGAS, NV 89101-7031
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Pro Performance P.T.                           Sacramento Pain Clinic
Attn: Amanda Stillings                         Attn: Dr. Michael Levin, MD
4343 Shallowford Rd Ste G-3 & 4                777 Campus Commons Rd
Marietta, GA 30062                             Sacramento, CA 95825
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HASELECT-MEDICAL RECEIVABLES LITIGATION FI    (u)HEALTHPLUS IMAGINING OF TEXAS, LLC        (u)TECUMSEH - INFINITY MEDICAL RECEIVABLES FU


(u)CENTURY LINK                                  (u)COASTAL INVESTMENTS PLC                   (u)FTM LTD
ATTN: MANAGING MEMBER                            ATTN: MANAGING MEMBER                        ATTN: MANAGING MEMBER
100 CENTURYLINK DRIVE                            P.O. BOX 11, ANZ HOUSE                       PO BOX 316, PORT VILA
P.O. BOX 4065, MONROE, LA                        AVARUA, RAROTONGA, COOK ISLANDS              FIRST FLOOR, LAW PARTNERS HOUSE-LINI HIG
                                                                                              EFATE, VANUATU

(d)First Savings Bank                            (u)Gregory Martin Cash                       (u)IMTISAL KHURI
Attn: Managing Member                            Private Mail Bag 9 Port Kenny South Aust
5960 S. Jones Blvd.                              Private Mail Bag 9 Port Kenny South Aust
Las Vegas, NV 89118-2610


(d)State Farm Fire & Casualty Co.                (d)The Injury Specialists                    (d)The Injury Specialists, LLC
Attn: Bankruptcy Dept/Managing Agent             c/o Sagebrush Lawyers                        Attn: Managing Member
3 Ravinia Drive                                  112 S. Water Street, Suite 104               270 Carpenter Drive, Suite 300
Atlanta, GA 30346-2118                           Henderson, NV 89015-2312                     Sandy Springs, GA 30328-4933


End of Label Matrix
Mailable recipients   241
Bypassed recipients    12
Total                 253
```