_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
May 26, 2022

_____

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
             kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7<br>Hearing Date: June 16, 2022<br>Hearing Time: 9:30 A.M. |
| Debtor. | **Remote:**<br>**Participation Number: (888) 684-8852**<br>**Access Code: 8242009#** |

**ORDER SHORTENING TIME AND NOTICE OF HEARING REGARDING CREDITOR HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION TO ENFORCE COURT ORDERS AND TO COMPEL SURRENDER OF COLLATERAL**

On May 23, 2022, Creditor HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") by and through its counsel, the law firm of Shea Larsen PC, filed *Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 210] (the "Motion").[1] On May 25, 2022. HASelect filed its *Ex Parte Application for Order Shortening Time on HASelect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce*

_____
[1]

*Court Orders and Compel Surrender of Collateral* [ECF No. 212] (the "Application"), requesting that the Motion be set for hearing on an order shortening time. The Court, having reviewed and considered the Application, and good cause appearing therefor,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the Motion shall be heard remotely by a United States Bankruptcy Judge on   June 16, 2022   at the hour of   9:30 a.m.  . Any opposition to the Motion must be filed and served on required notice parties by   June 10, 2022  , and any reply to any such opposition must be filed and served on required notice parties by   June 16, 2022  . Copies of the above-referenced Motion and any supporting declaration and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Building, 300 Las Vegas, Blvd. South, Las Vegas, Nevada, 89101, or may be obtained by emailing Bart K. Larsen, Esq. at blarsen@shea.law.

The hearing on the Motion will be conducted by remote teleconference. Remote participation and telephonic dial-in information can be found on the posted calendar on the court's website at www.nvb.uscourts.gov/calendars/court-calendars.

**IT IS SO ORDERED.**

Prepared and submitted by:

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*