Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
            kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Hearing Date: June 16, 2022<br>Hearing Time: 9:30 a.m. |
|---|---|

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING REGARDING CREDITOR HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION TO ENFORCE COURT ORDERS AND TO COMPEL SURRENDER OF COLLATERAL**

PLEASE TAKE NOTICE that on May 26, 2022, the Court in the above-captioned action entered an *Order Shortening Time and Notice of Hearing Regarding Creditor HASelect-Medical Receivables Litigation Finance Fund International SP's motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 214] (the "Order"). A copy of the Order is attached hereto as **Exhibit 1**.

DATED this 26th day of May, 2022.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

# CERTIFICATE OF SERVICE

1.    On May 26, 2022, I served the following document(s): **NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING REGARDING CREDITOR HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION TO ENFORCE COURT ORDERS AND TO COMPEL SURRENDER OF COLLATERAL**

2.    I served the above document(s) by the following means to the persons as listed below:

☒    a.    ECF System:

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

BRADFORD IRELAN on behalf of HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com; dhall@imtexaslaw.com; ynguyen@imtexaslaw.com

DAVID MINCIN on behalf of HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com, cindy.ferguson@akerman.com; catherine.kretzschmar@akerman.com;masterdocketlit@akerman.com

GERALD M GORDON on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

TRENT L. RICHARDS on behalf of THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com

ARIEL E. STERN on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.

*SHEA LARSEN*
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

☐    b.    United States mail, postage fully prepaid:

☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    By direct email (as opposed to through the ECF System):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2022.

By: /s/ *Bart K. Larsen, Esq,*

Page 3 of 3

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

# EXHIBIT 1


Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
May 26, 2022

---

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:    blarsen@shea.law
           kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7<br>Hearing Date: June 16, 2022<br>Hearing Time: 9:30 A.M. |
| Debtor. | **Remote:**<br>**Participation Number: (888) 684-8852**<br>**Access Code: 8242009#** |

**ORDER SHORTENING TIME AND NOTICE OF HEARING REGARDING CREDITOR HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP'S MOTION TO ENFORCE COURT ORDERS AND TO COMPEL SURRENDER OF COLLATERAL**

On May 23, 2022, Creditor HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") by and through its counsel, the law firm of Shea Larsen PC, filed *Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 210] (the "Motion").[1] On May 25, 2022. HASelect filed its *Ex Parte Application for Order Shortening Time on HASelect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce*

---
[1]

*Court Orders and Compel Surrender of Collateral* [ECF No. 212] (the "Application"), requesting that the Motion be set for hearing on an order shortening time. The Court, having reviewed and considered the Application, and good cause appearing therefor,

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the Motion shall be heard remotely by a United States Bankruptcy Judge on __June 16, 2022__ at the hour of __9:30 a.m.__. Any opposition to the Motion must be filed and served on required notice parties by __June 10, 2022__, and any reply to any such opposition must be filed and served on required notice parties by __June 16, 2022__. Copies of the above-referenced Motion and any supporting declaration and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Building, 300 Las Vegas, Blvd. South, Las Vegas, Nevada, 89101, or may be obtained by emailing Bart K. Larsen, Esq. at blarsen@shea.law.

The hearing on the Motion will be conducted by remote teleconference. Remote participation and telephonic dial-in information can be found on the posted calendar on the court's website at www.nvb.uscourts.gov/calendars/court-calendars.

**IT IS SO ORDERED.**

Prepared and submitted by:

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*