Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
          kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

On May 26, 2022, I served the following documents:

1. *Haselect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 210];

2. *Declaration of Michael Griffin in Support of Haselect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 211];

3. *Ex Parte Motion for Order Shortening Time on Haselect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 212];

4. *Attorney Information Sheet in Support of Ex Parte Motion for Order Shortening Time on*

*Haselect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 213]; and

5.  *Notice of Entry of Order Granting Haselect-Medical Receivables Litigation Finance Fund International SP's Motion to Enforce Court Orders and to Compel Surrender of Collateral* [ECF No. 215].

I served the above documents by the following means to the persons as listed below:

☐  a.  ECF System:

☒  b.  United States mail, postage fully prepaid:

TPL Claims Management, LLC
10100 W. Charleston Blvd., Suite 120
Las Vegas, Nevada 89135

☐  c.  Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  d.  By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e.  By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  f.  By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 26, 2022.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432