# Exhibit A

# Exhibit A

COMPOSITE EXHIBIT A

---

**From:** Mike Belotz <mbelotz@tecumsehalts.com>
**Sent:** Wednesday, May 25, 2022 4:07 PM
**To:** Michael Stone
**Cc:** Napoli, Michael (Ptnr-Dal); Bart Larsen; Chad Meyer; Maggie Jenkins; Alison Francis; Igor Shleypak; Andre Bahbah; Steven Pelosi; John Gordon
**Subject:** RE: Infinity Capital Management/Preva Advanced Surgicare

Michael,

We've seen the motion that HAS filed on Monday this week. To be clear, we have no issue with TPL releasing funds relating only to HAS receivables. However, we had no backup to show if any of the collected overlap receivables in fact belonged only to HAS until I received your email last Friday May 20 at 8:40 PM ET. From that email I now understand that Willie Lennon and Tyrone Martin are solely HAS receivables and on whom we understand we hold no receivables. To the extent that TPL receives funds on non-overlap receivables belonging to HAS, Tecumseh has no issue with TPL releasing those funds. We continue to have a dispute with HAS as to the proper way to allocate payments related solely to the overlap receivables.

Best,
MB

---

**From:** Michael Stone <mstone@provepartners.com>
**Sent:** Friday, May 20, 2022 8:40 PM
**To:** Mike Belotz <mbelotz@tecumsehalts.com>
**Cc:** michael.napoli@akerman.com; Bart Larsen <blarsen@shea.law>; Chad Meyer <cmeyer@tecumsehalts.com>; Maggie Jenkins <MJenkins@tplcmgmt.com>; Alison Francis <afrancis@tplcmgmt.com>; Igor Shleypak <ishleypak@hedgeact.com>; Andre Bahbah <abahbah@provepartners.com>; Steven Pelosi <SPelosi@provepartners.com>; John Gordon <jgordon@provepartners.com>
**Subject:** RE: Infinity Capital Management/Preva Advanced Surgicare

Mike et al –

Please find attached (and pasted in-line below) a breakdown of the amounts held on deposit for dates of service that are not part of the Holders' portfolio as well as the (proposed) calculations of pro rata splits. To the extent that you disagree with the pro rata calculation using outstanding gross billed charges (*which we view as the appropriate approach*), please confirm how you'd like us to proceed.

Michael Stone

TPL Claims Management, LLC
Amounts held on deposit for Gain Servicing
5/20/2022

| | Patient: | | | | |
|---|---|---|---|---|---|

| Outstanding Gross Billed Charges ($) | | | | | |
|---|---|---|---|---|---|
| Infinity Holders | $ - | $ - | $ 7,919.72 | $ 1,593.00 | $ |
| HASelect Only (DOS serviced by Gain) | $ - | $ - | $ 131,569.38 | $ 8,794.03 | $ |
| Total | $ - | $ - | $ 139,489.10 | $ 10,387.03 | $ |

| Outstanding Gross Billed Charges (%) | | | | | |
|---|---|---|---|---|---|
| Infinity Holders | n/a | n/a | 5% | 15% | |
| HASelect Only (DOS serviced by Gain) | 100% | 100% | 95% | 85% | |

| Total Settlement Amount | $ 4,200.00 | $ 40,500.00 | $ 125,000.00 | $ 5,700.00 | $ |
|---|---|---|---|---|---|

| Pro Rata Amount Due* | | | | | |
|---|---|---|---|---|---|
| Infinity Holders | $ - | $ - | $ 6,207.10 | $ 874.18 | $ |
| HASelect Only (DOS serviced by Gain) | $ 4,200.00 | $ 40,500.00 | $ 118,792.90 | $ 4,825.82 | $ |
| check | 0 | 0 | 0 | 0 | |

\* Payments applied pro rata based on total outstanding gross billed charges



Michael Stone
**Chief Executive Officer**
10100 W. Charleston Blvd, Suite 120
Las Vegas, NV 89135
Phone: 213-700-4764
Email: mstone@provepartners.com
Web: www.provepartners.com



*Confidentiality Statement: The information in this e-mail may be privileged and/or confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this e-mail in error, please notify me immediately by replying to this message and deleting the material from any computer. Thank You.*

**From:** Mike Belotz <mbelotz@tecumsehalts.com>
**Sent:** Tuesday, May 17, 2022 9:39 AM
**To:** John Gordon <jgordon@provepartners.com>; Michael Stone <mstone@provepartners.com>
**Cc:** michael.napoli@akerman.com; Bart Larsen <blarsen@shea.law>; Chad Meyer <cmeyer@tecumsehalts.com>; Maggie Jenkins <MJenkins@tplcmgmt.com>; Alison Francis <afrancis@tplcmgmt.com>; Igor Shleypak

2

<ishleypak@hedgeact.com>
**Subject:** RE: Infinity Capital Management/Preva Advanced Surgicare

Michael,

To get these overlap claims settled we'd like to see detail on the proposed amount being sent to GAIN.  I don't believe any details were provided except for the proposed amount.  Specifically:

- The patients at issue.  Through our lawyers we understand six patients make up the amount of which two are non-overlap receivables and solely HA receivables.  Please confirm.
- On the overlap receivables the total amount of receivables attributable to HA versus the portfolio.
- The basis of calculation for attributing the settlements.

Thanks.

Best,
MB



Case 21-14486-abl    Doc 219-1    Entered 06/10/22 13:42:08    Page 5 of 7

| | |
|---|---|
| **From:** | Michael Stone <mstone@provepartners.com> |
| **Sent:** | Friday, May 20, 2022 8:40 PM |
| **To:** | Mike Belotz |
| **Cc:** | Napoli, Michael (Ptnr-Dal); Bart Larsen; Chad Meyer; Maggie Jenkins; Alison Francis; Igor Shleypak; Andre Bahbah; Steven Pelosi; John Gordon |
| **Subject:** | RE: Infinity Capital Management/Preva Advanced Surgicare |
| **Attachments:** | 2022.05.20 - TPL - Cash Held on Deposit for Split Cases w Gain Servicing.xlsx |

Mike et al –

Please find attached (and pasted in-line below) a breakdown of the amounts held on deposit for dates of service that are not part of the Holders' portfolio as well as the (proposed) calculations of pro rata splits. To the extent that you disagree with the pro rata calculation using outstanding gross billed charges (*which we view as the appropriate approach*), please confirm how you'd like us to proceed.

Michael Stone

**TPL Claims Management, LLC**
**Amounts held on deposit for Gain Servicing**
**5/20/2022**

| Patient: | | | | | |
|---|---|---|---|---|---|
| **Outstanding Gross Billed Charges ($)** | | | | | |
| Infinity Holders | $ - | $ - | $ 7,919.72 | $ 1,593.00 | $ |
| HASelect Only (DOS serviced by Gain) | $ - | $ - | $ 151,569.38 | $ 8,794.05 | $ |
| Total | $ - | $ - | $ 159,489.10 | $ 10,387.05 | $ |
| **Outstanding Gross Billed Charges (%)** | | | | | |
| Infinity Holders | na | na | 5% | 15% | |
| HASelect Only (DOS serviced by Gain) | 100% | 100% | 95% | 85% | |
| **Total Settlement Amount** | $ 4,200.00 | $ 40,500.00 | $ 125,000.00 | $ 5,700.00 | $ |
| **Pro Rata Amount Due\*** | | | | | |
| Infinity Holders | $ - | $ - | $ 6,207.10 | $ 874.18 | $ |
| HASelect Only (DOS serviced by Gain) | $ 4,200.00 | $ 40,500.00 | $ 118,792.90 | $ 4,825.82 | $ |
| check | | 0 | 0 | 0 | 0 |

*\* Payments applied pro rata based on total outstanding gross billed charges*

1



**Michael Stone**
**Chief Executive Officer**
10100 W. Charleston Blvd, Suite 120
Las Vegas, NV 89135
Phone: 213-700-4764
Email: mstone@provepartners.com
Web: www.provepartners.com





*Confidentiality Statement: The information in this e-mail may be privileged and/or confidential and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this e-mail in error, please notify me immediately by replying to this message and deleting the material from any computer. Thank You.*

**From:** Mike Belotz <mbelotz@tecumsehalts.com>
**Sent:** Tuesday, May 17, 2022 9:39 AM
**To:** John Gordon <jgordon@provepartners.com>; Michael Stone <mstone@provepartners.com>
**Cc:** michael.napoli@akerman.com; Bart Larsen <blarsen@shea.law>; Chad Meyer <cmeyer@tecumsehalts.com>; Maggie Jenkins <MJenkins@tplcmgmt.com>; Alison Francis <afrancis@tplcmgmt.com>; Igor Shleypak <ishleypak@hedgeact.com>
**Subject:** RE: Infinity Capital Management/Preva Advanced Surgicare

Michael,

To get these overlap claims settled we'd like to see detail on the proposed amount being sent to GAIN. I don't believe any details were provided except for the proposed amount. Specifically:

- The patients at issue. Through our lawyers we understand six patients make up the amount of which two are non-overlap receivables and solely HA receivables. Please confirm.
- On the overlap receivables the total amount of receivables attributable to HA versus the portfolio.
- The basis of calculation for attributing the settlements.

Thanks.

Best,
MB

2