CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | **NOTICE OF HEARING** |
| | Hearing Date: August 11, 2022 |
| | Hearing Time: 11:00 a.m. |
| | Location: TELEPHONIC HEARING ONLY |
| | Phone number: (669) 254-5252 |
| | Meeting ID: 161 418 4644 |
| | Participant ID: None |
| | Meeting passcode: 758337 |

**NOTICE IS HEREBY GIVEN** that the TRUSTEE'S OBJECTION TO CLAIM NO. 6 [DE #230] (the "*Objection*") was filed on July 11, 2022 by chapter 7 trustee Robert E. Atkinson ("*Trustee*"). The Objection relates to Proof of Claim No. 6 filed by IMTISAL KHURI. The Objection seeks the Court to adjust the Claim to be a general unsecured claim.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document. This hearing may be continued from time to time without further notice to you.

**NOTICE IS FURTHER GIVEN** that a copy of the Objection may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting the Trustee's counsel Clarisse L. Crisostomo, Esq. at either (702) 614-0600 or by email at clarisse@nv-lawfirm.com.

-1-

-2-

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file an opposition with the court, and serve a copy to the Trustee's counsel no later than 14 days preceding the hearing date for the Objection, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: July 11, 2022            **ATKINSON LAW ASSOCIATES LTD.**

By:      /s/ Clarisse L. Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

-2-