CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

The undersigned hereby certifies that I caused to be served the following document(s):

- TRUSTEE'S OBJECTION TO CLAIM NO. 6 [DE #230]
- NOTICE OF HEARING [DE #231]

at the time and by the following means to the persons and entities as listed below:

■ **U.S. MAIL** – On July 11, 2022 to the Notice Address identified on the subject claims, as follows:

    IMTISAL KHURI
    1148 BROKEN HILLS DRIVE
    HENDERSON, NV 89011

DATED: July 11, 2022        **ATKINSON LAW ASSOCIATES LTD.**

                                        By:    /s/ Clarisse L. Crisostomo
                                        CLARISSE L. CRISOSTOMO, ESQ.
                                        Nevada Bar No. 15526
                                        *Attorney for Robert E. Atkinson, Trustee*