CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 21-14486-abl<br>Chapter 7 |
| INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS, | **NOTICE OF ENTRY OF ORDER** |
| Debtor. | |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

DATED: August 16, 2022          /s/ Robert E. Atkinson
                                                   ROBERT E. ATKINSON
                                                   *Chapter 7 Bankruptcy Trustee*

-1-

---

                                           _____
                                           Honorable August B. Landis
                                           United States Bankruptcy Judge

Entered on Docket
August 16, 2022
_____

CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM NO. 6**<br><br>Hearing Date:   August 11, 2022<br>Hearing Time:   11:00 a.m. |

     The Court reviewed and considered the Trustee's OBJECTION TO CLAIM NO. 6 [DE #230] (the "*Objection*").  The claimant of the claim is IMTISAL KHURI. No opposition to the Objection had been filed. Good cause appearing,

**IT IS HEREBY ORDERED:**

    1.   The Objection is sustained.

    2.   Proof of claim no. 6 is hereby reclassified to be a general unsecured claim in the amount of $280,000.00.

**IT IS SO ORDERED.**

-1-

# # # # #

Submitted by:

      /s/ Clarisse L. Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

## CERTIFICATION re: RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirements set forth in LR 9021(b)(1).

☒ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###