CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that I caused to be served the following document(s):

- NOTICE OF ENTRY OF ORDER (DE #239)

at the time and by the following means to the persons and entities as listed below:

■ **U.S. MAIL** – On August 16, 2022 to:

> IMTISAL KHURI
> 1148 BROKEN HILLS DR
> HENDERSON NV 89011-3073

DATED:  August 16, 2022         **ATKINSON LAW ASSOCIATES LTD.**

By:       /s/ Clarisse Crisostomo
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*