Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
          kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7 |

**NOTICE OF HEARING ON JOINT MOTION TO ENFORCE COURT ORDERS AND REQUIRE PREVA ADVANCED SURGICARE – THE WOODLANDS LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

**NOTICE IS HEREBY GIVEN THAT** the *Joint Motion to Enforce Court Orders and Require Preva Advanced Surgicare – The Woodlands LLC to Remit Payments Relating to Accounts Receivable* [ECF No. 241] (the "Joint Motion") filed jointly by HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") and Tecumseh–Infinity Medical Receivable Fund, LP, ("Tecumseh") on August 18, 2022 seeks to enforce previously entered orders of this Court against third-party Preva Advanced Surgicare – The Woodlands LLC.

**NOTICE IS FURTHER GIVEN** that a hearing on the Joint Motion will be held before a United States Bankruptcy Court Judge on **October 3, 2022 at 9:30 a.m.** at the U.S. Bankruptcy Court for the District of Nevada in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101.  Dial-in information can be located on the U.S. Bankruptcy Court for the District of Nevada's website.

**NOTICE IS FURTHER GIVEN** that any opposition to the Joint Motion and the relief

requested therein must be filed and served in accordance with Local Rule 9014(d)(1), which provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may rule *against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Joint Motion may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

DATED this 22nd day of August 2022.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Kyle M. Wyant, Esq.
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

## CERTIFICATE OF SERVICE

1. On August 22, 2022, I served the following document(s): **NOTICE OF HEARING ON JOINT MOTION TO ENFORCE COURT ORDERS AND REQUIRE PREVA ADVANCED SURGICARE – THE WOODLANDS, LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒ a. ECF System:

   ROBERT E. ATKINSON
   Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

   CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
   clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

   BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
   birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

   DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
   dmincin@mincinlaw.com, cburke@mincinlaw.com

   MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
   michael.napoli@akerman.com, cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;masterdocketlit@akerman.com

   TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
   trichards@sagebrushlawyers.com

   ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
   ariel.stern@akerman.com, akermanlas@akerman.com

   U.S. TRUSTEE - LV - 7
   USTPRegion17.LV.ECF@usdoj.gov

   MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
   mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

   ☒ b. United States mail, postage fully prepaid:

   Preva Advanced SurgiCare – The Woodlands, LLC
   26710 I-45 N. Freeway, Suite B-100
   Spring, Texas 77386

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

Preva Advanced SurgiCare – The Woodlands, LLC
c/o Hugh Shannonhouse
2702 Andrew Springs Lane
Spring, Texas 77386

Preva Advanced SurgiCare – The Woodlands, LLC
c/o Registered Agent Solutions, Inc.
5301 Southwest Parkway, Suite 400
Austin, Texas 78735

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 22nd, 2022.

By: /s/ *Bart K. Larsen, Esq.*