NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–21–14486–abl<br>CHAPTER 7 |
| INFINITY CAPITAL MANAGEMENT, INC.<br>    dba INFINITY HEALTH CONNECTIONS | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *243* – Notice of Hearing ON JOINT MOTION TO ENFORCE COURT ORDERS AND REQUIRE PREVA ADVANCED SURGICARE THE WOODLANDS LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE Hearing Date: 10/03/2022 Hearing Time: 9:30 a.m. with Certificate of Service Filed by BART K. LARSEN on behalf of HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP (Related document(s)241 Motion to Enforce filed by Creditor HASELECT–MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP) (LARSEN, BART) |
| Filed On: | 8/22/22 |
| With A Hearing Date Of: | 10/3/22 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Hearing Date or Time, Hearing will be set

Dated: 8/23/22

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**