NVB 2016 (05/2022)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## Fee Application Cover Sheet

Case No.: 21-14486-abl    Chapter: 7    Hearing Date/Time: Ex Parte

Debtor: INFINITY CAPITAL MANAGEMENT, INC.  dba INFINITY HEALTH CONNECTIONS

Applicant: Paul M. Healey & Sons CPAs Ltd.

Date of Employment: March 14, 2022

Interim Fee Application No:_____    OR    Final Fee Application_____X_____

**Amounts Requested:**                          **Client Approval:  Yes ☑ No ☐**

**Fees:**        $ _____800.00_____

**Expenses:**    $ _____0.00_____

**Total:**       $ _____800.00_____

Hours: _____N/A_____          Blended Rate: $_____N/A_____

Fees Previously Requested:        $ __0.00__        Awarded: $ _____

Expenses Previously Requested: $ __0.00__        Awarded: $ _____

Total Previously Requested:      $ __0.00__        Awarded: $ _____

Total Amount Paid:               $ __0.00__

**Chapter 13 Cases ONLY:**

Yes ☐ No ☐  Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on _____ .

Yes ☐ No ☐  Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

_____          Date ___8/26/22___
Signature

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**EX PARTE APPLICATION**<br>**FOR COMPENSATION FOR**<br>**ACCOUNTANT** |

Chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***") hereby moves for the Court for an order pursuant to 11 U.S.C. § 330(a) authorizing the payment of fees to Paul M. Healey & Sons CPAs Ltd. ("***Accountant***") in the amount of $800.00.

The Trustee was previously authorized by Court order to employ the Accountant as accountant for the estate. The Accountant has now completed the estate's tax returns. See attached invoice, the amount of which was voluntarily reduced by the Accountant. In the Trustee's judgment, the requested fees are reasonable compensation for actual, necessary services rendered by the Accountant for the administration of the estate.

DATED: August 26, 2022

                        /s/ Robert E. Atkinson
                        ROBERT E. ATKINSON
                        CHAPTER 7 BANKRUPTCY TRUSTEE

**DECLARATION OF ROBERT E. ATKINSON, TRUSTEE**

I, Robert E. Atkinson, hereby declare under penalty of perjury as follows:

- I am over the age of 18 and have personal knowledge of the facts stated herein. I am the appointed trustee in this bankruptcy case.

- The facts stated above are true and correct, to the best of my knowledge, information, and belief.

                        /s/ Robert Atkinson
                        ROBERT E. ATKINSON, TRUSTEE

# PAUL M. HEALEY & SONS CPAS LTD.
**3263 EAST WARM SPRINGS ROAD**
**LAS VEGAS, NV 89120**
**(702) 968-7800**

**Client BKINFINI**
**August 23, 2022**

---

## INFINITY CAPITAL MANAGEMENT
## C/O ROBERT ATKINSON, BANKRUPTCY TRUSTEE
## 376 E. WARM SPRINGS RD., SUITE 130
## LAS VEGAS, NV 89119
## (702) 617-3200

| FEDERAL FORMS | |
|---|---|
| Form 1120S | 2021 U.S. S Corporation Income Tax Return |
| Schedule K-1 | Shareholder's Income, Deductions, Credits, etc |
| Form 1125-A | Cost of Goods Sold |
| Form 4562 | Depreciation and Amortization |
| Form 4797 | Sale of Business Property |
| Form 7004 | Automatic Extension of Time to File |
| Form 7203 | S Corporation Shareholder Basis Limitation |
| Form 8275 | Disclosure Statement |
| Form 8879-S | IRS e-file Signature Authorization |
| | Depreciation Schedules |
| Basis Sch | Shareholders' Basis Computation |

| FEE SUMMARY | | |
|---|---|---|
| Preparation Fee | $ | 800.00 |
| Amount Due | $ | 800.00 |