_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022
_____

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**ORDER ON EX PARTE APPLICATION FOR COMPENSATION FOR ACCOUNTANT** |

The Court reviewed and considered the Trustee's Ex Parte Application for Compensation of Accountant [DE #247] (the "*Application*").  Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted.
2. The $800.00 fee compensation to accountant Paul M. Healey & Sons CPAs Ltd. is approved.

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

   /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE