CLARISSE L. CRISOSTOMO, ESQ., Bar No. 15526
Email: clarisse@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

DATED: August 30, 2022          **ATKINSON LAW ASSOCIATES LTD.**

By: _____/s/ Clarisse Crisostomo_____
CLARISSE L. CRISOSTOMO, ESQ.
Nevada Bar No. 15526
*Attorney for Robert E. Atkinson, Trustee*

-1-

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
August 30, 2022
_____

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
| Debtor. | **ORDER ON EX PARTE APPLICATION FOR COMPENSATION FOR ACCOUNTANT** |

    The Court reviewed and considered the Trustee's Ex Parte Application for Compensation of Accountant [DE #247] (the "***Application***").  Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted.
2. The $800.00 fee compensation to accountant Paul M. Healey & Sons CPAs Ltd. is approved.

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

    /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE