**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.  21-14486-abl<br>Chapter 7<br><br>**DECLARATION OF<br>ROBERT E. ATKINSON** |

I, Robert E. Atkinson, hereby declare as follows:

1.  I am over the age of 18 and have personal knowledge of the facts stated herein. I am competent to testify to the same. I am the sole owner of Atkinson Law Associates Ltd. ("*ALA*"), and provided managerial oversight for the work performed by ALA in this case.

2.  I make this declaration in support of the application entitled FIRST AND FINAL APPLICATION OF ATKINSON LAW ASSOCIATES LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED WHILE GENERAL COUNSEL FOR THE TRUSTEE filed contemporaneously herewith (the "*Application*").

3.  The Application spans the time period September 28, 2021 through October 17, 2022, and also including time (marked "TBD") to be incurred in the future to obtain the relief sought in the Application ("*Application Period*").

4.  The statements made in the Information and Case Status sections of the Application (Sections I and II) contains factual statements that are true, to the best of my knowledge and information and the records in this bankruptcy case.

5. ALA maintained electronic records of time expended by ALA's employees in rendering professional services to me, entries of which were made substantially contemporaneously with the rendition of those services.

6. All of the time entries contained in Exhibit 4 are accurate and reflect the professional services performed by ALA on my behalf during the Application Period in this bankruptcy case.

7. All of the expenses contained in Exhibit 5 of the Application are accurate and were incurred by ALA on my behalf during the Application Period in this bankruptcy case. Postage and third-party costs are billed at actual. Per the Engagement Letter, photocopies are billed at $0.25/page.

8. The time spent and expenses incurred by ALA during the Application Period were for work reasonably likely and necessary for the benefit of the bankruptcy estate at the time they were incurred, and necessary for the administration of the bankruptcy estate.

9. The time and expenses in Exhibits 4 and 5 for which the date is labeled 'TBD' are anticipated time and expenses associated with the adjudication of the Application itself, and are based on my experience and best estimate of the time and expenses to be incurred by ALA in that effort.

# # # # #

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

DATED  10/21/22

_____
ROBERT E. ATKINSON