Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
         kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

INFINITY CAPITAL MANAGEMENT, INC.
dba INFINITY HEALTH CONNECTIONS,

Debtor.

Case No. 21-14486-abl
Chapter 7

**NOTICE OF ENTRY OF ORDER GRANTING JOINT MOTION TO ENFORCE COURT ORDERS AND REQUIRE PREVA ADVANCED SURGICARE – THE WOODLANDS, LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

PLEASE TAKE NOTICE that, on October 6, 2022, the Court in the above-captioned entered an *Order Granting Joint Motion to Enforce Court Orders and Require Preva Advanced Surgicare – The Woodlands LLC to Remit Payments Relating to Accounts Receivable* [ECF No. 253] (the "Order").  A copy of the Order is attached hereto as **Exhibit 1**.

DATED this 26th day of October, 2022.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

# CERTIFICATE OF SERVICE

1. On October 26, 2022, I served the following document(s): **NOTICE OF ENTRY OF ORDER GRANTING JOINT MOTION TO ENFORCE COURT ORDERS AND REQUIRE PREVA ADVANCED SURGICARE – THE WOODLANDS, LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

2. I served the above document(s) by the following means to the persons as listed below:

    ☒   a.   ECF System:

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com,
jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;masterdocketlit@akerman.com

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com,
carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

    ☒   b.   United States mail, postage fully prepaid:

Preva Advanced SurgiCare – The Woodlands, LLC
26710 I-45 N. Freeway, Suite B-100
Spring, Texas 77386

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

Preva Advanced SurgiCare – The Woodlands, LLC
c/o Hugh Shannonhouse
2702 Andrew Springs Lane
Spring, Texas 77386

Preva Advanced SurgiCare – The Woodlands, LLC
c/o Registered Agent Solutions, Inc.
5301 Southwest Parkway, Suite 400
Austin, Texas 78735

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2022.

By: /s/ *Bart K. Larsen, Esq.*

**EXHIBIT 1**



Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 06, 2022

___

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
             kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>dba INFINITY HEALTH CONNECTIONS,<br><br>                  Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>Hearing Date: October 3, 2022<br>Hearing Time: 9:30 a.m. |

**ORDER GRANTING JOINT MOTION TO ENFORCE COURT ORDERS AND REQUIRE PREVA ADVANCED SURGICARE – THE WOODLANDS, LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

The *Joint Motion to Enforce Court Orders and Require Preva Advanced Surgicare – The Woodlands LLC to Remit Payments Relating to Accounts Receivable* [ECF No. 241] (the "Joint Motion") filed jointly by HASelect-Medical Receivables Litigation Finance Fund International SP ("HASelect") and Tecumseh–Infinity Medical Receivable Fund, LP, ("Tecumseh") came on for hearing before the Court on October 3, 2022.  Appearances at the hearing were noted on the record.

All findings of fact and conclusions of law orally stated by the Court at the Oral Ruling are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via

Fed. R. Bankr. P. 9014(c) and 7052. For the reasons stated by the Court on the record at the hearing, there being no opposition to the Motion, and good cause appearing, IT IS HEREBY ORDERED:

1. The Joint Motion is GRANTED;

2. Any person or entity, including, but not limited to, Preva Advanced Surgicare – The Woodlands, LLC ("Preva"), is hereby ordered and required to immediately turn over all proceeds collected on and all payments due in connection with all accounts receivable and other rights to payment included in the Portfolio, as defined in the Joint Motion (and as further described with respect to Preva in Exhibit 6 attached thereto), to TPL Claims Management, LLC ("TPL") at such location as TPL may instruct;

3. Any person or entity, including, but not limited to, Preva Advanced Surgicare – The Woodlands, LLC, is hereby ordered and required to immediately turn over all proceeds collected on and all payments due in connection with all accounts receivable and other rights to payment included in the Collateral, as defined in the Joint Motion (and as further described with respect to Preva in Exhibit 5 attached thereto), to HASelect at such location as HASelect may instruct;

4. Within 14 days following the entry of this Order and continuing each month thereafter for so long as any portion of the Preva Accounts (as defined in the Joint Motion) remain uncollected, Preva Advanced Surgicare – The Woodlands, LLC shall provide to Tecumseh and HASelect (or their respective designees) an accounting of the current status of all Preva Accounts consistent with Preva's monthly reporting obligations to Infinity under section 6 of the Purchase and Sale Agreement attached to the Joint Motion as Exhibit 4.

5. TPL is hereby authorized and empowered to take commercially reasonable actions, subject to and as allowed under its agreements with HASelect and Tecumseh, to effectuate the servicing and collection of the Portfolio and to hold the proceeds of the Portfolio in escrow pending the final resolution of all claims and counterclaims asserted in this Adversary Proceeding as contemplated under such agreements;

6. TPL shall be authorized to endorse and negotiate any check remitted in payment of any of the accounts receivable included in the Portfolio, including any check made payable to the Debtor, Infinity Health Connection, Infinity Health Solutions, LLC, or Buena Vista Rx.; and

7. This Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

**IT IS SO ORDERED.**

Respectfully submitted by:

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

| Name | Approve | Reject | No Response |
|---|---|---|---|
| Michael D. Napoli, Esq.<br>*Attorney for Tecumseh – Infinity Medical Receivables Fund, L.P.* | ☒ | ☐ | ☐ |

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

                /s/ *Bart K. Larsen, Esq.*
                Bart K. Larsen, Esq.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432