**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.   21-14486-abl<br>Chapter 7<br><br>**AMENDED NOTICE OF HEARING**<br><br>Hearing Date:   January 12, 2023<br>Hearing Time:   11:00 a.m.<br><br>Location: TELEPHONIC HEARING ONLY<br><br>Phone number:      (669) 254-5252<br>Meeting ID:            161 418 4644<br>Participant ID:        None<br>Meeting passcode:   758337 |

TO: ALL PARTIES IN INTEREST and THEIR COUNSEL OF RECORD:

    **NOTICE IS HEREBY GIVEN** that an application entitled FIRST AND FINAL APPLICATION OF ATKINSON LAW ASSOCIATES LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED WHILE GENERAL COUNSEL FOR THE TRUSTEE [DE #255] (the "***Application***") was filed on October 24, 2022 by Robert E. Atkinson, the trustee for the above-captioned bankruptcy estate ("***Trustee***").  The Application seeks the allowance of an administrative claim, on a final basis, to Atkinson Law Associates, Ltd. ("***ALA***") for its work as the Trustee's general counsel in this case, and specifically for fees in the amount of $29,074.00 and expenses in the amount of $1,663.59.

    **NOTICE IS FURTHER GIVEN** that the hearing on the Application will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document.  This hearing may be continued from time to time without further notice to you.

-1-

**NOTICE IS FURTHER GIVEN** that a copy of the Application may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting the Trustee's office Robert Atkinson at either (702) 617-3200 or by email at robert@ch7.vegas.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Application, or if you want the court to consider your views on the Application, then you must file an opposition with the court, and serve a copy to Trustee's counsel no later than 14 days preceding the hearing date for the Application, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to LR 9014(c).

> If you object to the relief requested you *must* file a **WRITTEN** response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

DATED: November 22, 2022

By:  /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE