GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

*Nevada Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br><br>Chapter 7<br><br><br>Date: N/A<br>Time: N/A |

### NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

GERALD M. GORDON and JARED SECHRIST of the law firm of GARMAN TURNER GORDON, LLP, Nevada attorneys for Tecumseh–Infinity Medical Receivable Fund, LP ("Tecumseh"), hereby enter their appearance on the record in the above-entitled bankruptcy proceeding pursuant to Bankruptcy Rule 9010(b), and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, **and all adversary proceedings in this case**, together with copies of all, pleadings, papers, and all related materials that are issued or filed in connection with the above captioned case by the Court or parties in interest.

All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to Tecumseh pursuant to Bankruptcy Rule 2002, should be directed to:

Gerald M. Gordon, Esq.
Jared Sechrist, Esq,
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210

Las Vegas, Nevada 89119
Email: ggordon@gtg.legal; jsechrist@gtg.legal; bknotices@gtg.legal

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on Tecumseh, or (ii) constitute a waiver of any of the following rights of Tecumseh:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

(c) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto Tecumseh without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and ancillary proceedings.

DATED this 4th day of January, 2023.    GARMAN TURNER GORDON LLP

By: /s/ Gerald M. Gordon
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
*Nevada Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*