**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that an order, which is attached hereto, was entered in the above-captioned matter.

DATED: January 17, 2023

By: _____/s/ Robert Atkinson_____
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE

-1-

Case 21-14486-abl    Doc 267    Entered 01/13/23 09:28:02    Page 1 of 3

———

 _____
 Honorable August B. Landis
 United States Bankruptcy Judge



Entered on Docket
January 13, 2023

———

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No. 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS, | Chapter 7 |
|  | Hearing Date:  January 12, 2023 |
|  | Hearing Time:  11:00 a.m. |
| Debtor. |  |

### ORDER ON THE FIRST AND FINAL APPLICATION OF ATKINSON LAW ASSOCIATES LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED WHILE GENERAL COUNSEL FOR THE TRUSTEE

The Court reviewed and considered the FIRST AND FINAL APPLICATION OF ATKINSON LAW ASSOCIATES LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED WHILE GENERAL COUNSEL FOR THE TRUSTEE [DE #255] (the "***Application***"), the representations of counsel at the hearing on this matter, and the record in this bankruptcy case.

No opposition to the Application was filed.  Pursuant to the factors specified in 11 U.S.C. §330(a)(3), the Court has determined that the compensation and expense reimbursement requested, as shown in the Application, are reasonable.  All other findings of

-1-

fact and conclusions of law orally stated by the Court at the hearing are incorporated herein pursuant to Fed. R. Civ. P. 52, as made applicable to these proceedings via Fed. R. Bankr. P. 9014(c) and 7052.

There being no opposition filed to the Application, and for the reasons stated on the record at the hearing on the Application,

**IT IS HEREBY ORDERED** that the relief sought in the Application is hereby granted, and specifically:

1. The Application is granted in full.

2. The following fees and expenses, as described in the Application, are allowed as an administrative expense to Atkinson Law Associates Ltd., on a final basis:

| Fees | Expenses | Total |
|---|---|---|
| $29,074.00 | $1,663.59 | $30,737.59 |

3. The Trustee may remit the above amounts from the bankruptcy estate to Atkinson Law Associates Ltd. without further order of the Court required.

**IT IS SO ORDERED.**

\# \# \# \# \#

Submitted by:

　　/s/ Robert Atkinson　　　　
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE

**CERTIFICATION re: RULE 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court has waived the requirements set forth in LR 9021(b)(1).

☒  No party appeared at the hearing or filed an objection to the motion.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

-3-