# EXHIBIT C

# EXHIBIT C

Page 110

1    the liens that were related to funded receivables were
2    kind of stamped with that.
3         Q    And as I understand it, that stamp was
4    primarily intended as a sort of an internal control to
5    let Infinity employees know where payment needed to be
6    directed when it came in.  Is that correct?
7         A    Yeah, it was a control, but it -- you know, in
8    the end, when a check came in, we used the database to
9    effectively do all the calculations and nobody looked at
10   the liens at that point; right?  Like I said, the
11   liens -- that would be only necessary if you would kind
12   of want to now take all documents and you want to find,
13   okay, which page has a lien and a stamp and put that on
14   piles; right?  That's kind of -- from the work flow, it
15   didn't really make a difference.
16        Q    Let me put up another document here.  It's
17   Exhibit 25 from the Dropbox.  It's another series of
18   emails between you and Endre, it appears.  These are from
19   June of 2020, and these seem to reference removing stamps
20   from documents.  Do you see these emails?
21        A    Yeah.
22        Q    Do these emails relate to the same stamps that
23   were referenced in the prior email we looked at?
24        A    Yeah.  That was -- that was from the time when
25   we had the transition, because they would only actually



```
 1   get stamped when the funding was used from HASelect to
 2   purchase those related receivables.  By June 2020 we had
 3   a whole bunch of receivables that Infinity was holding
 4   that was not related to any loans from HASelect and that
 5   those were effectively -- had stamps on them because
 6   people who processed it in Infinity put those on
 7   automatically, but it was not part of any of the draws or
 8   collateral to any of those draws, and therefore we were
 9   discussing removing those stamps again.
10        Q    And when you say it's not collateral, did you
11   understand at that time in June of 2020 that HASelect
12   held a security interest in all of the accounts
13   receivable owned by Infinity regardless whether they were
14   tied to any particular draw or not?
15        A    Well, we kind of -- I was under the impression
16   not -- we kind of got some advice from a couple of
17   attorneys and they thought that should not be an issue.
18   But I'm not an attorney.  I can only kind of take advice,
19   and I knew about the blanket UCC and the current
20   situation and that HedgeACT was not providing any funding
21   for loans on receivables.  So that's why we decided to
22   have Tecumseh purchase those.
23        Q    So these are receivables that were already held
24   by Infinity that you believed had been somehow released
25   from HASelect's security interest that were then sold to
```



Oliver Hemmers                                    In re: Infinity Capital Management, Inc.

Page 112

```
 1   Tecumseh?  Do I have that right?
 2        A    That was at the time the process, yeah, in June
 3   of 2020.
 4        Q    Okay.  And I mean would it be reflected
 5   anywhere in Infinity's books and records which particular
 6   accounts were sold to Tecumseh at that time?
 7        A    It should be.  Should be in the accounting
 8   software and in the database.
 9        Q    And it may have not been clear earlier, but I
10   believe I asked you if any accounts in which HASelect
11   held a security interest were sold to any other party,
12   and I thought you had told me no.  So just --
13        A    Under the blanket UCC.
14        Q    Yes, under the blanket UCC.
15        A    Yeah.  In that case the Tecumseh receivables
16   were the only ones that fall in that category.
17        Q    Do you have any recollection of the approximate
18   amount that Infinity received from the sale of those
19   receivables?
20        A    It was the 20 percent fee on top of the cost
21   that -- effectively the amount paid to the medical
22   providers.
23        Q    Was there any overhead or brokerage fee built
24   into that?
25        A    Yeah.  The 20 percent included all that.
```

www.oasisreporting.com          702-476-4500

```
 1     Q    Where did Infinity get the money to purchase
 2   those accounts before they were sold to Tecumseh?
 3     A    They were paid from -- paid from the overhead
 4   account, to the best of my knowledge.
 5     Q    The overhead account, is that the Nevada State
 6   Bank account that we've been talking about, the one that
 7   has the 6375?
 8     A    Yeah.  And you have to look at it more like as
 9   a process.  At the time Infinity received receivables to
10   review and fund on a daily basis, maybe 20 receivables
11   let's say, and Infinity was always paying for those in
12   advance.  At the end of the month we would then receive
13   the loan on the next draw from HASelect.  So Infinity
14   was always prepaying all the receivables, then HASelect
15   gave us the loan from that month's draw at the end of the
16   month, and after that we kind of started to do the next
17   month.  We did that for 22 months and HASelect issued a
18   Notice of Default and stopped funding us in May of 2020.
19          So now we're sitting on a bunch of receivables
20   that we would not get any more loans from or the next
21   draw from HASelect, and according to the agreement, they
22   had the first right of refusal and we could get other
23   funding if we choose to when they refuse.  That's how I
24   understood that loan agreement and it was confirmed by
25   our attorneys.  And so we didn't see anything wrong in
```

Page 114

1  proceeding and taking the money and selling it
2  effectively off to Tecumseh.
3      Q    These were receivables that were already owned
4  by Infinity, not new receivables being purchased with
5  Tecumseh's money; correct?
6      A    Yes.
7      Q    And you understood that HAS was not going to
8  release another draw and advance additional funding based
9  on receivables that Infinity already owned; correct?
10     A    Usually they gave us every month at the end of
11 the month forward.  We owned money; right?  That was kind
12 of the process.  Now instead of money, we received a
13 Notice of Default that effectively would stop funding for
14 May, and so we could not -- you know, we tried to resolve
15 that and in June Tecumseh offered to buy receivables from
16 us.
17     Q    By that point you had been discussing a
18 relationship with Tecumseh for several months already;
19 correct?
20     A    We discussed a new structure, yeah, since -- I
21 don't know -- February or March; right?  They kind of --
22 it always takes a while to build up new relationships and
23 see if anything would work, but we did not sign anything
24 with them beyond discussing things with them until almost
25 a month after we received the Notice of Default from



Page 115

1   HASelect, so --
2       Q    And that Notice of Default, I think you said
3   that was in May of 2020?
4       A    Yeah, the Notice of Default was in May of 2020.
5       Q    And without getting into the details of
6   anything that might have been discussed, did Infinity
7   consult with any attorney at that time to determine
8   whether or not those accounts could be sold free and
9   clear of HASelect's security interest?
10      A    Yes.
11      Q    Who was the attorney that Infinity consulted
12  with?
13      A    Consulted with Larry Oldham and Brooke Borg.
14      Q    Sticking on this topic, these particular
15  receivables that were owned by Infinity prior to, you
16  know, this time frame of roughly June of 2020 and sold to
17  Tecumseh, did Infinity continue to service those
18  accounts, provide collection services with respect to
19  those receivables?
20      A    Yes.  That's what we got the fees for; right?
21      Q    And when money was collected on those
22  receivables, how would it be handled?
23      A    It depended on if that was a case with only one
24  funder or if any other funds were on that case, let's say
25  HASelect/Tecumseh overlap situations where the amounts

Oliver Hemmers                                    In re: Infinity Capital Management, Inc.

```
                                                        Page 116
 1   had to be split between the funds.  Those reports that
 2   were created showing the split, they were provided to
 3   HASelect.  We said, "Okay, you get this portion.  This
 4   portion was funded by Tecumseh," or another funder, and
 5   that was then -- you know, the returns were then split up
 6   accordingly.  So HASelect was effectively in the know
 7   that these receivables were part of multiple funds maybe
 8   rather than just theirs.
 9        Q    Was there any information in that report
10   indicating that those collections related to receivables
11   in which HASelect held a security interest that had
12   subsequently been sold to Tecumseh?
13        A    There was nothing in the report, but HASelect
14   knew that Tecumseh acquired receivables.
15        Q    I'm sorry, I didn't hear the last part of that.
16   HASelect knew what?
17        A    That Tecumseh acquired receivables, right, with
18   the help of Infinity.
19        Q    To your knowledge, did HASelect know that
20   those were receivables that had previously been purchased
21   by Infinity and in which HASelect held a security
22   interest?
23        A    Yes, because the receivables that we had on our
24   books based on funding were at that point sold to
25   Tecumseh.  So there was nothing secret.
```

www.oasisreporting.com  702-476-4500

Oliver Hemmers                                              In re: Infinity Capital Management, Inc.

```
                                                               Page 121
 1      A    Well, that email is from last year; right?  Is
 2   that October 22nd, 2020?
 3      Q    Yes.
 4      A    Yeah, okay.  During October there was an email
 5   exchange with -- I don't know who was on that, but Debbie
 6   and I communicated, Debbie Griffin, about buying out
 7   receivables from HASelect, going maybe batch by batch
 8   or, you know, looking at the combination and effectively
 9   slowly transferring the HASelect receivables to the
10   Tecumseh fund while at the same time reducing the
11   outstanding loan that Infinity was having with HedgeACT.
12   So I was actually encouraged by Debbie and Mike Griffin
13   to look into that as an option so they could get rid of
14   the loan to us and effectively would no longer be
15   involved in this whole process of collecting.  So that
16   was kind of in that regard we asked Tecumseh if they
17   would be interested in purchasing those, and that's how
18   the whole discussion started, and that was about October
19   last year.  There should be also an email between Debbie
20   and me about that.
21      Q    Now, ultimately were any HedgeACT receivables
22   sold as a result of those discussions?
23      A    No.
24      Q    Just to be clear, these are a different group
25   of receivables than those that had been sold to Tecumseh
```

```
 1   that we discussed earlier; is that correct?
 2        A    Yeah.  These are the ones that are part of the
 3   draws that we took and purchased those receivables as
 4   collateral.
 5        Q    And just to make sure this is clear in my mind,
 6   the other receivables that were sold to Tecumseh, those
 7   are receivables that were at one point associated with a
 8   draw but that's a draw from HASelect but that draw had
 9   been repaid.  Is that correct?
10        A    No, that's not.  We never sold anything to
11   Tecumseh that was collateral to an HASelect draw.  We
12   only sold them receivables that could have become
13   collateral to an HAS draw, but because they stopped
14   funding, there was never an HAS draw and therefore
15   Tecumseh bought them.
16        Q    Were those receivables that were owned at a
17   point in time by Infinity prior to the point in time at
18   which HASelect stopped funding?
19        A    There might be a few, like some medical records
20   that Infinity already had on the books for a while and
21   that were never part of any of -- I would have to look,
22   but it was not -- it wasn't a substantial amount.  It was
23   very small.
24        Q    And these specific accounts that were sold to
25   Tecumseh, had they ever been included in any reports to
```

