GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC., dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. BK-S-21-14486- abl<br><br>Chapter 7<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDERS APPROVING SALES PROCEDURES AND APPROVING SALE**

**NOTICE IS HEREBY GIVEN** that a *Motion to Set Aside Orders Approving Sales Procedures and Approving Sale* (the "Motion")[1] was filed on February 6, 2023 by Tecumseh – Infinity Medical Receivable Fund, LP ("Tecumseh"). This Motion is made pursuant to Fed. R. Bank P. 9024 which makes applicable Fed. R. Civ. P. 60 to this adversary proceeding, to set aside and vacate pursuant to Rule 60(b)(1), (2) and (6), the *Order Granting in Part, and Denying in Part, the Trustee's Motion (I) Approve Sale of Certain Assets; (II) Set Sale/Auction Procedures: and (III) Set Auction Hearing Date* ("Procedural Order") [ECF No. 175] entered on January 21,

---

[1] Capitalized terms not otherwise defined herein shall have those meaning ascribed to them in the Motion.

2022, and *Order Approving Sale* ("Sale Order") [ECF No. 184] entered February 11, 2022.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **March 30, 2023, at 9:30 a.m.** The telephone conference line is (669) 254-5252, Meeting ID 161 110 6049 Passcode 154251#.

If you intend to participate at this hearing, please check the Court's website prior to the

…

…

…

…

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge.

DATED this 6th day of February, 2023.

Respectfully submitted,

GARMAN TURNER GORDON LLP

By: */s/ Gerald M. Gordon*
    GERALD M. GORDON, ESQ.
    JARED M. SECHRIST, ESQ.
    7251 Amigo St., Suite 210
    Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*