| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC., dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.  BK-S-21-14486- abl<br><br>Chapter 7<br><br>Hearing Date:  March 30, 2023<br>Hearing Time: 9:30 a.m. |

### NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDER ABANDONING PROPERTY OF THE ESTATE

**NOTICE IS HEREBY GIVEN** that a *Motion to Set Aside Order Abandoning Property of the Estate* (the "Motion")[1] was filed on February 6, 2023, by Tecumseh – Infinity Medical Receivable Fund, LP ("Tecumseh").  This Motion is made pursuant to Fed. R. Bank P. 9024 which makes applicable  Fed. R. Civ. P. 60(b)(6) to this adversary proceeding, to set aside and vacate the *Order Granting Joint Motion of Chapter 7 Trustee and Secured Creditor HASelect Medical Receivables Litigation Finance Fund International SP to Approve Abandonment of Collateral* [ECF No. 97] ("Abandonment Order") entered on October 15, 2021.

---

[1] Capitalized terms not otherwise defined herein shall have those meaning ascribed to them in the Motion.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **March 30, 2023, at 9:30 a.m.** The telephone conference line is (669) 254-5252, Meeting ID 161 110 6049 Passcode 154251#.

If you intend to participate at this hearing, please check the Court's website prior to the

…

…

…

…

hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge.

DATED this 6th day of February, 2023.

Respectfully submitted,

GARMAN TURNER GORDON LLP

By: */s/ Gerald M. Gordon*
    GERALD M. GORDON, ESQ.
    JARED M. SECHRIST, ESQ.
    7251 Amigo St., Suite 210
    Las Vegas, Nevada 89119

and

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*