| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC., dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.  BK-S-21-14486- abl<br><br>Chapter 7<br><br>Hearing Date:  March 30, 2023<br>Hearing Time: 9:30 a.m. |

### ERRATA TO MOTION TO SET ASIDE ORDERS APPROVING SALES PROCEDURES AND APPROVING SALE

Tecumseh – Infinity Medical Receivable Fund, LP ("Tecumseh"), through its undersigned counsel, here by submits its errata ("Errata") to the *Motion to Set Aside Orders Approving Sales*

...

...

...

...

*Procedures and Approving Sale* [ECF 268], filed February 6, 2023.

The filing of this Errata is necessary because Exhibit A and Exhibit B to the Motion were inadvertently excluded from the Motion when filed on February 6, 2023. Exhibit A and Exhibit B to the Motion are attached hereto as **Exhibit A** and **Exhibit B**.

DATED this 6th day of February, 2023.

> Respectfully submitted,
>
> GARMAN TURNER GORDON LLP
>
> By: */s/ Gerald M. Gordon*
>   GERALD M. GORDON, ESQ.
>   JARED M. SECHRIST, ESQ.
>   7251 Amigo St., Suite 210
>   Las Vegas, Nevada 89119
>
> and
>
> MICHAEL D. NAPOLI, ESQ.
> *Pro hac vice*
> AKERMAN LLP
> 2001 Ross Avenue, Suite 3600
> Dallas, Texas 75201
> Tel: (214) 720-4360 / Fax: (214) 720-8116
>
> ARIEL E. STERN, ESQ.
> Nevada Bar No. 8276
> AKERMAN LLP
> 1635 Village Center Circle, Suite 200
> Las Vegas, Nevada 89134
> Tel: (702) 634-5000 / Fax: (702) 380-8572
> Email: ariel.stern@akerman.com*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*