GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC., dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. BK-S-21-14486-abl<br><br>Chapter 7<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

### ERRATA TO MOTION TO SET ASIDE ORDER ABANDONING PROPERTY OF THE ESTATE

Tecumseh – Infinity Medical Receivable Fund, LP ("Tecumseh"), through its undersigned counsel, here by submits its errata ("Errata") to the *Motion to Set Aside Order Abandoning*

...

...

...

...

*Property of the Estate* [ECF 271], filed February 6, 2023.

The filing of this Errata is necessary because Exhibit A and Exhibit B to the Motion were inadvertently excluded from the Motion when filed on February 6, 2023. Exhibit A and Exhibit B to the Motion are attached hereto as **Exhibit A** and **Exhibit B**.

DATED this 6th day of February, 2023.

> Respectfully submitted,
>
> GARMAN TURNER GORDON LLP
>
> By: */s/ Gerald M. Gordon*
>   GERALD M. GORDON, ESQ.
>   JARED M. SECHRIST, ESQ.
>   7251 Amigo St., Suite 210
>   Las Vegas, Nevada 89119
>
> and
>
> MICHAEL D. NAPOLI, ESQ.
> *Pro hac vice*
> AKERMAN LLP
> 2001 Ross Avenue, Suite 3600
> Dallas, Texas 75201
> Tel: (214) 720-4360 / Fax: (214) 720-8116
>
> ARIEL E. STERN, ESQ.
> Nevada Bar No. 8276
> AKERMAN LLP
> 1635 Village Center Circle, Suite 200
> Las Vegas, Nevada 89134
> Tel: (702) 634-5000 / Fax: (702) 380-8572
> Email: ariel.stern@akerman.com*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*