| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC., dba INFINITY HEALTH CONNECTIONS,<br><br>　　　　　Debtor. | Case No.  BK-S-21-14486- abl<br><br>Chapter 7<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

### CERTIFICATE OF SERVICE

**1.    Electronic Service**

On February 6, 2023, I served the following document(s):

　　a.    *NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDERS APPROVING SALES PROCEDURES AND APPROVING SALE*    Dkt. No. 270

　　b.    *NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDER ABANDONING PROPERTY OF THE ESTATE*    Dkt. No. 272

I served the above-named document(s) by the following means to the persons as listed …

below:

☒   ECF System:  See attached ECF Confirmation Sheets.

**2.    Mail Service**

On February 9, 2023, I served the following document(s):

a.   *NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDERS APPROVING SALES PROCEDURES AND APPROVING SALE*    Dkt. No. 270

b.   *NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDER ABANDONING PROPERTY OF THE ESTATE*    Dkt. No. 272

I served the above-named document(s) by the following means to the persons as listed below:

☒   United States Mail, postage fully prepaid:  See attached mailing matrix.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Theresa D. Luciano*
　　　　　　　　　　　　　　　　　　　　　　　　Theresa D, Luciano, an employee of
　　　　　　　　　　　　　　　　　　　　　　　　Garman Turner Gordon LLP

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

2

**File a Notice:**

21-14486-abl INFINITY CAPITAL MANAGEMENT, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: BAPCPA |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 2/6/2023 at 3:35 PM PST and filed on 2/6/2023
**Case Name:**     INFINITY CAPITAL MANAGEMENT, INC.
**Case Number:**    21-14486-abl
**Document Number:** 270

**Docket Text:**
Notice of Hearing *NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDERS APPROVING SALES PROCEDURES AND APPROVING SALE* Hearing Date: 03/30/2023 Hearing Time: 9:30 A.M. Filed by JARED M. SECHRIST on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[268] Motion to Set Aside filed by Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP) (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH re Rule 60(b) Motion - Procedural and Sale Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/6/2023] [FileNumber=34876818-0]
[68d640131269dd6b2d136f808bd2a411b59ee7174cef12db11acb3181e2e2ded68cf
e6b6b217ca5fd06fc16c96ae13178d52265ff207cea39fa0e2cfc1015c45]]

**21-14486-abl Notice will be electronically mailed to:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

OGONNA M. BROWN on behalf of Defendant Infinity Health Solutions, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

OGONNA M. BROWN on behalf of Defendant Anne Pantelas
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

OGONNA M. BROWN on behalf of Defendant Oliver Hemmers
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Plaintiff ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**21-14486-abl Notice will not be electronically mailed to:**

ATKINSON LAW ASSOCIATES, LTD. on behalf of Trustee ROBERT E. ATKINSON
376 E. WARM SPRINGS RD, SUITE 130
LAS VEGAS, NV 89119

PAUL M. HEALEY & SONS CPAS LTD
,

JACOB M STEPHENS on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

**File a Notice:**

21-14486-abl INFINITY CAPITAL MANAGEMENT, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: BAPCPA |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JARED M. SECHRIST entered on 2/6/2023 at 3:39 PM PST and filed on 2/6/2023
**Case Name:**         INFINITY CAPITAL MANAGEMENT, INC.
**Case Number:**     21-14486-abl
**Document Number:** 272

**Docket Text:**
Notice of Hearing *NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDER ABANDONING PROPERTY OF THE ESTATE* Hearing Date: 03/30/2023 Hearing Time: 9:30 A.M. Filed by JARED M. SECHRIST on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[271] Motion to Set Aside filed by Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP) (SECHRIST, JARED)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH re Abandon Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/6/2023] [FileNumber=34876831-0]
[5cd4b440c831d920372efdf86dbde9b37fefca02c86ce854866740b5eea79e3c516d
8342c89fda13618f0a1bb62ddbed31c4cdc583b773cdb2fbfc8f7fd583a7]]

**21-14486-abl Notice will be electronically mailed to:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

OGONNA M. BROWN on behalf of Defendant Infinity Health Solutions, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

OGONNA M. BROWN on behalf of Defendant Anne Pantelas
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

OGONNA M. BROWN on behalf of Defendant Oliver Hemmers
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado@lew

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Plaintiff ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**21-14486-abl Notice will not be electronically mailed to:**

ATKINSON LAW ASSOCIATES, LTD. on behalf of Trustee ROBERT E. ATKINSON
376 E. WARM SPRINGS RD, SUITE 130
LAS VEGAS, NV 89119

PAUL M. HEALEY & SONS CPAS LTD
,

JACOB M STEPHENS on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 21-14486-abl<br>District of Nevada<br>Las Vegas<br>Thu Feb  9 08:48:10 PST 2023 | INFINITY CAPITAL MANAGEMENT, INC.<br>1700 W HORIZON RIDGE PKWY #206<br>HENDERSON, NV 89012-4840 | TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND<br>C/O GERALD M. GORDON, ESQ.<br>JARED SECHRIST, ESQ.<br>GARMAN TURNER GORDON LLP<br>7251 AMIGO STREET, STE. 210<br>LAS VEGAS, NV 89119-4302 |
| THE INJURY SPECIALISTS<br>C/O SAGEBRUSH LAWYERS, LLC<br>112 S WATER ST, STE 104<br>HENDERSON, NV 89015-2312 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134-6375 |
| Alcovy Neurology, P.C.<br>Attn: Juan C. Lacayo MD<br>3535 Highway 81<br>Loganville, GA 30052-4336 | Alliance Healthcare Services<br>Attn: Managing Member<br>1019 East 22nd Ave.<br>Cordele, GA 31015-1913 | Alliance Spinal Therapy &<br>Rehabilitation Group<br>Attn: Managing Member<br>7455 West Washington Ave Suite 140<br>Las Vegas, NV 89128-4349 |
| AmPro Orthotics & Prothetics Inc.<br>Attn: Luis E. Choto<br>6877 S Eastern Ave<br>Las Vegas, NV 89119-4626 | American Express National Bank<br>200 Vesey Street<br>New York, NY 10285-0002<br>, | American Health Imaging<br>Attn: Dan Balentine<br>6590 Powers Ferry Road<br>Atlanta, GA 30339-2933 |
| AmerisourceBergen Specialty Group<br>Attn: Stefani D. Forsythe<br>3101 Gaylord Parkway<br>Frisco, TX 75034-8655 | Anesthesiology Consultants Inc.<br>Attn: Bradford Isaacs MD<br>7220 South Cimarron Rd Suite 230<br>Las Vegas, NV 89113-2173 | Anthony M. Odell DC<br>Attn: Anthony M. Odell DC<br>3227 Perkiomen Ave<br>Reading, PA 19606-2740 |
| Artiano Shinoff<br>Attn: Bankruptcy Dept/Managing Agent<br>3636 4th Avenue<br>San Diego, CA 92103-4280 | Associated Oral Specialties Inc.<br>Attn: Dr. Freddie J. Wakefield Jr.<br>5671 Peachtree Dunwoody Rd. Suite 420<br>Atlanta, GA 30342-5004 | Associated Pathologists Laboratories<br>Attn: Rick Reber<br>2075 E. Flamingo Rd.<br>Las Vegas, NV 89119-5188 |
| Athens Orthopedics Clinic<br>Attn: Kayo Elliot<br>1765 Old West Broad St. Bldg. 2 # 2<br>Athens, GA 30606-2887 | Atlanta Spine Institute<br>Attn: Dr. Plas T. James<br>5667 Peachtree Dunwoody Rd. # 220<br>Atlanta, GA 30342-1725 | Atlas Orthopaedics<br>Attn: Dr. Duncan Wells<br>970 Woodstock Pkwy Ste 310<br>Woodstock, GA 30188-4869 |
| Bart K. Larsen, Esq.<br>SHEA LARSEN<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134-0517 | Bethea Consulting & Psychological<br>Services PC<br>Attn: Angela R. Bethea Ph.D<br>5 Concourse Parkway NE Suite 3000<br>Atlanta, GA 30328-7106 | Borg Law Group<br>Attn: Brooke M. Borg Esq.<br>9555 Hillwood Dr. Suite 150<br>Las Vegas, NV 89134-0579 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>BOX 551401<br>LAS VEGAS, NV 89155-4502 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>500 S. GRAND CENTRAL PKWY<br>P.O. BOX 551220<br>LAS VEGAS, NV 89155-1220 | CLAUS NISSEN<br>HUGO-DISTLER STRASSE 64<br>D-90411 NUERNBERG, GERMANY |
| COX INTERNET<br>ATTN: MANAGING MEMBER<br>1700 VEGAS DRIVE<br>LAS VEGAS, NV 89106-2111 | Carbajal & McNutt LLP<br>Attn: Dan McNutt<br>625 S. Eight Street<br>Las Vegas, NV 89101-7004 | Care4Life Home Health Agency<br>Attn: Mary Levy<br>8665 W. Flamingo Rd.<br>Las Vegas, NV 89147-8624 |

Carl N. Williams MD
Attn: Carl N. Williams MD
2020 Wellness Way  501
Las Vegas, NV 89106-4145

Carrollton Orthopedic Clinic
Attn: J. Ben Butler
150 Clinic Ave Ste 101
Carrollton, GA 30117-4402

Center for Spine & Pain Medicine
Attn: Suleman Sohani
1413 Chattanooga Ave
Dalton, GA 30720-2631

Center of Special Procedures at Summerlin
Attn: William S. Muir MD
653 N Town Center Dr
Las Vegas , NV 89144-0514

Cherokee Imaging Center
Attn: Jonna Roopas
2000 Village Professional Dr
Canton, GA 30114-8499

Childrens Orthopaedics of Atlanta
Attn: Mark Klein
1200 Lake Hearn Drive Suite 400
Atlanta, GA 30319-1459

Chimedical Management Group
Attn: Dr. Stephen Cooper
P.O Box 1611
Phenix City, AL 36868-1611

Clear Lake Imaging LLC
Attn: Managing Member
202 N Texas Ave
Webster, TX 77598-4967

ColdCo Therapies LLC
Attn: AdamLurie
1362 Rietveld Row
Nw Atlanta, GA 30318-4109

Collections Consultants Nevada
Attn: Bonnie Barnett
5440 W. Sahara Ave Suite 300
Las Vegas, NV 89146-0361

Comprehensive Spine & Pain
Attn: Dr. V.K. Puppala
403 Permian Way Suite D
Villa Rica, GA 30180-3226

Concordia Anesthesialogy Inc.
Attn: Stephan Gosch
120 Ottly Dr. NE Suite C
Atlanta, GA 30324-3978

Coosa Diagnostic Center
Attn: Eddie Rivers
16 Riverbend Dr SW
Rome, GA 30161-6066

Cornerstone Orthopedics &
Sports Medicine
Attn: Rhett K. Rainey
299 N Broad St
Winder, GA 30680-2155

Coronado Surgery Center
Attn: Dr. Mike Crovetti
2779 W Horizon Ridge Pkwy Ste 140
Henderson, NV 89052-4186

Craniospinal Institute of Georgia
Attn: Dr. Daniel W. Moore
790 Church St NE
Marietta, GA 30060-8957

Creative Funding Services Inc.
Attn: Brett Hansbery
1135 Bay Street Suite 10
San Francisco, CA 94123-2315

DANIEL P. NICHOLAS
3842 N. SOUTHPORT AVE. APT. M
CHICAGO, IL 60613-6226

DEPT. OF EMPL, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0002

DYNAMIC LEGAL RECOVERY
ATTN: MANAGING MEMBER
25600 RYE CANYON ROAD #209
VALENCIA, CA 91355-1172

Damien A. Doute MD
Attn: Damien A. Doute MD
1462 Montreal Rd
Tucker, GA 30084-6929

Daniel Eisenman MD
Attn: Daniel Eisenman MD
3050 Royal Blvd. Suite 100
Alpharetta, GA 30022-4484

David S. Owens MD
4545 Harris Trail
Atlanta, GA 30327-3813

Douglas W. Kindall MD
Attn: Douglas W. Kindall MD
3939 J St
Sacramento, CA 95819-3636

Dr. Abbas Haider DDS
Attn: Dr. Abbas Haider DDS
3521 Memorial Dr Ste A
Decatur, GA 30032-2731

Dr. Asaf Yalif
Attn: Dr. Asaf Yalif
145 Towne Lake Pkwy Ste 101
Woodstock, GA 30188-4849

Dr. Bobby Khan
Attn: Dr. Bobby Khan
5673 Peachtree Dunwoody Rd Ste 440
Atlanta, GA 30342-1797

Dr. Gary Ganahl
Attn: Dr. Gary Ganahl
1770 Century Blvd NE
Atlanta, GA 30345-3395

Dr. Hetesh Ranchod
Attn: Dr. Hetesh Ranchod
2769 Chastain Meadows Parkway Suite 70
Marietta, GA 30066-3368

Dr. Jason Reingold
Attn: Dr. Jason Reingold
5669 Peachtree Dunwoody Rd
Atlanta, GA 30342-1786

| | | |
|---|---|---|
| Dr. Tapan Daftari<br>Attn: Dr. Tapan Daftari<br>270 Chastain Rd<br>Kennesaw, GA 30144-3012 | Durango Outpatient Surgery Center<br>Attn: Matt Pate<br>8530 W Sunset Rd<br>Las Vegas, NV 89113-2244 | Elite First Assisting<br>Attn: Tyrone W. Rogers<br>1235Magnolia Park Circle<br>Cumming, GA 30040-8338 |
| Elite Radiology of Georgia LLC<br>Attn: Kevin Johnson<br>4800 Ashford Dunwoody Rd Ste 140<br>Atlanta, GA 30338-5554 | Elizabeth Caughey, DDS<br>Attn: Elizabeth Caughey, DDS<br>25-A Lenox Pointe NE<br>Atlanta, GA 30324-7420 | Erik T. Bendiks MD<br>Attn: Kelly Millard<br>11650 Alpharetta Hwy Ste 100<br>Roswell, GA 30076-3805 |
| Evans Procedure Center<br>Attn: Hemant Yagnick MD<br>404 Town Park Blvd Suite 101<br>Evans, GA 30809-3491 | ExpressCHEX LLC<br>Attn: Nicholas Athanasatos<br>2035 Sunset Lake Rd. Suite B-2<br>Newark, DE 19702-2600 | FIRST SAVINGS BANK<br>ATTN: MANAGING MEMBER<br>5960 S. JONES BLVD.<br>LAS VEGAS, NV 89118-2610 |
| First Coast Health Solutions<br>Attn: Aron Stefanides<br>211 N Liberty St<br>Jacksonville, FL 32202-2800 | FirstScanTM Omaha<br>Attn: Daniel Cinotto<br>9840 S 140th St Ste 5<br>Omaha, NE 68138-3692 | Flamingo Surgery Center<br>Attn: Nick Paciello<br>2565 E Flamingo Rd<br>Las Vegas, NV 89121-5203 |
| GPmicro, Inc.<br>c/o Borg Law Group, LLC, Reg. Agent<br>8988 W. Cheyenne Ave., Suite 150<br>Las Vegas, NV 89129-8928 | GREGORY M CASH<br>TYRINGA ROAD<br>PORT KENNEY, SA 5671, AUSTRALIA | GRIFFIN ASSET MANAGEMENT LLC<br>ATTN:  MICHAEL E. GRIFFIN<br>230 PARK AVE.<br>10TH FLOOR, SUITE 61<br>NEW YORK, NY 10169-0005 |
| Georgia Health Imaging<br>Attn: Maria Budhwani<br>4025 Lawrenceville Hwy NW<br>Lilburn, Georgia 30047-3013 | Georgia Neurological Surgery &<br>Comprehensive Spine<br>Attn: Brandt Halbach<br>2142 W Broad St Bldg 100 Suite 200<br>Athens, GA 30606-3509 | Georgia Neuroscience<br>Attn: Alex Bannister<br>335 Roselane St NW #202<br>Marietta, GA 30060-7902 |
| Georgia Pain & Spine Care<br>Attn: Jay Rice<br>1665 Georgia Hwy 34 East  #100<br>Newnan, GA 30265 | Georgia Pain & Wellness Center<br>Attn: Amit Patel<br>455 Phillip Blvd Building 100 Suite 140<br>Lawrenceville, GA 30046-8767 | Georgia Pain Samson<br>120 Stonebridge Pkwy Ste 420<br>Woodstock, GA 30189-3769 |
| Georgia Pain and Spine Solutions<br>Attn: Marcus Polk<br>76 Highland Pavilion Ct #133<br>Hiram, GA 30141-3170 | Georgia Spine & Orthopedics<br>Attn: Winston Jeshuran<br>6501 Peake Rd. Suite 400<br>Macon, GA 31210-8046 | Gerald M. Gordon, Esq.<br>Garman Turner Gordon LLP<br>7251 Amigo Street, Ste. 210<br>Las Vegas, Nevada 89119-4302 |
| Glendale MRI Institute<br>Attn: James Lilley<br>624 S Central Ave #2009<br>Glendale, CA 91204-2009 | Griffin Imaging LLC<br>Attn: Paul Cote<br>220 Rock St<br>Griffin, GA 30224-4235 | Gwinnett Hospital System Inc.<br>Attn: Cathy H.Daugherty<br>1000 Medical Center Blvd<br>Lawrenceville, GA 30046-7694 |
| HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>C/O HEDGEACT INT'L SPC, LTD.<br>403 SOUTH LA GRANGE RD.<br>LA GRANGE, IL 60525-2449 | HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND SP<br>C/O THOMAS C. CRONIN<br>120 N. LASALLE ST., 20TH FLOOR<br>CHICAGO, IL 60602-2452 | HASELECT-FTM MEDICAL RECEIVABLES<br>LITIGATION FINANCE FUND, SP<br>C/O JOHN N. HOURIHANE, JR.<br>120 N. LASALLE ST., 20TH FLOOR<br>CHICAGO, IL 60602-2452 |

| | | |
|---|---|---|
| HASelect-Medical Receivables Litigation Fina<br>c/o Bart K. Larsen, Esq.<br>1731 Village Center Circle, Suite 150<br>Las Vegas, NV 89134-0517 | HEALTHPLUS IMAGING OF TEXAS, LLC<br>ATTN: MANAGING MEMBER<br>9000 SOUTHWEST FREEWAY, SUITE 250<br>HOUSTON, TX 77074-1520 | Healing Hands Physical Therapy Centers<br>Attn: Patricia Burnley<br>1930 A Highland Ave<br>Augusta, GA 30904-7803 |
| Health n Home<br>Attn: Paul G. Rowan<br>P.O. Box 20 Attn Corp Tax 70428<br>Boise, ID 83726-0020 | HealthPlus Imaging<br>Attn: Stephanie Lam<br>9000 Southwest Fwy<br>Houston, TX 77074-1526 | HealthSouth Rehabilitation Hospital<br>of Las Vegas<br>Attn: Mark Tarr<br>1250 South Valley View Blvd<br>Las Vegas, NV 89102-1855 |
| Henderson Radiology Inc.<br>Attn: Jade Alfasi<br>10561 Jeffreys St Ste 111<br>Las Vegas, NV 89052-4267 | Hieu Ball MD<br>Attn: Hieu Ball MD<br>100 Park Pl<br>San Ramon, CA 94583-4460 | Hilltop Radiology LLC<br>Attn: Joel Choe<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806-1947 |
| Howard Golden<br>Attn: Howard Golden<br>1140 Hammond Dr<br>Atlanta, GA 30328-5338 | INFINITY CENTERS UNITED<br>ATTN: MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON, TX 77027-6502 | INFINITY DIAGNOSTICS, LLC DBA PRESTIGE M<br>ATTN: MANAGING MEMBER<br>3310 EDLOE STREET<br>HOUSTON, TX 77027-6502 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Imagelink LLC<br>Attn: Kurt Taylor<br>1350 Scenic Hwy N. Suite 268<br>Snellville, GA 30078-7907 | Imtisal Khuri<br>1148 Broken Hills Dr.<br>Henderson, NV 89011-3073 |
| JENNIFER DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY, NSW 2261, AUSTRALIA | JOHN & KAREN LAUB<br>9501 ROYAL WINDSOR AVENUE<br>LAS VEGAS, NV 89149-0167 | JUDY L. TRENT<br>9724 CAMDEN HILLS AVE<br>LAS VEGAS, NV 89145-8611 |
| James Scheller MD<br>Attn: James Scheller MD<br>2288 Auburn Blvd Ste 201<br>Sacramento, CA 95821-1620 | Jeffrey Goldberg MD<br>Attn: Jeffrey Goldberg MD<br>210 E Derenne Ave<br>Savannah, GA 31405-6736 | Joint Active Systems Inc.<br>Attn: Boris Bonutti<br>2600 S Raney St<br>Effingham, IL 62401-4219 |
| Jordanica Inc.<br>Attn: Mark A. Premselaar<br>780 Coronodo Cneter Dr. Suite 110A<br>Henderson, NV 89052-5056 | KABBAGE<br>ATTN: MANAGING MEMBER<br>730 PEACHTREE STREET NE, SUITE 1100<br>ATLANTA, GA 30308-1263 | Katia Cabayan<br>Attn: Katia Cabayan<br>2970 Hilltop Mall Rd<br>Richmond, CA 94806-1947 |
| LUKE DE BONO<br>89 SOUTHFORK DRIVE<br>GLENNING VALLEY, NSW 2261, AUSTRALIA | Las Vegas Pharmacy Inc.<br>Attn: Douglas L. Copsey<br>2600 W Sahara Ave Ste 120<br>Las Vegas, NV 89102-4366 | Las Vegas Sleep Center PLLC<br>Attn: Mohamed Shimaya<br>2400 S Cimarron Rd<br>Las Vegas, NV 89117-7902 |
| Ledesma Sports Medicine<br>Attn: Ernest Ledesma<br>7010 Hodgson Memorial Dr<br>Savannah, GA 31406-2529 | Legacy Brain & Spine<br>Attn: Dr. Said Elshihabi, Md<br>718 Cherokee St NE<br>Marietta, GA 30060-7253 | MATT VALENTI<br>1651 S. VICTORIA AVE.<br>LOS ANGELES, CA 90019-5929 |

| | | |
|---|---|---|
| MAX ORAM<br>1840 ULAN ROAD<br>MUDGEE, NSM 2850, AUSTRALIA | MD Pain Care<br>Attn: Roy L. Talley MD<br>5109 Highway 278 NE Ste C<br>Covington, GA 30014-2608 | MMR Holdings Inc.<br>Attn: John Platusic<br>630 South Rancho Dr. Suite G<br>Las Vegas, NV 89106-4849 |
| Macon Pain Center PC<br>Attn: Carlos J. Giron<br>3356 Vineville Ave.<br>Macon, GA 31204-2328 | Mariposa Medical Associates<br>Attn: Faye Vargas Morris MD<br>767 Concord Rd SE<br>Smyrna, GA 30082-2625 | Mark W. Howard MD<br>Attn: Mark W. Howard MD<br>576 Hartnell St<br>Monterey, CA 93940-2834 |
| Matthew Valenti<br>1651 S. Victoria Av<br>LA, CA 90019-5929 | Medica Stand Up MRI of Atlanta<br>Attn: Thomas R. Cormier<br>6590 Powers Ferry Rd<br>Atlanta, GA 30339-2933 | Michael S. Champney MD, F.A.C.S.<br>Attn: Michael S. Champney MD<br>2665 N Decatur Rd<br>Decatur, GA 30033-6149 |
| Monitoring and Neuromonitoring<br>Associates Payment Letter<br>Attn: Teresa L. Carter<br>9811 West Charleston Suite 2-641<br>Las Vegas, NV 89117-7528 | NEVADA DEPT. OF TAXATION<br>BANKRUPTCY SECTION<br>555 E. WASHINGTON AVENUE #1300<br>LAS VEGAS, NV 89101-1046 | NV ENERGY<br>ATTN: MANAGING MEMBER<br>P.O. BOX 98910<br>LAS VEGAS, NV 89151-0001 |
| Neurological Associates of Nevada<br>Attn: Managing Member<br>2831 Business Park Ct Ste B<br>Las Vegas, NV 89128-9007 | Nick DeFillips MD<br>Attn: Nick DeFillips MD<br>990 Hammond Dr # 730<br>Atlanta, GA 30328-5510 | Non-Surgical Orthopaedics P.C.<br>Attn: Arnold J. Well MD<br>335 Roselane St NW<br>Marietta, GA 30060-7902 |
| North Atlanta Surgical Associates<br>Attn: Managing Member<br>5673 Peachtree Dunwoody Rd Ste 3<br>Atlanta, GA 30342-1731 | North DeKalb Orthopedics PC<br>Attn: Sylvia Brumelow<br>505 Irvin Ct Ste 200<br>Decatur, GA 30030-1780 | North Fulton Anesthesia Inc.<br>Attn: James G. Velimesis<br>3000 Hospital Blvd<br>Roswell, GA 30076-4915 |
| North Fulton Medical Center Inc.<br>Attn: Deborah C. Keel<br>3000 Hospital Blvd<br>Roswell, GA 30076-3899 | North Houston Injury/Rehabilitation<br>Attn: Managing Member<br>523 N Sam Houston Pkwy E<br>Houston, TX 77060-4048 | Northern California Orthopedic Centers<br>Attn: Paul Susaura MD<br>6403 Coyle Ave  Ste 170<br>Carmichael, CA 95608-0363 |
| Northwest Neurology<br>Attn: Robert Bashuk MD<br>4460 Austell Rd<br>Austell, GA 30106-1844 | Open MRI Of Savannah<br>Attn: Toni S. Cowan<br>4815 Waters Ave<br>Savannah, GA 31404-6221 | Open MRI of Macon<br>Attn: Lisa Waldrop<br>1504 Hardeman Ave Ste B<br>Macon, GA 31201-1464 |
| Ortho Now PLLC<br>Attn: Bret Sokoloff, MD<br>4901 Raleigh Common Dr. Suite 200<br>Memphis, TN 38128-2478 | Orthopaedic Solutions<br>Attn: Dr. Antenor Velazco, MD<br>670 S. 8th Street<br>Griffin, GA 30224-4214 | Orthopedic Foot and Ankle Institute<br>Attn: Roman Sibel, MD<br>3175 Saint Rose Pkwy Ste 320<br>Henderson, NV 89052-3508 |
| Outpatient Imaging<br>Attn: John F Howard MD<br>3280 Howell Mill Rd NW Ste 345<br>Atlanta, GA 30327-4113 | Pain Care Center of Georgia<br>Attn: Crystal Marcum<br>1365 Rock Quarry Rd Ste 202<br>Stockbridge, GA 30281-5023 | Pain Consultants of Atlanta<br>Attn: Ashley Bernal<br>1800 Peachtree St NW Ste 750<br>Atlanta, GA 30309-2530 |

| | | |
|---|---|---|
| Pain Institute of Georgia<br>Attn: Carlos J. Giron<br>3356 Vineville Ave<br>Macon, GA 31204-2328 | Pain Management Specialists of Atlanta PC<br>Attn: Randall Berinhout<br>440 Prime Point<br>Peachtree, GA 30269-3309 | Parkaire Consultants<br>Attn: Randall Sheffield<br>4939 Lower Roswell Rd Ste 201C<br>Marietta, GA 30068-4384 |
| Peachtree Neurosurgery<br>Attn: Joy Taylor<br>1938 Peachtree Rd NW<br>Atlanta, GA 30309-1267 | Peachtree Orthopaedic Center P.A.<br>Attn: Managing Member<br>2001 Peachtree Rd NE Suite 700<br>Atlanta, GA 30309-1476 | Perimeter Orthopaedics PC<br>Attn: Katheryn Keller<br>5673 Peachtree Dunwoody Rd Ste 825<br>Atlanta, GA 30342-1771 |
| Perimeter Outpatient Surgical Associates<br>Attn: Katheryn Keller<br>5667 Peachtree Dunwoody Rd<br>Atlanta, GA 30342-1714 | Perimeter Surgical Center<br>Attn: Cindy Smith<br>6105 Peachtree Dunwoody Rd Ste 110<br>Atlanta, GA 30328-5909 | Perseus Limited<br>1651 S. Victoria Av<br>LA, CA 90019-5929 |
| Phenix City Spine and Topple Diagnostics<br>Attn: Brent Jones<br>10800 Alpharetta Hwy #208-541<br>Roswell, GA 30076-1490 | Philip C. Colosimo Ph.D<br>Attn: Philip C. Colosimo Ph.D<br>501 S Rancho Dr. Suite C-14<br>Las Vegas, NV 89106-4831 | Pinnacle Orthopaedics Sports Medicine<br>Speacialists, LLC<br>Attn: Donna L. Fisher<br>720 Transit Ave Ste 202<br>Canton, GA 30114-2544 |
| Pinnacle Orthopaedics Surgery Center-<br>Woodstock, LLC<br>Attn: Donna L. Fisher<br>1505 Stone Bridge Pkwy Ste 200<br>Woodstock, GA 30189-8282 | Plastikos Plastic and Recinstructive<br>Surgery & Millennium Healthcare<br>Attn: Susan Kolb MD<br>4370 Georgetown Sq<br>Atlanta, GA 30338-6205 | Polaris Center for Outpatient Spine Surgery<br>Attn: Joy Taylor<br>1150 Hammond Drive  Suite 400<br>Atlanta, GA 30328-8617 |
| Polaris Spine & Neurosurgery Center P.C.<br>Attn: Joy Taylor<br>1150 Hammond Drive  Suite 400<br>Atlanta, GA 30328-8617 | Preva Advanced Surgicare-<br>The Woodlands LLC<br>Attn: Hugh P. Shannonhouse<br>26710 I-45 N Ste B-100<br>The Woodlands, TX 77386 | (c)PRO PERFORMANCE P.T.<br>ATTN: AMANDA STILLINGS<br>4343 SHALLOWFORD RD STE 630<br>MARIETTA GA  30062-5080 |
| Process Servers Inc.<br>Attn: Martin Druckman<br>1736 East Charleston Unit 333<br>Las Vegas, NV 89104-7900 | Psychological Diagnostic Center LLC<br>Attn: Willa L. Boston PH. D<br>1820 Powers Ferry Rd. SE Building 22<br>Suite 200<br>Atlanta, GA 30339 | Pulse Imaging<br>Attn: Managing Member<br>202 N Texas Ave Ste 500<br>Webster, TX 77598-4968 |
| RENT-MDL GROUP<br>ATTN: MANAGING MEMBER<br>5960 SOUTH JONES BOULEVARD<br>LAS VEGAS, NV 89118-2610 | ROBIN W. SMITH<br>12 ESTUARY COURT<br>TWIN WATERS, QLD 4564, AUSTRALIA | Regenerative Orthopaedics and Spine<br>Institute PC<br>Attn: Phillip G. Ploska MD<br>203 Medical Blvd.<br>Stockbridge, GA 30281-7218 |
| Rehabilitation That Works<br>Attn: Bob Bedford<br>801 S Rancho Dr Ste F4<br>Las Vegas,NV 89106-3814 | Restoration Counseling Services LLC<br>Attn: Faith Abraham<br>1010 Huntcliff<br>Sandy Springs, GA 30350-7532 | Robert and Patty Sandler<br>3655 Decatur Blvd. Suite 14173<br>Las Vegas, NV 89103-6860 |
| Rock Bridge Institute<br>Attn: Managing Member<br>2500 Hospital Blvd<br>Roswell, GA 30076-4907 | Roy M. Rubin MD<br>Attn: Roy M. Rubin MD<br>3455 American River Drive Ste.B<br>Sacramento, CA 95864-5751 | SOCIAL SECURITY ADMINISTRATION<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 33021<br>BALTIMORE, MD 21290-3021 |

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY CO.<br>ATTN: BANKRUPTCY DEPT/MANAGING AGENT<br>3 RAVINIA DRIVE<br>ATLANTA, GA 30346-2118 | (c)SACRAMENTO PAIN CLINIC<br>ATTN: DR. MICHAEL LEVIN, MD<br>333 UNIVERSITY AVE STE 140<br>SACRAMENTO CA  95825-6535 | Safeway Driver Fitness Centers Inc.<br>Attn: Jeff Borchardt<br>16230 W Mayflower Dr<br>New Berlin, Wisconsin 53151-6596 |
| Safeway Psychological Services<br>Attn: Jeff Borchardt<br>16230 W Mayflower Dr<br>New Berlin, Wisconsin 53151-6596 | Saint Francis Memorial Hospital<br>Attn: Alan E. Fox<br>900 Hyde St<br>San Francisco, CA 94109-4806 | San Ramon Surgery Center<br>Attn: Medina Henry<br>100 Park Pl Ste 110<br>San Ramon, CA 94583-4460 |
| Santa Barbara Cottage Hospital<br>Attn: Gregory Friedrich<br>400 W Pueblo St<br>Santa Barbara, CA 93105-4390 | Scott Barbour MD<br>Attn: Scott Barbour MD<br>3240 NE Expy NE Ste 200<br>Atlanta, GA 30341-4003 | Seven Hills Surgery Center<br>Attn: Jeanne Elam<br>876 Seven Hills Dr<br>Henderson, NV 89052-4369 |
| South Atlanta MUA Center LLC<br>Attn: Stephen B. Cooper<br>541 Forest Parkway Suite 14<br>Forest Park, GA 30297-6110 | South Placer Surgery Center<br>Attn: Brian Hunt<br>8723 Sierra College Blvd<br>Roseville, CA 95661-5990 | Southeast Open MRI<br>Attn: Toni S. Cowan<br>1103 Fountain Lake Dr<br>Brunswick, GA 31525-3039 |
| Southern Cross Surgery Center<br>Attn: R.L. Talley Jr. MD<br>1301 Sigman Rd NE<br>Conyers, GA 30012-3819 | Specialty Orthopaedics<br>Attn: Kevin Jarrard<br>1240 Jesse Jewell Pkwy SE # 300.<br>Gainesville, GA 30501-3861 | Specialty Surgery Center of Pecos<br>Attn: Craig N. Foreman<br>1569 E. Flamingo Rd<br>Las Vegas, NV 89119-5321 |
| Spine Center Medical Group<br>Attn: Jodie Faier<br>455 Hickey Blvd Ste 310<br>Daly City, CA 94015-2630 | SpinePlus Healthcare<br>Attn: Raymond Torres<br>2918 San Jacinto St Suite 150<br>Houston, TX 77004-2708 | Sports Concussion Institute<br>Attn: Jay H. Paik<br>3200 Downwood Cir NW<br>Atlanta, GA 30327-1610 |
| St. George Surgical Center<br>Attn: Terrill Dick<br>676 S Bluff St<br>Saint George, UT 84770-3512 | Starpoint Health Inc.<br>Attn: EricD Friedlander<br>20360 SW Birch St Ste 110<br>Newport Beach, CA 92660-1532 | Stat Diagnostics Cuevas Diagnostics LLC<br>Attn: Cesar Cuevas<br>4710 Katy Freeway<br>Houston, TX 77007-2204 |
| Statesboro Neurosurgery<br>Attn: Dr.Donald Graham<br>1211 Merchant Way Ste 411<br>Statesboro, GA 30458-0865 | Stellar Ambulartory Anesthesia<br>Consultants LLC<br>Attn: Timothy Griner<br>1150 Hammond Drive  Suite 600<br>Atlanta, GA 30328-8615 | Stone Creek Surgery Center<br>Attn: Jeanne Elam<br>5915 S Rainbow Blvd<br>Las Vegas, NV 89118-2557 |
| Stonecreek Capital Advisors<br>Attn: Robert Spertell<br>19710 Skyline Blvd<br>Los Gatos, CA 95033-8262 | Streeterville Open MRI LLC<br>Attn: Edwin Sage<br>446 E Ontario St Ste 106<br>Chicago, IL 60611-7110 | Stutz Artiano & Holtz<br>Attn: Ljubisa Kostic<br>1120 N Town Center Dr<br>Las Vegas, NV 89144-6300 |
| Supriti Baylan DDS<br>Attn: Supriti Baylan DDS<br>2145 Roswell Rd Ste 120<br>Marietta, GA 30062-0819 | Surgery Center of Athens LLC<br>Attn: Brandon O'Dell<br>2142 W Broad St Ste 100<br>Athens, GA 30606-3509 | Surgery Center of Southern Nevada<br>Attn: Managing Member<br>4275 Burnham Ave<br>Las Vegas, NV 89119-5488 |

| | | |
|---|---|---|
| Surgery Excellence Management LLC<br>Attn: Lori Ramirez<br>2100 West Loop South Suite 1200<br>Houston, TX 77027-3599 | Surgical Imaging Services Inc.<br>Attn: Josephine Shameria<br>782 Dynasty Dr<br>Fairfield, CA 94534-6612 | Sutton Orthopaedics & Sports Medicine<br>Attn: Michael A. Birke MD<br>145 Medical Blvd<br>Stockbridge, GA 30281-5083 |
| Swaroop N. Nyshadham MD<br>Attn: Swaroop N. Nyshadham MD<br>1990 Lukken Industrial Dr W<br>Lagrange, GA 30240-1404 | TECUMSEH ALTERNATIVES, LLC<br>ATTN: MANAGING MEMBER<br>5668 MORRIS HUNT DRIVE<br>FORT MILL, SC 29708-6571 | THE INJURY SPECIALISTS, LLC<br>ATTN: MANAGING MEMBER<br>270 CARPENTER DRIVE, SUITE 300<br>SANDY SPRINGS, GA 30328-4933 |
| Tecumseh  Infinity Medical Receivables Fund,<br>5668 Morris Hunt Drive<br>Fort Mill, SC 29708-6571 | The Hand & Upper Extremity Center<br>of Georgia PC<br>Attn: Jeffrey Klugman<br>980 Johnson Ferry Rd Ste 1000<br>Atlanta, GA 30342-1639 | The Injury Specialist LLC<br>Attn: Michael Wax<br>5464 Peachtree Blvd<br>Chamblee, GA 30341-2235 |
| The Pain Clinic<br>Attn: Roper Dollarhide<br>5445 W Sahara Ave<br>Las Vegas, NV 89146-0308 | The Pain Relief Center of Georgia<br>Attn: Idi Allen MD<br>101 Yorktown Dr Ste 211<br>Fayetteville, GA 30214-1578 | The Physicians Atlanta Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 |
| The Physicians Lab Services<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Physicians North Atlanta Surgery Cntr<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 | The Physicians Rome Surgery Center<br>Attn: Sharryn Seffozo<br>5730 Glenridge Dr Ste 110<br>Atlanta, GA 30328-5579 |
| The Woodlands Specialty Hospital<br>Attn: Antonio Canales<br>25440 I-45 N<br>The Woodlands, TX 77386 | Tobin Bone and Joint Surgery Inc.<br>Attn: Joseph Tobin<br>12 Lafayette Place  Suite A<br>Hilton Head Island, SC 29926-2203 | Tushar M. Goradia MD PhD<br>Attn: Tushar M. Goradia MD PhD<br>6555 Coyle Ave<br>Carmichael, CA 95608-0302 |
| Tyrone Synergy Rehabilitation<br>Attn: Branton R. Queen PT<br>100 Millbrook Village Dr<br>Tyrone, GA 30290-3603 | U.S. TRUSTEE - LV - 7<br>300 LAS VEGAS BOULEVARD, SO.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Ultimate Physical Therapy LLC<br>Attn: Sayeeda Kurlawala<br>10929 Katy Fwy Ste B<br>Houston, Texas 77079-2203 |
| University Medical Center<br>Attn: Lacy L. Thomas<br>1800 W Charleston Blvd<br>Las Vegas, NV 89102-2386 | Valley Anesthesiology<br>Attn: Garland Cowen<br>10120 South Eastern Suite 200<br>Henderson, NV 89052-3926 | Valley Health System<br>Attn: Managing Member<br>2075 E Flamingo Rd<br>Las Vegas, NV 89119-5188 |
| Viking Pain Management<br>Anthony Rotando<br>1229 Creek Way Dr Ste 104<br>Sugarland , TX 77478-4556 | Werner Institute of Balance & Dizziness<br>Attn: Managing Member<br>9080 W Cheyenne Ave<br>Las Vegas, NV 89129-8936 | White Oak Surgery Center<br>Attn: Jay Rice<br>1665 Highway 34 E Ste 200<br>Newnan, GA 30265-2404 |
| Wilcorp LLC<br>Attn: Robin Wilson<br>11204 S. 75th E. Ave<br>Bixby, OK 74008-2043 | William A. Segal MD<br>Attn: William A. Segal MD<br>3800 Pleasant Hill Rd Ste 3<br>Duluth, GA 30096-1428 | XL2XS LLC<br>Attn: Saira McKinley<br>5413 Rose Thicket St<br>Las Vegas, NV 89130-1675 |

```
Yarbro Ltd. dba Lake Mead Radiologists     MATTHEW C. ZIRZOW              ROBERT E. ATKINSON
Attn: Donald Den Yarbro Jr. MD              LARSON & ZIRZOW, LLC           376 E WARM SPRINGS RD STE 130
2559 Wigwam Pkwy                            850 E. BONNEVILLE AVE.         LAS VEGAS, NV 89119-4262
Henderson, NV 89074-6230                    LAS VEGAS, NV 89101-7031
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Pro Performance P.T.                        Sacramento Pain Clinic
Attn: Amanda Stillings                      Attn: Dr. Michael Levin, MD
4343 Shallowford Rd Ste G-3 & 4             777 Campus Commons Rd
Marietta, GA 30062                          Sacramento, CA 95825
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)HASELECT-MEDICAL RECEIVABLES LITIGATION FI    (u)HEALTHPLUS IMAGINING OF TEXAS, LLC    (u)PAUL M. HEALEY & SONS CPAS LTD


(u)CENTURY LINK                             (u)COASTAL INVESTMENTS PLC                   (u)FTM LTD
ATTN: MANAGING MEMBER                       ATTN: MANAGING MEMBER                        ATTN: MANAGING MEMBER
100 CENTURYLINK DRIVE                       P.O. BOX 11, ANZ HOUSE                       PO BOX 316, PORT VILA
P.O. BOX 4065, MONROE, LA                   AVARUA, RAROTONGA, COOK ISLANDS              FIRST FLOOR, LAW PARTNERS HOUSE-LINI HIG
                                                                                         EFATE, VANUATU

(d)First Savings Bank                       (u)Gregory Martin Cash                       (u)IMTISAL KHURI
Attn: Managing Member                       Private Mail Bag 9 Port Kenny South Aust
5960 S. Jones Blvd.                         Private Mail Bag 9 Port Kenny South Aust
Las Vegas, NV 89118-2610


(d)State Farm Fire & Casualty Co.           (d)The Injury Specialists                    (d)The Injury Specialists, LLC
Attn: Bankruptcy Dept/Managing Agent        c/o Sagebrush Lawyers                        Attn: Managing Member
3 Ravinia Drive                             112 S. Water Street, Suite 104               270 Carpenter Drive, Suite 300
Atlanta, GA 30346-2118                      Henderson, NV 89015-2312                     Sandy Springs, GA 30328-4933


End of Label Matrix
Mailable recipients    242
Bypassed recipients     12
Total                  254
```