NVB 2016 (05/2022)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## Fee Application Cover Sheet

Case No.: 21-14486-ABL    Chapter: 7    Hearing Date/Time: N/A

Debtor: INFINITY CAPITAL MANAGEMENT INC dba INFINITY HEALTH CONNECTIONS

Applicant: Paul M. Healey & Sons CPAs Ltd.

Date of Employment: September 28, 2021

Interim Fee Application No: _____    OR    Final Fee Application: X

**Amounts Requested:**    Client Approval: Yes ☑ No ☐

Fees:       $  400.00
Expenses:   $    0.00
Total:      $  400.00

Hours: _____    Blended Rate: $_____

Fees Previously Requested:         $ 0.00       Awarded: $_____
Expenses Previously Requested:     $ 0.00       Awarded: $_____
Total Previously Requested:        $ 0.00       Awarded: $_____
Total Amount Paid:                 $ 0.00

**Chapter 13 Cases ONLY:**

Yes ☐ No ☐  Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on _____.

Yes ☐ No ☐  Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

_[signature]_    Date 2/14/23
Signature

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| In re:<br><br>INFINITY CAPITAL MANAGEMENT INC.<br>*dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor(s). | Case No. 21-14486-ABL<br>Chapter 7<br><br>**EX PARTE APPLICATION FOR COMPENSATION FOR ACCOUNTANT** |
|---|---|

Chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***") hereby moves for the Court for an order pursuant to 11 U.S.C. § 330(a) authorizing the payment of fees to Paul M. Healey & Sons CPAs Ltd. ("***Accountant***") in the amount of $400.00.

The Trustee was previously authorized by Court order to employ the Accountant as accountant for the estate. The Accountant has now completed the estate tax return. See attached invoice. In the Trustee's judgment, the requested fees are reasonable compensation for actual, necessary services rendered by the Accountant for the administration of the estate.

# # # # #

DATED: February 14, 2023          /s/ Robert E. Atkinson
                                  ROBERT E. ATKINSON
                                  CHAPTER 7 BANKRUPTCY TRUSTEE


### DECLARATION OF ROBERT E. ATKINSON, TRUSTEE

I, Robert E. Atkinson, hereby declare under penalty of perjury as follows:

- I am over the age of 18 and have personal knowledge of the facts stated herein. I am the appointed trustee in this bankruptcy case.
- The facts stated above are true and correct, to the best of my knowledge, information, and belief.

          /s/ Robert Atkinson
ROBERT E. ATKINSON, TRUSTEE

**Paul M. Healey & Sons CPAs Ltd.**
3263 East Warm Springs Road
Las Vegas, NV 89120
(702) 968-7800

Client BKINFINI
February 10, 2023

---

INFINITY CAPITAL MANAGEMENT
C/O ROBERT ATKINSON, BANKRUPTCY TRUSTEE
376 E. WARM SPRINGS RD., SUITE 130
LAS VEGAS, NV 89119
(702) 617-3200

| FEDERAL FORMS | |
|---|---|
| Form 1120S | 2022 U.S. S Corporation Income Tax Return |
| Schedule K-1 | Shareholder's Income, Deductions, Credits, etc |
| Form 4562 | Depreciation and Amortization |
| Form 4797 | Sale of Business Property |
| Form 7203 | S Corporation Shareholder Basis Limitation |
| Form 8275 | Disclosure Statement |
| Form 8879-CORP | E-file Authorization for Corporations |
| | Depreciation Schedules |

| FEE SUMMARY | |
|---|---|
| Preparation Fee | $ 400.00 |
| Amount Due | $ 400.00 |