_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 03, 2023

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: Robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

INFINITY CAPITAL MANAGEMENT INC
*dba* INFINITY HEALTH CONNECTIONS

Debtor(s).

Case No. 21-14486-ABL
Chapter 7

**ORDER ON EX PARTE APPLICATION FOR COMPENSATION FOR ACCOUNTANT**

The Court reviewed and considered the Trustee's Ex Parte Application for Compensation of Accountant (the "***Application***").  Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Application is granted.
2. The $400.00 fee compensation to accountant Paul M. Healey & Sons CPAs Ltd. is approved, on a final basis.  The Trustee may remit the fees from the bankruptcy estate to the accountant without further order of the Court required.

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

   /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 BANKRUPTCY TRUSTEE