GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
JARED SECHRIST
Nevada Bar No. 10439
E-mail: jsechrist@gtg.legal
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 / Fax: (725) 777-3112

MICHAEL D. NAPOLI, ESQ.
Pro hac vice
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: March 30, 2023<br>Hearing Time: 9:30 a.m. |

**1.    Electronic Service**

On March 23, 2023, I served the following document(s):

a.   *REPLY IN SUPPORT OF MOTION TO SET ASIDE*     Dkt. No. 284
     *ORDERS APPROVING SALES PROCEDURES AND*
     *APPROVING SALE*

b.   *REPLY IN SUPPORT OF MOTION TO SET ASIDE*     Dkt. No. 285
     *ORDER ABANDONING PROPERTY*
     *OF THE ESTATE*

I served the above-named document(s) by the following means to the persons

…

…

as listed below:

☒ ECF System: See attached ECF Confirmation Sheets.

**2.  Mail Service**

☐ United States Mail, postage fully prepaid addressed as follows: N/A

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of March, 2023.

/s/ *Theresa D. Luciano*
Theresa D, Luciano, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon
Attorneys at Law
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000

21-14486-abl INFINITY CAPITAL MANAGEMENT, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: BAPCPA |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from GERALD M GORDON entered on 3/23/2023 at 2:44 PM PDT and filed on 3/23/2023

Case Name:       INFINITY CAPITAL MANAGEMENT, INC.
Case Number:     21-14486-abl
Document Number: 284

Docket Text:
Reply *in Support of Motion to Set Aside Orders Approving Sales Procedures and Approving Sale* Filed by GERALD M GORDON on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[268] Motion to Set Aside filed by Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP.) (GORDON, GERALD)

The following document(s) are associated with this transaction:

Document description: Main Document
Original filename: Reply ISO Techumseh Motion to Set Aside Orders Approving Sales Procedures and Approving Sale.pdf
Electronic document Stamp:
[STAMP bkecfStamp_ID=989277954 [Date=3/23/2023] [FileNumber=34961304-0
] [01feb888e9c67befb157a0100a280a3ced7a747af298cfbc49330db29b8ce6ad0c6
ceeb5ba22e1d8474ed30a2ce24234a6ff5c1f7c2e484d3447400e436e0bdd]]

21-14486-abl Notice will be electronically mailed to:

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

OGONNA M. BROWN on behalf of Defendant Infinity Health Solutions, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado

OGONNA M. BROWN on behalf of Defendant Anne Pantelas
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado

OGONNA M. BROWN on behalf of Defendant Oliver Hemmers
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Plaintiff ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**21-14486-abl Notice will not be electronically mailed to:**

ATKINSON LAW ASSOCIATES, LTD. on behalf of Trustee ROBERT E. ATKINSON
376 E. WARM SPRINGS RD, SUITE 130
LAS VEGAS, NV 89119

PAUL M. HEALEY & SONS CPAS LTD
,

JACOB M STEPHENS on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004

**File an answer to a motion:**

21-14486-abl INFINITY CAPITAL MANAGEMENT, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: abl | Case Flag: BAPCPA |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from GERALD M GORDON entered on 3/23/2023 at 2:46 PM PDT and filed on 3/23/2023

**Case Name:** INFINITY CAPITAL MANAGEMENT, INC.
**Case Number:** 21-14486-abl
**Document Number:** 285

**Docket Text:**
Reply *in Support of Motion to Set Aside Order Abandoning Property of the Estate* Filed by GERALD M GORDON on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP (Related document(s)[271] Motion to Set Aside filed by Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP.) (GORDON, GERALD)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Reply ISO Techumseh Motion to Set Aside Order Abandoning Property of the Estate.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/23/2023] [FileNumber=34961325-0
] [2ba0ec8459f34b17502e9fe483f4201aaa3ceb24e3405dcad811cd0c3c58ca4dd38
2e19fc5a43d4a78d53393adfc2f3bded4a6f07cf36ef42c72eef5a67ab679]]

**21-14486-abl Notice will be electronically mailed to:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

OGONNA M. BROWN on behalf of Defendant Infinity Health Solutions, LLC
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado

OGONNA M. BROWN on behalf of Defendant Anne Pantelas
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado

OGONNA M. BROWN on behalf of Defendant Oliver Hemmers
obrown@lewisroca.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;jhess@lewisroca.com,klopez@lewisroca.com;gmercado1@lewisroca.com,gmercado

CLARISSE L. CRISOSTOMO on behalf of Interested Party ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Plaintiff ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GERALD M GORDON on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP

ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

GABRIELLE A. HAMM on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Claimant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Counter-Defendant HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Creditor HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

BART K. LARSEN on behalf of Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP
BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

MICHAEL D. NAPOLI on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com,
cindy.ferguson@akerman.com;catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
wnoall@gtg.legal, bknotices@gtg.legal

TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

JARED M. SECHRIST on behalf of Counter-Claimant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

JARED M. SECHRIST on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

ARIEL E. STERN on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

ARIEL E. STERN on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;valentina@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com

**21-14486-abl Notice will not be electronically mailed to:**

ATKINSON LAW ASSOCIATES, LTD. on behalf of Trustee ROBERT E. ATKINSON
376 E. WARM SPRINGS RD, SUITE 130
LAS VEGAS, NV 89119

PAUL M. HEALEY & SONS CPAS LTD
,

JACOB M STEPHENS on behalf of Creditor HEALTHPLUS IMAGINING OF TEXAS, LLC
IRELAN MCDANIEL, PLLC
2520 CAROLINE ST, 2ND FLR
HOUSTON, TX 77004