| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>Email: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>Email:  jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112 | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY  CAPITAL  MANAGEMENT,  INC., dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITIES TO MOTION TO SET ASIDE ORDERS APPROVING SALES PROCEDURES AND APPROVING SALE [ECF NO. 268]**<br><br>Hearing Date:  May 15, 2023<br>Time: 1:30 p.m. |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Defendant/Counterclaim Plaintiff/Counter Defendant Tecumseh–Infinity Medical Receivables Fund LP ("Tecumseh"), by and through their counsel of record, hereby provides

…

…

…

…

1

notice of supplemental authorities and attaches as **Exhibit A** for the Court's review *Moac Mall Holdings LLC v. Transform LLC*, which was decided by the United States Supreme Court on April 19, 2023. It is germane to the parties' briefing regarding 11 U.S.C. § 363(m) regarding *Tecumseh's Motion to Set Aside Orders Approving Sales Procedures and Approving Sale* [ECF No. 268].

Dated this 3rd day of May, 2023.

GARMAN TURNER GORDON LLP

By: /s/        *Jared Sechrist*
GERALD M. GORDON, ESQ.
JARED SECHRIST, ESQ,
7251 Amigo St., Suite 210
Las Vegas, Nevada 89119
   and
MICHAEL D. NAPOLI, ESQ.
*Pro hac vice*
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: (214) 720-4360 / Fax: (214) 720-8116

ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Tel: (702) 634-5000 / Fax: (702) 380-8572
Email: ariel.stern@akerman.com
*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP*