_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
May 18, 2023

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 21-14486-abl |
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | Hearing Date: May 15, 2023<br>Hearing Time: 1:30 p.m. |

**ORDER DENYING MOTION TO SET ASIDE ORDER**

On May 15, 2023, the court issued its oral ruling on a Motion to Set Aside Orders Approving Sales Procedures and Approving Sale ("Motion") (ECF No. 268).[1] The Motion was filed on behalf of Tecumseh-Infinity Medical Receivables Fund, LP ("Creditor"). The Motion sought relief from the Court's January 21, 2022 Order Granting in Part, and Denying in Part, the Trustee's Motion to: (I) Approve Sale of Certain Assets; (II) Set Sale/Auction Procedures; and (III) Set Auction Hearing Date ("Sales Procedure Order") (ECF No. 175).

At the May 15, 2023 oral ruling, attorney Jared Sechrist appeared telephonically on behalf of Infinity Capital Management, Inc. ("Debtor"). Attorney Kyle Wyant appeared telephonically on behalf of Creditor Tecumseh-Infinity Medical Receivables Fund, LP. Other

---

[1] In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the above-captioned bankruptcy case as they appear on the docket maintained by the Clerk of the Court.

telephonic apperances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on May 15, 2023, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this contested matter pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Motion is **DENIED**.

Copies sent to all parties via CM/ECF Electronic Filing.

# # #