| | |
|---|---|
| GARMAN TURNER GORDON LLP<br>GERALD M. GORDON<br>Nevada Bar No. 229<br>E-mail: ggordon@gtg.legal<br>JARED SECHRIST<br>Nevada Bar No. 10439<br>E-mail: jsechrist@gtg.legal<br>7251 Amigo St., Suite 210<br>Las Vegas, Nevada 89119<br>Tel: (725) 777-3000 / Fax: (725) 777-3112<br><br>*Attorneys for Tecumseh–Infinity Medical Receivable Fund, LP* | MICHAEL D. NAPOLI, ESQ.<br>*Pro hac vice*<br>AKERMAN LLP<br>2001 Ross Avenue, Suite 3600<br>Dallas, Texas 75201<br>Tel: (214) 720-4360 / Fax: (214) 720-8116<br><br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>AKERMAN LLP<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Tel: (702) 634-5000 / Fax: (702) 380-8572<br>Email: ariel.stern@akerman.com |

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS,<br><br>            Debtor. | Case No. 21-14486-abl<br><br>Chapter 7 |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP,<br><br>            Plaintiff,<br>v.<br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP,<br><br>            Defendant. | Adversary Case No. 21-01167-abl<br><br><br>**ACCEPTANCE OF SERVICE OF TRIAL SUBPOENAS TO ANNE PANTELAS AND OLIVER HEMMERS** |
| HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP, et al.,<br><br>            Counter-Claimant,<br>v.<br>TECUMSEH–INFINITY MEDICAL RECEIVABLES FUND, LP, et. al.,<br><br>            Counter-Defendants. | |

The undersigned hereby accepts service of the following documents on behalf of Anne Pantelas and Oliver Hemmers:

1. **Trial Subpoena to Anne Pantelas**
2. **Trial Subpoena to Oliver Hemmers**

The undersigned further waives the requirement of personal service.

DATED this 7th day of August 2023.

LEWIS ROCA ROTHBERGER CHRISTIE

_____
OGONNA M. BROWN
Nevada Bar No. 7589
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169