James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
E-Mail:  jshea@shea.law
          blarsen@shea.law

*Attorneys for HASelect-Medical Receivables
Litigation Finance Fund International SP*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No: 21-14486-ABL<br><br>Chapter 7<br><br>**Date of Hearing:  May 29, 2024**<br>**Time of Hearing:   9:30 a.m.** |

**NOTICE OF HEARING ON MOTION TO ENFORCE COURT ORDERS AND REQUIRE CUEVAS DIAGNOSTICS, LLC D/B/A STAT DIAGNOSTICS, INFINITY DIAGNOSTICS CENTER LLC, AND INFINITY CENTERS UNITED LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

**NOTICE IS HEREBY GIVEN THAT** HASelect-Medical Receivables Litigation Finance Fund International LP ("HASelect"), by and through its undersigned counsel, filed its *Motion to Enforce Court Orders and Require Cuevas Diagnostics, LLC d/b/a Stat Diagnostics, Infinity Diagnostics Center LLC, and Infinity Centers United LLC to Remit Payments Relating to Accounts Receivable* (the "Motion") on April 17, 2024. The Motion seeks to enforce this Court's prior orders with respect to various accounts receivable and collections thereon that are in possession of third parties.

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before a United States Bankruptcy Court Judge on **May 29, 2024 at 9:30 a.m.** at the U.S. Bankruptcy

- 1 -

Court for the District of Nevada in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101. The dial in information is as follows: Telephone Number: (669) 254-5252; Meeting ID 161 110 6049; Passcode 154251#.

**NOTICE IS FURTHER GIVEN** that any opposition to the Motion and the relief requested therein must be filed and served in accordance with Local Rule 9014(d)(1), which provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may rule *against you* without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, and the court may approve modifications at the hearing or any continued hearing.

DATED this 17th day of April, 2024.

                                            **SHEA LARSEN**

                                            /s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432