Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
            kwyant@shea.law

*Attorneys for HASelect-Medical Receivables Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>　　　　　　Debtor. | Case No.: 21-14486-abl<br>Chapter 7 |

## CERTIFICATE OF SERVICE

1.  On April 17, 2024, I served the following document(s):

    **MOTION TO ENFORCE COURT ORDERS AND REQUIRE CUEVAS DIAGNOSTICS, LLC D/B/A STAT DIAGNOSTICS, INFINITY DIAGNOSTICS CENTER LLC, AND INFINITY CENTERS UNITED LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE [ECF No. 303]**

    **NOTICE OF HEARING ON MOTION TO ENFORCE COURT ORDERS AND REQUIRE CUEVAS DIAGNOSTICS, LLC D/B/A STAT DIAGNOSTICS, INFINITY DIAGNOSTICS CENTER LLC, AND INFINITY CENTERS UNITED LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE [ECF No. 304]**

2.  I served the above document(s) by the following means to the persons as listed below:

    ☒    a.    ECF System:

    ROBERT E. ATKINSON
    Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

    CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
    bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Creditor TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ghamm@nvfirm.com, ecf@nvfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com,
jstephens@imtexaslaw.com;dhall@imtexaslaw.com;ynguyen@imtexaslaw.com

DAVID MINCIN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Defendant ANNE PANTELAS
dmincin@mincinlaw.com, cburke@mincinlaw.com

DAVID MINCIN on behalf of Defendant OLIVER HEMMERS
dmincin@mincinlaw.com, cburke@mincinlaw.com

☒    b.    United States mail, postage fully prepaid:

CUEVAS DIAGNOSTICS, L.L.C. d/b/a Stat Diagnostics
c/o Claudia Lozano
Lozano Law Offices, P.C.
604 East Highway 6
Alvin, Texas 77511

INFINITY DIAGNOSTICS CENTER LLC
c/o Jessica Hatch
24 East Greenway Plaza, Suite 1705
Houston, Texas 77511

INFINITY CENTERS UNITED, LLC
c/o Jessica Hatch
2929 Weslayan Street, Apt. 2408
Houston, Texas 77027

☐    c.    Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

☐     d.     By direct email (as opposed to through the ECF System):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2024.

By: /s/ *Bart K. Larsen, Esq.*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432