Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
        kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7 |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO ENFORCE COURT ORDERS AND REQUIRE CUEVAS DIAGNOSTICS, LLC D/B/A STAT DIAGNOSTICS AND INFINITY DIAGNOSTICS CENTER LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

PLEASE TAKE NOTICE that an *Order Granting Motion to Enforce Court Orders and Require Cuevas Diagnostics, LLC d/b/a Stat Diagnostics and Infinity Diagnostics Center LLC to Remit Payments Relating to Accounts Receivable* [ECF No. 307] (the "Order") was entered in the above-captioned adversary proceeding on June 7, 2024, a copy of which is attached hereto as **Exhibit 1**.

Dated this 7th day of June 2024.

**SHEA LARSEN**

/s/ *Bart K. Larsen, Esq.*
Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

## CERTIFICATE OF SERVICE

1.      On June 7, 2024, I served the following document(s): **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO ENFORCE COURT ORDERS AND REQUIRE CUEVAS DIAGNOSTICS, LLC D/B/A STAT DIAGNOSTICS AND INFINITY DIAGNOSTICS CENTER LLC TO REMIT PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

2.      I served the above document(s) by the following means to the persons as listed below:

☒      a.      ECF System:

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Trustee ROBERT E. ATKINSON
clarisse@nv-lawfirm.com, bknotices@nv-lawfirm.com

BRADFORD IRELAN on behalf of HEALTHPLUS IMAGING OF TEXAS, LLC
birelan@imtexaslaw.com, jstephens@imtexaslaw.com; dhall@imtexaslaw.com; ynguyen@imtexaslaw.com

DAVID MINCIN on behalf of HEALTHPLUS IMAGING OF TEXAS, LLC
dmincin@mincinlaw.com, cburke@mincinlaw.com

MICHAEL D. NAPOLI on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
michael.napoli@akerman.com, cindy.ferguson@akerman.com; catherine.kretzschmar@akerman.com;masterdocketlit@akerman.com

GERALD M GORDON on behalf of TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
ggordon@gtg.legal, bknotices@gtg.legal

TRENT L. RICHARDS on behalf of THE INJURY SPECIALISTS
trichards@sagebrushlawyers.com

ARIEL E. STERN on behalf of TECUMSEH - INFINITY MEDICAL RECEIVABLES FUND, LP
ariel.stern@akerman.com, akermanlas@akerman.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
mzirzow@lzlawnv.com, carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; zirzow.matthewc.r99681@notify.bestcase.com

☐      b.      United States mail, postage fully prepaid:

☐      c.      Personal Service:

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 7, 2024.

By: /s/ *Bart K. Larsen, Esq,*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

# **EXHIBIT 1**





_____

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
June 07, 2024

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:  blarsen@shea.law
       kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT,<br>INC.<br><br>         Debtor. | Case No.: 21-14486-abl<br>Chapter 7<br><br>Hearing Date:  May 29, 2024<br>Hearing Time:  9:30 a.m. |

**ORDER GRANTING MOTION TO ENFORCE COURT ORDERS AND
REQUIRE CUEVAS DIAGNOSTICS, LLC D/B/A STAT DIAGNOSTICS
AND INFINITY DIAGNOSTICS CENTER LLC TO REMIT
PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

      The Court, having considered HASelect-Medical Receivables Litigation Finance Fund

International LP's ("HASelect") *Motion to Enforce Court Orders and Require Cuevas*

*Diagnostics, LLC d/b/a Stat Diagnostics and Infinity Diagnostics Center LLC to Remit Payments*

*Relating to Accounts Receivable* [ECF No. 303] (the "Motion"), which came on for hearing at

the above-referenced time and date, the Court noticing appearances on the record, and after

considering the Motion, lack of any written opposition thereto, and after hearing arguments of

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

SHEA LARSEN
1731 Village Center Circle. Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

counsel, the Court made findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference pursuant to Fed. R. Civ. P. 52, and finding that due process was afforded to all interested parties and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Cuevas Diagnostics, LLC d/b/a Stat Diagnostics ("Stat Diagnostics") shall:

1.      Within fourteen (14) days after the entry of this Order deliver to HASelect a complete accounting of all amounts collected on the Stat Receivables (as defined in the Motion) from and after September 14, 2024;

2.      Within fourteen (14) days after the entry of this Order deliver to HASelect payment in full for all amounts due and owing under Stat Diagnostic's agreement(s) with Infinity Capital Management, Inc. ("Infinity") based on or arising from Stat Diagnostic's collection of Stat Receivables from and after the Petition Date; and

3.      Within fourteen (14) days after any future collection of any Stat Receivable, notify HASelect in writing of such collection and remit payment to HASelect of any and all amounts due and owing under Stat Diagnostic's written agreement(s) with Infinity.

**IT IS FURTHER ORDERED** that Infinity Diagnostics Center LLC and Infinity Centers United LLC (collectively, "IDC") shall:

1.      Within fourteen (14) days after the entry of this Order deliver to HASelect a complete accounting of all amounts collected on the IDC Receivables (as defined in the Motion) from and after the Petition Date;

2.      Within fourteen (14) days after the entry of this Order deliver to HASelect payment in full of any and all amounts collected by IDC on account of the IDC Receivables from and after the Petition Date;

3.      Within fourteen (14) days after any future collection of any IDC Receivable, notify HASelect in writing of such collection and remit payment to HASelect of any and all amounts collected on such IDC Receivable; and

4.     Immediately cease and refrain from any and all efforts to directly collect any IDC Receivable from any person obligated as to payment or to otherwise interfere with HASelect's efforts to collect the IDC Receivables.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

**IT IS SO ORDERED.**

Respectfully submitted by:


**SHEA LARSEN PC**

By: */s/ Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
KYLE M. WYANT, ESQ.
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Recievables*
*Litigation Finance Fund International SP*


## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement of approval under LR 9021(b)(1).

☒     No party appeared at the hearing or filed an objection to the motion.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐     I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432