David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A

Damian W. Abreo, Esq.
Texas State Bar No. 24006728
PRO HAC VICE
IRELAN McDANIEL, PLLC
2520 Caroline Street, 2nd Floor
Houston, Texas 77004
Phone: 713-222-7666
Fax: 713-222-7669
*Attorneys for Stephanie and Diane Lam*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. dba INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No.: BK-S-21-14486-ABL<br><br>Chapter: 7 |

**VERIFIED PETITION FOR PERMISSION THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

Damian W. Abreo, Petitioner, respectfully represents to the Court:

1.  That Petitioner resided in Houston, Texas.

2.  That Petitioner is an attorney at law and a member of the law firm of Irelan McDaniel, PLLC, with offices at 2520 Caroline Street, 2nd Floor, Houston, Texas 77004.

3.  That Petitioner has been retained personally or as a member of the law firm by Diane Lam and Stephanie Lam to provide legal representation in connection with the above-entitled case now pending before this Court.

4.  That since November 6, 1998, Petitioner has been and presently is a member n good standing of the highest Court of the State of Texas where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Court of Appeal, the Supreme Court of the Untied States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| | |
|---|---|
| Southern District of Texas | May 19, 2005 |
| Eastern District of Texas | April 30, 2007 |
| Western District of Texas | June 21, 2007 |
| Northern District of Texas | May 16, 2007 |
| U.S. Court of Appeals for the Fifth Circuit | 2014 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarments proceedings, except as describe in detail below:

N/A.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations:

Texas Bar Association

Houston Bar Association

9. Petitioner or any member of Petitioner's firm with which Petitioner is associated have filed applications to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Court | Was Application Granted or Denied |
|---|---|---|---|
| 9/30/2021 | BK-21-14486-abl | U.S. Bankr. Court | Granted (Brad Irelan) |
| 10/8/2021 | BK-21-14486-abl | U.S. Bankr. Court | Granted (Jacob Stephens) |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

                     _/s/ Damian W. Abreo_
                     Damian W. Abreo

STATE OF TEXAS    )
                         )
COUNTY OF HARRIS )

Damian W. Abreo, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                     _/s/ Damian W. Abreo_
                     Damian W. Abreo

Subscribed and sworn to me before this 20th day of August, 2024.

SARAH CARTWRIGHT
Notary Public, State of Texas
Comm. Expires 11-09-2026
Notary ID 126563887

_/s/ Sarah Cartwright_
Notary Public

Page 3 of 5

W:\2021 - DM\4485healthplus.infinity\Verified Petition For Permission This Case Only By Atty Not Admitted To Bar Of This Court (Abreo)...DMcb...8-20-2024.wpdAugust 20, 2024 (1:22pm)

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Bank.P. 2002 and LR 2002, I certify that I am an employee of Mincin Law, PLLC, and on the 20th day of August, 2024, service of a true and correct copy of the VERIFIED PETITION FOR PERMISSION THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT was made by:

[X]   ECF SERVICE: That service was made by electronic transmission through the ECF filing system of the U.S. Bankruptcy Court, District of Nevada to the parties as listed below: and/or

ROBERT E. ATKINSON Robert@ch7.vegas, TrusteeECF@ch7.vegas; ecf.alert+atkinson@titlexi.com

ROBERT E. ATKINSON on behalf of Trustee ROBERT E. ATKINSON Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

CLARISSE L. CRISOSTOMO on behalf of Interested Party, Plaintiff and Trustee ROBERT E. ATKINSON bknotices@nv-lawfirm.com

GERALD M GORDON on behalf of Counter-Claimant, Creditor and Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP ggordon@gtg.legal, bknotices@gtg.legal

GABRIELLE A. HAMM on behalf of Counter-Claimant, Counter-Defendant, Creditor and Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP ghamm@nvfirm.com, ecf@nvfirm.com

BRADFORD IRELAN on behalf of Creditor HEALTHPLUS IMAGING OF TEXAS, LLC birelan@imtexaslaw.com, jstephens@imtexaslaw.com; dhall@imtexaslaw.com; ynguyen@imtexaslaw.com

BART K. LARSEN on behalf of Counter-Claimant, Counter-Defendant, Creditor and Plaintiff HASELECT-MEDICAL RECEIVABLES LITIGATION FINANCE FUND INTERNATIONAL SP BLARSEN@SHEA.LAW, 3542839420@filings.docketbird.com

MICHAEL D. NAPOLI on behalf of Counter-Claimant, Creditor, Defendant and Counter-Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP michael.napoli@akerman.com, cindy.ferguson@akerman.com; catherine.kretzschmar@akerman.com;laura.taveras@akerman.com;masterdocketlit@akerman.com;teresa.barrera@akerman.com

WILLIAM M. NOALL on behalf of Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP wnoall@gtg.legal, bknotices@gtg.legal

LARRY C. OLDHAM on behalf of Defendant INFINITY HEALTH SOLUTIONS, LLC larryoldham@lcopc.com

LARRY C. OLDHAM on behalf of Defendant ANNE PANTELAS and OLIVER HEMMERS larryoldham@lcopc.com

1  TRENT L. RICHARDS on behalf of Creditor THE INJURY SPECIALISTS
   trichards@sagebrushlawyers.com, hdaniels@sagebrushlawyers.com

3  JARED M. SECHRIST on behalf of Counter-Claimant, Counter-Defendant, Creditor and
   Defendant TECUMSEH-INFINITY MEDICAL RECEIVABLES FUND, LP
   jsechrist@gtg.legal, tbinns@gtg.legal;bknotices@Gtg.legal

5  ARIEL E. STERN on behalf of Creditor and Defendant TECUMSEH - INFINITY MEDICAL
   RECEIVABLES FUND, LP ariel.stern@akerman.com, akermanlas@akerman.com

6  U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

7  MATTHEW C. ZIRZOW on behalf of Debtor INFINITY CAPITAL MANAGEMENT, INC.
   mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;
8  jennifer@lzlawnv.com;bchambliss@lzlawnv.com

   _____/s/ Carol Burke_____
   An Employee of Mincin Law, PLLC

Page 5 of 5