_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
January 22, 2025

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: robert@ch7.vegas

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 21-14486-abl |
| | Chapter 7 |
| INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS | **ORDER APPROVING STIPULATION TO CONTINUE HEARING** |
| Debtor. | **[Re: ECF #328]** |
| | Old Hearing Date:  February 5, 2025 |
| | Old Hearing Time:  9:30 a.m. |
| | New Hearing Date:  March 19, 2025 |
| | New Hearing Time:  9:30 a.m. |

    The Court reviewed and considered the STIPULATION TO CONTINUE HEARING between the Trustee and the IRS [ECF #337] (the "***Stipulation***"), which seeks to continue the hearing on the Trustee's objection to the IRS proof of claim ("***Objection***").

    Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Trustee's Objection [ECF #328] shall be continued to **March 19, 2025 at 9:30 a.m.**

3. Opposition and reply deadlines shall be determined by the continued hearing date, consistent with LR 9014(d).

**IT IS SO ORDERED**.

# # # # #

Respectfully submitted by:

By: /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 TRUSTEE