

Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
February 03, 2025

Bart K. Larsen, Esq.
Nevada Bar No. 8538
Kyle M. Wyant, Esq.
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email:   blarsen@shea.law
           kwyant@shea.law

*Attorneys for HASelect-Medical Receivables*
*Litigation Finance Fund International SP*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | Hearing Date:  January 8, 2025<br>Hearing Time:  9:30 a.m. |

**ORDER DENYING WITHOUT PREJUDICE MOTION TO ENFORCE**
**COURT ORDERS AND REQUIRE HEALTHPLUS IMAGING OF TEXAS,**
**LLC AKA HEALTHPLUS IMAGING, LLC TO REMIT**
**PAYMENTS RELATING TO ACCOUNTS RECEIVABLE**

The Court, having considered HASelect-Medical Receivables Litigation Finance Fund International LP's ("HASelect") *Motion to Enforce Court Orders and Require HealthPlus Imagine of Texas, LLC aka HealthPlus Imagine, LLC to Remit Payments Relating to Accounts Receivable* [ECF No. 309] (the "Motion"), which came on for hearing at the above-referenced time and date. Based on HASelect's request during such hearing to withdraw the Motion without prejudice to allow HASelect to refile the Motion with additional briefing on the issues presented in the Motion,

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is denied without prejudice; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

**IT IS SO ORDERED.**

Respectfully submitted by:

**SHEA LARSEN PC**

By:  */s/ Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
KYLE M. WYANT, ESQ.
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134

*Attorneys for HASelect-Medical Recievables*
*Litigation Finance Fund International SP*

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

1

## **LR 9021 CERTIFICATION**

2

In accordance with LR 9021, counsel submitting this document certifies that the order
3   accurately reflects the court's ruling and that (check one):

4   ☐   The court has waived the requirement of approval under LR 9021(b)(1).

5   ☒   No party appeared at the hearing or filed an objection to the motion.

6   ☐   I have delivered a copy of this proposed order to all counsel who appeared at the
7   hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

8   ☐   I certify that this is a case under chapter 7 or 13, that I have served a copy of this
    order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content
9   of the order.

10                                                    # # #

11

12

**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
(702) 471-7432

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28