BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

Tijuhna A. Green (TXBN 24106025)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3340
202-307-0054 (f)
Tijuhna.A.Green@usdoj.gov
Western.taxcivil@usdoj.gov
*Counsel for the United States of America*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| *In re*:<br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: BK-21-14486-ABL<br><br>Chapter 7<br><br>**UNITED STATES' NOTICE OF INTENT TO SERVE SUBPOENA ON ABRAHAM PROFESSIONAL SERVICES P.C.**<br><br>**[RE: ECF No. #328]** |

    PLEASE TAKE NOTICE that the United States of America intends to serve a subpoena on Abraham Professional Services P.C. substantially in the same form as the attached Exhibit 1.

Dated: March 10, 2026

          BRETT A. SHUMATE
          Assistant Attorney General

          JOSHUA WU
          Deputy Assistant Attorney General, Tax
          Litigation Branch

          *s/Tijuhna A. Green*
          TIJUHNA A. GREEN
          Trial Attorney
          Tax Litigation Branch
          Civil Division, Department of Justice
          P.O. Box 683
          Washington, D.C. 20044
          202-616-3340
          202-307-0054 (f)
          Tijuhna.A.Green@usdoj.gov
          *Attorneys for the United States of America*

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2026, I caused a copy of the foregoing document to be filed through the Court's CM/ECF, which will send notice to counsel of record.

          *s/Tijuhna A. Green*
          Trial Attorney, Tax Litigation Branch
          U.S. Department of Justice