_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 11, 2026

TIJUHNA GREEN
Trial Attorneys, Civil Division
Tax Litigation Branch
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-3340
Fax: 202-307-0054
Tijuhna.A.Green@usdoj.gov

*Counsel for the United States*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>INFINITY CAPITAL MANAGEMENT, INC.<br><br>Debtor. | Case No.: BK-21-14486-ABL<br>Chapter 7<br><br>**ORDER APPROVING STIPULATION RE: DISCOVERY**<br><br>**[Re: ECF #328]**<br><br>Hearing Date: April 1, 2026<br>Hearing Time: 9:30 a.m. |

The Court reviewed and considered the STIPULATION REGARDING DISCOVERY between the United States and the Trustee [ECF #389], which seeks a brief extension of the discovery deadline and limits discovery to three third-parties.

Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is approved.

2. The Parties may conduct limited discovery related to Stephanie Lam, Diane Lam, and

Abraham Professional Services P.C. through March 23, 2026.

**IT IS SO ORDERED.**

# # # # #

Respectfully Submitted by:

<u>s/Tijuhna A. Green</u>
TIJUHNA A. GREEN
Trial Attorney, Tax Litigation Branch
 U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
(202) 616-3340
Tijuhna.A.Green@usdoj.gov
*Attorney for the United States*