BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

TIJUHNA A. GREEN (TXBN 24106025)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Tijuhna.A.Green@usdoj.gov
*Counsel for the United States*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**STIPULATION REGARDING DISCOVERY** |

Chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***") and the United States, on behalf of the INTERNAL REVENUE SERVICE ("***IRS***"), hereby stipulate as follows:

WHEREAS, the Trustee filed an objection to Proof of Claim No. 14 filed by the IRS [ECF #328] ("***Objection***"), which is a contested matter; and

WHEREAS, the discovery period has commenced, and is scheduled to end on March 23, 2026; and

WHEREAS, the IRS deposed Stephanie Lam, Diane Lam, Belal Ellithy and Abraham Professional Services P.C. in connection with the Debtors' unpaid tax liabilities, and is requesting more time to coordinate with the IRS and to finalize any issues related to the IRS's proof of claim;

WHEREAS, the IRS and Chapter 7 Trustee have discussed proposals potentially resolving the issues related to the IRS's Proof of claim and additional information may be necessary to finalize those discussions. Any proposed resolution, however, is subject to the approval of an authorized delegate of the Attorney General;

WHEREAS, the status hearing on the Objection is currently set for April 1, 2026 at 9:30 a.m.; and

WHEREAS, the parties agree to the items contained below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1.  The discovery period is extended until May 15, 2026, for the purpose of producing, obtaining, and finalizing information necessary to resolve or narrow the issues remaining between the Parties.

2.  The remaining discovery shall continue to follow the discovery rules and parameters for contested matters as set forth in Rule 9014(c).

3.  The Parties will contact the Court to reschedule the status hearing to a date on or after May 15, 2026.

**IT IS SO STIPULATED.**

| TRUSTEE: | For IRS: |
|---|---|
| /s/ *Robert Atkinson* | /s/ *Tijuhna A. Green* |
| ROBERT E. ATKINSON | TIJUHNA A. GREEN |
| Trustee | Trial Attorney, U.S. Dept of Justice |
| | Civil Division, Tax Litigation Branch |