_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
March 26, 2026

TIJUHNA GREEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 616-3340
Fax: 202-307-0054
Tijuhna.A.Green@usdoj.gov

*Counsel for the United States*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: BK-21-14486-ABL |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION REGARDING DISCOVERY** |
| | **[Re: ECF #328]** |
| | Old Hearing Date: April 1, 2026 |
| | Old Hearing Time: 9:30 a.m. |
| | New Hearing Date: May 20, 2026 |
| | New Hearing Time: 9:30 a.m. |

The Court reviewed and considered the STIPULATION REGARDING DISCOVERY between the United States and the Trustee [ECF #392], which seeks an extension of the discovery deadline while the Parties work towards a resolution of the Trustee's Objection to the IRS's Proof of Claim, and to continue the status hearing.

Good cause appearing,

**IT IS HEREBY ORDERED:**

1.  The Stipulation is approved.

2.  The Parties may conduct discovery necessary to resolve or narrow the issues remaining between the Parties through May 15, 2026.

3.  The status hearing in this matter, currently set for April 1, 2026 at 9:30 a.m., shall be continued to May 20, 2026 at 9:30 a.m.

**IT IS SO ORDERED.**

# # # # #

Respectfully Submitted by:

_s/Tijuhna A. Green_
TIJUHNA A. GREEN
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
(202) 616-3340 phone
Tijuhna.A.Green@usdoj.gov
_Attorney for the United States_

2