**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**STIPULATION TO CONTINUE HEARING AND STAY DISCOVERY**<br><br>**[Re: ECF #328]** |

Chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***") and the United States, on behalf of the INTERNAL REVENUE SERVICE ("***IRS***"), hereby stipulate as follows:

WHEREAS, the Trustee' objection to Claim No. 14 ("***Claim***") filed by the IRS [ECF #328] ("***Objection***") is currently set for status hearing on May 20, 2026 at 9:30 a.m.; and

WHEREAS, the IRS requires additional time to obtain internal assessment information from the IRS regarding various tax matters; and

WHEREAS, the discovery deadline for the Objection is currently May 15, 2026, inclusively; and

WHEREAS, the parties have had discussions to resolve the Objection; and

WHEREAS, the Trustee and the United States of America agree to continue the current hearing date for approximately three months, and to stay discovery, to permit time for the IRS to provide its assessment, and to permit additional discussions regarding resolution of the Objection;

///

///

///

///

-1-

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1.    The hearing on the Objection [ECF #328], currently scheduled for May 20, 2026, shall be continued to no earlier than August 19, 2026, for status only.

2.    Discovery shall be stayed until August 19, 2026.

**IT IS SO STIPULATED.**

# # # # #

**TRUSTEE:**                                        **For USA/IRS:**

*/s/ Robert Atkinson*                               */s/ Tijuhna Green*
ROBERT E. ATKINSON                                  TIJUHNA A. GREEN
                                                    Trial Attorney
                                                    Civil Division, Tax Litigation Branch
                                                    U.S. Department of Justice

-2-