NVB 2016 (05/2022)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## Fee Application Cover Sheet

Case No.: 21-14486-abl      Chapter: 7      Hearing Date/Time: 6/18/2026 11:00

Debtor: INFINITY CAPITAL MANAGEMENT, INC.

Applicant: Atkinson Law Associates Ltd.

Date of Employment: 9/28/2021

Interim Fee Application No:_____  OR  Final Fee Application X_____

**Amounts Requested:**                    Client Approval: Yes ☑ No ☐

**Fees:**       $ 47,142.50

**Expenses:**   $ 568.14

**Total:**      $ 47,710.64

Hours: 103.60                    Blended Rate: $ 455.04

Fees Previously Requested: $ 29,074.00      Awarded: $ 29,074.00

Expenses Previously Requested: $ 1,663.59   Awarded: $ 1,663.59

Total Previously Requested: $ 30,737.59     Awarded: $ 30,737.59

Total Amount Paid: $ 30,737.59

## Chapter 13 Cases ONLY:

Yes ☐ No ☐  Elected to accept the Chapter 13 Presumptive Fee pursuant to LR 2016.2, and filed the "Notice of Election to Accept the Presumptive Fee" on _____ .

Yes ☐ No ☐  Participated in the Mortgage Mediation Program: **If yes,** amount received: $ _____

I certify under penalty of perjury that the above is true.

_____      Date 05/11/2026
Signature

ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email:  robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**SECOND FEE APPLICATION FOR COMPENSATION FOR ATKINSON LAW ASSOCIATES LTD. AS GENERAL COUNSEL FOR TRUSTEE** |

Chapter 7 trustee Robert E. Atkinson ("***Trustee***") hereby submit this supplemental second application for compensation and reimbursement of expenses incurred by Atkinson Law Associates Ltd. ("***ALA***") for the period May 29, 2025 through May 11, 2026, inclusively (the "***Application***").  During the entire Application time period, ALA was employed as general counsel to the Trustee.

This Application for Compensation is made pursuant to: 11 U.S.C. §§ 330(a), 507(a)(1)(C), and 503(b)(2); Fed. R. Bankr. P. Rule 2016; Local Rule 2016; Section 2 of the Guidelines of the U.S. Department of Justice, Office of the United States Trustee—Region 17 and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 adopted by the Executive Office for United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A); and the pleadings and papers on file in this case, judicial notice of which is hereby requested.  This Application for Compensation is also supported by the accompanying Client Review Statement (attached herewith as **Exhibit 6**), and the contemporaneously-filed Declaration of Robert E. Atkinson. ("***Atkinson Decl.***").

-1-

## I. INFORMATION ABOUT APPLICANT & APPLICATION FOR COMPENSATION

In support of this Application for Compensation, ALA respectfully represents the following, which is structured in a manner consistent with the Section (b) of the EOUST Guidelines.

1. **Date the bankruptcy petition was filed**. Debtor INFINITY CAPITAL MANAGEMENT, INC. ("***Debtor***") filed a chapter 7 bankruptcy petition on September 14, 2021. [ECF #1.]

2. **Date of the order approving employment.** On September 28, 2021, the Trustee filed an application [ECF #37] to employ ALA as his general counsel. An order authorizing such employment (effective as of the filing date of the application), was docketed on November 8, 2021 [ECF #122].

3. **Identity of the party represented.** ALA represents the Trustee.

4. **Date services commenced.** ALA commenced representing the Trustee on September 28, 2021. [ECF #37, 122.]

5. **Whether the applicant is seeking compensation under a provision of the Bankruptcy Code other than section 330**. No.

6. **Terms and conditions of employment and compensation.** Per the engagement letter attached as an exhibit to the application for employment ("***Engagement Letter***"), legal services provided by ALA to the Trustee are charged at the ALA's standard hourly rates in effect each calendar year. Fees are billed in 0.1 hour (6-minute) increments. Expenses are billed at cost. All professional services for which compensation is requested were performed for or on behalf of the Trustee, and not on behalf of any other person. There is no agreement or understanding regarding the sharing of compensation between ALA and any other person.

7. **Source of compensation**. All compensation and expenses sought in this Application are requested to be allowed as an administrative expense of the bankruptcy estate and shall be paid from the general funds of the estate.

8. **Existence and terms controlling use of a retainer.** Not applicable.

9. **Any budget caps or other limitations on fees.** No.

-2-

10. **Names and hourly rates of all applicant's professionals and paraprofessionals who billed time.** The following persons billed time during this application period:

| Person | 2025 Rate | 2026 Rate |
|---|---|---|
| Robert E. Atkinson, Esq. | $680/hr | $710/hr |
| Paralegals | $200/hr | $225/hr |

11. **Explanation of any changes in hourly rates from those previously charged.** Not applicable.

12. **Statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under title 11.** The fees charged by ALA in this case are the normal hourly rates charged by ALA in 2025 and 2026.

13. **Whether the application is interim or final.** This is a second, final application, intended as a supplement to the Applicant's first application for compensation.

14. **Dates of previous orders on interim compensation or reimbursement of expenses along with the amounts requested and the amounts allowed or disallowed, amounts of all previous payments, and amount of any allowed fees and expenses remaining unpaid.** Applicant's first application for compensation was filed on October 24, 2022 [ECF #255], seeking $29,074.00 in fees and $1,663.59 in expenses. All amounts were granted in an order approving that application docketed on January 13, 2023 [ECF #266]. All amounts in that application were paid in full.

15. **Time period of the services or expenses covered by the application.** From May 29, 2025 through May 11, 2026, inclusively (the "***Application Period***").

## II.  CASE STATUS

16. On September 14, 2021 ("***Petition Date***"), Debtor filed a voluntary petition for chapter 7 bankruptcy relief in this district, commencing this case. [ECF #1.]  The Trustee employed Applicant on November 8, 2021 [ECF #122].

17.     This supplemental application spans the time period May 29, 2025 to May 11, 2026.  The reason for the large time gap between the first application and this supplemental application is because a new contested matter arose, as described below.

18.     The claims bar date for governmental claims was March 13, 2022, which was six months after the Petition Date. Bankruptcy Rule 3002(c)(1).  The IRS was notified of the bankruptcy at its inception.  [ECF #7 (BNC Notice).]

19.     Almost two years after the claims bar date for governmental entities, and well after Applicant's first application for compensation, on February 14, 2024 the IRS filed a proof of claim #14 ("***IRS Claim 14***").

20.     The IRS Claim 14 asserted $624,767.74 in unsecured priority claims, and $147,016.48 in penalties, arising from tax years 2019-2021, and all of which were labeled "WH FED INC". A large tax obligation for year 2021 is marked "Estimated". *See* IRS Claim 14.

21.     The Debtor had not scheduled any IRS debt owed.  [ECF #47 at Schedule E/F.]

22.     The unsecured priority portion maintains its priority despite being late filed. 11 U.S.C. § 726(a)(1).  Accordingly, IRS Claim 14 dominates the entire claims base, and would be ahead of all general unsecured claims.

23.     The Trustee investigated to determine how such a large heretofore-unknown tax obligation could have accrued, and determined that the 'WH FED INC' referred to unpaid Federal tax withholding. The Trustee was aware that the Debtor had an "employee leasing" business model, in which its entire staff was leased from an agency, instead of directly having employees.  The Trustee was also informed that all relevant times Debtor used the HR/employee leasing company AdvanStaff, Inc. ("***AdvanStaff***").

24.     The Trustee served a subpoena on AdvanStaff to obtain more information. [ECF #312 (Notice of Subpoena).]  AdvanStaff provided a response to the subpoena, including a letter stating that all payroll taxes were paid, and were remitted to the IRS under the tax ID of AdvanStaff, not the Debtor.

25.     On October 16, 2024 the Trustee filed an objection to IRS Claim 14 (the "***Objection***") [ECF #328].  The Objection asserted that IRS Claim 14 improperly imputes

Federal payroll tax liability on the Debtor, when (i) the Debtor had no employees; (ii) the Debtor's staff was on the payroll of AdvanStaff and had had payroll taxes withheld by AdvanStaff, and (iii) those withholdings were timely remitted to the IRS by AdvanStaff. [Objection at ¶ 14.]

26.    The Trustee and the United States (on behalf of claimant IRS) entered into stipulations to continue the hearing on the Objection, to permit informal discovery to occur. That informal discovery was not determinative, and on May 7, 2025, the United States filed its response to the Objection [ECF 344] ("**_Response_**").  Because of the factual issues involved, the Response sought a formal discovery period. [Response at p. 5.]

27.    On May 14, 2025, the Trustee filed a reply [ECF #346], concurring that formal discovery would be productive.  At the hearing on the Objection, the Court suggested that the parties enter into a stipulation regarding discovery, setting forth discovery parameters, and continuing the hearing.  The parties did so [ECF #348], and an order approving the formal discovery plan was entered on May 29, 2025. The hearing was continued to September 24, 2025. [ECF #349.]

28.    Because discovery was now formal, Applicant resumed providing legal services to the Trustee.  As noted above, the application period for this Application begins on May 29, 2025, which is the date of the order setting formal discovery.

29.    On June 10, 2025, the Trustee filed notices of intent to serve subpoenas on Blue Chip Accounting, LLC, the Debtor and AdvanStaff, Inc. [ECF #351, 352, 353].  Those subpoenas produced voluminous documents.

30.    On July 25, 2025, the United States issued subpoenas on the Debtor, seeking both documents and testimony. [ECF #354.]

31.    In August 2025, the United States issued subpoenas on First Savings Bank, Nevada State Bank, and AdvanStaff. [ECF #355, 356, 357.]

32.    The Trustee and the United States stipulated to continue the hearing on the Objection, and also stipulating to portion of IRS Claim 14 shall be allowed, in the amount of

$3,702.63, for a 1099 form issued to Jessica Hatch in the 2020 tax year, and for which no withholding had occurred.[1] [ECF #359.]

33.    On October 1, 2025, the United States issued a subpoena to Blue Chip Accounting, LLC, seeking both documents and testimony. [ECF #364.]

34.    On November 21, 2025, the United States issued another subpoena to Blue Chip Accounting, seeking both documents and testimony. [ECF #372.]

35.    On December 29, 2025, the Trustee issued a subpoena for documents on law firm Irelan McDaniel PLLC. [ECF #376.]

36.    On January 21, 2026 the Trustee filed a notice of intent to serve subpoena on Makris Law Firm, P.L.L.C. [ECF #383.]

37.    On February 20, 2026, the United States issued subpoenas for documents and testimony to Diane Lam, Stephanie Lam, HealthPlus Imaging, and Belal Ellithy. [ECF #385, 386, 387, 388.]

38.    On March 10, 2026, the United States issued a subpoena for documents and testimony to Abraham Accounting. [ECF #390.]

39.    The subpoena responses produced thousands of pages of documents, and seven depositions took place.

40.    Discovery is essentially complete, sans for additional input from an IRS specialist to guide discussions and negotiations on an amicable resolution of the Objection.

41.    On May 11, 2026, the Trustee and the United States entered into a stipulation to stay discovery until August 19, 2026, and to continue the hearing on the Objection. [ECF #396.]  An order approving that stipulation was entered on May 12, 2026, continuing the hearing to August 29, 2026. [ECF 397.]

42.    Because formal discovery is now essentially complete, Applicant files this Application.

---

[1]  The concept is that Debtor did not have Jessica's W9 or TIN on file, and therefore a 24% withholding should have occurred on her 1099 payment.  IRC 3406(a)(1).

### III.  SUMMARY SHEET AND INVOICE

43.     The summary sheet is presented in **Exhibit 1**.

44.     A summary invoice is presented in **Exhibit 2**.

### IV.    PROJECT BILLING

45.     ALA maintained electronic records of time expended by its attorney and paralegal in rendering professional services to the Trustee, entries of which were made substantially contemporaneously with the rendition of those services.  [Atkinson Decl. at ¶ 6.]

46.     To ensure appropriate monitoring of ongoing services and to otherwise maintain appropriate accounting in compliance with the Guidelines, ALA allocated time expended to certain project billing categories, as defined in **Exhibit 3**.

47.     Included in Exhibit 3 is a narrative description of the services rendered in this case by each billing category, including: (i) an explanation of the duties undertaken, (ii) the necessity or benefit of the services rendered, and (iii) the results obtained or anticipated (and, where appropriate, the outcome had the particular services not been performed).

48.     *Fees*:  Time and service entries reported in chronological order under the appropriate project category are presented in **Exhibit 4**.  All of the time entries contained in Exhibit 4 accurately reflects the professional services performed by ALA on behalf of the Trustee during the Application Period in this bankruptcy case.  [Atkinson Decl. at ¶ 7.]  The time spent by ALA during the Application Period was for work reasonably likely and necessary for the benefit of the bankruptcy estate at the time they were incurred, and necessary for the administration of the bankruptcy estate.  [*Id.* at ¶ 9; Exhibit 6 (Client Review Statement) at ¶ 5.]

49.     As shown in Exhibit 4, the time spent by task, and fees incurred, were:

| Code | Task | Attorney Hours | Paralegal Hours | Total Fees Incurred |
|------|------|----------------|-----------------|---------------------|
| CAO | Claims Admin and Objections | 53.1 | 47.1 | $45,989.50 |
| FEA | Fee/Employment Applications | 0.8 | 2.6 | $1,153.00 |

**Total Fees Incurred     $47,142.50**

-7-

50.    *Expenses*: ALA incurred actual and necessary expenses in the aggregate amount of $568.14 in the delivery and performance of professional services to the Trustee during the Application Period.  Expenses by category are presented in **Exhibit 5**.  All of the expenses contained in Exhibit 5 of the Application are accurate and were incurred by ALA on behalf of the Trustee during the Application Period in this bankruptcy case.  Postage and third-party costs are billed at actual.  Per the Engagement Letter, photocopies are billed at $0.25/page.  [Atkinson Decl. at ¶ 8.]  The expenses incurred by ALA during the Application Period was for work reasonably likely and necessary for the benefit of the bankruptcy estate at the time they were incurred, and necessary for the administration of the bankruptcy estate. [*Id.* at ¶ 9; Exhibit 6 (Client Review Statement) at ¶ 5.]

## V.   REQUESTED RELIEF

51.    That pursuant to the factors specified in 11 U.S.C. § 330(a)(3), the Court determines that the time and expenses shown in Exhibits 1, 4, and 5 spent by ALA on behalf of the Trustee are reasonable.

52.    That pursuant to 11 U.S.C. §§ 330(a)(1) and 503(b)(2), ALA be awarded a supplemental administrative expense in this bankruptcy case, on a final basis, in the amounts of $47,142.50 for fee compensation for professional services rendered plus $568.14 for reimbursement of costs and expenses, for a total of $47,710.64.

53.    That the above amounts be payable from the Debtor's bankruptcy estate by the Trustee without further order of this Court required.

## VI.   REVIEW AND APPROVAL

54.    The Trustee has reviewed this Application for Compensation and its exhibits, and has signed a statement approving the requested amount.  [*See* **Exhibit 6**.]

55.    Prior to filing, this Application for Compensation was not reviewed by an attorney from the Office of the U.S. Trustee.

# # #

-9-

**WHEREFORE**, the Trustee and applicant Atkinson Law Associates Ltd. respectfully requests that this Honorable Court grant the relief requested herein.

Respectfully submitted on: May 12, 2026

**ATKINSON LAW ASSOCIATES LTD.**

By: _____ /s/ Robert E. Atkinson _____
    ROBERT E. ATKINSON, ESQ.
    Nevada Bar No. 9958
    *Attorney for Trustee*

# EXHIBIT 1

## SUMMARY SHEET

|  |  |  |  |
|---|---|---|---|
| | Fees Previously Requested | $ 29,074.00 | **NAME OF APPLICANT** |
| **Chapter 7** | Fees Previously Awarded | $ 29,074.00 | Atkinson Law Associates Ltd. |

**In re:**

INFINITY CAPITAL MANAGEMENT, INC.

Debtor.

**Case No.**
21-14486-abl

| | | |
|---|---|---|
| Expenses Previously Requested | $ 1,663.59 | |
| Expenses Previously Awarded | $ 1,663.59 | |
| | | **ROLE IN THE CASE** |
| Security Retainer Available | $ - | Attorney for Trustee |

**CURRENT APPLICATION:**

| | |
|---|---|
| Fees Requested | $ 47,142.50 |
| Expenses Requested | $ 568.14 |
| **Total Sought This Application** | **$ 47,710.64** *Total* |

## FEE APPLICATION DETAIL BY PERSON:

| Name | Hours Billed | Rate | Total for Application |
|---|---|---|---|
| **ATTORNEYS** | | | |
| Robert E. Atkinson, Esq. - 2025 rates | 39.8 hours | $ 680.00 /hr | $ 27,064.00 |
| Robert E. Atkinson, Esq. - 2026 rates | 14.1 hours | $ 710.00 /hr | $ 10,011.00 |
| *Subtotal* | 53.9 | *Subtotal* | $ 37,075.00 |

| | | |
|---|---|---|
| **BLENDED HOURLY RATE FOR ATTORNEYS** | $ 687.85 |

| Name | Hours Billed | Rate | Total for Application |
|---|---|---|---|
| **PARALEGALS** | | | |
| Grace Safieddine - 2025 rates | 34.2 hours | $ 200.00 /hr | $ 6,840.00 |
| Grace Safieddine - 2026 rates | 2.4 hours | $ 225.00 /hr | $ 540.00 |
| Rebecca Olson - 2025 rates | 5.5 hours | $ 200.00 /hr | $ 1,100.00 |
| Sierra Beasley - 2026 rates | 2.7 hours | $ 225.00 /hr | $ 607.50 |
| Nia Hernandez-Rivera - 2025 rates | 4.9 hours | $ 200.00 /hr | $ 980.00 |
| *Subtotal* | 49.7 | *Subtotal* | $ 10,067.50 |

| | | |
|---|---|---|
| **BLENDED HOURLY RATE FOR PARALEGALS** | $ 202.57 |

| | | | |
|---|---|---|---|
| GRAND TOTAL | 103.6 Total Hours | $ 47,142.50 | Total Fees |

| | |
|---|---|
| **TOTAL AVERAGE BLENDED HOURLY RATE** | $ 455.04 |
| *(blended attorney and paralegal)* | |

# EXHIBIT 2

# Invoice

## Atkinson Law Associates Ltd.

376 E. Warm Springs Rd Suite 130
Las Vegas, NV 89119
ph: (702) 614-0600

**BILL TO:**

Robert E. Atkinson, Trustee
376 E. Warm Springs Rd. Ste. 130
Las Vegas, NV 89119

**CASE**

*In re: INFINITY CAPITAL MANAGEMENT, INC.*
21-14486-abl

| INVOICE FOR PERIOD | INVOICE DATE |
| --- | --- |
| October 18, 2022 through May 11, 2026 | 05/11/26 |

## Fees for Services Rendered:

| DESCRIPTION | QUANTITY | BILLING RATE | AMOUNT |
| --- | --- | --- | --- |
| Robert E. Atkinson, Esq. - 2025 rates | 39.8 hours | $680 / hour | $27,064.00 |
| Robert E. Atkinson, Esq. - 2026 rates | 14.1 hours | $710 / hour | $10,011.00 |
| Paralegal Fees - 2025 rates | 44.6 hours | $200 / hour | $8,920.00 |
| Paralegal Fees - 2026 rates | 5.1 hours | $225 / hour | $1,147.50 |
| | | **Subtotal Fees** | **$47,142.50** |

## Expenses:

| DESCRIPTION | RATE | AMOUNT |
| --- | --- | --- |
| Printing | Actual / no markup | $3.75 |
| Postage | Actual / no markup | $20.54 |
| Third-Party Costs | Actual / no markup | $543.85 |
| | **Subtotal Expenses** | **$568.14** |

| | |
| --- | --- |
| **BALANCE DUE** | **$47,710.64** |

CONFIDENTIAL - PRIVILEGED

# EXHIBIT 3

# PROJECT CATEGORIES
# with NARRATIVE TASK SUMMARIES
*Consistent with US Trustee Program Guidelines*

TAILORED FOR THE PRESENT CASE

| Code | Category |
|------|----------|
| CAO  | CLAIMS ADMINISTRATION AND OBJECTIONS |

General Definition:  Specific claims analysis and inquiries; analyses and objections.  Duties Undertaken in this Case:   Extensive litigation support relating to disputed IRS claim, payroll tax liability, and discovery proceedings. Duties included legal research; review and analysis of tax returns, proofs of claim, payroll records, withholding documents, and subpoena responses; drafting subpoenas, discovery requests, supplemental disclosures, stipulations, and deposition-related documents; coordinating discovery with opposing counsel, accountants, payroll companies, and third parties; preparing and organizing large-scale document productions and Bates-stamped exhibits; and attending and assisting with depositions and ongoing discovery strategy.  Necessity and Benefit:  Finalizing claims, amounts, and categories are required for proper administration of a bankruptcy estate.  Results Obtained: The work supported the Trustee's objection to the IRS claim, clarified issues concerning payroll tax liability, withholding obligations, and priority tax claims, identified relevant witnesses and documentary evidence, facilitated multiple supplemental disclosures and discovery productions, and advanced settlement discussions and litigation strategy.

| Code | Category |
|------|----------|
| FEA  | FEE/EMPLOYMENT APPLICATIONS |

General Definition:  Preparations of employment and fee applications related to the retention of professionals for the Trustee.  Duties Undertaken in this Case:  Preparation and filing of this application for compensation. Necessity and Benefit: The Trustee required representation by counsel before the court; applications for employment and compensation are necessary for estate professionals to be paid. Results Obtained: This supplemental application for compensation has been filed (hearing pending).

//end of list

# EXHIBIT 4

**TASK:  CAO - Claims Admin & Objections**

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|------|------|-------------|--------|----------------|---------------|-----------------|----------------|-------|
| 29-May-25 | CAO | Drafted Exhibit 1 to Subpoena to IRS | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 29-May-25 | CAO | Read section 11.3.35 on the IRS.gov website for requests and production of documents | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 29-May-25 | CAO | Reviewed Treasury Regulations for the demand (subpoena) to be sent to the IRS | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 5-Jun-25 | CAO | Online researched AdvanStaff's legal and financial responsibilities to Debtor | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 5-Jun-25 | CAO | Researched what dates apply to determine the allowed amount of an IRS claim | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 5-Jun-25 | CAO | Legal researched case law cited in Pacific Atlantic Trading Co., In re, 33 F.3d 1064 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 5-Jun-25 | CAO | Drafted more of the subpoena to IRS | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 5-Jun-25 | CAO | Analyzed date taxes were assessed in POC 14 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 5-Jun-25 | CAO | Researched more on post-petition tax liability | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 6-Jun-25 | CAO | Researched more on IRS priority claims under 11 U.S. Code § 507(a)(8) | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 6-Jun-25 | CAO | Analyzed unpaid withholding taxes assessed post-petition by the IRS | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 6-Jun-25 | CAO | Drafted Exhibit 1 to Subpoena to Advanstaff | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 6-Jun-25 | CAO | Drafted Exhibit 1 to Subpoena to Debtor | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 6-Jun-25 | CAO | Reviewed and analyzed Debtor's 2020 tax return | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 6-Jun-25 | CAO | Researched IRS Form 945-A | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 6-Jun-25 | CAO | Researched IRS terms and forms that are filed for payroll tax witholdings | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 9-Jun-25 | CAO | Legal researched case analysis in In re: STERNSCHNUPPE LLC, Debtor. | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 9-Jun-25 | CAO | Online researched 26 U.S. Code § 6672 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 9-Jun-25 | CAO | Online researched 11 U.S. Code § 726 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 9-Jun-25 | CAO | Analyzed POC 14 filed by the IRS under 11 USC 507(a)(8) | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 9-Jun-25 | CAO | Researched case law cited in United States v. Hartman, 896 F.3d 759 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 9-Jun-25 | CAO | Read the IRS Response to our Objection to Claim | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 9-Jun-25 | CAO | Analyzed account transcripts attached to Fred Green's Decl. | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 9-Jun-25 | CAO | Researched 11 U.S. Code § 505 to determine tax liability | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 9-Jun-25 | CAO | Legal researched case law in Pacific-Atlantic Trading Co., In re, 64 F.3d 1292 (9th Cir. 1995 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 10-Jun-25 | CAO | Researched IRS Form 941, Form 943, Form 944, and Form 945 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 10-Jun-25 | CAO | Read the IRS Employer's Tax Guide for 2021 | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 10-Jun-25 | CAO | Read the IRS Employer's Tax Guide for 2024 (the year of the tax assessment) | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 10-Jun-25 | CAO | Reviewed Exhibit 1 to Subpoena #2 to AdvanStaff | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Drafted Subpoena to AdvanStaff | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Finalized Exhibit 1 to Subpoena to Debtor | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Drafted Subpoena to Debtor | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Prepared the Notice of Intent to File Subpoena on Debtor | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Calculated some of the debtor's (employer) tax withholding percentages to those of AdvanStaff's employees in 2021 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 10-Jun-25 | CAO | Compared the tax withholding percentages to documents provided by AdvanStaff | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Read the IRS's Withholding & Estimated Tax Guide for 2024 | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 10-Jun-25 | CAO | Read the IRS's Tax Guide for S-Corporations for 2024 | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 10-Jun-25 | CAO | Researched Tax Forms W-2, W-3, and W-4 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 10-Jun-25 | CAO | Analyzed more of Debtor's Tax Return for 2020 (Form 1120-S) | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Matched numbers from Debtor's 2020 Tax Return to numbers filed by the IRS on Claim 14 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Reviewed more documents provided by AdvanStaff | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 10-Jun-25 | CAO | Printed and reviewed Debtor's 2021 Tax Return | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Printed and reviewed Debtor's 2022 Tax Return | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Review of documents, bank statements, tax returns, etc. to prepare for discovery requests | Atkinson | 0.5 | $ 680.00 | | | $ 340.00 |
| 10-Jun-25 | CAO | Worked on discovery requests - Requests for Admission | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 10-Jun-25 | CAO | Worked on discovery requests - Requests for Production of Documents | Atkinson | 0.8 | $ 680.00 | | | $ 544.00 |
| 10-Jun-25 | CAO | More drafting of Requests for Production of Documents | Atkinson | 0.5 | $ 680.00 | | | $ 340.00 |
| 10-Jun-25 | CAO | Worked on discovery requests - Interrogatories | Atkinson | 0.7 | $ 680.00 | | | $ 476.00 |
| 10-Jun-25 | CAO | More drafting of Interrogatories | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 10-Jun-25 | CAO | Worked on Exhibit list of documents for Subpoena to Debtor | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 10-Jun-25 | CAO | Worked on Exhibit list of documents for Subpoena to Advanstaff | Atkinson | 0.5 | $ 680.00 | | | $ 340.00 |

**TASK:  CAO - Claims Admin & Objections**

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 10-Jun-25 | CAO | Worked on Exhibit list of documents for Subpoena to Blue Chip Accounting | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 10-Jun-25 | CAO | Edits to RFA, RPD, and ROGS.  Finished.  Sent email to IRS/Dept of Justice to send them. | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 10-Jun-25 | CAO | Edits to Exhibits for subpoenas.  Issued subpoenas. | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 10-Jun-25 | CAO | Sent email to Debtor's counsel re: subpoena to Debtor | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 10-Jun-25 | CAO | Worked on Exhibit 1 for subpoena to tax accountant | Olson | | | 0.2 | $ 200.00 | $ 40.00 |
| 10-Jun-25 | CAO | Drafted Subpoena to tax accountant | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Drafted Notice of Subpoena to tax accountant | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Recaptioned First Set of Interrogatories | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Compiled and docketed Notice of Subpoena on Blue Chip Accounting | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Sent Subpoena on Blue Chip Accounting to Legal Wings for service | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Complied and docketed Notice of Subpoena on Debtor | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Compiled and docketed Notice of Subpoena on Advanstaff | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Sent Subpoena on Advanstaff to Legal Wings for service | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Recaptioned First Request for Production of Documents | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 10-Jun-25 | CAO | Recaptioned First Set of Requests for Admissions | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 11-Jun-25 | CAO | Conducted a docket report for case no. 23-15674-abl and reviewed | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 11-Jun-25 | CAO | Online researched Anne Pantalas and Oliver Hemmers | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 12-Jun-25 | CAO | Prepared mailing of RPDS, ROGs, & RFAs to Tijuhna Green, Esq. | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 12-Jun-25 | CAO | Prepared exhibit 5 and added expenses for Trustee's Suppl. Fee Application | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 13-Jun-25 | CAO | Email from and reply to Tijuhna Green, Esq (US Dept of Justice atty for IRS) re: discovery | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 16-Jun-25 | CAO | Started drafting Trustee's Initial Disclosures to IRS | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Researched Fred Green, the Office of Chief Counsel for IRS. Added as individual #3 on Initial Disclosures | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Researched James Steven, a bankruptcy specialist who filed POC 14 for the IRS. Added as individual #4 on Initial Disclosur | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Identified Olive Hemmers and Anne Pantelas as PMKs of Debtor | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Researched the PMK of Blue Chip Accounting to add onto Trustee's Initial Disclosures | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Researched the PMK of AdvanStaff to add onto Trustee's Initial Disclosures | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Started adding documents to be bates-stamped later on for discovery. | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 16-Jun-25 | CAO | Legal researched Rule 9014 for contested matters | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 16-Jun-25 | CAO | Legal researched Rule 26 for required disclosures | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Jun-25 | CAO | Processed subpoena invoice for subpoena on Advanstaff | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 18-Jun-25 | CAO | Bates-stamped 2020, 2021, and 2022 tax returns. Added documents to table for Trustee's initial disclosures | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 18-Jun-25 | CAO | Review and edits to Initial Disclosures.  Finalized and sent to Tijuhna (counsel for IRS) | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 30-Jun-25 | CAO | Processed subpoena invoice for subpoena on Blue Chip Accounting | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 15-Jul-25 | CAO | Email to counsel for IRS about discovery requests | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 15-Jul-25 | CAO | Phone call with counsel for IRS about discovery production | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 23-Jul-25 | CAO | Phone call with Blue Chip Accounting to inquire as to status of subpoena response.  Sent email. | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 23-Jul-25 | CAO | Sent email to Matt Zirzow re: status of subpoena response to Debtor. | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 23-Jul-25 | CAO | Multiple emails with Blue Chip Accounting re: subpoena response. | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 23-Jul-25 | CAO | Sent email to Advanstaff to inquire as to status of subpoena response | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 23-Jul-25 | CAO | Reviewed partial subpoena responses from Blue Chip Accounting | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 24-Jul-25 | CAO | Emails on subpoena response from Advanstaff | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 24-Jul-25 | CAO | Emails with Advanstaff re: subpoena response | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 24-Jul-25 | CAO | Phone call with and multiple emails with counsel for IRS re: Objection to Claim | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 24-Jul-25 | CAO | Emails with Blue Chip Accounting re: subpoena response | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 29-Jul-25 | CAO | Read subpoena to debtor issued by IRS | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 30-Jul-25 | CAO | Email traffic with US counsel and Debtor's counsel re: deposition date, discovery, etc. | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 31-Jul-25 | CAO | More email traffic on the deposition of Debtor | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 6-Aug-25 | CAO | Email from and reply to IRS' counsel re: extending discovery response deadline | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 14-Aug-25 | CAO | Phone call with and emails with counsel for IRS re: discovery production | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 15-Aug-25 | CAO | Email traffic on discovery responses | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 19-Aug-25 | CAO | Read response to Trustee's request for RFAs | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |

**TASK:  CAO - Claims Admin & Objections**

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 19-Aug-25 | CAO | Read response to Trustee's request for RPDs | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 19-Aug-25 | CAO | Legal researched 26 CFR § 301.9000-1 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 20-Aug-25 | CAO | Reviewed subpoena responses from Blue Chip Accounting | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 20-Aug-25 | CAO | Reviewed subpoena responses from Blue Chip and Advanstaff (hundreds of pages) | Atkinson | 1.3 | $ 680.00 | | | $ 884.00 |
| 20-Aug-25 | CAO | Reviewed subpoena response from Advanstaff | Atkinson | 0.8 | $ 680.00 | | | $ 544.00 |
| 20-Aug-25 | CAO | More review of subpoena response from Advanstaff | Atkinson | 0.6 | $ 680.00 | | | $ 408.00 |
| 20-Aug-25 | CAO | Reviewed subpoena response from Blue Chip Accounting | Atkinson | 0.7 | $ 680.00 | | | $ 476.00 |
| 20-Aug-25 | CAO | More review of subpoena response from Blue Chip Accounting | Atkinson | 0.5 | $ 680.00 | | | $ 340.00 |
| 20-Aug-25 | CAO | Continued review of subpoena response from Blue Chip Accounting, including | Atkinson | 0.8 | $ 680.00 | | | $ 544.00 |
| 21-Aug-25 | CAO | Reviewed subpoena response from AdvanStaff | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 21-Aug-25 | CAO | Discussion re: discovery strategy, given the IRS subpoenas | Safieddine | | | 0.9 | $ 200.00 | $ 180.00 |
| 21-Aug-25 | CAO | Worked on second round of production to IRS | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 21-Aug-25 | CAO | Conducted more online research on 26 C.F.R. § 301.9000-1(a)(3) | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 21-Aug-25 | CAO | Reviewed more of Blue Chip Accounting, LLC's subpoena response | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 21-Aug-25 | CAO | Analyzed subpoena response documents from AdvanStaff | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 21-Aug-25 | CAO | Legal researched requests and demands for IRS records and information | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 21-Aug-25 | CAO | Legal researched 'testimony authorization' for IRS records and information | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 21-Aug-25 | CAO | Legal researched the authority of an IRS 'authorizing offical'  for disclosure of records and information | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 21-Aug-25 | CAO | Bates Stamping of discovery documents | Hernandez-Rivera | | | 0.5 | $ 200.00 | $ 100.00 |
| 21-Aug-25 | CAO | Continued Bates Stamping | Hernandez-Rivera | | | 0.5 | $ 200.00 | $ 100.00 |
| 21-Aug-25 | CAO | More Bates Stamping of discovery docs | Hernandez-Rivera | | | 0.6 | $ 200.00 | $ 120.00 |
| 21-Aug-25 | CAO | Still more Bates stamping | Hernandez-Rivera | | | 0.4 | $ 200.00 | $ 80.00 |
| 21-Aug-25 | CAO | Reviewed IRS subpoena to First Savings Bank | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 21-Aug-25 | CAO | Reviewed IRS subpoena to Nevada State Bank | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 21-Aug-25 | CAO | Reviewed IRS subpoena to Advanstaff | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 21-Aug-25 | CAO | Discussion re: discovery strategy, given the IRS subpoenas | Atkinson | 0.9 | $ 680.00 | | | $ 612.00 |
| 21-Aug-25 | CAO | Worked on second round of production of docs to IRS | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 21-Aug-25 | CAO | Received CP171 letter from IRS re: Infinity.  Reviewed and sent to Tijuhna Green, Esq (counsel for IRS). | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 21-Aug-25 | CAO | Researched the Form CP151 letter referred to in the IRS ROGS responses | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 21-Aug-25 | CAO | Identified more documents to produce in supplemental disclosures | Atkinson | 0.5 | $ 680.00 | | | $ 340.00 |
| 21-Aug-25 | CAO | Reviewed letters from IRS received during case.  Researched the legal meaning of them, in the context of the case. | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 21-Aug-25 | CAO | Continued working on second round of production of docs to IRS | Atkinson | 0.9 | $ 680.00 | | | $ 612.00 |
| 22-Aug-25 | CAO | Bates stamped documents for discovery (TR 83 - TR 129) | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 22-Aug-25 | CAO | Created table of content word document for bates stamped documents | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 22-Aug-25 | CAO | Started bates stamping documents from Blue Chip Accounting LLC's subpoena response | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 22-Aug-25 | CAO | Reviewed more subpoena response documents from Blue Chip Accounting, LLC | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 22-Aug-25 | CAO | Researched tax claims under Section 724(b) | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 22-Aug-25 | CAO | Reviewed bates stamped documents to IRS | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 22-Aug-25 | CAO | Drafted Trustee's Supplemental Initial Disclosure | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 22-Aug-25 | CAO | Looked up Fred Green to add as a witness | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 22-Aug-25 | CAO | Legal researched USC 11 507(a)(8) | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 22-Aug-25 | CAO | Reviewed subpoena response documents from AdvanStaff | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 22-Aug-25 | CAO | Read through e-mails provided to RA from Blue Chip Accounting, LLC's response to subpoena | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 22-Aug-25 | CAO | Continued Bates Stamping many documents | Hernandez-Rivera | | | 0.8 | $ 200.00 | $ 160.00 |
| 22-Aug-25 | CAO | More Bates Stamping | Hernandez-Rivera | | | 0.7 | $ 200.00 | $ 140.00 |
| 22-Aug-25 | CAO | Continued the Bates Stamping for Plaintiff's supplemental discovery | Hernandez-Rivera | | | 0.5 | $ 200.00 | $ 100.00 |
| 22-Aug-25 | CAO | Continued Bates Stamping | Hernandez-Rivera | | | 0.6 | $ 200.00 | $ 120.00 |
| 25-Aug-25 | CAO | Prepared and mailed the box of Bates-stamped documents (900+ pages) | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 25-Aug-25 | CAO | Prepared DropBox for electronic file transmission of discovery docs | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 25-Aug-25 | CAO | Worked on the First Supplemental disclosures | Atkinson | 0.6 | $ 680.00 | | | $ 408.00 |
| 25-Aug-25 | CAO | Sent email to Tijuhna Green - First Supplemental Disclosures (900+ pages) | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |

**TASK:  CAO - Claims Admin & Objections**

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 25-Aug-25 | CAO | Email from and reply to Tijuhna Green about next week's conference call about the matter | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 26-Aug-25 | CAO | Docketed COS [ECF #358] | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 27-Aug-25 | CAO | Began review of subpoena response produced by Debtor (thousands of pages - 2.3 Gb of data) | Atkinson | 0.9 | $ 680.00 | | | $ 612.00 |
| 27-Aug-25 | CAO | More review of Debtor's subpoena response | Atkinson | 0.6 | $ 680.00 | | | $ 408.00 |
| 3-Sep-25 | CAO | Phone call with attorney Tijuhna about the slow discovery responses from the IRS | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 4-Sep-25 | CAO | Email traffic about Tuesday's deposition of Debtor | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 5-Sep-25 | CAO | Phone call with Tijuhna Greene, Esq. about the IRS' rolling production, and next week's deposition | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 5-Sep-25 | CAO | Sent email to and received reply from Tijuhna Greene about the rolling production. | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 9-Sep-25 | CAO | Went to and attended deposition of Debtor's principal (part 1) | Atkinson | 3.8 | $ 680.00 | | | $ 2,584.00 |
| 9-Sep-25 | CAO | Deposition of Debtor (part 2) | Atkinson | 3.0 | $ 680.00 | | | $ 2,040.00 |
| 9-Sep-25 | CAO | Deposition of Debtor (part 3) & discussion afterwards & return to office | Atkinson | 0.7 | $ 680.00 | | | $ 476.00 |
| 15-Sep-25 | CAO | Legal researched U.S.C. § 3401(d) | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 15-Sep-25 | CAO | Looked through documents received from Blue Chip Accounting's subpoena response | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 15-Sep-25 | CAO | Reviewed documents provided from subpoena responses for 1099s | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 15-Sep-25 | CAO | Reviewed In re Blue Lake Rancheria v. US, 653 F. 3d 1112, 1116–19 cited by IRS in their response toRFA #6 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 15-Sep-25 | CAO | Reviewed more case law used in IRS responses, US v. Huff , 2014 WL 7192410, *1, *3 (S.D.N.Y. Dec. 16, 2014) | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 15-Sep-25 | CAO | Read case law In re Prof'l Sec. Servcs., 162 B.R. 901, 904 (Bankr. M.D. Fla. 1993) used by IRS | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 15-Sep-25 | CAO | Reviewed subpoena response from AdvanStaff | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 15-Sep-25 | CAO | Looked through payroll documents for Infinity for 2018 - 2021 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 15-Sep-25 | CAO | Received and read replies to interrogatories from the IRS | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 15-Sep-25 | CAO | Email from and reply to Tijuhna about a status call | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 16-Sep-25 | CAO | Reviewed more documents given to us from subpoena responses for 1099s and EINs used | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 16-Sep-25 | CAO | Phone call with Tijuhna Green about discovery issues, and her request for an extension to discovery period. | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 16-Sep-25 | CAO | Sent lengthy email to Blue Chip Accounting re: 1099s | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 16-Sep-25 | CAO | Received production from Blue Chip. Reviewed.  Sent email to Tijuhna Green, Esq (IRS counsel). | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 17-Sep-25 | CAO | Finalized and docketed Stipulatoin.  Drafted and uploaded Order Approving Stip | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 17-Sep-25 | CAO | Drafted Trustee's Second Suppl. Disclosures to IRS | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 17-Sep-25 | CAO | Bates-stamped TR 904 and TR 905 | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 17-Sep-25 | CAO | Phone call with Tijuhna Green (IRS counsel) about discovery, possible extension | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 17-Sep-25 | CAO | Drafted stipulation re: discovery and sent to Tijuhna Green | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 17-Sep-25 | CAO | Emails with Tijuhna Green re: stipulation | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 18-Sep-25 | CAO | Served the Second Supplemental Disclosures to USA/IRS via US mail | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 18-Sep-25 | CAO | Reviewed the Second Supplemental Disclosures. Finalized and sent to Tijuhna Green. | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 2-Oct-25 | CAO | Reviewed the subpoena to testify from IRS (re: deposition of Blue Chip Accounting) | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 2-Oct-25 | CAO | Read Motion to Stay Discovery filed by IRS.  Sent email to IRS counsel. | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 20-Oct-25 | CAO | Phone call with Tijuhna Green re: temporary stay during furlough | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 21-Oct-25 | CAO | Reviewed stipulation and order to stay contested matter.  Made redlines.  Emails with Tijuhna Green | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 17-Nov-25 | CAO | Reviewed discovery impact of the furlough.  Sent email to IRS counsel re: new dates. Emailed court clerk. | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 18-Nov-25 | CAO | Voice mail to and email to IRS' counsel about extending the sdiscovery dates/hearing | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 18-Nov-25 | CAO | Phone call with and email from IRS's counsel about deposition date | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 19-Nov-25 | CAO | Finalized and docketed stipulation to continue hearing. Uploaded order. | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 19-Nov-25 | CAO | Sent stipulation and order to continue hearing to IRS' counsel | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 3-Dec-25 | CAO | Reviewed bates-stamped docs to IRS | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 3-Dec-25 | CAO | Google searched Healthplus Imaging | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 3-Dec-25 | CAO | Looked up registered agent of Healthplus Imaging | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 3-Dec-25 | CAO | Confirmed registered agent's service address for subpoena | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 4-Dec-25 | CAO | Drafted notice of intent to take depo of HEALTHPLUS IMAGING | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 4-Dec-25 | CAO | Legal researched FRCP Rule 30 | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 4-Dec-25 | CAO | Prepared the subpoena for HEALTHPLUS IMAGING | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 4-Dec-25 | CAO | Started drafting exhibit 1 to Subpoena to HEALTHPLUS IMAGING | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 4-Dec-25 | CAO | Online researched Form 1099-MISC and IRS filing instructions | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |

**TASK:  CAO - Claims Admin & Objections**

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|------|------|-------------|--------|---------------|---------------|-----------------|----------------|-------|
| 4-Dec-25 | CAO | Researched Form 1099-MISC exceptions | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 4-Dec-25 | CAO | Drafted more document requests to HEALTHPLUS IMAGING | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 8-Dec-25 | CAO | Emails with Tijuhna re: tomorrow's deposition | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 9-Dec-25 | CAO | Attended deposition of Blue Chip Accounting | Atkinson | 3.5 | $ 680.00 | | | $ 2,380.00 |
| 10-Dec-25 | CAO | Sent email to Tijuhna re: HealthPlus Imaging | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 11-Dec-25 | CAO | Email from and reply to Tijuhna re: deposition dates | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 12-Dec-25 | CAO | Discussed with RA and finalized exhibit 1 to subpoena for HEALTHPLUS | Safieddine | | | 0.9 | $ 200.00 | $ 180.00 |
| 12-Dec-25 | CAO | Looked up Belal Ellithy on TLOXP for address | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 12-Dec-25 | CAO | Compiled and docketed subpoena to HEALTHPLUS [ECF #374] | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 12-Dec-25 | CAO | Looked up process servers near registered agent. Read online reviews | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 12-Dec-25 | CAO | E-mailed process server to request a quote on service | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 12-Dec-25 | CAO | Looked up Belal's address on Zillow. Reviewed deed to confirm name. | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 12-Dec-25 | CAO | Worked on subpoena to HealthPlus. Researched backup withholding IRS regulations. | Atkinson | 0.9 | $ 680.00 | | | $ 612.00 |
| 15-Dec-25 | CAO | GS e-mailed process server subpoena to Healthplus Imaging | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 15-Dec-25 | CAO | Started drafting exhibit 1 to subpoena to Bluechip Accounting, LLC | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 15-Dec-25 | CAO | Drafted subpoena to Bluechip Accounting, LLC | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 15-Dec-25 | CAO | Reviewed filed docs on docket re Healthplus Imaging | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 15-Dec-25 | CAO | Prepared the Notice of Intent to Serve Subpoena | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 15-Dec-25 | CAO | Reviewed docs from subpoena response from debtors | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 15-Dec-25 | CAO | Reviewed more subpoena responses for info on Healthplus Imaging | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 15-Dec-25 | CAO | Interacted with subpoena process server for the subpoena to HealthPlus Imaging's current owner | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 16-Dec-25 | CAO | Researched IRS payment obligations of debtor | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 16-Dec-25 | CAO | Researched Stephanie Lam online | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 16-Dec-25 | CAO | Drafted exhibit 1 of subpoena for docs from Stephanie Lam | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 16-Dec-25 | CAO | Prepared the notice of intent and the subpoena | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Dec-25 | CAO | Finalized subpoena to Blue Chip Accounting with RA | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 16-Dec-25 | CAO | Compiled and docketed subpoena #2 to Blue Chip  [#375] | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Dec-25 | CAO | E-mailed RA for service copy of subpoena #2 to Blue Chip | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 16-Dec-25 | CAO | Legal researched case law In re United States v. Bisceglia, 420 U.S. 141 | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 16-Dec-25 | CAO | Legal researched In re Rasbury (Billie Vester Rasbury) | Safieddine | | | 0.3 | $ 200.00 | $ 60.00 |
| 16-Dec-25 | CAO | Worked on subpoena #2 to Blue Chip Accounting | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 16-Dec-25 | CAO | Researched prior owner of HealthPlus (Stephanie Lam). Reviewed her Declaration & analyzed docs to get. | Atkinson | 0.8 | $ 680.00 | | | $ 544.00 |
| 16-Dec-25 | CAO | Sent email to Blue Chip Accounting with subpoena #2 | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 17-Dec-25 | CAO | Drafted Trustee's third suppl. Disclosures | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 17-Dec-25 | CAO | Reviewed more documents on case docket | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 17-Dec-25 | CAO | Prepared bates table for third suppl. Disclosures | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 17-Dec-25 | CAO | Organized file names for bates documents | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 17-Dec-25 | CAO | Bates-stamped TR 906 to TR 1055 | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 17-Dec-25 | CAO | Phone call with Tijuhna re: scheduling depositions | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 17-Dec-25 | CAO | Worked on discovery for Infinity | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 17-Dec-25 | CAO | Drafted subpoenas to testify at trial on Stephanie Lam, Diane Lam, and Healthplus Imaging | Olson | | | 0.6 | $ 200.00 | $ 120.00 |
| 17-Dec-25 | CAO | Drafted notices of inent to serve subpoenas on Stephanie Lam, Diane Lam, and Healthplus Imaging | Olson | | | 0.2 | $ 200.00 | $ 40.00 |
| 19-Dec-25 | CAO | Bates stamping for discovery to IRS | Hernandez-Rivera | | | 0.3 | $ 200.00 | $ 60.00 |
| 19-Dec-25 | CAO | Phone call with and email with Tijuhna re: deposition dates, and discovery deadline extension | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 22-Dec-25 | CAO | Reviewed Bates for third supplemental disclosures | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 23-Dec-25 | CAO | Finalized bates table in Trustee's 3rd Suppl. Disclosures | Safieddine | | | 0.2 | $ 200.00 | $ 40.00 |
| 23-Dec-25 | CAO | Confirmed Stephanie & Diane Lam's address | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 23-Dec-25 | CAO | Looked through more docs from subpoena responses | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |
| 23-Dec-25 | CAO | Worked on the Third Supplemental Disclosures.  Sent email to Tijuhna. | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 24-Dec-25 | CAO | Reviewed more docs from subpoena responses | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 24-Dec-25 | CAO | Strategized with RA and RO subpoena requests | Safieddine | | | 0.4 | $ 200.00 | $ 80.00 |

**TASK:  CAO - Claims Admin & Objections**

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 24-Dec-25 | CAO | Took notes from phone call with Belal and listened in. | Safieddine | | | 0.5 | $ 200.00 | $ 100.00 |
| 24-Dec-25 | CAO | Worked on the subpoenas for Infinity (to former owners/managers of Healthplus) | Atkinson | 0.4 | $ 680.00 | | | $ 272.00 |
| 24-Dec-25 | CAO | Phone call with Belal Ellithy, the current co-owner of HealthPlus Imaging | Atkinson | 1.0 | $ 680.00 | | | $ 680.00 |
| 24-Dec-25 | CAO | Email from and reply to Belal re: tax return for HP.  Reviewed.  Replied via email. | Atkinson | 0.3 | $ 680.00 | | | $ 204.00 |
| 24-Dec-25 | CAO | Another email from Belal re: attorney contact info for Stephanie Lam.  Replied. | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 24-Dec-25 | CAO | Sent email to Belal re: subpoena responses. | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 24-Dec-25 | CAO | Discussed subpoenas & listened in on long phone call from Belal regarding | Olson | | | 1.5 | $ 200.00 | $ 300.00 |
| 29-Dec-25 | CAO | Bates-stamped Healthplus Imaging's 2020 TR | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Drafted the fourth suppl. disclosures to IRS | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Prepared subpoena to Abraham Professional Services P.C. | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Drafted notice of intent to serve subpoena on Abraham P.C. | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Started drafting exhibit 1 to Abraham P.C. subpoena | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Reviewed Healthplus Imaging's 2020 TR | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Online researched Abraham Professional Services P.C. | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Online researched Irelan McDaniel PLLC | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Drafted the notice of intent to serve subpoena on Irelan McDaniel PLLC | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Prepared the subpoena to Irelan McDaniel PLLC | Safieddine | | | 0.1 | $ 200.00 | $ 20.00 |
| 29-Dec-25 | CAO | Worked on subpoena strategy.  Went through documents to identify what we need. | Atkinson | 0.6 | $ 680.00 | | | $ 408.00 |
| 29-Dec-25 | CAO | Worked on subpoena to Irelan McDaniel, PLLC re: tax payments to IRS | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 29-Dec-25 | CAO | Sent long email to Bradford Irelan, Esq. re: the subpoena to his law firm for documents | Atkinson | 0.2 | $ 680.00 | | | $ 136.00 |
| 29-Dec-25 | CAO | Discussed subpoenas to the Lam's with GS and RA | Olson | | | 0.8 | $ 200.00 | $ 160.00 |
| 29-Dec-25 | CAO | Drafted exhibit 1 to subpoena to Irelan McDaniel | Olson | | | 0.3 | $ 200.00 | $ 60.00 |
| 29-Dec-25 | CAO | Reviewed drafted subpoena to Irelan McDaniel with RA and GS | Olson | | | 0.5 | $ 200.00 | $ 100.00 |
| 29-Dec-25 | CAO | Docketed notice of intent to serve subpoena on Irelan McDaniel | Olson | | | 0.1 | $ 200.00 | $ 20.00 |
| 30-Dec-25 | CAO | Email from and reply to Brad Irelan about the subpoena for documents | Atkinson | 0.1 | $ 680.00 | | | $ 68.00 |
| 9-Jan-26 | CAO | Phone call with Tijuhna Green Esq about the discovery extension, and the Lams | Atkinson | 0.2 | $ 710.00 | | | $ 142.00 |
| 9-Jan-26 | CAO | Worked on the Foiurth Supplemental Disclosures | Atkinson | 0.2 | $ 710.00 | | | $ 142.00 |
| 9-Jan-26 | CAO | Sent email to Tijuhna to transmit the Fourth Supplemental Disclosures | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 9-Jan-26 | CAO | Sent another email to Tijuhna re: Belal Ellithy contact info | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 13-Jan-26 | CAO | Drafted stipulation to continue discovery, and order approving stip | Safieddine | | | 0.2 | $ 225.00 | $ 45.00 |
| 13-Jan-26 | CAO | Finalized and docketed stipulation.  Uploaded order approving stip. | Safieddine | | | 0.1 | $ 225.00 | $ 22.50 |
| 13-Jan-26 | CAO | Drafted 4th stipulation to continue hearing | Safieddine | | | 0.1 | $ 225.00 | $ 22.50 |
| 13-Jan-26 | CAO | Phone call with Tijuhna to go over discovery schedule, next steps | Atkinson | 0.2 | $ 710.00 | | | $ 142.00 |
| 13-Jan-26 | CAO | Emails with Tijuhna re: discovery | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 20-Jan-26 | CAO | Reviewed Lam's decl. for info regarding 2020 taxes | Safieddine | | | 0.2 | $ 225.00 | $ 45.00 |
| 20-Jan-26 | CAO | Drafted exhibit 1 to subpoena to Makris Law Firm PLLC | Safieddine | | | 0.2 | $ 225.00 | $ 45.00 |
| 20-Jan-26 | CAO | Prepared subpoena to Makris Law Firm PLLC | Safieddine | | | 0.1 | $ 225.00 | $ 22.50 |
| 20-Jan-26 | CAO | Confirmed registered agent of Makris Law | Safieddine | | | 0.1 | $ 225.00 | $ 22.50 |
| 20-Jan-26 | CAO | Searched for liens against Stephanie Lam in Harris county | Safieddine | | | 0.3 | $ 225.00 | $ 67.50 |
| 20-Jan-26 | CAO | Searched for liens against Stephanie Lam in Galveston county | Safieddine | | | 0.3 | $ 225.00 | $ 67.50 |
| 21-Jan-26 | CAO | Drafted more of exhibit 1 to subpoena to Makris Law | Safieddine | | | 0.2 | $ 225.00 | $ 45.00 |
| 21-Jan-26 | CAO | Discussed with RA items needed from Makris Law and the Lams | Safieddine | | | 0.5 | $ 225.00 | $ 112.50 |
| 21-Jan-26 | CAO | Compiled Notice of Subpoena to Makris Law. Docketed [ECF #383] | Safieddine | | | 0.1 | $ 225.00 | $ 22.50 |
| 21-Jan-26 | CAO | Worked on the subpoena exhibit document request list for Makris Law | Atkinson | 0.5 | $ 710.00 | | | $ 355.00 |
| 21-Jan-26 | CAO | Phone call to Makris Law re: service of subpoena | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 22-Jan-26 | CAO | Follow-up phone call and email to Makris Law re: subpoena | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 22-Jan-26 | CAO | Sent email to Tijuhna Green (IRS counsel) re: subpoena to Stephanie Lam | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 27-Jan-26 | CAO | Email from and lengthy reply email to Victor Makris about the subpoena we sent | Atkinson | 0.2 | $ 710.00 | | | $ 142.00 |
| 2-Feb-26 | CAO | Emails with Tijuhna Green about deposition dates | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 6-Feb-26 | CAO | Email from and reply to Victor Makris, Esq. re: IRS payment.  Forwarded to Tijuhna. | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 6-Feb-26 | CAO | Another email from Victor.  Reviewed the attachment. Replied.  Forwarded to Tijuhna. | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |

**TASK:  CAO - Claims Admin & Objections**

Page 7 of 8

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 12-Feb-26 | CAO | Prepared for and attended second (continued) deposition of Blue Chip Accounting's PMK | Atkinson | 0.7 | $ 710.00 | | | $ 497.00 |
| 25-Feb-26 | CAO | Read the three subpoenas issued by the IRS counsel | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 3-Mar-26 | CAO | Sent email to Tijuhna re: depositions of Diane Lam & Stephanie Lam. Received reply. | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 6-Mar-26 | CAO | Emails with Tijuhna re: scheduling of deposition of accountant | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 9-Mar-26 | CAO | Email from and reply to Tijuhna about discovery deadline. Reviewed and approved stip to continue | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 10-Mar-26 | CAO | Reviewed the Subpoena to the accounting firm, issued by the IRS | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 11-Mar-26 | CAO | Emai lfrom and reply to Tijuhna about rescheduling the deposition of Diane Lam | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 12-Mar-26 | CAO | Email from and reply to Tijuhna about the rescheduled depos for Stephanie and Diane Lam | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 12-Mar-26 | CAO | Sent email to Tijuhna about the deposition of Belal E. | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 12-Mar-26 | CAO | Attended deposition of Belal Ellithy (HealthPlus Imaging LLC) | Atkinson | 2.2 | $ 710.00 | | | $ 1,562.00 |
| 13-Mar-26 | CAO | Email to and reply from Tijuhna about next week's depositions and exhibits | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 17-Mar-26 | CAO | Email to Tijuhna re: tomorrow's depositions | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 18-Mar-26 | CAO | Attended deposition of Stephanie Lam | Atkinson | 1.7 | $ 710.00 | | | $ 1,207.00 |
| 18-Mar-26 | CAO | Emails about the upcoming deposition of Diane Lam | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 18-Mar-26 | CAO | Attended deposition of Diane Lam | Atkinson | 2.1 | $ 710.00 | | | $ 1,491.00 |
| 19-Mar-26 | CAO | Attended deposition of Abraham Accounting | Atkinson | 2.5 | $ 710.00 | | | $ 1,775.00 |
| 23-Mar-26 | CAO | Phone call with Tijuhna re: possible resolution | Atkinson | 0.2 | $ 710.00 | | | $ 142.00 |
| 1-May-26 | CAO | Email from and reply to T. Green re: settlement discussions | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 7-May-26 | CAO | Phone call with Tijuhna to discuss potential settlement | Atkinson | 0.4 | $ 710.00 | | | $ 284.00 |
| 11-May-26 | CAO | Edits to stipulation to continue hearing and stay discovery.  Sent to Tijuhna Green. | Atkinson | 0.1 | $ 710.00 | | | $ 71.00 |
| 11-May-26 | CAO | Finalized and docketed Stipulation to Continue Hearing | Beasley | | | 0.1 | $ 225.00 | $ 22.50 |

**Total - CAO (CLAIMS ADMINISTRATION & OBJECTIONS)**          **53.1**          **47.1**          **$ 45,989.50**

**TASK: FEA - Fee-Emp Applications**

Page 8 of 8

| Date | Code | Description | Person | Attorney Hours | Attorney Rate | Paralegal Hours | Paralegal Rate | Total |
|------|------|-------------|--------|----------------|---------------|-----------------|----------------|-------|
| 8-May-26 | FEA | Compiled and reviewed time entries and initial draft of exhibits | Beasley | | | 0.9 | $ 225.00 | $ 202.50 |
| 8-May-26 | FEA | Began drafting fee application, exhibits | Beasley | | | 0.8 | $ 225.00 | $ 180.00 |
| 11-May-26 | FEA | Worked on time entries, fee application, exhibits | Atkinson | 0.5 | $ 710.00 | | | $ 355.00 |
| 11-May-26 | FEA | Worked on exhibits to Supplemental Fee Application | Atkinson | 0.3 | $ 710.00 | | | $ 213.00 |
| 11-May-26 | FEA | Finished drafting Fee Application; finalized exhibits | Beasley | | | 0.7 | $ 225.00 | $ 157.50 |
| 11-May-26 | FEA | Compiled and uploaded Supp Fee App, Decl, and NOH | Beasley | | | 0.2 | $ 225.00 | $ 45.00 |
| | | **Total - FEA (FEE & EMPLOYMENT APPLICATIONS)** | | **0.8** | | **2.6** | | **$ 1,153.00** |

# EXHIBIT 5

# EXPENSE DETAIL

## PRINTING

| $ | 0.25 | *Print cost per page* |
| --- | --- | --- |

| Date Incurred | Type | | Total | Description | # of Sets Printed | Pages per Set |
| --- | --- | --- | --- | --- | --- | --- |
| 6/12/25 | Print | $ | 3.75 | Printing of ROGs, RFAs, and RPDs for mailing to Tijuhna Green | 1 | 15 |
| **SUBTOTAL PRINTING** | | $ | 3.75 | | | |

## POSTAGE

| Date Incurred | Type | | Total | Description |
| --- | --- | --- | --- | --- |
| 6/12/25 | US Mail | $ | 2.04 | Postage for mailing of ROGs, RFAs, and RPDs to Tijuhna Green |
| 8/25/25 | US Mail | $ | 18.50 | Postage to mail 900+ pages of discovery to Tijuhna Green, Esq. |
| **SUBTOTAL POSTAGE** | | $ | 20.54 | |

## THIRD-PARTY EXPENSES

| Date Incurred | Type | | Total | Description |
| --- | --- | --- | --- | --- |
| 6/19/25 | 3P | $ | 76.00 | Process server fees to serve one subpoena |
| 6/27/25 | 3P | $ | 180.00 | Process server fees to serve three subpoenas |
| 12/15/25 | 3P | $ | 60.00 | Process server fees to serve subpoena |
| TBD | 3P | $ | 227.85 | Print/mail NOH for Supplemental Fee App |
| **SUBTOTAL THIRD-PARTY** | | $ | 543.85 | |

## TOTAL EXPENSES (by category)

| | | |
| --- | --- | --- |
| Printing | $ | 3.75 |
| Postage | $ | 20.54 |
| Third-Party | $ | 543.85 |
| **TOTAL EXPENSES** | $ | 568.14 |

# EXHIBIT 6

## CLIENT REVIEW STATEMENT

ROBERT E. ATKINSON hereby declares and verifies:

1. That I am the chapter 7 trustee for the bankruptcy estate of INFINITY CAPITAL MANAGEMENT, INC. in Nevada bankruptcy case 21-14486-abl;

2. That I understand that this statement is to be used as an exhibit in Atkinson Law Associates Ltd.'s ("***ALA***") supplemental application for fees and expenses, spanning the time period from May 29, 2025 through May 11, 2026, inclusively (the "***Application Period***");

3. That I interacted with ALA on a regular basis during the Application Period, and so my assessment contained in this statement is based on my personal knowledge;

4. That I have reviewed the time detail (Exhibit 4) and expenses (Exhibit 5) in the foregoing application, and also the Summary Sheet (Exhibit 1) and Summary Invoice (Exhibit 2);

5. That, in my judgment, the time spent and expenses incurred by ALA during the Application Period was for work reasonably likely and necessary for the benefit of the bankruptcy estate at the time it was incurred, and necessary for the administration of the estate.

6. The services were performed by ALA within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

7. That ALA's attorney is an experienced professional person who, in my opinion, has demonstrated significant skill and experience in the bankruptcy field.

8. That, in my experience and judgment, the compensation sought by ALA (inclusive of time spent and rate structure) is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

9. That I have no objection to any of the time detail, fees, expenses, or the total amounts sought by ALA in its application.

*/s/ Robert Atkinson*
ROBERT E. ATKINSON, Trustee