ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119
Telephone: (702) 614-0600
*Attorney for Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| In re: | Case No.  21-14486-abl |
|---|---|
| INFINITY CAPITAL MANAGEMENT, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF** **ROBERT E. ATKINSON** |

I, Robert E. Atkinson, hereby declare as follows:

1.    I am over the age of 18 and have personal knowledge of the facts stated herein.  I am competent to testify to the same.

2.    I am a Nevada-licensed attorney.  I am employed by, and am the owner of, Atkinson Law Associates, Ltd.

3.    I make this declaration in support of the application entitled SUPPLEMENTAL APPLICATION FOR COMPENSATION FOR ATKINSON LAW ASSOCIATES LTD. AS GENERAL COUNSEL FOR TRUSTEE filed contemporaneously herewith (the "***Application***").

4.    The Application spans the time period May 29, 2025 through May 11, 2026 ("***Application Period***").

5.    The statements made in the Information and Case Status sections of the Application (Sections I and II) contains factual statements that are true, to the best of my knowledge and information and the records in this bankruptcy case.

6.    ALA maintained electronic records of time expended by ALA's employees in rendering professional services to the Trustee, entries of which were made substantially contemporaneously with the rendition of those services.

-1-

7.      All of the time entries contained in Exhibit 4 are accurate and reflect the professional services performed by ALA on behalf of the Trustee during the Application Period in this bankruptcy case.

8.      All of the expenses contained in Exhibit 5 of the Application are accurate and were incurred by ALA on behalf of the Trustee during the Application Period in this bankruptcy case.  Postage and third-party costs are billed at actual.  Per the Engagement Letter, photocopies are billed at $0.25/page.

9.      The time spent and expenses incurred by ALA during the Application Period were for work reasonably likely and necessary for the benefit of the bankruptcy estate at the time they were incurred, and necessary for the administration of the bankruptcy estate.

# # # # #

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information, and belief.

*/s/ Robert E. Atkinson*
ROBERT E. ATKINSON

-2-