Honorable August B. Landis
United States Bankruptcy Judge

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re:

INFINITY CAPITAL MANAGEMENT, INC.
*dba* INFINITY HEALTH CONNECTIONS,

Debtor.

Case No. 21-14486-abl
Chapter 7

**ORDER APPROVING STIPULATION REGARDING STATUS REPORT**

The Court reviewed and considered the STIPULATION REGARDING STATUS REPORT between the Trustee and the IRS [ECF #408] (the "***Stipulation***"). Good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation, attached hereto as Exhibit 1, is approved.
2. The Trustee and the IRS shall file a joint status report on the docket of this case no later than September 23, 2026, regarding progress on resolution of the Trustee's Objection to Claim.

**IT IS SO ORDERED.**

# # # # #

Respectfully submitted by:

By: /s/ Robert E. Atkinson
ROBERT E. ATKINSON
CHAPTER 7 TRUSTEE

# EXHIBIT 1

**ROBERT E. ATKINSON**
CHAPTER 7 BANKRUPTCY TRUSTEE
376 E Warm Springs Rd, Suite 130
Las Vegas, NV 89119
Telephone: (702) 617-3200
Email: robert@ch7.vegas

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC.<br>*dba* INFINITY HEALTH CONNECTIONS,<br><br>Debtor. | Case No. 21-14486-abl<br>Chapter 7<br><br>**STIPULATION REGARDING STATUS REPORT** |

Pursuant to representations made at the August 26, 2026 hearing in this case, chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***") and the United States, on behalf of the INTERNAL REVENUE SERVICE ("***IRS***"), hereby stipulate as follows:

1. The Trustee and the IRS shall file a joint status report on the docket of this case no later than September 23, 2026, regarding progress on resolution of the Trustee's Objection to Claim.

IT IS SO STIPULATED.

# # # # #

| | |
|---|---|
| **TRUSTEE:**<br><br>*/s/ Robert Atkinson*<br>ROBERT E. ATKINSON | **For USA/IRS:**<br><br>*/s/ Tijuhna Green*<br>TIJUHNA A. GREEN<br>Trial Attorney<br>Civil Division, Tax Litigation Branch<br>U.S. Department of Justice |