BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

TIJUHNA A. GREEN (TXBN 24106025)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Tijuhna.A.Green@usdoj.gov
*Counsel for the United States*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>INFINITY CAPITAL MANAGEMENT, INC. *dba* INFINITY HEALTH CONNECTIONS<br><br>Debtor. | Case No. 21-14486-ABL<br>Chapter 7<br><br>**JOINT STATUS REPORT CONCERNING SETTLEMENT DISCUSSIONS** |

Chapter 7 trustee ROBERT E. ATKINSON ("***Trustee***") and creditor United States, on behalf of the INTERNAL REVENUE SERVICE ("***IRS***"), hereby submit the following status report.

On October 16, 2024, the Trustee filed an objection to Proof of Claim No. 14 filed by the IRS [ECF #328] ("***Objection***"), which is a contested matter. The Trustee's Objection was based, in part, on his claims that the tax assessed by the IRS against the Debtor was either duplicative of tax paid by the Debtor's payroll company or assessed in error. *Id.* The United States filed its Response, asserting that the taxes were presumptively valid and to the extent necessary, discovery was required to resolve any factual disputes. ECF Nos. 344–345. Thereafter, the Parties conducted significant discovery aimed at resolving the dispute, including third-party discovery and depositions of the Debtor, Debtor's accountants, and third-party purchasers. ECF Nos. 351–357, 364–365 372, 374, 376, 384–388, 390.

Based on the discovery conducted, the Parties have tentatively identified terms on which the contested matter may be resolved. The Trustee has submitted a written settlement

offer to the undersigned counsel for the United States. However, the offer is subject to the approval of an authorized delegate of the Attorney General. Counsel for the United States has initiated the Department of Justice's formal settlement evaluation procedures. Additionally, counsel for the United States has conferred with the IRS concerning this case and has requested its formal views concerning settlement. A Revenue Agent, specializing in employment tax matters, was assigned to this case and is reviewing this matter to finalize the IRS's calculation of any remaining interest or penalties that may be due. Counsel for the United States expects that any remaining interest or penalties will be less than the amount proposed by the Trustee.

Based on these developments, the United States intends to continue proceeding through the Department of Justice's formal settlement evaluation procedures and expects to have additional information concerning the status of settlement before the Court's status hearing.

Respectfully submitted this 23rd day of September 2026.

**TRUSTEE:**

*/s/Robert E. Atkinson*
ROBERT E. ATKINSON
Trustee

**For IRS:**

/s/ *Tijuhna A. Green*
TIJUHNA A. GREEN
Trial Attorney, U.S. Dept of Justice
Civil Division, Tax Litigation Branch