ROBERT E. ATKINSON, ESQ., Bar No. 9958
Email: robert@nv-lawfirm.com
**ATKINSON LAW ASSOCIATES LTD.**
8560 S Eastern Ave Suite 220
Las Vegas, NV 89123
Telephone: (702) 614-0600
*Attorney for Robert E. Atkinson, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re:

INFINITY CAPITAL MANAGEMENT, INC.
*dba* INFINITY HEALTH CONNECTIONS,

Debtor.

Case No. 21-14486-abl
Chapter 7

**NOTICE OF CHANGE OF ADDRESS FOR ATKINSON LAW ASSOCIATES LTD.**

PLEASE TAKE NOTICE that the law firm of Atkinson Law Associates Ltd., and its attorney Robert E. Atkinson, has moved to the new office address listed below:

ROBERT E. ATKINSON, ESQ.
ATKINSON LAW ASSOCIATES LTD
8560 S EASTERN AVE SUITE 220
LAS VEGAS, NV 89123

DATED: November 9, 2026

**ATKINSON LAW ASSOCIATES LTD.**

By: /s/ Robert E. Atkinson
ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
*Attorney for Robert E. Atkinson, Trustee*